# EXHIBIT B



# AFFIDAVIT OF SERVICE

| STATE OF NEW YORK | |
|---|---|
| SUPREME COURT : COUNTY OF ERIE | Index No. 813653/2019 |

| ALAN WALTER | plaintiff (s) |
|---|---|

vs.

| CSX TRANSPORTATION, INC., | |
|---|---|
| CSX CORPORATION | |
| CSX INTERMODAL TERMINALS, INC., | |
| CSX TRANSPORTATION, INC. | defendant (s) |

State of New York, County of Albany, NY ss:

Claudine Beauparlant, being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on November 6, 2019, at approximately 1:45 pm, at 99 Washington Avenue, Suite 600, Albany, NY 12210, deponent served the annexed SUMMONS SERVED WITH COMPLAINT and NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING on CSX Intermodal Terminals, Inc, in the following manner;

RESPONSIBLE
PERSON

By delivering to and leaving with Nancy Dougherty a true copy thereof, a person of suitable age and discretion. Said premises the Secretary of State, within the State of New York.

DESCRIPTION

The person served would be described as approximately 55 years of age, 5 feet 2 inches tall, 140 pounds, female, brown hair, fair skin and blue eyes.

Sworn to before me this 18th
day of Nov., 2019

_____
Notary Public
Jodi F. Williams
Notary Public, State of New York
Qualified in Erie County
Reg # 01WI6087655
My Commission Expires on 2/18/2023

Claudine Beauparlant

_____
Claudine Beauparlant



**STATE PROCESS SERVICE**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE                                Index No. 813653/2019

ALAN WALTER                                                          plaintiff (s)

vs.

CSX TRANSPORTATION, INC.,
CSX CORPORATION
CSX INTERMODAL TERMINALS, INC.,
CSX TRANSPORTATION, INC.                                      defendant (s)

State of New York, County of Albany, NY ss:

Claudine Beaupariant, being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on October 23, 2019, at approximately 9:48 am, at 99 Washington Avenue, Suite 600, Albany, NY 12210, deponent served the annexed SUMMONS SERVED WITH COMPLAINT and NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING under Unauthorized Foreign Entities, Business Corporations Law 307, on CSX Corporation, in the following manner;

RESPONSIBLE          By delivering to and leaving with Sue Zouky a true copy thereof, a
PERSON               person of suitable age and discretion. Said premises the Secretary of State, within
                     the State of New York.

DESCRIPTION          The person served would be described as approximately 50 years of age, 5 feet 0
                     inches tall, 120 pounds, female, blonde hair, fair skin and blue eyes.

Sworn to before me this 1st
day of Niw , 2019

_____                    _____
Notary Public                                                Claudine Beaupariant
Jodi F. Williams
Notary Public, State of New York
Qualified in Erie County
Reg # 01WI6087655
My Commission Expires on 2/18/2023

1 of 1

Filed 11/22/19   Page 4 of 7



**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE                  Index No. 813653/2019

ALAN WALTER                                                      plaintiff (s)

                                           vs.

CSX TRANSPORTATION, INC.,
CSX CORPORATION
CSX INTERMODAL TERMINALS, INC.,
CSX TRANSPORTATION, INC.                        defendant (s)

State of New York, County of Albany, NY  ss:

Claudine Beauparlant, being duly sworn, deposes and says that deponent is over 18 years of age and
not a party to this action; that on November 6, 2019, at approximately 1:45 pm, at 99 Washington
Avenue, Suite 600, Albany, NY 12210, deponent served the annexed SUMMONS SERVED WITH
COMPLAINT and NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING
on CSX Intermodal Terminals, Inc. in the following manner;

RESPONSIBLE        By delivering to and leaving with Nancy Dougherty a true copy thereof, a
PERSON             person of suitable age and discretion. Said premises the Secretary of State, within
                   the State of New York.

DESCRIPTION        The person served would be described as approximately 55 years of age, 5 feet 2
                   inches tall, 140 pounds, female, brown hair, fair skin and blue eyes.

Sworn to before me this 18th
day of _____, 201 9

_____
Notary Public
Jodi F. Williams
Notary Public, State of New York
Qualified in Erie County
Reg # 01WI6087655
My Commission Expires on 2/18/2023

_____
Claudine Beauparlant



**EMPIRE**
*STATE PROCESS SERVICE*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE                          Index No. 813653/2019

ALAN WALTER                                             plaintiff (s)

                                              vs.

CSX TRANSPORTATION, INC.,
CSX CORPORATION
CSX INTERMODAL TERMINALS, INC.,
CSX TRANSPORTATION, INC.                                defendant (s)

State of New York, County of Albany, NY ss:

Claudine Beauparlant, being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on October 23, 2019, at approximately 9:48 am, at 99 Washington Avenue, Suite 600, Albany, NY 12210, deponent served the annexed SUMMONS SERVED WITH COMPLAINT and NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING on CSX Transportation, in the following manner:

RESPONSIBLE        By delivering to and leaving with Sue Zouky a true copy thereof, a
PERSON             person of suitable age and discretion. Said premises the Secretary of State, within
                   the State of New York.

DESCRIPTION        The person served would be described as approximately 50 years of age, 5 feet 0
                   inches tall, 120 pounds, female, blonde hair, fair skin and blue eyes.

Sworn to before me this 1ˢᵗ
day of _____, 2019

_____                          _____
Notary Public                                  Claudine Beauparlant
Jodi F. Williams
Notary Public, State of New York
Qualified in Erie County
Reg # 01WI6087655
My Commission Expires on 2/18/2023

## RETURN OF SERVICE

### Supreme Court of the State of New York
### County of Erie

Index Number: 813653/2019

**ALAN WALTER,**

      **Plaintiff/Petitioner,**

-against-

**CSX TRANSPORTATION, INC.; CSX CORPORATION;**
**CSX INTERMODAL TERMINALS, INC.;**
**CSX TRANSPORTATION, INC.,**

      **Defendant/Respondent.**

_____ /

For Attorney: Boyd L. Earl, Esq., LoTempio P.C. Law Group, 181 Franklin Street, Buffalo, New York 14202

Received on October 21, 2019 at 11:53 a.m. to be served upon: **CSX Corporation, 500 Water Street, 15th Floor, Jacksonville, FL 32202**

I, Steven Cook, do hereby affirm that on the **23rd day of October, 2019 at 11:09 a.m.,** I did the following:

Served a Corporation by delivering a true copy of the **Notice of Electronic Filing, Summons and Complaint,** with the date and hour of service endorsed thereon by me, to: **Cathy Hilf,** an individual employed therein as the Director of Legal Operations and authorized to accept service for: **CSX Corporation, 500 Water Street, 15th Floor, Jacksonville, FL 32202.**

**Additional Information:** Sex: F / Race: W / Hair: Brown / Weight: 130 lbs / Height: 5'5 / Glasses: Y / Age: 50

The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Steven Cook
#1254
Probe Services Professional Investigations
PO Box 815
Buffalo, NY 14225

State of Florida
County of Duval

Subscribed and sworn to before me on the 28 day of
October, 2019 by the affiant who is personally known to me / produced identification.

_____
Notary Public

Print Name  Leslie Feight

> **LESLIE FEIGHT**
> Commission # GG 329527
> Expires August 15, 2022
> Bonded Thru Troy Fain Insurance 800-385-7019

## RETURN OF SERVICE

### Supreme Court of the State of New York
### County of Erie

**Index Number: 813653/2019**

**ALAN WALTER,**
       **Plaintiff/Petitioner,**
-against-
**CSX TRANSPORTATION, INC.; CSX CORPORATION;**
**CSX INTERMODAL TERMINALS, INC.;**
**CSX TRANSPORTATION, INC.,**
       **Defendant/Respondent.**
_____ /

For Attorney: Boyd L. Earl, Esq., LoTempio P.C. Law Group, 181 Franklin Street, Buffalo, New York 14202

Received on October 21, 2019 at 11:53 a.m. to be served upon: **CSX Transportation, Inc., 500 Water Street, 15th Floor, Jacksonville, FL 32202**

I, Steven Cook, do hereby affirm that on the **23rd day of October, 2019 at 11:09 a.m.**, I did the following:

Served a Corporation by delivering a true copy of the **Notice of Electronic Filing, Summons and Complaint,** with the date and hour of service endorsed thereon by me, to: **Cathy Hilf,** an individual employed therein as the Director of Legal Operations and authorized to accept service for: **CSX Transportation, Inc., 500 Water Street, 15th Floor, Jacksonville, FL 32202.**

**Additional Information:** Sex: F / Race: W / Hair: Brown / Weight: 130 lbs / Height: 5'5 / Glasses: Y / Age: 50

The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Steven Cook
#1254
Probe Services Professional Investigations
PO Box 815
Buffalo, NY 14225

State of Florida
County of Duval
Subscribed and sworn to before me on the 28 day of
October, 2019 by the affiant who is personally known to me / produced identification.

Notary Public
Print Name Leslie Feight

LESLIE FEIGHT
Commission # GG 320527
Expires August 15, 2022
Bonded Thru Troy Fain Insurance 800-385-7019