**EXHIBIT C**



NYSCEF  
Erie County Supreme Court

**Document List**  
**Index #   813653/2019**

Created on: 11/22/2019 09:29 AM

Case Caption:   Alan Walter v. CSX Transportation, Inc. et al  
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 10/15/2019 | Earl, B. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Returned For Correction | 11/19/2019 | Earl, B. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/19/2019 | Earl, B. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE - *Corrected* | Processed | 11/19/2019 | Earl, B. |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/19/2019 | Earl, B. |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/19/2019 | Earl, B. |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/19/2019 | Earl, B. |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/19/2019 | Earl, B. |