UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALAN WALTER,

                                        Plaintiff,

                    - vs -                              **CERTIFICATE OF SERVICE**

CSX TRANSPORTATION, INC., CSX CORPORATION,              Civil Action No. _____
CSX INTERMODAL TERMINALS, INC.,

                                        Defendants.

The undersigned attorney hereby certifies that on November 22, 2019, a copy of the

foregoing Notice of Removal was served via the U.S. Postal Service upon the following:

    Boyd L. Earl, Esq.
    LoTEMPIO P.C. LAW GROUP
    181 Franklin Street
    Buffalo, New York 14202
    Tel: (716) 855-3761
    *Attorneys for Plaintiff*

                            NIXON PEABODY LLP

                            By:____/s/ Mark A. Molloy_____
                                  Mark A. Molloy, Esq.
                            40 Fountain Plaza, Suite 500
                            Buffalo, New York 14202
                            Tel: (716) 853-8100
                            E-mail: mmolloy@nixonpeabody.com
                            *Attorneys for Defendants*

4844-1822-2765.1