JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ALAN WALTER

**DEFENDANTS**
CSX TRANSPORTATION, INC., CSX CORPORATION and CSX INTERMODAL TERMINALS, INC.

**(b) County of Residence of First Listed Plaintiff:** Niagara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant:** State of Florida
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*
Boyd L. Earl, LoTempio P.C. Law Group, 181 Franklin Street, Buffalo, New York 14202, 716-855-3761

**Attorneys** *(If Known)*
Mark A. Molloy, Nixon Peabody LLP, 40 Fountain Plaza, Suite 500, Buffalo, New York 14202, 716-853-8100

## II. BASIS OF JURISDICTION
☒ 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: PTF ☒ 1
- Incorporated *and* Principal Place of Business In Another State: DEF ☒ 5

## IV. NATURE OF SUIT
☒ 360 Other Personal Injury

## V. ORIGIN
☒ 2 Removed from State Court

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 28 U.S.C. 1332, 1441(b) and 1446
Brief description of cause: Alleged Personal Injury

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ No

**DATE:** 11/22/2019
**SIGNATURE OF ATTORNEY OF RECORD:** /s/ Mark A. Molloy, Esq.

FOR OFFICE USE ONLY
RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____