# EXHIBIT D

1

1    UNITED STATES DISTRICT COURT

2    WESTERN DISTRICT OF NEW YORK

3    ------------------------------------------------

4    **ALAN WALTER**,

5           Plaintiff,

6     -vs-                          19-CV-01583-WMS-JJM

7

8    **CSX TRANSPORTATION INC.**,

     Defendant.

9    ------------------------------------------------

10           Examination Before Trial of **JOHN**

11   **CLARK**, held before Jennifer A. Drakulich,

12   Notary Public, at DePaolo Crosby Reporting

13   Services, 135 Delaware Avenue, Suite 301,

14   Buffalo, New York, on Wednesday, October 21st,

15   2020 at 10:42 a.m., pursuant to notice.

16

17

18

19

20

21

22

23

```
 1          A P P E A R A N C E S

 2     APPEARING FOR THE PLAINTIFF:

 3             LOTEMPIO P.C. LAW GROUP
               BY:   HEATHER BAUMEISTER, ESQ.,
 4             181 Franklin Street
               Buffalo, New York 14202
 5             (716) 855-3761

 6     APPEARING FOR THE DEFENDANT:

 7             NASH CONNORS, P.C.
               BY:   PHILIP M. GULISANO, ESQ.,
 8             344 Delaware Avenue
               Suite 400
 9             Buffalo, New York 14202
               (716) 842-4121

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

**W I T N E S S E S**

| WITNESS | EXAMINATION | PAGE |
| --- | --- | --- |

JOHN CLARK

By Ms. Baumeister        4, 32
By Mr. Gulisano             22

**E X H I B I T S**

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| A | Photo | 9 |
| B | Photo | 16 |
| C | Photo | 16 |

(Exhibits retained by Ms. Baumesiter)

———JOHN CLARK———

1    **J O H N   C L A R K**

2    4162 East Lake Road, Wilson, New York 14172

3    having been first duly sworn, was examined and

4    testified as follows:

5

6    **EXAMINATION BY MS. BAUMEISTER:**

7    Q. Mr. Clark, my name is Heather Baumeister.  I

8       represent Alan Walter with respect to injuries

9       he sustained in the accident on July 21st,

10      2017.  I'm just going to ask you some

11      questions today about what happened.  Have you

12      ever given a deposition before?

13   A. Yes.

14   Q. You have.  Okay.  So just to refresh it, we

15      have a court reporter here.  She's going to

16      take down everything that I say.  If you can

17      let me finish my question first before you

18      answer so she can get everything down, that'd

19      be very helpful.  She can't take any head nods

20      or shoulder shrugs or anything like that, so

21      verbal responses will be the best route.  If I

22      ask a question you don't understand, just let

23      me know and I'll rephrase it so we can get

JOHN CLARK

```
 1        everything straight.  So what's your date of
 2        birth?
 3   A.  7/2/67.
 4   Q.  Can you tell me about your education history?
 5   A.  12 years.  High school graduate.
 6   Q.  Where'd you go?
 7   A.  Wilson.
 8   Q.  Oh, nice.
 9   A.  Wilson Central.
10   Q.  What year did you graduate?
11   A.  1985.
12   Q.  And you said you were married?
13   A.  Yes.
14   Q.  And are you currently employed?
15   A.  Yes.
16   Q.  Where?
17   A.  At Clark Rigging and Rental.
18   Q.  What's your position there?
19   A.  Operating engineer.
20   Q.  How long have you worked there?
21   A.  Since June of 1985.
22   Q.  And has that been your position the whole
23        time?
```

JOHN CLARK

1    A. Yes.

2    Q. All right.  So moving on to the day of the

3       accident.  On July 21st, what was the project

4       that was being completed?

5    A. We were assembling a 600-ton crane.

6    Q. Okay.  And in assembling that, was that part

7       of an overall project?

8    A. Yes.

9    Q. Okay.  What was that?

10   A. Replacing the lights over the CSX tracks.

11   Q. Okay.  So you're removing the lights.  Would

12      you consider that also kind of demolition?

13          MR. GULISANO:  Objection.

14   Q. Okay.  So you're removing the lights.  And who

15      was the work being done for?

16   A. Excuse me?  I didn't understand.

17   Q. Who were you removing the lights for?  What

18      company?  If you remember.

19   A. We were working for CSX.

20   Q. CSX.  Okay.  When was the project set to

21      start?

22   A. I believe the following day.  I'm not sure.

23   Q. Okay.  So that would be --

JOHN CLARK

1   A. We were assembling the crane a day ahead of
2      time.
3   Q. Okay.  Day before.  And then the project was
4      set to start about July 22nd?
5   A. Yes.
6   Q. Yes.  Okay.  So the crane -- you said it was a
7      crane that was being removed from the
8      trailer -- or what kind of equipment was being
9      removed?
10  A. I was the crane operator of the 600-ton crane.
11  Q. So were you removing the crane?
12  A. No.  We were assembling it.
13  Q. Assembling it.  Okay.  So to get the crane to
14     the project site, how was that transported?
15  A. It's driven.
16  Q. Driven.  Okay.  Who was driving the truck?
17  A. The crane?
18  Q. The crane.
19  A. That would have been my oiler, Lee Button.
20          MR. GULISANO:  Can we go off the record
21     for a second?
22
23     (Discussion held off the record.)

1    Q. So two cranes.  You were operating a smaller

2       crane?

3    A. Larger crane.

4    Q. A larger crane.

5    A. 600.

6    Q. The 600.  So there were separate parts.  Could

7       you just explain a little bit --

8    A. The parts that they put on it are the

9       counterweights is what we were moving.

10    Q. The counterweights.

11    A. Yes.

12    Q. Okay.  So that's what was on the trailer?

13    A. That's what was on the trailer, yes.

14    Q. Can you just tell me what a counterweight is?

15    A. They counterbalance the weights that sit on

16       the back of the crane to counterbalance --

17    Q. I see.  Okay.  So to put the counterweights on

18       the crane, what process is used for that?

19    A. The smaller crane picks them off the trailer

20       and swings them over, and the first one we

21       were putting pins on, and then all the other

22       ones stack on top of that.

23    Q. Okay.  How many counterweights were there?

JOHN CLARK

1    A.  At that time, that was the very first one.

2        The first one is the biggest one.  It's 60,000

3        pounds and there's 16 more that stack on top

4        of that.

5            MS. BAUMEISTER:  I'd like to mark an

6        exhibit.

7

8        The following were marked for identification:

9        Exhibit A           Photo

10

11    Q.  Mr. Clark, do you recognize what's in this

12        photo here?

13    A.  Yes.

14    Q.  Could you tell me what it is?

15    A.  Well, this is the back of a tractor, semi

16        tractor, and this is the front of a lowboy

17        trailer.

18    Q.  Okay.  And is that the tractor that was

19        lifting -- were items being lifted off with

20        that, or is that the equipment that the

21        counterweights were being put onto?

22            MR. GULISANO:  Objection.  If you can

23        answer, you can go ahead.

JOHN CLARK

1    A. This looks like -- I'm not sure if it's the

2       one, but it looks like the trailer that would

3       be used to haul that first counterweight.

4       It's called a lowboy trailer.  The tractor, I

5       can't -- just by the plate number, I don't

6       know.

7    Q. Sure.  Is that a true and accurate description

8       -- depiction of what the lowboy trailer would

9       have looked like on that day?

10   A. That's definitely a lowboy trailer.

11       MR. GULISANO:  Objection.

12   Q. Okay.  So on July 21st, 2017, was Alan Walter

13       working that day?

14   A. Yes.

15   Q. What was he doing?

16   A. He was a truck driver.

17   Q. Truck driver.  Okay.  And was he helping at

18       all with the counterweights?

19   A. He drove the truck back -- the counterweight

20       back into the smaller crane, yes.

21   Q. Now, where were you in proximity to him on

22       that day?

23   A. I usually stay with the larger crane, so, you

————JOHN CLARK————

```
 1        know, I probably seen him in passing and, you

 2        know, getting in and out of a truck or

 3        something like that.

 4    Q.  Okay.  Mr. Walter was assisting with the

 5        counterweights?

 6    A.  He was driving --

 7    Q.  I'm sorry if I asked that before.

 8    A.  He drove the truck and backed it in, yes.

 9    Q.  Okay.  So do you know who lifted the

10        counterweights off of the trailer?  Was that

11        more than one person?

12    A.  It would have been the smaller crane, the

13        60-ton crane, that was on site.

14    Q.  Okay.  So on that day, Mr. Walter fell through

15        the lowboy trailer.  Did you see this happen?

16            MR. GULISANO:  Objection.  Go ahead if

17        you can answer.

18    A.  Briefly, like out of the corner of my eye.  I

19        was up on the larger crane.

20    Q.  About how far away would you say you were from

21        the lowboy trailer?

22    A.  30 feet.

23    Q.  Okay.  And you were looking down from the
```

JOHN CLARK

1    crane?

2    A. Yes.  I was looking down from the crane.

3       Yeah.

4    Q. And when Mr. Walter fell, did he indicate that

5       he was injured at all?

6             MR. GULISANO:  Objection.  Go ahead.

7       You can answer.

8    A. He didn't -- right away he didn't really say

9       anything.  I was quite a ways away from him,

10      and the other crane is real loud so I wouldn't

11      be able to hear him say anything anyhow.

12   Q. Do you know if he worked the rest of the day?

13   A. Al?

14   Q. Yes.  I'm sorry.

15   A. No.  He left after that.

16   Q. Okay.  Do you remember about what time of day

17      this happened?

18   A. I believe it was after lunch.

19   Q. Okay.  Do you know if any accident report was

20      filed?

21   A. I didn't do it, no.

22   Q. Okay.  In the way that the counterweights were

23      being lifted off of the lowboy trailer, is

JOHN CLARK

1   that the normal procedure --

2 A. Yes.

3 Q. -- in which -- can you just describe -- again,

4   I'm sorry if I asked before, the method in

5   which they're lifted off?  Is there certain

6   equipment that was used for that?

7 A. There's this crane, the smaller crane, and

8   then we have chokers that come down with hooks

9   on them.  The counterweights have lugs on them

10   that you hook the hooks into.

11 Q. Okay.  So would those chokers be attached to

12   the --

13 A. The smaller crane.

14 Q. To the smaller crane.  And is there a rope or

15   something attached to the -- I don't know what

16   these are.

17 A. Yeah.  The hook of the smaller crane and below

18   the hook is, on that particular counterweight,

19   for -- they're called Kevlars.  They're like a

20   nylon choker with hooks on them and you hook

21   those four into the top of the counterweight.

22 Q. Okay.  Do you know who was in charge of

23   hooking those counterweights?

JOHN CLARK

1   A. I think I actually -- myself, and I'm not sure

2      if it was Lee Button.  I can't remember who

3      helped me, but I remember being on top and

4      hooking them on.

5   Q. Okay.  Do you know what Mr. Walter's role was

6      that day in assisting the counterweights?

7   A. Truck driver.

8   Q. I'm sorry.  You said that before.  So was he

9      helping with the counterweights being lifted

10     off of the trailer at all?

11  A. His job, he would have backed the trailer in

12     and removed the chains that held them to the

13     trailer.

14         MR. GULISANO:  Objection.  The question,

15     I guess, was what was he doing, not what he

16     would have done or what you think he did.  So

17     do you know what he was doing or what he

18     actually did that day?

19  A. He backed the trailer in and then he removed

20     the chains off the trailer.

21         MR. GULISANO:  Okay.

22  Q. Okay.  So when you say he removed the chains

23     from the trailer, the chains that are holding

JOHN CLARK

1   down the counterweights?

2 A. Yes.

3 Q. Okay.  And then after he would remove the

4   chains, what would happen next?  Just as

5   standard procedure, what would happen next?

6 A. We would hook onto the counterweight and lift

7   the counterweight off.

8 Q. Okay.  Would anyone be guiding the

9   counterweight at all or spotting it?

10 A. Well, I would need -- myself and Lee Button

11   were on top.  We hooked it up and got on top

12   of the bigger crane where the counterweights

13   were going, and I really don't remember

14   exactly who else was there, but usually

15   somebody would hold a rope or tagline and

16   steer the thing up until we can get our hands

17   on it and turn it, line it up, and put it on.

18 Q. Do you remember who was holding the tagline on

19   that day?

20 A. I really don't.

21 Q. It was three years ago.  I understand.  So

22   after the counterweights were lifted off of

23   the lowboy trailer and after Mr. Walter fell,

JOHN CLARK

1   was there any sort of defect that was found

2   with the trailer?

3        MR. GULISANO:  Objection.

4   Q. After everything was taken off of the trailer,

5   was there any sort of plank that was missing?

6   A. Yes.

7        MS. BAUMEISTER:  Okay.  Can I mark an

8   exhibit?

9

10   The following were marked for identification:

11   Exhibit B        Photo

12   Exhibit C        Photo

13

14   Q. All right.  So what I'm showing you right now

15   is Exhibit B.  Could you identify what's in

16   that photo?

17   A. It looks like a lowboy trailer.

18   Q. Okay.  Would you say --

19   A. With a bottle of water.

20   Q. Would you say that's a true and accurate

21   description of what the lowboy trailer looked

22   like on July 21st, 2017?

23   A. Yes.

————JOHN CLARK————

1   Q. Okay.  And would that have been after the
2      counterweights were lifted off of that
3      trailer?
4   A. Yes.
5   Q. Now, what I'm showing you is Exhibit C.  Could
6      you also identify what's in that picture?
7   A. This is the assist crane in the back.  You can
8      see the larger cranes.  That's actually the
9      top of the counterweight, the first one we put
10     on, and this is the lowboy trailer.
11  Q. Okay.  So --
12  A. You were asking if those are the chokers that
13     we put on.
14  Q. So this assist crane here is what the
15     counterweights were being put onto?
16  A. This assist crane would have picked the
17     counterweights from here and put them up on
18     top of -- you can't see it, but the larger
19     crane in front of them.
20  Q. In this lower right-hand corner, is this the
21     tagline that is used, or --
22  A. No.  That is what they would call rigging.
23     That's what goes from the hook of this small

JOHN CLARK

1          crane to the top of the counterweight.

2      Q. All right.  And then could you just identify

3          on the left-hand side here what this black

4          thing is?

5      A. That would be called the gooseneck of the

6          trailer.

7      Q. Okay.  So then the truck would be --

8      A. The truck would be out here in front of it,

9          yes.

10     Q. Okay.  And then also really quick.  Can you

11         identify this is where the missing plank is in

12         the lowboy trailer?

13     A. Where the hole is in the back, yes.

14     Q. Okay.  All right.  And then just circling back

15         to what's marked as Exhibit A.  In the

16         right-hand side here, is the lowboy trailer

17         associated with this at all?  This crane?  Or

18         this was the smaller --

19     A. This --

20     Q. -- crane?

21     A. This trailer would have been what would have

22         -- the counterweight would have been sitting

23         on.

JOHN CLARK

1    Q. Okay.

2    A. I'm not sure if that was the one, but --

3    Q. So the lowboy trailer, where would that be

4       connected to this?  Over here --

5    A. This is what is described as a gooseneck.

6    Q. Okay.

7    A. And it goes down and attaches and this is the

8       rest of the trailer.

9    Q. Thank you.  My limited knowledge of

10      construction is really showing here.

11   A. Don't worry.  30 years of marriage and my wife

12      has no idea what it is.

13   Q. Okay.  So when the counterweights were sitting

14      on the trailer, could you see the deck of the

15      lowboy?

16          MR. GULISANO:  Objection.

17   Q. Could you see any portion of the bottom of the

18      trailer that the equipment was sitting on?

19   A. Yes.

20   Q. Before it was unloaded?

21   A. Yes.

22   Q. Okay.  What could you see?

23   A. Well, you would see the parts that aren't

JOHN CLARK

```
1              covered by the counterweight.
2       Q.  Okay.  Was the missing plank in the trailer --
3              was that visible?
4                   MR. GULISANO:  Objection.  You can
5              answer if you know.
6       A.  I believe so.  I'm not -- I wouldn't look for
7              it normally in what I do.
8       Q.  So you don't remember if it was visible or
9              not?
10      A.  I don't remember.
11      Q.  Okay.  Do you know how the planks are affixed
12             to the trailer?
13      A.  I'm not sure.
14      Q.  If you don't know, you don't have to guess.
15      A.  Yeah.
16      Q.  Do you know if the board was replaced after
17             the accident happened?
18      A.  I believe it was.
19      Q.  Okay.  Do you know who would have done that?
20      A.  I have no idea.  It would have been a
21             mechanic, I'm sure.
22      Q.  Okay.  Do you know who the mechanic is for
23             Clark Rigging?
```

JOHN CLARK

1    A. They've got several.

2    Q. Several.  Okay.

3    A. Yeah.

4    Q. All right.  So you don't know why the board

5       was not there?

6    A. No.

7    Q. Was there any sort of safety equipment

8       provided during this project?

9           MR. GULISANO:  Objection.  For any

10      reason or anybody?

11          MS. BAUMEISTER:  Any reason.  For

12      anyone.

13   A. What do you mean by safety equipment?  I had a

14      harness on.  The fellow that was with me, Lee

15      Button, had a harness on, but that's because

16      we were 20 feet up on top of the larger crane.

17   Q. Okay.  Is it standard for any sort of safety

18      equipment to be provided when heavy things or

19      dangerous equipment is being lifted off of the

20      trailer?

21   A. Barricade tape is to keep people out of the

22      area and the swing radius of the cranes.

23      That's probably the most standard of

JOHN CLARK

1      equipment.

2  Q.  So then just to confirm.  So July 21st, 2017,

3      you were setting up the cranes to start the

4      project on the following day which was removal

5      of certain light fixtures on a -- what was it?

6      A bridge?

7  A.  It's basically a bridge that goes over the

8      railroad tracks.

9  Q.  Okay.  And this job was being done for CSX

10      Transportation?

11  A.  Yes.

12          MS. BAUMEISTER:  I think that's all I

13      have.

14

15  **EXAMINATION BY MR. GULISANO:**

16  Q.  If I understand correctly -- Mr. Walter, his

17      job was essentially to operate a tractor and

18      trailer and bring a counterweight to the site

19      where your crane was; is that correct?

20  A.  Yes.

21  Q.  And his role -- I'm sorry.  His job was a

22      truck driver?

23  A.  Yes.

1   Q. And are you familiar with the responsibilities

2       of that role essentially?

3   A. A truck driver?

4   Q. Yes.

5   A. Yes.  I've got a Class A license.

6   Q. As a truck driver, is he responsible to

7       perform any inspections of the vehicle and

8       trailer he was transporting?

9   A. Yes.  Pre-trip inspection is required.

10  Q. And just very generally speaking, what takes

11      place in a pre-trip inspection?

12  A. Your lights, check all your lights.  Check all

13      components, you know.  Make sure everything's

14      safe on the truck.  Your horn, check the horn,

15      brakes release, load is secured, tires

16      inspection.

17  Q. Would you also just essentially do a 360

18      walk-around on the tractor and trailer

19      observing the conditions to make sure there's

20      nothing that appears unsafe?

21  A. That's required, yeah.

22  Q. Would you expect Mr. Walter to be familiar

23      with the tractor and trailer that he was

JOHN CLARK

1           operating and utilizing on the day of the

2           incident?

3    A.  Yes.

4    Q.  Just so I understand, I think you mentioned

5           you saw something out of the corner of your

6           eye.  Do you remember the position that Mr.

7           Walter was in when you first saw him either

8           immediately, before, or after the incident?

9    A.  He was sitting on the outrigger plank, you

10          know.  We set planks down that the outriggers

11          go on for the large crane which would have

12          been directly below me.

13   Q.  I guess that was a bad question.  Did you see

14          his foot actually go into the area where there

15          was no plank, or did you see him after his

16          foot was in that area?

17   A.  I believe out of the corner of my eye I saw

18          his foot go into the area where there's no

19          plank, yes.

20   Q.  Okay.  What was he doing at the time?

21   A.  I'm not exactly sure.  I was kind of paying

22          attention to the counterweight that was coming

23          towards us with the load.

———JOHN CLARK———

1   Q. And his position as a truck driver and

2       whatever activity he's engaged in, is he

3       responsible to be aware of the surroundings

4       that he's operating in?

5   A. Yes.  We all are.

6   Q. As an employee in this profession, everyone

7       has a responsibility to look around and be

8       aware of your surroundings; is that correct?

9   A. Yes.

10  Q. Regardless of what activity you're engaged in.

11      Is that true?

12  A. Yes.

13  Q. The photographs that have been marked Exhibits

14      A, B, and C, do you know who took those?

15  A. I have no idea.

16  Q. Do you know -- strike that.  Can you tell from

17      any of the photographs where the lowboy was at

18      the time the photograph was taken?  In other

19      words, was it on the CSX site or was it

20      somewhere else?

21  A. The picture with the smaller crane next to it

22      looks like the CSX site.

23  Q. So showing you Exhibit C, that appears to be

1         the CSX site right there?

2    A.  Yes.

3    Q.  And I'm just -- I'm looking at Exhibit C.  Are

4         you able to see it while I kind of hold it up

5         like this?

6    A.  Yes.

7    Q.  So we can share it.  The part of the trailer

8         closest to the gooseneck, is that towards the

9         front of the trailer, would you say?

10   A.  Yes.

11   Q.  And then going backwards.  The part of the

12        trailer near what looks like, to me, maybe an

13        American flag, is that the back of the

14        trailer?

15   A.  Yes.

16   Q.  All right.  It appears to me, from looking at

17        this trailer, that there are two spots on the

18        trailer where there's a small absence of

19        boards.  Would you agree with me?

20   A.  Two spots?

21   Q.  Right.  One closest to the gooseneck and one

22        towards the back of the trailer.

23   A.  Yes.

JOHN CLARK

1  Q. Do you know, looking at the trailer here, what

2     location it was that Mr. Walter -- you saw Mr.

3     Walter's foot in?

4  A. The rear of the trailer.

5  Q. All right.  And is there any operational or --

6     strike that.  Is there any operational reason

7     as to why there would be an absence of boards

8     either in the rear or in the front of the

9     trailer?

10 A. I'm not sure about the rear, but the front,

11    that's usually -- on most lowboys that I've

12    ever been around -- they leave -- there's an

13    area there and that's where you put the chains

14    when you're not using them, the fasteners that

15    hold the loads down.

16 Q. So in your experience at the very least in the

17    front or by the gooseneck of the trailer,

18    there's typically an opening where the boards

19    do not cover the entire area; is that correct?

20 A. Yes.

21 Q. And, to your knowledge, that's intentional.

22    Is that true?

23 A. Yes.

JOHN CLARK

1    Q. And would you expect the operator of the

2       tractor trailer who's familiar with the

3       process to be aware of that?

4    A. Yes.

5    Q. And again, just looking at Exhibit C, the back

6       of the trailer.  Is that -- are those -- how

7       would you describe the back of the trailer in

8       terms of the tires?  Are there two axles back

9       there?

10   A. I believe that's three axles.

11   Q. And then it looks to me like there's something

12      in the center between the tires.  Would that

13      be for equipment to rest on depending upon

14      what you're transporting?

15   A. Depending on what you're transporting.

16   Q. At times, would a boom maybe hang over that to

17      a crane or something like that?

18   A. Yes.

19   Q. The counter -- strike that.  Did you see this

20      trailer on site that Mr. Walter brought any

21      time before the unloading process began?

22   A. Like that particular day?

23   Q. Yes.

JOHN CLARK

1    A.  No.

2    Q.  So was it your recollection that you did not

3        see the trailer at all until the

4        counterweights were up in the air and

5        suspended by the smaller helper crane?

6    A.  I was on the trailer to hook the smaller crane

7        to the counterweights.

8    Q.  Okay.  Maybe my question was confusing, then.

9        At that time when you hooked the

10       counterweights to the helper crane, you had an

11       opportunity to observe the trailer with the

12       counterweights on it; is that correct?

13   A.  Yes.  I would have saw it.

14   Q.  Okay.  Do you know if the counterweights

15       occupied the entire area of the trailer?

16   A.  Not the entire area.

17   Q.  Give me a description of what it looked like,

18       the counterweights on the trailer.  And what I

19       mean by that, you know -- what do the

20       counterweights look like?  Are they hanging

21       off the edges of the trailer at all?  Do they

22       go all the way to the back of the trailer and

23       then all the way to the front?  How would you

JOHN CLARK

1        describe it?

2    A. The counterweight would sit in line with the

3        trailer.  Generally, lowboy wells are 26 feet.

4    Q. 26 feet long?

5    A. Yes.

6    Q. Okay.

7    A. In that area.  And the counterweight is about

8        17 feet, 5 inches long and would cover that,

9        and it does hang over typically on that side,

10       the driver's side.  The trailer hangs over

11       about 4 inches.

12    Q. So you said the lowboy well is -- how long is

13       that?

14    A. I'm not positive on that one.  Generally

15       they're 26 feet.

16    Q. And the counterweight is how long?

17    A. About 17 feet.

18    Q. And would it be common practice to place the

19       counterweight to the extent possible centered

20       in the well?

21    A. Yes.

22    Q. In other words, you wouldn't want it all the

23       way up front abutting the gooseneck, and you

———JOHN CLARK———

1          wouldn't want it all the way in the back

2          against the first axle --

3     A.  Correct.

4     Q.  -- on the trailer, correct?

5     A.  Correct.

6     Q.  And to your recollection, is that how it was

7          situated on the day of the incident?

8     A.  Best I remember, yes.

9     Q.  And is it fair to say someone -- and I'm not

10         asking you who -- someone would have had to

11         load the counterweights using the crane onto

12         this trailer?

13    A.  Yes.

14    Q.  And then wherever that takes place, then the

15         trailer is brought to the site where you're

16         at?

17    A.  Correct.

18    Q.  Correct.  And have you ever been involved in

19         performing a task like that?  In other words,

20         using a crane to load counterweights on a

21         lowboy trailer?

22    A.  Yes.

23    Q.  And are you trained when you do that?  To drop

—JOHN CLARK—

1          the counterweights onto the trailer so they're
2          centered on the lowboy trailer?
3     A.   Yes.
4     Q.   And how -- do you know -- the top surface of
5          the lowboy back trailer, do you know how high
6          that is off the ground?
7     A.   Roughly 18 inches.
8               MR. GULISANO:  Okay.  Thank you.  That's
9          all I have.
10              MS. BAUMEISTER:  Just really quickly.
11
12     BY MS. BAUMEISTER:
13    Q.   Do you know whose job it is to the load the
14         counterweights onto the trailer?
15    A.   It could be anybody's job.
16    Q.   Okay.
17    A.   Depending where they're at.
18    Q.   Do you have any recollection who it would have
19         been July 21st, 2017 for that project?
20    A.   To put the counterweight on the trailer?
21    Q.   Yeah.
22    A.   Not on that day.  It would have been coming
23         off the trailer.  It would have been put on

JOHN CLARK

1        prior to that.

2              MS. BAUMEISTER:   That's all I have.

3

4          (Deposition concluded at 11:18 a.m.)

5                    *  *  *  *  *  *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

```
 1        STATE OF NEW YORK)

 2                   )  ss.

 3        COUNTY OF ERIE    )

 4


 5
           I, Jennifer A. Drakulich, Notary Public, in
 6        and for the County of Erie, State of New York,
          do hereby certify:
 7

 8          That the witness whose testimony appears
          hereinbefore was, before the commencement of
 9        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
10        truth; that said testimony was taken pursuant
          to notice at the time and place as herein set
11        forth; that said testimony was taken down by
          me and thereafter transcribed into
12        typewriting, and I hereby certify the
          foregoing testimony is a full, true and
13        correct transcription of my shorthand notes so
          taken.
14

15          I further certify that I am neither counsel
          for nor related to any party to said action,
16        nor in anyway interested in the outcome
          thereof.
17

18          IN WITNESS WHEREOF, I have hereunto
          subscribed my name and affixed my seal this
19        30th day of October, 2020.

20
                      _Drakulich_

22        _____
          Jennifer A. Drakulich

23
```

**1**

10:42 [1] - 1:15
11:18 [1] - 33:4
12 [1] - 5:5
135 [1] - 1:13
14172 [1] - 4:2
14202 [2] - 2:4, 2:9
16 [3] - 3:8, 3:9, 9:3
17 [2] - 30:8, 30:17
18 [1] - 32:7
181 [1] - 2:4
19-CV-01583-WMS-
JJM [1] - 1:6
1985 [2] - 5:11, 5:21

**2**

20 [1] - 21:16
2017 [5] - 4:10, 10:12,
16:22, 22:2, 32:19
2020 [2] - 1:15, 34:19
21st [7] - 1:14, 4:9,
6:3, 10:12, 16:22,
22:2, 32:19
22 [1] - 3:4
22nd [1] - 7:4
26 [3] - 30:3, 30:4,
30:15

**3**

30 [2] - 11:22, 19:11
301 [1] - 1:13
30th [1] - 34:19
32 [1] - 3:3
344 [1] - 2:8
360 [1] - 23:17

**4**

4 [2] - 3:3, 30:11
400 [1] - 2:8
4162 [1] - 4:2

**5**

5 [1] - 30:8

**6**

60,000 [1] - 9:2
60-ton [1] - 11:13
600 [2] - 8:5, 8:6
600-ton [2] - 6:5, 7:10

**7**

7/2/67 [1] - 5:3
716 [2] - 2:5, 2:9

**8**

842-4121 [1] - 2:9
855-3761 [1] - 2:5

**9**

9 [1] - 3:7

**A**

a.m [2] - 1:15, 33:4
able [2] - 12:11, 26:4
absence [2] - 26:18,
27:7
abutting [1] - 30:23
accident [4] - 4:9, 6:3,
12:19, 20:17
accurate [2] - 10:7,
16:20
action [1] - 34:15
activity [2] - 25:2,
25:10
affixed [2] - 20:11,
34:18
ago [1] - 15:21
agree [1] - 26:19
ahead [4] - 7:1, 9:23,
11:16, 12:6
air [1] - 29:4
Al [1] - 12:13
ALAN [1] - 1:4
Alan [2] - 4:8, 10:12
American [1] - 26:13
answer [5] - 4:18,
9:23, 11:17, 12:7,
20:5
anyhow [1] - 12:11
anyway [1] - 34:16
APPEARING [2] - 2:2,
2:6
area [9] - 21:22, 24:14,
24:16, 24:18, 27:13,
27:19, 29:15, 29:16,
30:7
assembling [5] - 6:5,
6:6, 7:1, 7:12, 7:13
assist [3] - 17:7,
17:14, 17:16
assisting [2] - 11:4,
14:6
associated [1] - 18:17
attached [2] - 13:11,
13:15
attaches [1] - 19:7
attention [1] - 24:22
Avenue [2] - 1:13, 2:8
aware [3] - 25:3, 25:8,
28:3
axle [1] - 31:2

axles [2] - 28:8, 28:10

**B**

backed [3] - 11:8,
14:11, 14:19
backwards [1] - 26:11
bad [1] - 24:13
barricade [1] - 21:21
Baumeister [2] - 3:3,
4:7
BAUMEISTER [9] -
2:3, 4:6, 9:5, 16:7,
21:11, 22:12, 32:10,
32:12, 33:2
Baumeister [1] - 3:10
began [1] - 28:21
below [2] - 13:17,
24:12
best [2] - 4:21, 31:8
between [1] - 28:12
bigger [1] - 15:12
biggest [1] - 9:2
birth [1] - 5:2
bit [1] - 8:7
black [1] - 18:3
board [2] - 20:16, 21:4
boards [3] - 26:19,
27:7, 27:18
boom [1] - 28:16
bottle [1] - 16:19
bottom [1] - 19:17
brakes [1] - 23:15
bridge [2] - 22:6, 22:7
briefly [1] - 11:18
bring [1] - 22:18
brought [2] - 28:20,
31:15
Buffalo [3] - 1:14, 2:4,
2:9
Button [4] - 7:19,
14:2, 15:10, 21:15
BY [5] - 2:3, 2:7, 4:6,
22:15, 32:12

**C**

center [1] - 28:12
centered [2] - 30:19,
32:2
Central [1] - 5:9
certain [2] - 13:5, 22:5
certify [3] - 34:6,
34:12, 34:15
chains [6] - 14:12,
14:20, 14:22, 14:23,
15:4, 27:13
charge [1] - 13:22
check [2] - 23:12,
23:14

choker [1] - 13:20
chokers [3] - 13:8,
13:11, 17:12
circling [1] - 18:14
Clark [4] - 4:7, 5:17,
9:11, 20:23
CLARK [2] - 1:11, 3:2
Class [1] - 23:5
closest [2] - 26:8,
26:21
coming [2] - 24:22,
32:22
commencement [1] -
34:8
common [1] - 30:18
company [1] - 6:18
completed [1] - 6:4
components [1] -
23:13
concluded [1] - 33:4
conditions [1] - 23:19
confirm [1] - 22:2
confusing [1] - 29:8
connected [1] - 19:4
CONNORS [1] - 2:7
consider [1] - 6:12
construction [1] -
19:10
corner [4] - 11:18,
17:20, 24:5, 24:17
Correct [3] - 31:3,
31:5, 31:17
correct [7] - 22:19,
25:8, 27:19, 29:12,
31:4, 31:18, 34:13
correctly [1] - 31:6
counsel [1] - 34:15
counter [1] - 28:19
counterbalance [2] -
8:15, 8:16
counterweight [19] -
8:14, 10:3, 10:19,
13:18, 13:21, 15:6,
15:7, 15:9, 17:9,
18:1, 18:22, 20:1,
22:18, 24:22, 30:2,
30:7, 30:16, 30:19,
32:20
counterweights [31] -
8:9, 8:10, 8:17, 8:23,
9:21, 10:18, 11:5,
11:10, 12:22, 13:9,
13:23, 14:6, 14:9,
15:1, 15:12, 15:22,
17:2, 17:15, 17:17,
19:13, 29:4, 29:7,
29:10, 29:12, 29:14,
29:18, 29:20, 31:11,
31:20, 32:1, 32:14
COUNTY [1] - 34:3

County [1] - 34:6
court [1] - 4:15
COURT [1] - 1:1
cover [2] - 27:19, 30:8
covered [1] - 20:1
crane [47] - 6:5, 7:1,
7:6, 7:7, 7:10, 7:11,
7:13, 7:17, 7:18, 8:2,
8:3, 8:4, 8:16, 8:18,
8:19, 10:20, 10:23,
11:12, 11:13, 11:19,
12:1, 12:2, 12:10,
13:7, 13:13, 13:14,
13:17, 15:12, 17:7,
17:14, 17:16, 17:19,
18:1, 18:17, 18:20,
21:16, 22:19, 24:11,
25:21, 28:17, 29:5,
29:6, 29:10, 31:11,
31:20
cranes [4] - 8:1, 17:8,
21:22, 22:3
Crosby [1] - 1:12
CSX [4] - 1:7, 6:10,
6:19, 6:20, 22:9,
25:19, 25:22, 26:1

**D**

dangerous [1] - 21:19
date [1] - 5:1
deck [1] - 19:14
defect [1] - 16:1
DEFENDANT [1] - 2:6
Defendant [1] - 1:8
definitely [1] - 10:10
Delaware [2] - 1:13,
2:8
demolition [1] - 6:12
DePaolo [1] - 1:12
depiction [1] - 10:8
Deposition [1] - 33:4
deposition [1] - 4:12
describe [3] - 13:3,
28:7, 30:1
described [1] - 19:5
description [2] - 10:7,
16:21, 29:17
DESCRIPTION [1] -
3:6
directly [1] - 24:12
Discussion [1] - 7:23
DISTRICT [2] - 1:1, 1:2
done [4] - 6:15, 14:16,
20:19, 22:9
down [10] - 4:16, 4:18,
11:23, 12:2, 13:8,
15:1, 19:7, 24:10,
27:15, 34:11
Drakulich [3] - 1:11,

34:5, 34:22
**driven** [2] - 7:15, 7:16
**driver** [7] - 10:16, 10:17, 14:7, 22:22, 23:3, 23:6, 25:1
**driver's** [1] - 30:10
**driving** [2] - 7:16, 11:6
**drop** [1] - 31:23
**drove** [2] - 10:19, 11:8
**duly** [2] - 4:3, 34:9
**during** [1] - 21:8

---

**E**

---

**East** [1] - 4:2
**edges** [1] - 29:21
**education** [1] - 5:4
**either** [2] - 24:7, 27:8
**employed** [1] - 5:14
**employee** [1] - 25:6
**engaged** [2] - 25:2, 25:10
**engineer** [1] - 5:19
**entire** [3] - 27:19, 29:15, 29:16
**equipment** [10] - 7:8, 9:20, 13:6, 19:18, 21:7, 21:13, 21:18, 21:19, 22:1, 28:13
**ERIE** [1] - 34:3
**Erie** [1] - 34:6
**ESQ** [2] - 2:3, 2:7
**essentially** [3] - 22:17, 23:2, 23:17
**exactly** [2] - 15:14, 24:21
**EXAMINATION** [3] - 3:1, 4:6, 22:15
**Examination** [1] - 1:10
**examined** [1] - 4:3
**excuse** [1] - 6:16
**exhibit** [2] - 9:6, 16:8
**EXHIBIT** [1] - 3:6
**Exhibit** [9] - 9:9, 16:11, 16:12, 16:15, 17:5, 18:15, 25:23, 26:3, 28:5
**Exhibits** [2] - 3:10, 25:13
**expect** [2] - 23:22, 28:1
**experience** [1] - 27:16
**explain** [1] - 8:7
**extent** [1] - 30:19
**eye** [3] - 11:18, 24:6, 24:17

---

**F**

---

**fair** [1] - 31:9

**familiar** [3] - 23:1, 23:22, 28:2
**far** [1] - 11:20
**fasteners** [1] - 27:14
**feet** [7] - 11:22, 21:16, 30:3, 30:4, 30:8, 30:15, 30:17
**fell** [3] - 11:14, 12:4, 15:23
**fellow** [1] - 21:14
**filed** [1] - 12:20
**finish** [1] - 4:17
**first** [9] - 4:3, 4:17, 8:20, 9:1, 9:2, 10:3, 17:9, 24:7, 31:2
**fixtures** [1] - 22:5
**flag** [1] - 26:13
**following** [4] - 6:22, 9:8, 16:10, 22:4
**follows** [1] - 4:4
**foot** [4] - 24:14, 24:16, 24:18, 27:3
**FOR** [2] - 2:2, 2:6
**foregoing** [1] - 34:12
**forth** [1] - 34:11
**four** [1] - 13:21
**Franklin** [1] - 2:4
**front** [9] - 9:16, 17:19, 18:8, 26:9, 27:8, 27:10, 27:17, 29:23, 30:23
**full** [1] - 34:12

---

**G**

---

**generally** [3] - 23:10, 30:3, 30:14
**given** [1] - 4:12
**gooseneck** [6] - 18:5, 19:5, 26:8, 26:21, 27:17, 30:23
**graduate** [2] - 5:5, 5:10
**ground** [1] - 32:6
**GROUP** [1] - 2:3
**guess** [3] - 14:15, 20:14, 24:13
**guiding** [1] - 15:8
**GULISANO** [15] - 2:7, 6:13, 7:20, 9:22, 10:11, 11:16, 12:6, 14:14, 14:21, 16:3, 19:16, 20:4, 21:9, 22:15, 32:8
**Gulisano** [1] - 3:4

---

**H**

---

**hand** [3] - 17:20, 18:3, 18:16

**hands** [1] - 15:16
**hang** [2] - 28:16, 30:9
**hanging** [1] - 29:20
**hangs** [1] - 30:10
**harness** [2] - 21:14, 21:15
**haul** [1] - 10:3
**head** [1] - 4:19
**hear** [1] - 12:11
**HEATHER** [1] - 2:3
**Heather** [1] - 4:7
**heavy** [1] - 21:18
**held** [3] - 1:11, 7:23, 14:12
**helped** [1] - 14:3
**helper** [2] - 29:5, 29:10
**helpful** [1] - 4:19
**helping** [2] - 10:17, 14:9
**hereby** [2] - 34:6, 34:12
**herein** [1] - 34:10
**hereinbefore** [1] - 34:8
**hereunto** [1] - 34:18
**high** [2] - 5:5, 32:5
**history** [1] - 5:4
**hold** [3] - 15:15, 26:4, 27:15
**holding** [2] - 14:23, 15:18
**hole** [1] - 18:13
**hook** [7] - 13:10, 13:17, 13:18, 13:20, 15:6, 17:23, 29:6
**hooked** [2] - 15:11, 29:9
**hooking** [2] - 13:23, 14:4
**hooks** [3] - 13:8, 13:10, 13:20
**horn** [1] - 23:14

---

**I**

---

**idea** [2] - 19:12, 20:20, 25:15
**identification** [2] - 9:8, 16:10
**identify** [4] - 16:15, 17:6, 18:2, 18:11
**immediately** [1] - 24:8
**IN** [1] - 34:18
**INC** [1] - 1:7
**inches** [3] - 30:8, 30:11, 32:7
**incident** [3] - 24:2, 24:8, 31:7
**indicate** [1] - 12:4

**injured** [1] - 12:5
**injuries** [1] - 4:8
**inspection** [3] - 23:9, 23:11, 23:16
**inspections** [1] - 23:7
**intentional** [1] - 27:21
**interested** [1] - 34:16
**involved** [1] - 31:18
**items** [1] - 9:19

---

**J**

---

**Jennifer** [3] - 1:11, 34:5, 34:22
**job** [6] - 14:11, 22:9, 22:17, 22:21, 32:13, 32:15
**JOHN** [2] - 1:10, 3:2
**July** [7] - 4:9, 6:3, 7:4, 10:12, 16:22, 22:2, 32:19
**June** [1] - 5:21

---

**K**

---

**keep** [1] - 21:21
**Kevlars** [1] - 13:19
**kind** [4] - 6:12, 7:8, 24:21, 26:4
**knowledge** [2] - 19:9, 27:21

---

**L**

---

**Lake** [1] - 4:2
**large** [1] - 24:11
**larger** [7] - 8:3, 8:4, 10:23, 11:19, 17:8, 17:18, 21:16
**LAW** [1] - 2:3
**least** [1] - 27:16
**leave** [1] - 27:12
**Lee** [4] - 7:19, 14:2, 15:10, 21:14
**left** [2] - 12:15, 18:3
**left-hand** [1] - 18:3
**license** [1] - 23:5
**lift** [1] - 15:6
**lifted** [8] - 9:19, 11:9, 12:23, 13:5, 14:9, 15:22, 17:2, 21:19
**lifting** [1] - 9:19
**light** [1] - 22:5
**lights** [6] - 6:10, 6:11, 6:14, 6:17, 23:12
**limited** [1] - 19:9
**line** [2] - 15:17, 30:2
**load** [5] - 23:15, 24:23, 31:11, 31:20, 32:13
**loads** [1] - 27:15

**location** [1] - 27:2
**look** [3] - 20:6, 25:7, 29:20
**looked** [2] - 10:9, 16:21, 29:17
**looking** [6] - 11:23, 12:2, 26:3, 26:16, 27:1, 28:5
**looks** [6] - 10:1, 10:2, 16:17, 25:22, 26:12, 28:11
**LOTEMPIO** [1] - 2:3
**loud** [1] - 12:10
**lowboy** [16] - 9:16, 10:4, 10:8, 10:10, 11:15, 11:21, 12:23, 15:23, 16:17, 16:21, 17:10, 18:12, 18:16, 19:3, 19:15, 25:17, 30:3, 30:12, 31:21, 32:2, 32:5
**lowboys** [1] - 27:11
**lower** [1] - 17:20
**lugs** [1] - 13:9
**lunch** [1] - 12:18

---

**M**

---

**mark** [2] - 9:5, 16:7
**marked** [4] - 9:8, 16:10, 18:15, 25:13
**marriage** [1] - 19:11
**married** [1] - 5:12
**mean** [2] - 21:13, 29:19
**mechanic** [2] - 20:21, 20:22
**mentioned** [1] - 24:4
**method** [1] - 13:4
**missing** [3] - 16:5, 18:11, 20:2
**most** [2] - 21:23, 27:11
**moving** [2] - 6:2, 8:9
**MR** [14] - 6:13, 7:20, 9:22, 10:11, 11:16, 12:6, 14:14, 14:21, 16:3, 19:16, 20:4, 21:9, 22:15, 32:8
**MS** [8] - 4:6, 9:5, 16:7, 21:11, 22:12, 32:10, 32:12, 33:2

---

**N**

---

**name** [2] - 4:7, 34:18
**NASH** [1] - 2:7
**near** [1] - 26:12
**need** [1] - 15:10
**NEW** [2] - 1:2, 34:1

**New** [5] - 1:14, 2:4, 2:9, 4:2, 34:6
**next** [3] - 15:4, 15:5, 25:21
**nice** [1] - 5:8
**normal** [1] - 13:1
**normally** [1] - 20:7
**Notary** [2] - 1:12, 34:5
**notes** [1] - 34:13
**nothing** [2] - 23:20, 34:9
**notice** [2] - 1:15, 34:10
**number** [1] - 10:5
**nylon** [1] - 13:20

**O**

**objection** [10] - 6:13, 9:22, 10:11, 11:16, 12:6, 14:14, 16:3, 19:16, 20:4, 21:9
**observe** [1] - 29:11
**observing** [1] - 23:19
**occupied** [1] - 29:15
**October** [1] - 1:14, 34:19
**OF** [3] - 1:2, 34:1, 34:3
**oiler** [1] - 7:19
**one** [11] - 8:20, 9:1, 9:2, 10:2, 11:11, 17:9, 19:2, 26:21, 30:14
**ones** [1] - 8:22
**opening** [1] - 27:18
**operate** [1] - 22:17
**operating** [4] - 5:19, 8:1, 24:1, 25:4
**operational** [2] - 27:5, 27:6
**operator** [2] - 7:10, 28:1
**opportunity** [1] - 29:11
**outcome** [1] - 34:16
**outrigger** [1] - 24:9
**outriggers** [1] - 24:10
**overall** [1] - 6:7

**P**

**P.C** [2] - 2:3, 2:7
**PAGE** [2] - 3:1, 3:6
**part** [3] - 6:6, 26:7, 26:11
**particular** [2] - 13:18, 28:22
**parts** [3] - 8:6, 8:8, 19:23
**party** [1] - 34:15

**passing** [1] - 11:1
**paying** [1] - 24:21
**people** [1] - 21:21
**perform** [1] - 23:7
**performing** [1] - 31:19
**person** [1] - 11:11
**PHILIP** [1] - 2:7
**photo** [2] - 9:12, 16:16
**Photo** [6] - 3:7, 3:8, 3:9, 9:9, 16:11, 16:12
**photograph** [1] - 25:18
**photographs** [2] - 25:13, 25:17
**picked** [1] - 17:16
**picks** [1] - 8:19
**picture** [2] - 17:6, 25:21
**pins** [1] - 8:21
**place** [4] - 23:11, 30:18, 31:14, 34:10
**Plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 2:2
**plank** [6] - 16:5, 18:11, 20:2, 24:9, 24:15, 24:19
**planks** [2] - 20:11, 24:10
**plate** [1] - 10:5
**portion** [1] - 19:17
**position** [4] - 5:18, 5:22, 24:6, 25:1
**positive** [1] - 30:14
**possible** [1] - 30:19
**pounds** [1] - 9:3
**practice** [1] - 30:18
**pre** [2] - 23:9, 23:11
**pre-trip** [2] - 23:9, 23:11
**procedure** [2] - 13:1, 15:5
**process** [3] - 8:18, 28:3, 28:21
**profession** [1] - 25:6
**project** [8] - 6:3, 6:7, 6:20, 7:3, 7:14, 21:8, 22:4, 32:19
**provided** [2] - 21:8, 21:18
**proximity** [1] - 10:21
**Public** [2] - 1:12, 34:5
**pursuant** [2] - 1:15, 34:10
**put** [11] - 8:8, 8:17, 9:21, 15:17, 17:9, 17:13, 17:15, 17:17, 27:13, 32:20, 32:23
**putting** [1] - 8:21

**Q**

**questions** [1] - 4:11
**quick** [1] - 18:10
**quickly** [1] - 32:10
**quite** [1] - 12:9

**R**

**radius** [1] - 21:22
**railroad** [1] - 22:8
**real** [1] - 12:10
**really** [6] - 12:8, 15:13, 15:20, 18:10, 19:10, 32:10
**rear** [3] - 27:4, 27:8, 27:10
**reason** [3] - 21:10, 21:11, 27:6
**recognize** [1] - 9:11
**recollection** [3] - 29:2, 31:6, 32:18
**record** [2] - 7:20, 7:23
**refresh** [1] - 4:14
**regardless** [1] - 25:10
**related** [1] - 34:15
**release** [1] - 23:15
**remember** [10] - 6:18, 12:16, 14:2, 14:3, 15:13, 15:18, 20:8, 20:10, 24:6, 31:8
**removal** [1] - 22:4
**remove** [1] - 15:3
**removed** [5] - 7:7, 7:9, 14:12, 14:19, 14:22
**removing** [4] - 6:11, 6:14, 6:17, 7:11
**Rental** [1] - 5:17
**rephrase** [1] - 4:23
**replaced** [1] - 20:16
**replacing** [1] - 6:10
**report** [1] - 12:19
**reporter** [1] - 4:15
**Reporting** [1] - 1:12
**represent** [1] - 4:8
**required** [2] - 23:9, 23:21
**respect** [1] - 4:8
**responses** [1] - 4:21
**responsibilities** [1] - 23:1
**responsibility** [1] - 25:7
**responsible** [2] - 23:6, 25:3
**rest** [3] - 12:12, 19:8, 28:13
**retained** [1] - 3:10
**Rigging** [2] - 5:17, 20:23

**rigging** [1] - 17:22
**right-hand** [2] - 17:20, 18:16
**Road** [1] - 4:2
**role** [3] - 14:5, 22:21, 23:2
**rope** [2] - 13:14, 15:15
**roughly** [1] - 32:7
**route** [1] - 4:21

**S**

**safe** [1] - 23:14
**safety** [3] - 21:7, 21:13, 21:17
**saw** [5] - 24:5, 24:7, 24:17, 27:2, 29:13
**school** [1] - 5:5
**seal** [1] - 34:18
**second** [1] - 7:21
**secured** [1] - 23:15
**see** [13] - 8:17, 11:15, 17:8, 17:16, 19:14, 19:17, 19:22, 19:23, 24:13, 24:15, 26:4, 28:19, 29:3
**semi** [1] - 9:15
**separate** [1] - 8:6
**Services** [1] - 1:13
**set** [4] - 6:20, 7:4, 24:10, 34:10
**setting** [1] - 22:3
**several** [2] - 21:1, 21:2
**share** [1] - 26:7
**shorthand** [1] - 34:13
**shoulder** [1] - 4:20
**showing** [4] - 16:14, 17:5, 19:10, 25:23
**shrugs** [1] - 4:20
**side** [4] - 18:3, 18:16, 30:9, 30:10
**sit** [2] - 8:15, 30:2
**site** [8] - 7:14, 11:13, 22:18, 25:19, 25:22, 26:1, 28:20, 31:15
**sitting** [4] - 18:22, 19:13, 19:18, 24:9
**situated** [1] - 31:7
**small** [2] - 17:23, 26:18
**smaller** [12] - 8:1, 8:19, 10:20, 11:12, 13:7, 13:13, 13:14, 13:17, 18:18, 25:21, 29:5, 29:6
**someone** [2] - 31:9, 31:10
**somewhere** [1] - 25:20
**sorry** [5] - 11:7, 12:14,

13:4, 14:8, 22:21
**sort** [4] - 16:1, 16:5, 21:7, 21:17
**speaking** [1] - 23:10
**spots** [2] - 26:17, 26:20
**spotting** [1] - 15:9
**ss** [1] - 34:2
**stack** [2] - 8:22, 9:3
**standard** [3] - 15:5, 21:17, 21:23
**start** [3] - 6:21, 7:4, 22:3
**STATE** [1] - 34:1
**State** [1] - 34:6
**STATES** [1] - 1:1
**stay** [1] - 10:23
**steer** [1] - 15:16
**straight** [1] - 5:1
**Street** [1] - 2:4
**strike** [3] - 25:16, 27:6, 28:19
**subscribed** [1] - 34:18
**Suite** [2] - 1:13, 2:8
**surface** [1] - 32:4
**surroundings** [2] - 25:3, 25:8
**suspended** [1] - 29:5
**sustained** [1] - 4:9
**swing** [1] - 21:22
**swings** [1] - 8:20
**sworn** [2] - 4:3, 34:9

**T**

**tagline** [3] - 15:15, 15:18, 17:21
**tape** [1] - 21:21
**task** [1] - 31:19
**terms** [1] - 28:8
**testified** [1] - 4:4
**testify** [1] - 34:9
**testimony** [5] - 34:8, 34:9, 34:10, 34:11, 34:12
**that'd** [1] - 4:18
**THE** [2] - 2:2, 2:6
**thereafter** [1] - 34:11
**thereof** [1] - 34:16
**they've** [1] - 21:1
**three** [2] - 15:21, 28:10
**tires** [3] - 23:15, 28:8, 28:12
**today** [1] - 4:11
**took** [1] - 25:14
**top** [11] - 8:22, 9:3, 13:21, 14:3, 15:11, 17:9, 17:18, 18:1, 21:16, 32:4

**towards** [3] - 24:23, 26:8, 26:22
**tracks** [2] - 6:10, 22:8
**tractor** [8] - 9:15, 9:16, 9:18, 10:4, 22:17, 23:18, 23:23, 28:2
**trailer** [75] - 7:8, 8:12, 8:13, 8:19, 9:17, 10:2, 10:4, 10:8, 10:10, 11:10, 11:15, 11:21, 12:23, 14:10, 14:11, 14:13, 14:19, 14:20, 14:23, 15:23, 16:2, 16:4, 16:17, 16:21, 17:3, 17:10, 18:6, 18:12, 18:16, 18:21, 19:3, 19:8, 19:14, 19:18, 20:2, 20:12, 21:20, 22:18, 23:8, 23:18, 23:23, 26:7, 26:9, 26:12, 26:14, 26:17, 26:18, 26:22, 27:1, 27:4, 27:9, 27:17, 28:2, 28:6, 28:7, 28:20, 29:3, 29:6, 29:11, 29:15, 29:18, 29:21, 29:22, 30:3, 30:10, 31:4, 31:12, 31:15, 31:21, 32:1, 32:2, 32:5, 32:14, 32:20, 32:23
**trained** [1] - 31:23
**transcribed** [1] - 34:11
**transcription** [1] - 34:13
**Transportation** [1] - 22:10
**TRANSPORTATION** [1] - 1:7
**transported** [1] - 7:14
**transporting** [3] - 23:8, 28:14, 28:15
**Trial** [1] - 1:10
**trip** [2] - 23:9, 23:11
**truck** [14] - 7:16, 10:16, 10:17, 10:19, 11:2, 11:8, 14:7, 18:7, 18:8, 22:22, 23:3, 23:6, 23:14, 25:1
**true** [5] - 10:7, 16:20, 25:11, 27:22, 34:12
**truth** [3] - 34:9, 34:10
**turn** [1] - 15:17
**two** [4] - 8:1, 26:17, 26:20, 28:8
**typewriting** [1] - 34:12
**typically** [2] - 27:18, 30:9

**U**

**UNITED** [1] - 1:1
**unloaded** [1] - 19:20
**unloading** [1] - 28:21
**unsafe** [1] - 23:20
**up** [10] - 11:19, 15:11, 15:16, 15:17, 17:17, 21:16, 22:3, 26:4, 29:4, 30:23
**utilizing** [1] - 24:1

**V**

**vehicle** [1] - 23:7
**verbal** [1] - 4:21
**visible** [2] - 20:3, 20:8
**vs** [1] - 1:6

**W**

**walk** [1] - 23:18
**walk-around** [1] - 23:18
**Walter** [11] - 4:8, 10:12, 11:4, 11:14, 12:4, 15:23, 22:16, 23:22, 24:7, 27:2, 28:20
**WALTER** [1] - 1:4
**Walter's** [2] - 14:5, 27:3
**water** [1] - 16:19
**ways** [1] - 12:9
**Wednesday** [1] - 1:14
**weights** [1] - 8:15
**wells** [1] - 30:3
**WESTERN** [1] - 1:2
**where'd** [1] - 5:6
**WHEREOF** [1] - 34:18
**whole** [2] - 5:22, 34:9
**wife** [1] - 19:11
**Wilson** [3] - 4:2, 5:7, 5:9
**witness** [1] - 34:8
**WITNESS** [2] - 3:1, 34:18
**words** [3] - 25:19, 30:22, 31:19
**worry** [1] - 19:11

**Y**

**year** [1] - 5:10
**years** [3] - 5:5, 15:21, 19:11
**YORK** [2] - 1:2, 34:1
**York** [5] - 1:14, 2:4, 2:9, 4:2, 34:6