# EXHIBIT G

*ALAN WALTER vs.*
*CSX TRANSPORTATION, INC.*

---

*ALAN WALTER*
*February 9, 2021*

---





# METSCHL
## AND ASSOCIATES
**COURT REPORTERS • LEGAL VIDEO SERVICES**



**Buffalo, NY:** 716 856-1906
**Rochester, NY:** 585 697-0969
**Toll Free:** 800 397-1796

*Min-U-Script® with Word Index*

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

---

**Page 1**

1  STATES DISTRICT COURT
2  WESTERN DISTRICT OF NEW YORK
3  _____
4  ALAN WALTER,
5        Plaintiff,
6        vs        Civ. No. 1:19-CV-01583(WMS)
7
8  CSX TRANSPORTATION, INC.,
9        Defendant.
10 _____
11  Examination Before Trial of ALAN WALTER, held pursuant to
12  the Federal Rules of Civil Procedure, in the offices of
13  METSCHL & ASSOCIATES, 295 Main Street, Suite 1098,
14  Buffalo, New York, on Tuesday, February 9, 2021 at 12:02
15  p.m. before Molly Fenske, Notary Public (via webcam).
16
17
18
19
20
21
22
23
24
25

---

**Page 2**

1  APPEARANCES:
2
3  LOTEMPIO LAW GROUP
   BY:  BOYD EARL, ESQ. (via webcam)
4  One Franklin Court
   181 Franklin Street
5  Buffalo, New York  14202
   boydearl@gmail.com
6  Appearing for the Plaintiff.
7  NASH CONNORS, PC
   BY:  PHILIP M. GULISANO, ESQ.
8  344 Delaware Avenue, Suite 400
   Buffalo, New York  14202
9  Gulisano@nashconnors.com
   Appearing for the Defendant.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 3**

1                INDEX TO WITNESS
2
3  ALAN WALTER                              PAGE
4  Examination by Mr. Gulisano.....................6
5
6                INDEX TO EXHIBITS
7                   (attached)
8
9  EXHIBIT                                  PAGE
10 Exhibit D, Plaintiff's response to Defendant's first
11    set of interrogatories.....................4
12 Exhibit B-1, photograph..........................4
13 Exhibit E, Clark Companies witness interview/signed
14    statement form.............................4
15 Exhibit F, statement.............................4
16 Exhibit G, hazard bulletin.......................4
17 Exhibit H, photograph............................4
18 Exhibit I, social security printout..............4
19
20            INDEX TO DOCUMENTS REQUESTED
21 DOCUMENT                                 PAGE
22 Notes............................................59
23 Authorization...................................169
24
25

---

**Page 4**

1        (Whereupon, Exhibit D, Plaintiff's
2  response to Defendant's first set of
3  interrogatories; Exhibit B-1, photograph; Exhibit E,
4  Clark Companies witness interview/signed statement
5  form; Exhibit F, statement; Exhibit G, hazard
6  bulletin; Exhibit H, photograph; Exhibit I, social
7  security printout, were marked for identification.)
8        THE REPORTER: Mr. Gulisano, you'll
9  supply Mr. Earl?
10        MR. GULISANO: Yes.
11        THE REPORTER: Will the witness be
12  reading and signing?
13        MR. EARL: No, I don't think so.
14        (Whereupon, the following stipulations
15  were entered into by the respective parties:
16        It is hereby stipulated by and between
17  counsel for the respective parties that the oath of
18  the referee is waived, that signing, filing and
19  certification of the transcript are waived, and all
20  objections, except as to the form of the question,
21  are reserved until the time of trial.)
22        THE REPORTER: Mr. Earl, is there anyone
23  in the room with you?
24        MR. EARL: No.
25        THE REPORTER: Mr. Gulisano, is there

---

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 5

1  anyone in the room with you besides you and the
2  plaintiff?
3      MR. GULISANO: No.
4      THE REPORTER: Before we proceed, I will
5  ask counsel to agree on the record that, under the
6  current National Emergency, pursuant to Section 319
7  of the Public Health Service Act, there is no
8  objection to this deposition officer administering a
9  binding oath to the witness remotely.  Please state
10 your agreement on the record.
11     MR. EARL: I agree.
12     MR. GULISANO: I agree.
13     ALAN WALTER, 1884 Transit Road, Burt, New
14 York 14028, having been duly called and sworn, was
15 examined and testified as follows:
16     MR. GULISANO: Mr. Walter, my name is
17 Phil Gulisano and I represent the defendant CSX
18 Transportation, Inc. I'll probably refer to that
19 party as CSX.  You'll understand, I assume, what I
20 mean, correct, sir?
21     THE WITNESS: Yes.
22     MR. GULISANO: Just some ground rules
23 before we get started here.  Please respond verbally
24 to my questions so the court reporter who is
25 appearing remotely can take down what you have to

Page 6

1  say.
2      THE WITNESS: Okay.
3      MR. GULISANO: She can't interpret an
4  mhmm or a nod of the head or anything like that.
5      THE WITNESS: Right, okay.
6      MR. GULISANO: If you don't understand or
7  you don't hear something that I say or something
8  that, you know, was said over the video, please let
9  us know.  I'll be happy to repeat or rephrase the
10 question so you understand, okay?
11     THE WITNESS: Yes.
12     MR. GULISANO: And then lastly, do your
13 best to wait until I'm done asking a question before
14 you respond, just so we're not talking at the same
15 time.
16     THE WITNESS: Okay.
17     MR. GULISANO: I know we've got people in
18 different areas so hopefully we'll get through this.
19 It's kind of the new world we live in.
20     THE WITNESS: Sounds good.
21 EXAMINATION BY MR. GULISANO:
22 Q.  Sir, can you tell me your date of birth?
23 A.  12/12/67.
24 Q.  How old are you today?
25 A.  53.

Page 7

1  Q.  What are the last four digits of your Social
2  Security number?
3  A.  9045.
4  Q.  Are you married?
5  A.  Yes.
6  Q.  Who are you married to?
7  A.  Connie Walter.
8  Q.  How long have you been married?
9  A.  Oh, boy, you would have to ask that.
10 Q.  She's not here so it doesn't -- you don't have
11 to be...
12 A.  You'll get me in trouble.  I would say twenty
13 years.
14 Q.  Is that your only marriage or have you had --
15 A.  Yes, no, only.
16 Q.  Does Connie live with you at 1884 Transit
17 Road?
18 A.  Yes.
19 Q.  Does anyone else live with you at that
20 address?
21 A.  No.
22 Q.  Does Connie have employment outside of the
23 household?
24 A.  No.
25 Q.  Does she have a profession?  When was the last

Page 8

1  time she had employment outside of the household?
2  A.  I think in '09.
3  Q.  What did she -- what was her profession?
4  A.  She worked for Delphi Automotive.
5  Q.  And is she currently retired or --
6  A.  She's out on Comp.  She hurt her neck.  She
7  had three neck surgeries.
8  Q.  Did she have any related lawsuits as a result
9  of that injury?
10 A.  No.
11 Q.  Do you have any children?
12 A.  I have one boy.
13 Q.  What is his name?
14 A.  Kyle.
15 Q.  K-Y-L-E?
16 A.  Yep, Walter.
17 Q.  About how old is Kyle?
18 A.  Twenty-seven.
19 Q.  Does he live in the area?
20 A.  He lives, yeah, in Akron.
21 Q.  Akron, New York?
22 A.  Yeah.
23 Q.  Is he married?
24 A.  No.
25 Q.  Does he have any children?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 9

1    A.  One boy.
2    Q.  How old is that boy?
3    A.  He'll be three years old in April.
4    Q.  Do you see Kyle often?
5    A.  Once a week.
6    Q.  Do you have an opportunity to see your
7    grandson?
8    A.  Oh, yeah.
9    Q.  How often would you say you currently see him
10   about?
11   A.  Maybe once every other weekend.
12   Q.  Is there a custody issue?  Does Kyle have full
13   custody of his son?
14   A.  They're both -- they're not married, but
15   they're both -- we work with the kid.  They're living
16   together with my grandson and he'll bring him over.
17   Q.  Understood.  How long have you lived at 1884
18   Transit?
19   A.  I want to say eighteen years.
20   Q.  Give me a description of the house, the
21   layout, the yard, things like that.
22   A.  I live in an upstairs-downstairs, three
23   bedroom, basement.  I've got a thirty by forty pole
24   barn that I built years ago.  I live on almost an acre
25   of land in the middle of apple orchards on one side and

Page 10

1    woods on the other.
2    Q.  Do you keep any sort of garden?
3    A.  No.
4    Q.  What do you store, generally, in the pole
5    barn?
6    A.  Just, I have tools in there.  I had my shop in
7    there and I had, you know, just my riding lawnmower,
8    just stuff like that.  My wife parks in there.
9    Q.  Got you.  Do you have any pets?
10   A.  We have a dog.
11   Q.  What kind of dog?
12   A.  It's like a chihuahua.
13   Q.  How long have you had the dog?
14   A.  I think seven years.
15   Q.  No other pets?
16   A.  Nope.
17   Q.  Sir, can you tell me your approximate height?
18   A.  Six foot one.
19   Q.  And how about your weight?
20   A.  105 -- or, I'm sorry, 205.  I'm not that
21   small.
22   Q.  I was going to say, I don't think so.  Do you
23   have any hobbies?
24   A.  I used to.
25   Q.  What did you used to have as hobbies?

Page 11

1    A.  Hunting, fishing, playing guitar.
2    Q.  Anything else?
3    A.  Working on guns, gunsmithing.  I have my
4    federal firearms license.
5    Q.  So when you would hunt, what would you hunt
6    for?
7    A.  Deer.
8    Q.  And excuse my ignorance.  Do you have to have
9    a license to hunt deer or just a tag to kill a deer?
10   A.  No.  Every year you have to buy a license.
11   Q.  And when was the last time you purchased the
12   license?
13   A.  About two years ago because I could still buy
14   a license for hunting, but I can hand over my doe tags.
15   I could sign them off.  Like, say you're a buddy of
16   mine and you want in the same spot and you wanted more
17   doe tags, I could hand over my doe tags to you so you
18   can fill them so you have more hunting time and deer.
19   Q.  How do you go about getting a doe tag?
20   A.  You just go to Walmart or the town hall,
21   whenever they sell hunting licenses.
22   Q.  So if you went hunting about two years ago,
23   are we talking 2019?
24   A.  Yes, I would say '19.
25   Q.  And when you would go hunting, where would you

Page 12

1    go?
2    A.  In my backyard.
3    Q.  On the acre or so of land you've got?
4    A.  Yeah, on the woods on the north side of my
5    property.
6    Q.  Did you catch anything?
7    A.  Excuse me?
8    Q.  Did you get anything?
9    A.  No, because I couldn't sit there because of
10   being in pain, just sitting and standing.  I tried.
11   Q.  When is the last time you got a deer?
12   A.  To be honest with you, probably like six years
13   ago.
14   Q.  How about fishing, when is the last time you
15   had a fishing license?
16   A.  I haven't fished for, I would say, five years.
17   Q.  Are you close to Burt Dam?
18   A.  Yep.
19   Q.  Do you ever go salmon fishing down there?
20   A.  No.
21   Q.  Never?
22   A.  Nope.
23   Q.  Now, what is your experience playing guitar?
24   A.  I used to play when I was a kid and I gave it
25   up.  Then I forgot everything and then I'm just

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 13

1  starting to pick it up again.
2  Q.  Electric?  Acoustic?
3  A.  Acoustic.
4  Q.  And can you -- when is the last time you
5  played?
6  A.  Last week.
7  Q.  So you play a little bit now?
8  A.  Yeah, just to try to keep up on everything.
9  Q.  Just for fun or do you play for anybody?
10  A.  No, just for fun, just for fun.
11  Q.  Got you.
12  A.  Something I wanted to get back into doing.
13  Q.  Have you ever served in the military?
14  A.  Just boot camp.
15  Q.  For what branch?
16  A.  Army.
17  Q.  Approximately when was that?
18  A.  I want to say '86.
19  Q.  What happened?
20  A.  I had two cracked heels from doing marches and
21  everything and it was a medical.  They didn't want to
22  do nothing so they let me go.
23  Q.  So, as a result of the activities in boot
24  camp, you had two cracked heels?
25  A.  Right.

Page 14

1  Q.  So you had a medical discharge?
2  A.  Yeah.
3  Q.  Did you receive any sort of disability or
4  pension from the military as a result?
5  A.  No, nothing.
6  Q.  I was just going to say try to wait until I'm
7  done.
8  A.  I was just trying to keep up on it with you.
9  Q.  If the court reporter was here, she would kick
10  you.
11  A.  Or slap me.
12  Q.  Sir, have you ever been convicted of a crime?
13  A.  No.
14  Q.  Have you ever pled guilty to a crime?
15  A.  No.
16  Q.  Have you ever filed bankruptcy?
17  A.  No.
18  Q.  Has your wife ever filed bankruptcy?
19  A.  No.
20  Q.  Where did you reside prior to 1884 Transit
21  Road?
22  A.  In Lockport, in a trailer home.
23  Q.  How long did you live there?
24  A.  I want to say three years, four years maybe.
25  Q.  How about before that?

Page 15

1  A.  Before that, Cheektowaga.
2  Q.  Did you have a primary or long-term
3  address in Cheektowaga?
4  A.  I grew up in Cheektowaga.
5  Q.  Got you.
6  A.  I ended up renting from my buddy's parents so
7  it was me and my wife and kid lived upstairs and when
8  we moved out of there moved to Lockport, and from
9  Lockport moved out to Burt.
10  Q.  Where did you grow up in Cheektowaga?
11  A.  Losson Road, Sandy Lane.
12  Q.  By Stiglmeier Park, over there?
13  A.  Yeah.  I would say down the road from there at
14  my parents' house.
15  Q.  I'm going to ask you some questions about your
16  educational background.  Where did you attend high
17  school?
18  A.  Cheektowaga Central.
19  Q.  And did you graduate?
20  A.  Yes.
21  Q.  What year did you graduate?
22  A.  1986.
23  Q.  Did you attend grade school and middle school
24  also in Cheektowaga?
25  A.  Middle school was in Cheektowaga, grade school

Page 16

1  is in Tonawanda.
2  Q.  In high school, I don't know if they do it
3  now, but you could specialize in a trade or anything
4  like that.  Did you have any sort of specialty in high
5  school, whether it's through BOCES or a trade program
6  or anything?
7  A.  Auto mechanics through BOCES.
8  Q.  So when you were in high school, you took some
9  auto mechanics classes?
10  A.  Yes.
11  Q.  Any other similar type classes?
12  A.  Home Ec.  I was forced.
13  Q.  I think we all were.  Other than that, your
14  recollection is pretty much the same, took the classes
15  that everyone else took?
16  A.  Yes.
17  Q.  Did you have any, let's say, formal education
18  after high school?
19  A.  I went to USA Training Academy for truck
20  driving.
21  Q.  When did you do that?
22  A.  I want to say it had to have been '88.
23  Q.  Where was that?
24  A.  In Bear, Delaware.
25  Q.  Bear?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 17

1    A.  Yeah, B-E-A-R.
2    Q.  How long of a program was that?
3    A.  That was a month.
4    Q.  And what types of things did you do and learn
5   at that academy?
6    A.  Everything there was to know about trucking.
7    Q.  Are we talking about tractor-trailers?
8    A.  Yes, tractor-trailer.
9    Q.  Exclusively tractor-trailer or any other types
10  of, let's say, heavy equipment or equipment?
11   A.  No, just tractor-trailer, how to shift, how to
12  steer, how to hook up, disconnect, back up, check your
13  brakes, everything.  They were real thorough.
14   Q.  Did part of the program also include doing
15  inspections of vehicles?
16   A.  Yes, that was the main.
17   Q.  Is it, I forget, a something point inspection.
18  What's the...
19   A.  We just called it as a pre-trip.
20   Q.  So when you were in that program, whether you
21  knew it before the program or not, you were trained to
22  do a pre-trip, which would be an inspection of the
23  tractor-trailer before you get into it to take it to
24  wherever you're going to go?
25   A.  Correct.

Page 18

1    Q.  Is there anything called a post-trip
2   inspection too?
3    A.  Actually, to tell you the truth, there is a
4   post-trip inspection.  Once you get in that truck and
5   you're driving for the day, you're always doing an
6   inspection.  So that's how you can fill out at the end
7   of the day or whatever company policy you, you know,
8   say you get on a truck to do something and, oh, there's
9   a light out, so you'll, okay, remember to fix that.
10   Q.  Understood.
11   A.  It's just a post-trip so it's continuous
12  really.
13   Q.  As a result of attending that program, did you
14  receive like a certificate or something like that?
15   A.  Yes, that I completed it.
16   Q.  And then did you ever get a CDL or equivalent
17  license?
18   A.  I got my CDL, yes.
19   Q.  And is it a certain class?
20   A.  It was a Class A and I had Class A because I
21  had a motorcycle, so it was Class A for
22  tractor-trailer.
23   Q.  Did it have any endorsements, like a tanker
24  endorsement or a HAZMAT?
25   A.  Yes, I had tanker and doubles and triples.

Page 19

1    Q.  And how do you obtain those endorsements?
2    A.  You have to go to the DMV, read up on a book,
3   and then all the different, you know, like, all your
4   safety precautions for hauling a tanker or doing your
5   doubles, triples, you have to have five years clean
6   driving record and then, like, Tops, they gave me mine
7   because I had a five-year and then they'll train you
8   how to hook them up, how to drive them, and then
9   they'll say you're good to go, then you can haul big
10  ones.
11   Q.  In order to get additional endorsements or
12  classifications, it's a combination of clean driving
13  experience as well as maybe taking a test?
14   A.  Yes.
15   Q.  Like a written test?
16   A.  A written test, yes.  That's for like the
17  HAZMAT, tanker.  What else?  Well, now they've got
18  steel on there, haul steel for an endorsement, stuff
19  like that.
20   Q.  And you mentioned motorcycles.  Did you ever
21  have a motorcycle license?
22   A.  Yes.
23   Q.  Do you currently have a motorcycle license?
24   A.  Yes.
25   Q.  Let me take a step back.  Do you currently

Page 20

1   have a CDL?
2    A.  Yes, I do.
3    Q.  And has any license that you have to operate a
4   motor vehicle ever been suspended or revoked?
5    A.  No.
6    Q.  And then do you currently have a motorcycle
7   license?
8    A.  Yes.
9    Q.  How long have you had that?
10   A.  Since '84 or '85.
11   Q.  Do you presently have any motor vehicles
12  registered in your name?
13   A.  I have my pickup truck.
14   Q.  Anything else?
15   A.  Nope.
16   Q.  Do you own a boat?
17   A.  Used to.
18   Q.  When is the last time you owned a boat?
19   A.  About say seven, eight years ago.
20   Q.  Why did you get rid of it?
21   A.  Why did I?
22   Q.  Yeah.
23   A.  Just wasn't really interested in boating.  I
24  mean, shore fishing, fine, but the boating.
25   Q.  Fair to say the fact that you got rid of a

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 21

1 boat had nothing to do with this accident; correct?
2 A. No, no, I got rid of that a long time before
3 this.
4 Q. When is the last time you owned a motorcycle?
5 A. It had to have been, let's see, 2009.
6 Q. Why did you get rid of --
7 A. Because my wife couldn't ride no more and I
8 really didn't like riding alone because just, you know,
9 when you're alone, you're scared. You're always
10 paranoid if somebody is going to hit you.
11 Q. Sure. Besides the USA Training Academy, had
12 you ever had any other formal education?
13 A. No.
14 Q. Have you ever been a member of a labor union?
15 A. No. Actually, Tops; right? Or Tripifoods.
16 That was the same union. I don't know the number.
17 Q. All right. If you were a member of a union
18 while employed by Tops, what was your job at the time?
19 A. For Tops?
20 Q. Yeah.
21 A. Driver, truck driver.
22 Q. Do you recall, as a member, again -- well,
23 strike that. Do you recall getting any job training as
24 a member of a union with Tops or anywhere else?
25 A. No.

Page 22

1 Q. Besides the training you received at the
2 trucking academy, have you had any other formal or
3 informal job training with respect to the operation of
4 motor vehicles?
5 A. No.
6 Q. Are you currently employed?
7 A. No.
8 Q. When is the last time you were employed?
9 A. 7/21/17.
10 Q. What's the significance of that date?
11 A. That was when I got hurt.
12 Q. Have you gone back to work at all?
13 A. For anybody?
14 Q. Since 7/21/17 for anybody?
15 A. No.
16 Q. I'm not trying to put words in your mouth. I
17 thought I saw a reference somewhere that you went back
18 on a light duty for a certain period of time.
19 A. Yes, I did, but I cannot remember the dates.
20 Q. So, just to clarify for the record, okay, the
21 accident that we're here for today occurred on 7/21/17;
22 correct?
23 A. Correct.
24 Q. At some -- at the time, who was your employer?
25 A. Clark Rigging.

Page 23

1 Q. I'll ask you some questions about the name
2 Clark Rigging in a minute, but just for purposes of
3 discussion, at some point after 7/21/17, is it fair to
4 say you went back to the job on a less than full duty
5 capacity for a period of time; is that correct?
6 A. Light duty, yes.
7 Q. You just don't know when exactly that was and
8 for how long; is that true?
9 A. Well, I think it was in September. I'm not
10 sure.
11 Q. Of 2017?
12 A. Yes.
13 Q. Let me ask you this. I'm aware, sir, that
14 you're had two surgeries, okay?
15 A. Yes.
16 Q. Maybe you've had more. I don't want to put
17 words into your mouth. You've had at least two
18 surgeries on your back; correct?
19 A. Correct.
20 Q. My notes indicate the first one occurred on
21 February 22, 2018. Does that sound about right to you?
22 A. What was that date?
23 Q. February 22, 2018?
24 A. Yes, yes.
25 Q. Have you worked at all for Clark Rigging in

Page 24

1 any capacity after that surgery?
2 A. No.
3 Q. So your last day was at some point before your
4 first surgery; correct?
5 A. Correct.
6 Q. How long did you work for Clark Rigging?
7 A. I don't even know when I started, to be
8 honest. I think three and a half years. I'm bad with
9 dates.
10 Q. I understand. That's quite all right, sir.
11 A. My wife knows every date and date.
12 Q. I'm going to mark, sir, a document entitled
13 Plaintiff's Response to Defendant's First Set of
14 Interrogatories. The date on this document is October
15 13, 2020 as Exhibit D, okay? Just, Boyd, I don't have
16 and I searched my files of verification to the
17 interrogatories. At least I couldn't locate them.
18 Does one jump out, you know, as being, you know, in
19 front of you at this point? If not, not a big deal.
20 It just would skip some steps.
21     MR. EARL: Yeah, no. Actually I'm just
22 going to check online right now. It's up in the
23 Buffalo office, so I'll tell you in a second.
24     MR. GULISANO: Okay. Why don't we do
25 this, sir? This is a document, Exhibit D,

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 25

1    Plaintiff's Response to Defendant's First Set of
2    Interrogatories. I'm going to show that to you.
3    You can take as long as or as little as you'd like
4    to look at the document, but my initial question is
5    going to be, do you have a recollection of ever
6    seeing that document before?
7     A.  I've never seen this, no.  I have never seen
8    this.  I've never seen this.
9     Q.  It's a document that in all likelihood would
10   have been prepared by your attorneys, you know.  You
11   may have reviewed it at some point, you know, prior to
12   it going out, or provided information for it.
13    A.  Yeah, I don't recall seeing.  I mean, I've got
14   so much paperwork.  I have no clue.  I can't remember
15   if I seen it or not.  I probably talked about some of
16   it early, but...
17    Q.  I'm going to -- I think your attorney will let
18   you us know if there's a verification, but, in the
19   interim, I'll go on.  In response to one of the
20   demands, I actually have a copy so you can -- I have
21   two copies so you can have that.  It indicates that you
22   worked for Clark Rigging from about 2013.  In response
23   to paragraph 21, it indicates you worked for Clark
24   Rigging from about 2013 to 2017; is that correct?
25    A.  That sounds about right.

Page 26

1     Q.  And then, going on to the next page of that
2    document, it says -- then it looks like before that you
3    worked for a company called VPC Fiberglass?
4     A.  Yes.
5     Q.  And did you work there before Clark Rigging?
6     A.  I did, but I worked for FedEx Ground.
7     Q.  Let's do this then, because I'm not what's
8    your recollection of the dates you worked at Clark
9    Rigging.
10    A.  I would go by '13 to whatever you said.  I
11   don't know.
12    Q.  Yeah.  I didn't say anything.  That's what the
13   document indicates.
14    A.  Yeah, that could be it.
15    Q.  Prior to 2013 where did you work?
16    A.  Before 2013, for FedEx Ground, which was owned
17   by -- the trucks were owned by Ron Hartman.
18    Q.  How long did you work there?
19    A.  I think it was only like probably a year.
20    Q.  What did you do in that job?
21    A.  Drove a truck.
22    Q.  What kind of truck did you drive?
23    A.  A tractor-trailer.
24    Q.  Local or over-the-road?
25    A.  Local, and then had to run that trailer to

Page 27

1    Pittsburgh.  Not Pittsburgh -- where is that?  Right by
2    the Interstate 79 in PA.
3     Q.  When you say local, were you dropping off
4    packages to people's house or were you taking --
5     A.  No.
6     Q.  Hold on.  Were you taking packages from one
7    warehouse to another warehouse or something else?
8     A.  Picking up from the warehouse and then going
9    to our terminal.  They couldn't put everything on one
10   trailer, if somebody throws two boxes on the trailer,
11   that goes to the terminal.
12    Q.  Was that a full-time job?
13    A.  Yes.
14    Q.  Do you know what you were making?
15    A.  Nuts.  I really don't, no.  It wasn't much.
16    Q.  Were you paid by the hour or mile or something
17   different?
18    A.  Pretty much the way he wanted to pay you.  I
19   would say he paid per hour.
20    Q.  Where did you work before Fed Ex?
21    A.  Before that, VPC Fiberglass.
22    Q.  And what did you do there?
23    A.  Built sheds and molds for fiberglass.  Like
24   what do you want to call it?  Craftsman or something.
25    Q.  Where is VPC Fiberglass located?

Page 28

1     A.  On Route 104 in Jeddco, New York.
2     Q.  Jeddo?
3     A.  Yeah, J-E-D-D-O.
4     Q.  What about 10478 Ridge Road in Medina, what
5    address is that?
6     A.  That's Route 104.  That's Ridge Road.
7     Q.  Do you know how long you worked there?
8     A.  At VPC, probably, I want to say about seven
9    months.
10    Q.  What was -- how many hours did you work there?
11   Was it full-time?
12    A.  Yeah, 40.
13    Q.  Either at FedEx or for VPC, did you supervise
14   any employees or were you just working on your own?
15    A.  Working on my own.
16    Q.  Where did you work before VPC?
17    A.  I believe it was Atlas Van Lines.
18    Q.  Now, in the responses here there's a company
19   called Cragco, Inc.?
20    A.  That's, like I said, I'm not good at dates and
21   times, but I did drive for Atlas.  I left there and
22   went to Cragco and left Cragco, went back to Atlas.
23    Q.  I see, okay, all right.
24    A.  I was jumping between.
25    Q.  So what did you do for Atlas?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 29

1    A.   Hired my own guys, drove the truck, moved
2    furniture.
3    Q.   So is Atlas a furniture moving company
4    basically?
5    A.   Yes, van lines.
6    Q.   And would you drive locally or over the road
7    or far away?
8    A.   Locally and far, east coast.
9    Q.   Would you be involved in loading furniture and
10   other things and packing it into the van?
11   A.   Yes.
12   Q.   And then you would drive the van to a
13   location; correct?
14   A.   Right.
15   Q.   And would you be involved in unloading it?
16   A.   Yes, but I didn't have to because I hired my
17   own guys.  We call them lumpers.  So I hired them to do
18   the job, but I get involved just to make sure
19   everything is going smooth and everything was --
20   nobody's stuff is getting damaged.
21   Q.   Would the members of your crew ride on the
22   truck with you or would they ride separately?
23   A.   Some of them would ride with me.
24   Q.   Is there an address or an owner of Atlas that
25   you worked for?

Page 30

1    A.   Actually, I was working by myself because I
2    was a lease operator, but Lincoln Moving and Storage in
3    Buffalo.
4    Q.   What does that mean, Lincoln Moving and
5    Storage?
6    A.   That's the name of the agent.
7    Q.   So would they -- would Lincoln get you jobs?
8    A.   Yes.
9    Q.   If I understand, did you lease a van to
10   operate this business?
11   A.   Yes.
12   Q.   And then Lincoln would find jobs for you and
13   you would do them?
14   A.   Yes.
15   Q.   Based on whatever the job paid, would you then
16   use that to pay your crew?
17   A.   Pay my crew, my fuel, my tolls.
18   Q.   I got it, okay.  And what is Cragco, Inc.?
19   A.   That's a roll off dumpster company.
20   Q.   What did you do for Cragco?
21   A.   It's kind of like a mechanic, a driver, a
22   dispatcher.
23   Q.   Can you elaborate?
24   A.   We used to have people order dumpsters for
25   house clean-outs or whatever, and we would just,

Page 31

1    whatever size dumpster they wanted, deliver it to their
2    house or whoever needed it, just drop it off, and that
3    was about do that and then pick up full cans,
4    dumpsters, and then take them to Modern, dump them, and
5    take it to wherever it had to go after that.  I'd come
6    in early in the morning, check air pressures and tires
7    and oil, change, you know, the oil on the trucks.
8    Q.   Working for, you know, FedEx and Atlas and
9    Cragco, you would operate some form of trucks, right, a
10   tractor-trailer, a van, or whatever you would drive for
11   Cragco; correct?
12   A.   Exactly.
13   Q.   As the driver, were you responsible to perform
14   pre-trip inspections?
15   A.   Pre-trip and post-trip.
16   Q.   For Cragco, what type of truck would you drive
17   to put a dumpster on?
18   A.   Like a ten-wheeler, straight truck.
19   Q.   Is it like a flatbed or...
20   A.   No, it's hard to explain.  It's like a truck
21   cab with the frame rails and then it had an arm on it
22   and when you back up to a dumpster it'll come down and
23   grab a dumpster and pulled up on the truck after
24   tarping it, of course, and then that was it.
25   Q.   Prior to Atlas and Cragco, where did you work?

Page 32

1    A.   Tops Markets, Alco Steel.  Don't ask me dates.
2    No clue.  I first started out driving for Tripifoods
3    back in '89.
4    Q.   So for Tripifoods what were you driving?
5    A.   A tractor-trailer.
6    Q.   And was that in the local area?
7    A.   Started out local and then I was going to New
8    York City, Long Island, West Virginia, my favorite.
9    Q.   What were you transporting?
10   A.   Foods, like oils, Very Fine juice, frozen
11   stuff, Lunchables, stuff for, like, smaller gas
12   stations.
13   Q.   What did you do for Alco Steel?
14   A.   Drove a truck, hauled steel.
15   Q.   What kind of truck would you drive?
16   A.   Tractor-trailer, a Peterbilt with a sled.
17   They call it a sled trailer.
18   Q.   Is that like a flatbed?
19   A.   Yeah, flatbed.
20   Q.   So, would they load the steel onto the flatbed
21   and then you would haul it somewhere?
22   A.   Yes.
23   Q.   Were you responsible to also do pre-trips at
24   Tripi and Alco?
25   A.   Oh, yes.

Page 33

1    Q.  How would it work, for example, for Alco?
2    Would you inspect the tractor-trailer before it was
3    loaded with steel, or after, or both?
4    A.  Both, definitely.  You're hauling a lot of
5    weight and it's a flatbed, so you've got to make sure
6    everything is top shape.
7    Q.  As a driver, you would want to know that
8    everything is in working order with the trailer before
9    it gets loaded with the steel; correct?
10   A.  Oh, yeah, correct.  Sorry, again, correct.
11   Q.  As the driver, was that your responsibility?
12   A.  Yes.
13   Q.  Does any other -- or strike that.  For Tops
14   Markets, did you also drive tractor-trailer?
15   A.  Yes.
16   Q.  Any other jobs that you've had jump out?
17   A.  About it, that I remember.
18   Q.  How long did you work at Tops?
19   A.  Two years.
20   Q.  How long did you work at Alco?
21   A.  About two years, maybe three.
22   Q.  How about Tripi?
23   A.  Five, five and a half.
24   Q.  I want to just -- I want to focus on Clark for
25   a second.  You could close that.  I might ask you some

Page 34

1    questions, but I'm not -- I don't need that right this
2    second.
3    A.  Most of them are up here.
4    Q.  Let me ask you this.  What is US Demo, Inc.?
5    A.  That is a part of Clark that the daughter
6    owned, the sister.  That's who gave me my paychecks.
7    Q.  So, on the paycheck, it indicated it was from
8    US Demo, Inc.  Is that what you're saying?
9    A.  Correct.
10   Q.  Would you get a W-2 that said US Demo, Inc.?
11   A.  That I can't -- I don't even know, because
12   they have US Demo, Clark Rigging and something else in
13   there.
14   Q.  So is it your understanding that you were
15   employed by US Demo, Inc. or Clark Rigging or some
16   other entity?
17   A.  No, Clark Rigging.
18   Q.  Explain to me why you're employed by Clark
19   Rigging if your paychecks came from US Demo, Inc.
20   A.  That's because everything I've done was always
21   Clark Rigging, the whole jobs and everything.  Whatever
22   that paycheck said I didn't care because I was making
23   money.  Whoever is paying me.  It's one company.  No
24   matter if it's whoever.  If it's US Demo, there's
25   another one, and then Clark Rigging, so it didn't

Page 35

1    matter.  As long as I got my paycheck, I didn't care
2    from who.  I drove a truck, wore uniforms for Clark
3    Rigging.
4    Q.  So, for purposes of the deposition, I'm going
5    to refer to Clark Rigging as your employer, okay?
6    A.  Yes, oh, yeah.
7    Q.  Let's, for deposition purposes, unless I
8    specifically ask you a question, forget about any
9    distinction there may or may not be between Clark
10   Rigging and US Demo, Inc., okay?
11   A.  Okay.
12   Q.  So we've already established you've worked at
13   Clark Rigging from about 2013 to 2017; correct?
14   A.  Correct.
15   Q.  And what was your job for Clark Rigging?
16   A.  Truck driver.
17   Q.  And was there a particular truck that you
18   would drive?
19   A.  Oh, yeah, I would always stay in my Peterblit,
20   I think TR81.
21   Q.  So when you say Peterbilt truck, we're talking
22   about a tractor; correct?
23   A.  Yes, yes.
24   Q.  So, is there -- so, did you drive the same
25   tractor from 2013 through 2017?

Page 36

1    A.  Yes, unless something that I didn't, like, if
2    it was wrong with it during my pre-trip, then I would
3    take another truck.
4    Q.  Who was the owner of that tractor?
5    A.  That would have been Clark Rigging.
6    Q.  Where, generally speaking, was that tractor
7    kept?
8    A.  I always kept it in Lockport at a terminal
9    there in a garage.  It would mean the other guy driver
10   their her own base, so you could back them in, plug
11   them in.
12   Q.  So, just so I understand, you're working on a
13   particular day.  Do you drive from your home in Burt to
14   the Lockport terminal to get your tractor?
15   A.  Yes.
16   Q.  And then you're off to do whatever your
17   assignment is?
18   A.  Not that quick, but pretty much, yes.
19   Q.  What would you typically do in terms of
20   driving?
21   A.  You're going to have to rephrase that.
22   Q.  What was your job?  What did you do?
23   A.  Before I started driving or during the whole
24   day?
25   Q.  Give me a typical day, what you would day at

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 37

1  Clark Rigging.
2    A.  Okay.  Go in to work, pre-trip my truck.  We
3  didn't have to start until 7:00 but I was in there
4  about quarter after six, 6:30.  I pre-tripped my truck,
5  go get whatever trailer I had to get, pre-trip that,
6  make sure all that's right and ready to go so I can be
7  out the gate by 7:00, but half the time all the guys
8  started at 7:00 but I was ready to go, everything was
9  safe.  If I did have an issue, I could say, hey, I need
10  this fixed before I get out the gate.
11    Q.  So, I know it might sound goofy, but you would
12  use the tractor to pull trailers; is that correct?
13    A.  Exactly.
14    Q.  And when you say trailers, what type of
15  trailers are we talking about?
16    A.  Mainly all flatbeds.
17    Q.  And locally, at the Lockport terminal, how
18  many flatbeds did Clark -- or how many were there?
19    A.  I would say, I want to say about twenty of
20  them.
21    Q.  And does Clark have any other locations?
22    A.  Yes.
23    Q.  How many other ones?
24    A.  Two other ones.
25    Q.  Where are they?

Page 38

1    A.  One is in Webster, New York, which is outside
2  of, east of Rochester, and the other one is right in
3  Syracuse.
4    Q.  Would you ever work out of those locations?
5    A.  I worked out of Syracuse once.  Was it
6  Syracuse?  No, I'm sorry, I worked out of Webster once.
7  I was just hooking a trailer up, going to set up
8  another crane in the winter and then came back.  That
9  was it.
10    Q.  So what is the general business of Clark
11  Rigging?
12    A.  Mainly cranes, everything to do with cranes.
13    Q.  So do they supply cranes?
14    A.  Oh, yeah, you can rent it.
15    Q.  When the cranes are rented, do they also
16  supply operators?
17    A.  Yes.
18    Q.  Was your job as a truck driver hauling
19  trailers to transport equipment that Clark had rented
20  to a customer to the site?
21    A.  The parts of it, yes, parts of the crane.
22    Q.  So were you generally transporting parts of
23  cranes to a worksite?
24    A.  Yes.
25    Q.  Would you ever transport anything other than

Page 39

1  crane parts?
2    A.  I transported cranes, smaller cranes, of
3  course.  What else did I transport?  Those big -- I
4  don't know what they're called -- communication houses.
5  They're made of -- they've got the stone on them.
6  You'll see them by cell towers.  They're like ten feet
7  wide oversize loads.  I hauled them.  What else?
8  That's pretty much it.
9    Q.  When you -- this is just generally speaking,
10  when you're getting set up for the day, okay, and you
11  go hook up to a trailer, is that trailer empty or is
12  that trailer loaded?
13    A.  They're mostly loaded.  They'll do everything
14  the day before, like, okay, this 400 crane has got to
15  go out, but there's stuff for me to trailer.  The 400
16  crane stuff will be laying in the yard.  So the day
17  before we'll get prepped and then we'll unload one
18  trailer, put whatever we need on another, because they
19  didn't have enough trailers.  That's what we would do
20  to get ready for the next day.
21    Q.  Okay.  So just as a for example, one day you
22  take crane parts to a particular location, then you
23  come back to Clark's yard and that trailer may get
24  loaded to take out the next day.  Is that typically
25  what happens?

Page 40

1    A.  Yeah, pretty much, yes.
2    Q.  Now, are you involved in the loading at the
3  end of the day?
4    A.  If we do have to load, I get involved, yes.
5    Q.  Do you -- do the trailers have to get moved
6  into a location where they can be loaded with whatever
7  they need to get loaded?
8    A.  Yes.
9    Q.  All right.  So you might be involved in that?
10    A.  Yes.
11    Q.  The trailers that are used, out of the -- and,
12  again, I'm not -- this isn't an exact science, but of
13  the twenty or so flatbeds, are they all generally
14  similar in terms of size or is there a wide variety of
15  sizes and types?
16    A.  They're generally the same width and length,
17  just a couple differences, like when I have the rear
18  spread axle, one or two, you know, have a rear spread
19  axle on them with the chain box in the middle of the
20  axles, but other than that they're mainly the same.  We
21  have one lowboy in Lockport and we have one in
22  Syracuse, which is a real -- which is a real low
23  trailer.
24    Q.  So, and then, just because, and for the
25  record, when you say this, you pointed to what was

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 41

1  previously marked as Exhibit B. Is that the trailer
2  that you had hauled on the day of the accident in
3  question?
4     A.  That was the one I hauled from.
5     Q.  We're going to get into it. Let me just ask
6  it differently.
7     A.  Moved it. That's all I'm going to say.
8     Q.  The trailer that you just pointed to that's
9  Exhibit B, is that the one that you were on at the time
10  of the accident?
11     A.  Yes.
12     Q.  Okay. Fair enough. You described that as a
13  low boy?
14     A.  Yes.
15     Q.  And how many low boys did Clark have?
16     A.  Two.
17     Q.  Where were those low boys?
18     A.  The one I had this morning, which is our
19  Lockport one.
20     Q.  So there was one in Lockport?
21     A.  Yes.
22     Q.  Was there one in Syracuse?
23     A.  That's Syracuse's, yes.
24        MR. EARL: Hey, Phil?
25        MR. GULISANO: Yeah?

Page 42

1        MR. EARL: Can we take a break for just a
2     second?
3        (A recess was taken.)
4  BY MR. GULISANO:
5     Q.  Sir, just before we took a quick break -- I
6  should let you know anytime you need to take a break,
7  if you do, just let us know. You said there were two
8  low boys. Were they generally kept at one location or
9  another?
10     A.  Yes.
11     Q.  Where is that?
12     A.  One was kept in Lockport and one was kept in
13  Syracuse.
14     Q.  And is there any way to identify one over the
15  other?
16     A.  The Lockport one was all in really good shape,
17  brand new decking, brand new tires, brand new paint.
18     Q.  What about the Syracuse one?
19     A.  No paint, no new decking. It never did have
20  any new decking.
21     Q.  Let me ask you this. If both trailers were
22  brand new, would they be the same trailers?
23     A.  Yes, I would say. If you had both of them
24  parked right there, I wouldn't know it, but if they
25  were brand new, yeah, I would say they're the same

Page 43

1  setup and everything.
2     Q.  Prior to this accident, have you pulled -- and
3  I'm not talking about the day of or the day before.
4  I'm just talking in the years before the accident, have
5  you utilized both of the low boys?
6     A.  No.
7     Q.  Have you utilized one or the other?
8     A.  I utilized the one in Lockport because that
9  one there is always Syracuse or Albany or the Southern
10  Tier.
11     Q.  How do you know that?
12     A.  Because it's never around. It's always stuck
13  with the 600 crane, big crane with the winch on it.
14  Wherever that crane goes, that trailer is out that way,
15  that goes with it.
16     Q.  When is the last time prior to July 20 or 21,
17  2017, you've ever seen the, quote, Syracuse low boy
18  trailer, if ever?
19     A.  The first year I hauled it once, and the
20  second year, so that I can remember it's three times
21  that I've ever pulled that trailer. That was when I
22  first started working there and the second year. After
23  that, I haven't seen it. I haven't asked where the 600
24  crane was because it's out in Albany or it's in the
25  Southern Tier doing windmills.

Page 44

1     Q.  Would you use the, quote, Lockport trailer?
2     A.  Yeah. I used it that same day. I had to haul
3  a big crane.
4     Q.  So are there different size cranes?
5     A.  Yes, and if you ask me what ton I have no
6  clue.
7     Q.  You're talking about you're using 600. What
8  does 600 mean?
9     A.  Them I knew. They call them 600 ton crane. I
10  guess they could pick up 600 tons, I guess. I don't
11  know.
12     Q.  I mean, you tell me. What do you know about
13  the size of cranes, if anything, that you would haul?
14     A.  Just who I worked with, like the bigger --
15  what do they call them -- off road Terex cranes. I
16  knew the 300, the 400, which looked identical, just
17  different paint and who the operator was. If they
18  said, okay, you need stuff for the 300 crane, I knew
19  what counterweights he had.
20     Q.  I just want to come to a general
21  understanding, so let me see if I can get you to agree
22  on some very basic principles. Clark would run out or
23  supply a number of different size cranes; is that fair?
24     A.  Yes.
25     Q.  Smaller ones and bigger ones?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 45

1    A.  Yes.
2    Q.  The bigger ones, would you agree -- or strike
3    that.  Some bigger ones had to be assembled on-site;
4    correct?
5    A.  3, 4, 500, yes.
6    Q.  Some smaller ones can be transported
7    essentially intact?
8    A.  Right.
9    Q.  And your job, were you involved in
10   transporting all different sizes of cranes?
11   A.  Mainly the, not all the different sizes.
12   Well, yeah, you would say that.  The little carry deck
13   they've got, it's a little one-man thing.  It's the
14   size of a go cart or a Volkswagon.  That I have
15   transported, a little bit bigger one I've transported.
16   Q.  Were you generally involved with transporting
17   the bigger cranes?
18   A.  Now, the bigger ones, are you talking like the
19   3, 4, 600?
20   Q.  I don't know.  You tell me.
21   A.  Well, the 3, 4 and 6, they drove them down the
22   road.  They're too big to put on a trailer.  They've
23   way oversized.  The other ones I have transported.
24   Q.  We'll get to -- in order to get to a jobsite
25   that's far away from Clark, even the bigger cranes have

Page 46

1    to get transported there, don't they?
2    A.  No, they drive them.  They're all legitimate
3    to go on the road, them 3, 4, 600.
4    Q.  I got you, okay.  In addition to driving,
5    which is getting behind the wheel, driving your tractor
6    and trailer from point B to point A, what other job
7    responsibilities at Clark did you have?
8    A.  Help set up the crane, the chain of the load.
9    Like, once we got to the site, I back in whenever they
10   want me, unchain the load, and then they would bring
11   the, whatever you want to call them, straps down the
12   block they call it, hook their counterweights up, help
13   set up the outriggers for where they're going to stay.
14   Q.  What training did you receive in order to
15   perform those tasks?  Let me -- that's a bad question.
16   Just hold on.  Prior to starting at Clark, you had
17   several jobs operating, driving a tractor-trailer or a
18   big truck; correct?
19   A.  Correct.
20   Q.  Prior to working at Clark, had you worked any
21   jobs that involved transporting cranes or setting up
22   cranes?
23   A.  No.
24   Q.  What, if any, training did you receive from
25   Clark in order to perform your job duties outside of

Page 47

1    just strictly driving?
2    A.  Just what -- there was no classes or nothing.
3    I mean, he would -- that's his safe, safety guy would
4    have a thing, but prior to that, nothing.
5    Q.  I don't know what safety guy --
6    A.  The one safety guy that was there that picked
7    me up from that -- I forget his name.
8    Q.  Was he a Clark employee?
9    A.  Yes.  He used to leave out stuff all the time
10   on the table, and then you would go in there and read
11   through like different types of rigging and everything,
12   and then you would sign it, that you took that course,
13   that you read the books, all the safety issues, stuff
14   like that.
15   Q.  Were you required to do that?
16   A.  He required us to do it.
17   Q.  When you were supposed to do it, did you
18   always do it?
19   A.  Oh, yeah.
20   Q.  So you reviewed whatever material you were
21   supposed to review?
22   A.  Yeah, and took a test and he gave me some
23   certificate.
24   Q.  Did you ever keep those certificates?
25   A.  He gave certificates.

Page 48

1    Q.  Did you keep those?  You have to answer
2    verbally.
3    A.  No.  I have a couple with HAZMAT or working
4    with asbestos.
5    Q.  So one of the things that you would transport
6    would be counterweights, did you say, for cranes?
7    A.  Yes, depending on what crane.  It was mainly
8    counterweights, the setup trailer.  Everything went on
9    their own trailer for like the 600 -- or not the 600,
10   I'm sorry.  The 4 and 300 had their own trailers.  This
11   is the setup load, this is the counterweights we need
12   first, so you would just...
13   Q.  What are counterweights?
14   A.  You put them on the crane and the crane at the
15   top where the operator can operate the boom, they call
16   that a house.  Well, he'll set him up on these
17   counterweights that are huge.  They'll pick them up and
18   put them on.  And then the house will pick all them
19   up.  Don't ask me how but that way wherever that boom
20   is the weights will, you know, interact, you know, just
21   so you're not flipping the crane over.
22   Q.  Got it, okay.  So you would often be involved
23   in assisting in the removal of the counterweights from
24   the low boy or trailer; correct?
25   A.  Yes.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 49

1   Q.  And would you agree with me that that process
2   -- or strike that.  Are the counterweights heavy?
3   A.  Oh, yeah.
4   Q.  Is that -- would you consider that potentially
5   a dangerous job?
6   A.  It is, but all right.  We're like a small
7   family.  We all look over each other.  Like,
8   everybody's safety, you know, if this guy is,
9   everything not going right, then you would, hey, you
10   know, just step back and we'll take care of it, stuff
11   like that, but yeah, other than that it was safe.
12   Q.  I understand that.
13   A.  We all make sure everything was safe and
14   everything went smooth.  It always has.
15   Q.  Would you agree that when you're unloading a
16   trailer like that, everybody involved has to pay
17   attention so they don't get hurt?
18   A.  They do, but then there's some people that
19   have something going through their mind and you don't
20   know about it but you keep an eye on everybody and make
21   sure they're safe.  That's -- I was always, and I was
22   the only truck there, tractor-trailer driver, that
23   carried orange cones in his truck in case we had to put
24   trailers on the road or somewhere.  I would put cones
25   around so, you know, nobody's hitting them.  It's, my

Page 50

1   thing is safety.
2   Q.  Prior to July 21 of 2017, had you been
3   involved in driving any cranes or crane parts to CSX
4   facilities?
5   A.  No, I hadn't.
6   Q.  Never?
7   A.  Nope.  Excuse me, sorry.  That one I got hurt
8   on or any other one, any other area of CSX?  Because we
9   did a lot of dismantling of those bridges with the
10   lights.  We did them down Broadway and then, I don't
11   know, nothing happened for a while and then they were
12   doing them, I guess were there, were the 21st, I didn't
13   know they were even there because I had -- that's what,
14   I had to take the one crane from Lockport, take it over
15   to, I think it was Metcalf in the City of Buffalo for
16   another bridge they were dismantling, so John Clark
17   unloaded that and then he showed me where they were
18   staging all them trailers.  I'm like, okay, I didn't
19   know it was there.
20   Q.  We'll get into that, but mine was more the big
21   picture.  Have you ever been on CSX property at any
22   time?
23   A.  Yes.
24   Q.  Prior to -- hold on.  Prior to --
25   A.  Sorry.

Page 51

1   Q.  -- July 21, 2017 --
2   A.  Yes.
3   Q.  -- when is the first time?  You don't have to
4   give me an exact date.  Are we talking the week before,
5   years before?
6   A.  I want to say months.  I really can't
7   remember.
8   Q.  When you were there about months before, was
9   that in the Broadway area?
10   A.  Yes.
11   Q.  And what was the reason why you were there?
12   A.  Driving the truck, dismantling a lot of those
13   bridge lights over the tracks, so they'll mainly
14   deliver the stuff, so the cranes went down the line of
15   doing all the dismantling all the bridges.
16   Q.  Well, when you say you were on the property,
17   what was your purpose?  Were you bringing cranes?  Were
18   you taking cranes?  Were you doing something else?
19   A.  No, nothing, just waiting for that crane, I
20   brought the counterweights, just waiting for that crane
21   to break down and move, so they would lot the
22   counterweights on me and I would go to wherever he was
23   going next.  Once they set them up, then just sit there
24   and wait for them.
25   Q.  So, if you were to, just, for example, you

Page 52

1   bring a crane to a site in the morning and they unload
2   the counterweights and assemble the crane, do you stay
3   there all day until the crane is done and then break it
4   down or do you go somewhere else and do something else?
5   A.  If it's a short job, that we know it's going
6   to be a short job, yes, we'll stay there with it, or if
7   there's nothing else going on for the day, we'll stay
8   there with it, but if there's other stuff to do, then
9   the dispatcher will say, go get him set up and come
10   back, I've got this for you.
11   Q.  How many days do you recall being in the
12   Broadway area on CSX property when they were
13   dismantling what you said were bridge lights?
14   A.  We were just there the one day.
15   Q.  On that one day, do you recall having any
16   interaction with CSX employees?
17   A.  I never even talked to nobody.
18   Q.  So in that instance, were you just told by
19   someone at Clark where to drive the tractor-trailer to?
20   A.  That day on Broadway?
21   Q.  Yeah.
22   A.  Yeah, we did, because me and the one guy from
23   Murzak were like, where are we going?  He goes, oh,
24   you're going on -- the one manager/supervisor from
25   Clark, he was from Syracuse.  He goes, oh, you guys are

Page 53

1  going with Nick or whoever the operator was, which has
2  the 300 crane or 400 crane.  Where is he at?  Oh, he's
3  down there on Broadway.  Oh, okay.  So we went to
4  Broadway and set him up right in the middle of
5  Broadway, so he could dismantle that one bridge and
6  then broke them down.  Yeah, but other than that, but
7  that's all I talked to was my guys, you know, or our
8  guys at Clark.
9     Q.  All right.  How many other drivers did they
10  have at Clark?
11     A.  Original regular drivers, every --
12     Q.  Yeah.
13     A.  -- or people that had their Class A's?
14     Q.  Just regular drivers.
15     A.  Two at Lockport and one or two.
16     Q.  If it was a big project, would they hire other
17  drivers to help out?
18     A.  Oh, yeah, oh, yeah.
19     Q.  Where would they get those other drivers from?
20     A.  Either from Murzak -- what's that other place?
21  Jeez, something rock, rock something, and Big Red, they
22  used to pull around a boom for the 600 and then they
23  got me to do it because they trusted me.  Murzak, I
24  can't -- what's the name of them?  Black Rock Trucking.
25     Q.  Would those other drivers have either their

Page 54

1  own trucks or trucks from their own company?
2     A.  Yes.
3     Q.  But would they pull Clark trailers?
4     A.  Yes.
5     Q.  Did Clark work in, like, crews?
6     A.  Yeah, pretty much.
7     Q.  How was it determined, like, what group of
8  guys would be working together?
9     A.  Just wherever they needed them, I guess.  I
10  don't know.  That wasn't my part.
11     Q.  What's the hierarchy of Clark, to your
12  knowledge?
13     A.  Can you rephrase?
14     Q.  Sure.  I mean, what's the level of people who
15  work there from owner down to supervisors down to
16  workers; do you know?
17     A.  Oh, boy.  I want to say thirty in Lockport and
18  not even that many.  I mean, I can name them all,
19  probably ten people, fifteen, if that.
20     Q.  Fifteen what?
21     A.  People that worked there all the way from Dave
22  down, but I don't know, about maybe four at Webster.
23     Q.  Who is Dave?
24     A.  Dave is the owner.
25     Q.  Dave what?

Page 55

1     A.  Clark.
2     Q.  All right.  And then who else is involved in
3  running the company, if anybody?
4     A.  Steve Clark, his brother.
5     Q.  Okay.  And then who else?
6     A.  And then the dispatcher.
7     Q.  Who is that?
8     A.  I don't know anybody in the back offices, but
9  the dispatcher was Bill Franz, F-R-A-N-Z.  He's the one
10  you get your oversized permits and everything.  And
11  then Shawn Foti, he would be the one to, like, draw --
12  go look at a job, come back, draw up everything where
13  the crane would be and stuff like that, what's needed.
14     Q.  Okay.
15     A.  Other than that...
16     Q.  Is it fair to say that customers of Clark
17  would come to Clark and expect that they had the
18  expertise in terms of what type of crane to use, where
19  it -- set it up and things like that?
20     A.  I wouldn't say no, not the customer wouldn't
21  have that, you know.  I would say it would be more of,
22  all right, what are you doing, and we would send, like,
23  Shawn Foti out there to look at the job, try to figure
24  out the weight, so that way they know how many
25  counterweights they're going to need, what the reach is

Page 56

1  on the crane, all different stuff variables.
2     Q.  Right.  But what I'm saying is the customer
3  will say, this is what we need done?
4     A.  Right.
5     Q.  Clark will go out there and look at it and
6  say, in order to do that this is the size crane that
7  you need and this is generally where the crane needs to
8  be in order to accomplish what you want done.  Is that
9  a fair statement?
10     A.  Exactly.
11     Q.  Clark would say, for example, to pick up this
12  much or to extend this far you need this size crane,
13  for example; right?
14     A.  Exactly.
15     Q.  Prior to the day of your accident, so prior to
16  July 21, 2017, what, if anything, did you know about
17  what was going on at CSX?
18     A.  That day I got in an accident?
19     Q.  What did you know about what was taking place
20  there?
21     A.  I had no clue.
22     Q.  So let me just ask you this.  On, let's say
23  July 19, 2017, so two days before your accident, did
24  you know what plans Clark had to do work on CSX
25  property?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 57

1    A.  No.
2    Q.  Did you even know that there was going to be
3  work done on CSX property?
4    A.  No.
5    Q.  That's not anything that you were privy to?
6    A.  Exactly.
7    Q.  At any point in the week before July 21, so
8  let's say July 20 and the week before, were you -- did
9  you take any cranes to CSX, any cranes or any parts of
10  cranes?
11    A.  No.
12    Q.  During that same period, July 20 and the seven
13  days before that, did you know anything about what was
14  taking place at CSX?
15    A.  No.
16    Q.  When did you first learn that you were going
17  to take a trailer to CSX?
18    A.  The morning of.
19    Q.  So you don't recall, you know, being around
20  the shop, so to speak, the week before guys -- Clark
21  guys talking about the plans to do work at CSX?
22    A.  No.
23    Q.  None of them?
24    A.  That was, like I said, that was, I was told
25  where to go that morning, drop the crane off at

Page 58

1  Metcalfe and whatever road for CSX and then go help
2  John.
3    Q.  We'll get into that in a second.  Did you have
4  a regular supervisor or someone who was your boss or
5  supervisor at Clark?
6    A.  No.  On the job we do.  It's never the same,
7  but when you're in the yard, you know, it's, you guys
8  know what you're doing, you're safe, and you're.
9  Anything in the yard, you know, is go ahead.  They're
10  just like, go ahead.  We have nobody looking up over
11  our shoulders.
12    Q.  All right.  So let's -- I want to direct your
13  attention to July 21, 2017, okay?  Yes?
14    A.  Yes.
15    Q.  Do you have a recollection of when you
16  reported to work that day?
17    A.  When I went in it was seven in the morning.
18    Q.  When you say when you went in, did you go to
19  the Clark Lockport facility?
20    A.  Yes.  But excuse me.
21    Q.  Go ahead.
22    A.  I was there at quarter after six or 6:30
23  because, like I said, I did my pre-trips, made sure
24  that truck was ready to go, plus I had the big crane on
25  there.

Page 59

1    Q.  We'll get to that in a second.  So your
2  recollection is the morning of July 21, 2017, you get
3  to Clark Lockport facilities around 6:15, 6:30;
4  correct?
5    A.  Exactly.
6    Q.  On your way in that morning, did you have any
7  idea what you were going to be doing that day?
8    A.  I can't remember, but it was to take that
9  crane that I was already hooked to to that whatever,
10  the Metcalfe Road.
11    Q.  So the day before July 20, 2017, do you
12  remember what you did that day in terms of work?
13    A.  On July 17th?
14    Q.  No, July 20, 2017, the day before your
15  accident.
16    A.  No, but I wrote it down.
17    Q.  What do you mean you wrote it down?
18    A.  Because I've got to -- every day we come in
19  and what we did for the day, everything written down.
20    Q.  Do you have it written down at home or at
21  Clark?
22    A.  I have it at home.
23    Q.  Well, I would ask that you preserve that.  In
24  other words, keep it, don't throw it out, and I'm going
25  to ask you to provide a copy to your attorneys.  When I

Page 60

1  say a copy, I mean, you know, of the activities that
2  you did for a two-week time period prior to the day of
3  the accident.
4    A.  I've only got the one week.
5    Q.  That's fine.  Whatever you have, okay?
6    A.  He's got it.
7    Q.  If he has it, then I'll make a request on the
8  record for Mr. Earl to provide that and I'll follow it
9  up in writing.  If we can do maybe an index or
10  something like that, that would be great.  I should ask
11  you, sir, did you review any documents in preparation
12  for your testimony here today?
13    A.  No, this is -- that was the first.
14        MR. EARL:  Just to clear that up, you
15  know, he did.  Do you remember the documents I sent
16  you, sir, your statements?  I just want to make sure
17  the record is clear, if that's okay with you, Phil.
18        MR. GULISANO:  Yep.
19        MR. EARL:  Do you remember those
20  statements that you got from Workers' Comp that I
21  had you review?
22        THE WITNESS:  Yeah.
23        MR. EARL:  I also had you review the
24  transcripts of those other three witnesses
25  yesterday.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 61

1    THE WITNESS: The ones, yeah, okay. I
2  misinterpreted what he was saying, transcript or
3  whatever.
4    MR. EARL: I just wanted --
5    THE WITNESS: I apologize.
6  BY MR. GULISANO:
7    Q.  That's okay.  Just to clarify, prior to
8  getting together today, you had an opportunity to
9  review some transcripts of other folks who testified in
10 this case; is that correct?
11   A.  Yes, I did.
12   Q.  You also reviewed some other documents that
13 had your statements or things that you may have written
14 down and said; is that correct?
15   A.  Yes.
16   Q.  Anything else jump out at you that you
17 remember reviewing?
18   A.  Just somebody sent yesterday, and I didn't
19 know who it was, we thought CSX, but I'm like, no, that
20 has to be either Dave, and it was always lies.
21   Q.  It was all what?
22   A.  All lies.  It was either Dave Clark, which is
23 the owner.
24   Q.  Yep.
25   A.  All this happened at 7:30 in the morning.  No,

Page 62

1  it didn't.  It was all just stuff like that.  I know it
2  was probably John Clark, it has to be Dave because they
3  kept calling me.
4    Q.  All right.  So I think what I was asking you
5  is, do you have any recollection of what you did the
6  day before the accident at work?
7    A.  No, I don't.
8    Q.  Do you recall being involved with loading the
9  low boy trailer that you ultimately transported on July
10 21st?
11   A.  The one with the crane on it?
12   Q.  Yes.
13   A.  Yes.
14   Q.  When were you involved with that?
15   A.  That was the day before, the 20th.
16   Q.  So it would be the 20th?
17   A.  Correct.
18   Q.  So tell me about that, what you were --
19   A.  Just, Bill is like, you've got to, you guy's
20 got to load that crane up on the low boy and just stay
21 hooked up to it.  I was like all right.
22   Q.  When we're talking about the low boy, remember
23 how I was questioning you there was a Lockport low boy
24 and a Syracuse low boy?
25   A.  Yes.

Page 63

1    Q.  Just for ease of explanation, I think you said
2  the Lockport low boy was in a little bit better shape
3  than the Syracuse low boy; is that fair?
4    A.  Yep.
5    Q.  So were you involved in loading the Lockport
6  low boy or the Syracuse low boy?
7    A.  No, the Lockport low boy with the crane.
8    Q.  At the time of your accident, were you on the
9  Syracuse low boy or the Lockport how boy?
10   A.  At the time of the accident I was on the
11 Syracuse low boy.
12   Q.  Okay.  Were you involved in loading the
13 Syracuse low boy at all?
14   A.  No.  I don't even know where that was until it
15 was at the CSX yard.
16   Q.  So the afternoon before, on the 20th, you were
17 involved in loading the Lockport low boy with a crane;
18 is that correct?
19   A.  I believe so, yes.
20   Q.  And you show up to work on the morning of July
21 21, 2017.  You started to say you get there and you do
22 a pre-trip inspection.  What do you inspect?
23   A.  The whole tractor-trailer, the load.
24   Q.  What tractor do you inspect?
25   A.  Mine, the TR81.

Page 64

1    Q.  And what trailer do you inspect?
2    A.  I can't remember the number on the Lockport's
3  low boy.
4    Q.  And what is on it?
5    A.  That crane.
6    Q.  What crane?
7    A.  I don't -- I think it's a 65 ton, it's a
8  Donnell or something.  I don't know.  I'm not good with
9  them little cranes.
10   Q.  So it's a smaller crane?
11   A.  Yeah, oh, yes.
12   Q.  Why are you using the Lockport low boy for
13 that as opposed to just a regular flatbed trailer?
14   A.  Because of the weight of the crane and then
15 you could load it, drive up onto the low boy.
16   Q.  I see.  So the crane that was on the Lockport
17 low boy on the morning of the 21st, was that a crane
18 that was completely intact?
19   A.  Yeah.
20   Q.  In other words, it wasn't broken down into
21 pieces?
22   A.  No, no.
23   Q.  All right.  So you inspect your tractor and
24 trailer; correct?
25   A.  Correct.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 65

1    Q.  Do you make any sort of notation of that
2  inspection?
3    A.  I do in a book, our pre-trip book, what
4  tractor I'm driving, what trailer, the mileage and then
5  you go through.
6    Q.  Is that a document you keep or does Clark?
7    A.  It says in the truck.
8    Q.  You don't have a copy of that presently, do
9  you?
10   A.  No, no.  That all stayed with the truck
11  because the next driver that gets in there, then he can
12  look to see if anything was wrong or if there's
13  anything that needs repairs and was it repaired.
14   Q.  So is the book -- does it have forms like
15  inspection forms or is it just like lined pages that
16  you make notes in?
17   A.  Up the top, all the top has like your truck
18  number, mileage, all that stuff.
19   Q.  So it's a pre-printed form?
20   A.  Yeah, and then it'll have like, you know,
21  wipers, gears, all that on here, and then on the bottom
22  it'll have remarks where you can write whatever.
23   Q.  At some point did you leave the Clark Lockport
24  yard with TR81 and the Lockport low boy trailer?
25   A.  Yes.

Page 66

1    Q.  When did you leave?
2    A.  I want to say about 7:30.
3    Q.  Where did you go?
4    A.  I went over to -- oh, what's the name?
5  Metcalfe, and I want to say Lewis or Howard Street in
6  Buffalo.
7    Q.  So when you say Metcalfe, is Metcalfe a road?
8    A.  Yeah.
9    Q.  And Howard is a road?
10   A.  Yeah, I can't remember.
11   Q.  If you talk, you have to talk so she can hear.
12   A.  By a post office.  You go down, I think it's
13  Lewis Road.
14   Q.  What was the business that you went to?
15   A.  I just pulled on the street by one of the
16  viaducts, because then John Clark said, well, I got to
17  take the crane up that hill on the side of the viaduct.
18  That's where they take them, and dismantle another
19  bridge or railroad.
20   Q.  So you go to a location near Metcalfe and
21  Howard Street.  At that time are you on CSX property?
22   A.  No.
23   Q.  Do you pull off on the side of the road or
24  what do you do first?
25   A.  Yeah, I pull up right here.  I pulled up and

Page 67

1  there was a road here, little back side streets, so I
2  pulled up, dropped the front of the trailer and
3  everything and John drove the crane off.
4    Q.  John who?
5    A.  Clark.  He went up to park that crane where
6  CSX needed it and I hooked up the trailer and got
7  everything all ready and backed up, and then John was,
8  wait, I'll show you where we're staging all the
9  trailers for the 600, so okay.
10   Q.  Let me stop you there.  You pull off to the
11  side of the road.  You unhook the Lockport trailer.
12  John gets in and drives the crane off; correct?
13   A.  You got it.
14   Q.  Is it your understanding that he's taking that
15  crane to go onto CSX property in order to use the crane
16  to either dismantle or install one of these signal or
17  light bridges?
18   A.  Yes.
19   Q.  After he takes the crane off, do you then hook
20  back up the Lockport trailer to your tractor?
21   A.  Yes.  Well, to the gooseneck, yes.
22   Q.  It's empty at the time; correct?
23   A.  Exactly.
24   Q.  And then John tells you that we're, quote,
25  staging the trailers at a particular location?

Page 68

1    A.  Yes.
2    Q.  Do you then take the empty trailer to that
3  location?
4    A.  Yes.
5    Q.  And do you know where that location was?
6    A.  It was in Sloan on the corner of Reiman and
7  Ogden.
8    Q.  Reiman and Ogden?
9    A.  Yes, it's a fenced-in area.
10   Q.  How far away was that area from where you were
11  at Metcalfe and Howard?
12   A.  I would say maybe two or three miles, if that.
13   Q.  Is anyone driving with you?
14   A.  No.
15   Q.  So John just tells you where to go?
16   A.  Well, he had the pickup truck, the Clark
17  pickup truck, so he met me at Metcalfe.
18   Q.  Did you follow him or did he just tell you
19  where to go?
20   A.  He said, follow me, I'll show you where the
21  other trailers are staged.  I said okay.
22   Q.  So you go to Sloan, New York, near Reiman and
23  Ogden, and you said you go into a yard that's fenced
24  in?
25   A.  Yes.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 69

1   Q.   Is that on CSX property?
2   A.   I believe, I think it's CSX property.
3   Q.   Describe generally what you see there.
4   A.   I see all the trailers for the 600, black
5   gravel and weeds growing up through it.
6   Q.   How many trailers do you see?
7   A.   Maybe ten.  I couldn't keep count.
8   Q.   Was the 600 a big crane?
9   A.   Oh, yeah.
10   Q.   So do you believe it takes about ten trailer
11   loads of stuff in order to assemble it?
12   A.   Plus, probably eighteen to twenty, if it's
13   fully decked out with the post and everything.  It's a
14   big crane.
15   Q.   What is your understanding of what your job is
16   once you get to that yard?
17   A.   John said to drop that and come over to where
18   it was the 600.  I said okay because I had to hook up
19   the boom trailer, and once they lift the boom then I
20   pull that trailer out from under it and back the crane
21   in so they could hook the boom up.
22   Q.   So you dropped the empty trailer, okay, and
23   then you go to hook up to another trailer?
24   A.   No.  I go to where the 600, which is right
25   down the road.

Page 70

1   Q.   Is the 600 in the same yard as you were?
2   A.   No, that was actually where the CSX where they
3   were setting up.
4   Q.   I'm just, I'm a little confused.  Hold on.
5   We've got to step back.  So let's try to listen
6   specifically to what I ask you.  John takes you to a
7   fenced-in yard; correct?
8   A.   Right.
9   Q.   In this fenced-in yard you said you saw about
10   ten trailers; correct?
11   A.   Correct.
12   Q.   Do those trailers all have parts of the 600
13   crane?
14   A.   Yes.
15   Q.   That would need to be assembled for the bigger
16   part of the crane; correct?
17   A.   Correct.
18   Q.   Those are all in that fenced-in yard; correct?
19   A.   Correct.
20   Q.   You drop your empty trailer there; correct?
21   A.   Correct.
22   Q.   Then do you leave the yard or do you go over
23   to one of the ten trailers that are there?
24   A.   No, I left that yard.
25   Q.   Did you bobtail out of the yard or were you

Page 71

1   hooked up to something?
2   A.   No, I bobtailed.
3   Q.   And then you bobtail to where?
4   A.   To where the 600 crane was where John was.
5   Q.   When you say the 600 crane, that's where I'm
6   getting confused?
7   A.   Here.
8   Q.   Just a second.  There's trailers with 600
9   crane parts.  When you say where the 600 was, are you
10   saying where they started to assemble it?
11   A.   Yes, because there's no -- where the 600 crane
12   is there's no room for all them trailers to be over
13   there so they have to be in a different area so we can
14   get it all put together and get room.
15   Q.   So you bobtail over to where they are starting
16   to assemble the 600 crane; correct?
17   A.   Correct.
18   Q.   And when you get there, who is over there?
19   A.   Some CSX guys, John Clark, Bill Mersman, Lee
20   Buttons, Jeff Martin, which is a Clark mechanic, and
21   then the guy from Murzak.  I can't remember his name.
22   Q.   So you had John Clark, Mersman, who else?
23   What other Clark guys?
24   A.   Jeff Martin.
25   Q.   Who else?

Page 72

1   A.   And Lee Buttons.
2   Q.   Anybody else?
3   A.   And the gu from Murzak.  I don't remember his
4   name.
5   Q.   You said CSX guys.  How did you know they were
6   CSX guys?
7   A.   Because they were wearing vests.
8   Q.   How many of them were there?
9   A.   They were in and out of there and I've seen a
10   couple down the tracks.
11   Q.   Did you talk to any of them?  Did any of them
12   talk to you?
13   A.   No.
14   Q.   Did any of them instruct or instruct you or
15   tell you what to do?
16   A.   No.
17   Q.   So you bobtailed to where they're setting up
18   the 600; correct?
19   A.   Correct.
20   Q.   At that time did it appear to you that a
21   portion of the 600 had already been assembled?
22   A.   No, because it hasn't.
23   Q.   What did you observe when you got there?
24   A.   They were waiting to put the boom on.  That
25   has to go on first.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 73

1    Q.  In addition to the 600, were there any other
2  cranes right there?
3    A.  The one that Bill Mersman was operating.
4    Q.  Which one was that?
5    A.  You got me on that one.
6    Q.  Is it fair to say that Bill Mersman was
7  operating a smaller crane which was used to help build
8  the bigger crane?
9    A.  Yes.
10    Q.  When you arrived just with your tractor, what
11  do you do?
12    A.  I get out of the tractor, see what's going on
13  and what needs to be done.
14    Q.  And what who do you talk to?
15    A.  John Clark.
16    Q.  What does John tell you?
17    A.  I think he said hold off because we've got to
18  get Mersman's crane positioned first, but he said I
19  could start to hook up to the front trailer because
20  there's two trailers on the boom, so once you hook up
21  the first trailer, which is how you haul it, they'll
22  unchain the boom and then the Mersman's crane pulled
23  the boom up and then you pull out and then the 600
24  crane can back into it all hooked up.
25    Q.  Just so there isn't confusion, I just want to

Page 74

1  jump ahead for a second.
2    A.  Go ahead.
3    Q.  The trailer, the Syracuse low boy that was
4  involved in the accident, is this a trailer that pulled
5  up later or was this the trailer -- was that the
6  trailer that has the boom on it?
7    A.  No, that's the trailer that was there waiting
8  before I got there.
9    Q.  So you arrived with your tractor.  There's --
10  they want to put the boom on the 600; correct?
11    A.  Correct.
12    Q.  Do you need to hook up to the trailer to move
13  the trailer in position so the boom can be loaded onto
14  the 600?
15    A.  Say that again, please.
16    Q.  Do you need to hook up to the trailer that the
17  boom is on to put that in position so it can be hooked
18  up to the 600 crane?
19    A.  I just need to hook up to the trailer so that
20  when we lift the boom off of it -- it's a little
21  trailer.  It lifts the boom off of that with the crane.
22    Q.  The smaller crane?
23    A.  Yes, and then I can pull that out and then the
24  600 can pull up to it and then get all the pins and
25  hydraulics hooked up and everything.

Page 75

1    Q.  Understood.  So in other words, you hook up to
2  the trailer, sir?
3    A.  Yes.
4    Q.  Then the smaller crane hooks up to the boom,
5  lifts it slightly; correct?
6    A.  Yes.
7    Q.  You then pull the trailer out and the 600
8  crane backs up or moves into place so they can hook up
9  the boom to the 600 crane; correct?
10    A.  You got it.
11    Q.  Did you get out of your tractor at all during
12  this process?
13    A.  That I can't remember.
14    Q.  When you hooked up to the trailer, would you
15  be the one to get out to make connections or would
16  other folks there?
17    A.  No, I could make the connection.
18    Q.  But did you?
19    A.  You don't need to.
20    Q.  You just back up, it clicks, and then you go?
21    A.  Yep.  Actually, no, I'm sorry.  I'm trying to
22  remember that trailer.  No, I did get out and I had to
23  do the landing gear, bring them up.  I believe I got to
24  put air to it too, so I hooked the lines up and pull
25  away twenty feet.

Page 76

1    Q.  Were you involved in hooking up the boom to
2  the smaller crane?  Were you involved in that at all?
3    A.  No, no.
4    Q.  So you pull out twenty feet or so.  Then what
5  do you do?
6    A.  Sit there and wait, see what's going on next,
7  and then I'll go and John will say, drop it over there,
8  and we pick up the things with the crane and move them
9  instead of having to hook them up and take them to that
10  other property.  Since we've got enough room, we could
11  hide them behind the tree.
12    Q.  So I'm just trying to go step by step.
13    A.  Yeah.
14    Q.  You pull away a certain distance.  You're
15  still hooked up to this smaller trailer.  You stay
16  there for a period of time.  Then what do you do?
17    A.  When John said to drop it right there, drop
18  the trailer.
19    Q.  So did you do that?
20    A.  Yes.
21    Q.  And then do you pull away?
22    A.  Yes.
23    Q.  Where do you go?
24    A.  Then I came back up and then I just talked,
25  was talking to John and Bill Mersman.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 77

1    Q.  When you say you came back up, did you get out
2  of your tractor?
3    A.  Yeah.
4    Q.  And you're talking to John and Bill?
5    A.  Yeah.
6    Q.  What is being said?
7    A.  I don't remember.  I think Bill Mersman was
8  telling a joke or something.
9    Q.  All right.  And then what?
10   A.  To see what was going on, where the best place
11  to put the, pick the trailer.  I know we were figuring
12  something out on where to put his crane for another
13  pick.  I can't remember because he goes, I don't want
14  to do it over there because -- that's before.  That was
15  before picking the boom.  He goes, I don't know if you
16  want to pick it over here or there because you've got
17  to -- it's all weird, where to set the crane, where to
18  put the boom where he's in a good position, and then
19  you have to be perfectly level.
20   Q.  Let me ask you a question.  Who's making these
21  decisions?
22   A.  John Clark.
23   Q.  So CSX is not involved in this; correct?
24   A.  No, correct.
25   Q.  They probably don't know anything about this;

Page 78

1  would you agree with that?
2        MR. EARL:  Form.
3        THE WITNESS:  Setting up the crane, yeah,
4    they wouldn't have a clue.
5  BY MR. GULISANO:
6    Q.  So there's this discussion going on amongst
7  Clark employees how to do this?
8    A.  Right.
9    Q.  And then what's the next thing that you do?
10   A.  Wait for orders from John of what he wants me
11  to do.
12   Q.  And then what does he tell you?
13   A.  He said, okay, after this is all done where
14  the boom is on and all that, they were getting the big
15  crane into position where they had to be while the guy
16  from Murzak came with the setup load, which has all the
17  plates for the outriggers to sit on.  They're big green
18  and yellow plates.  That's what the outriggers sit on
19  so the crane don't tip over.
20   Q.  Hold on for one second.  I thought they might
21  be on here but I'm not sure.  If I'm showing you
22  Exhibit B, off to the top right you just pointed it
23  something.  That --
24   A.  Yellow.
25        MR. EARL:  Phil, could you show me which

Page 79

1    one that is?  Got it.
2  BY MR. GULISANO:
3    Q.  I'm going to do the best I can to describe
4  this, because if you're looking at Exhibit B and
5  there's an axle with four tires on there that you can
6  see; correct?
7    A.  Correct.
8    Q.  If you look at the rear or the right-most
9  tire, it looks like there's a portion of a square
10  that's immediately to the right of that rear right
11  tire; correct?
12   A.  Correct.
13   Q.  It looks yellowish or rusty or something.
14  That's what you're referring to there?
15   A.  Yes.
16   Q.  Is that where the downriggers for the big
17  crane would ultimately set on wherever it's in place?
18   A.  Yes, and this is an outrigger for the big
19  crane.  This is the outrigger for the little crane.
20   Q.  So when you say the outrigger for the little
21  crane, the outrigger that's shown immediately to the
22  right of the right-most tire, that's the outrigger for
23  the little crane; correct?
24   A.  Correct.
25   Q.  And then you said an outrigger for the big

Page 80

1  crane, I would describe that as all the way top right,
2  immediately to the right of that white and red?
3    A.  That's part of the outrigger, yes.
4    Q.  The white and red kind of V, that's part of
5  the outrigger for the big crane?
6    A.  Yes.
7    Q.  So you said Murzak?
8    A.  Murzak.
9    Q.  Is that another company?
10   A.  Yes.
11   Q.  They come and they bring to the site a trailer
12  that has the plates that the downriggers for the big
13  crane will sit on?
14   A.  Correct.
15   Q.  And you just showed us where at least one of
16  those downriggers were shown; correct?
17   A.  Correct.
18   Q.  Are those downriggers then sort of put into
19  place?
20   A.  Hydraulically, yes.
21   Q.  What do you mean hydraulically?
22   A.  There's switches on the side of the crane, you
23  hit switches and it'll swing out and hit another one
24  and it'll come down.
25   Q.  I misspoke.  Are the plates put into place?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 81

1   A.  Yes.
2   Q.  Got you.  And let me sort of -- I'm going to
3   refer to Exhibit B again because now I'm understanding
4   a little bit.  I believe, and correct me if I'm wrong,
5   that Exhibit B actually shows two of the plates and two
6   of the downriggers.  Immediately to the right there's a
7   plate that I'm pointing to that we already talked about
8   that was yellowish; correct?
9   A.  Correct.
10  Q.  And then behind that, almost right on the
11  gravel and right on the grass, it appears that there's
12  another plate; is that correct?
13  A.  Correct.
14  Q.  And if you really look carefully at the
15  picture it appears that there are two downriggers, one
16  on each of those plates; is that correct?
17  A.  Correct.
18  Q.  So if we had a really super big picture the
19  600 crane would be somewhere to the upper right of this
20  of Exhibit B?
21  A.  Exactly.
22  Q.  Showing you Exhibit C.
23        MR. EARL:  Got it.
24  BY MR. GULISANO:
25  Q.  Does it also have a portion of the 600 crane

Page 82

1   downriggers shown in that photograph?  Don't get up.
2   A.  No.  It feels good to get up, honestly.  Right
3   there and that, same spots.
4   Q.  Do you see a ladder to the right?
5   A.  Yes.
6   Q.  Does that ladder go up to the 600 crane?
7   A.  Yes, that's how John got up there.
8   Q.  So the plates that the downriggers would sit
9   on are brought to the site by Murzak or whoever?
10  A.  Correct.
11  Q.  They're put into place, and then all the while
12  you're kind of just hanging out, right, and observing?
13  A.  Actually I'm -- by then I'm going to get the
14  other trailer.
15  Q.  So while they're doing that you're going to
16  get a trailer?
17  A.  Yes.
18  Q.  Is the other trailer you're going to get, is
19  that in the yard that you came from earlier?
20  A.  Yes.
21  Q.  And how do you know what trailer to get?
22  A.  Because I know how the cranes get set up, what
23  goes next.
24  Q.  So do you go get a particular trailer, based
25  on your own information, or does John say, hey, now can

Page 83

1   you go get the trailer that has X on it?
2   A.  No.  When I first started, yes, but now I know
3   how to build the crane, what has to come next, so I'll
4   go get whatever.  I'm like, okay, the winch goes next
5   so I'll go get the winch, or John will be, like go get
6   the winch.
7   Q.  So what trailer do you go to get?
8   A.  This one, the one with the winch on it.  Well,
9   the one that had the winch on it.
10  Q.  Do you go get the Syracuse low boy?
11  A.  Yes.
12  Q.  What is on the Syracuse low boy?
13  A.  The winch.
14  Q.  What's the winch?
15  A.  It's a big spool with a cable on it and a big
16  plate with all hydraulic lines coming off the side of
17  the winch part of it.
18  Q.  Now, did it also have any counterweights on
19  it?
20  A.  No, it's too heavy to be hauling anything
21  top-heavy and heavy.
22  Q.  So I'm going to show you again Exhibit C.
23  Does Exhibit C show the trailer that you just stated
24  you went to get from the yard?
25  A.  Correct.

Page 84

1   Q.  And is that the trailer that the winch was on?
2   A.  Yes.
3   Q.  How -- strike that.  This is what we've also
4   referred to as the Syracuse low boy trailer?
5   A.  Correct.
6   Q.  This is a trailer that you said you haven't
7   pulled recently maybe a couple times in the first
8   couple years that you started for Clark; correct?
9   A.  Exactly.
10  Q.  Just so I understand the setup here, there are
11  -- what are those?  Are there two by eight boards on
12  there?
13  A.  Yeah, two by...
14  Q.  Two by eight, two by ten, two by twelve?
15  A.  I would say two by twelve.
16  Q.  Yeah, you tell me.
17  A.  Yeah, two by twelve.
18  Q.  From the back of the board -- well, strike
19  that.  How long is the trailer portion that has board
20  on it, approximately?
21  A.  Maybe 24 to 26 feet.
22  Q.  24 to 26?
23  A.  That's what I want to say, yeah.
24  Q.  Looking at Exhibit C, the four tires that you
25  can see that are almost smack dab in the middle of the

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 85

1 photograph, is that the front of the trailer or the
2 back of the trailer?
3   A.  No, that's the back.
4   Q.  So the portion of the trailer that's in the
5 front -- I'm sorry, that's in the front of the
6 photograph, would be the front of the trailer?
7   A.  Exactly.
8   Q.  Again, looking at Exhibit B, does Exhibit B
9 also show that, the rear axle of the trailer?
10  A.  Yes.
11  Q.  If we look at Exhibit A, what does Exhibit A
12 show?
13  A.  Just the type of trailer and the trailer
14 number and trying to get --
15  Q.  Is Exhibit A the front --
16  A.  Yes.
17  Q.  -- of the Syracuse low boy?
18  A.  Yes, that's the goose.
19  Q.  So Exhibit A shows the gooseneck, and then, if
20 you look at Exhibit A, there's a T 49 on it; correct?
21  A.  Correct.
22  Q.  Is that the same T 49 that you can see in
23 Exhibit C?
24  A.  Yes.
25  Q.  So that Exhibit C also shows a portion of the

Page 86

1 gooseneck; right?
2   A.  Correct.
3   Q.  And what is all the way to the back of the
4 trailer that kind of extends beyond the rear axle
5 that's shown in Exhibit B?
6   A.  Where are you talking?
7   Q.  The part between the axle that goes between --
8   A.  Yeah, that you can put wood on there or rest
9 something on there.  If you're doing forklifts, you can
10 rest stuff on there, chain it down.
11  Q.  Understood.  Have you ever seen a picture of
12 the, what was that -- what did you say that was on
13 here?
14  A.  Oh, the winch.
15  Q.  The winch, have you ever seen a picture the
16 winch?
17  A.  Oh, yeah, we looked at the winch.
18  Q.  Have you ever seen a picture in conjunction
19 with this case?
20  A.  No.
21  Q.  Describe what the winch looked like that was
22 on the trailer, the best you can.
23  A.  I know that the bottom of it, the base is like
24 -- I could draw you a picture, but it's like...
25  Q.  Is it rectangular or oval?

Page 87

1   A.  It's a weird shape.  It's like, I would say
2 rectangle, but it's got, it goes like this and then
3 that would be up here and the winch sits on it and then
4 it's got sides and picking points and hydraulics.
5   Q.  Is the bottom of it black?
6   A.  Yes.
7   Q.  When it's -- when the winch is sitting on this
8 trailer --
9   A.  Yes.
10  Q.  -- does the -- docs its width go -- strike
11 that.  When the winch is sitting on the trailer
12 depicted in Exhibits A, B and C, does the width of it
13 hang over the edge of the trailer or is it all inside
14 the trailer?
15  A.  No.  Well, it's got to hang off the side
16 probably this much.
17  Q.  Why?
18  A.  Just because it's top-heavy and it's off
19 center so you have to move it over a little bit a few
20 inches.
21  Q.  So, in order to sit on the trailer and balance
22 it, is it fair to say it's not completely in the middle
23 of the trailer?
24  A.  It's mostly in the middle because actually
25 it's sticking out of it off the edge is, like, two

Page 88

1 little things like this big one here and then one, say,
2 where you are.
3   Q.  This big, you mean like six inches long?
4   A.  I don't actually -- is it four?  They're part
5 of the base but they're like this big and then they're
6 -- they only stick off the trailer this far.
7   Q.  This far is what, three, four, five?
8   A.  Four or five inches.
9   Q.  So, if they're sticking off four inches or so
10 on one side of the trailer, on the other side of the
11 trailer is anything hanging off that end?
12  A.  No.
13  Q.  Is there a space on that edge?
14  A.  Just the metal, I believe.  The metal or maybe
15 half of it's wood.
16  Q.  And the length that's -- if the trailer board
17 is 24 to 26 feet, however long that is, what's the
18 length of the winch?
19  A.  I would say maybe, I want to say eight foot
20 maybe, maybe longer.  If you took it and spun it like
21 this on the trailer it would hang off and the trailer
22 is only eight feet wide so I would say maybe ten feet.
23 I never measured it.
24  Q.  So the trailer's, the trailer is eight feet
25 wide?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 89

1   A. Yeah, say eight, nine foot.
2   Q. Eight or nine foot?
3   A. Yeah, I would say.
4   Q. Does that include the wood and the metal
5   strip?
6   A. Metal to metal.
7   Q. Metal to metal it's eight or nine feet. You
8   believe the length of the winch is what, ten feet or
9   so?
10   A. I honestly couldn't tell you. I would say
11   more towards eight foot, to be honest with you. I'm
12   trying to picture it in my head.
13   Q. Sure, that's fair. Is it fair to say the
14   length of the winch is less than the length of the wood
15   on the trailer?
16   A. Oh, yeah.
17   Q. When the winch is on the trailer, where does
18   it stop? Is it set in the front of the trailer, back,
19   middle or somewhere else?
20   A. It's right in the middle on the back. You
21   want all your weight more towards the back, try to even
22   it out. We always try to put it more towards the back.
23   Q. So do you see, if we look at Exhibit C, we see
24   the axle with the two tires; right?
25   A. Yes.

Page 90

1   Q. And then kind of in front of that it looks
2   like there's metal plates kind of protecting the tires
3   there. Do you see where I'm talking about?
4   A. Yeah.
5   Q. Are those called anything?
6   A. No.
7   Q. If that's -- if those metal plates are the
8   back of the trailer, right, how close to those metal
9   plates would you have the winch?
10   A. Well, they are on angles, okay? Those are on
11   an angle.
12   Q. I mean, that's --
13   A. Yeah, you can't see it but it's on an angle.
14   I would say right, probably right where this line is
15   here.
16   Q. You've got to give me the best you can.
17   A. A foot.
18   Q. A foot?
19   A. Yeah, I would say about a foot.
20   Q. So when you say this line, using words, what
21   line are we talking about?
22   A. Dirt line; whatever that is. That's about
23   from there to there is about a foot.
24   Q. So just, I guess you know I'm not a big fan of
25   marking on photographs. I'm not going to have you do

Page 91

1   that, but the line that I could see, the line that
2   you're pointing to, but just describing it, you're
3   pointing to a dirt -- it's either a dirt line or it
4   could be a shadow line that's about a foot away from
5   the back metal plate in front of the tire; correct?
6   A. About a foot, no. It's bigger where they had
7   it. Yeah, no, okay, it was -- I'm going from here. I
8   would say this line here, about a foot.
9   Q. So if the winch was set down, it's fair to say
10   that there would be about a foot of wood between the
11   back end of the winch and the metal plate. Is that
12   what you're saying?
13   A. No, because it's a chain well.
14   Q. What's a chain well?
15   A. You clip -- see these up front here or here?
16   See it? It's an opening.
17   Q. Yeah.
18   A. Well, underneath there's grating. All you do
19   when you're unchaining something, you throw all the
20   chains in the wells.
21   Q. Okay.
22   A. So this wouldn't be covered. It would be
23   open.
24   Q. Yeah, I'm not -- that's not what I'm asking.
25   A. Oh, I thought you said something about the

Page 92

1   wood going...
2   Q. No, I'm not talking about that opening or
3   anything.
4   A. Okay.
5   Q. At this point, if there was -- let's just
6   focus on Exhibit B, on the right side. Forget about
7   the opening. I'm not even asking you about that
8   opening.
9   A. All right.
10   Q. If the winch -- when the winch was on the
11   trailer, the line that you're showing was about a foot
12   away from the metal, the metal piece in front of the
13   tires, and set. So when the winch is down, would you
14   see about a foot of wood from the back end of the winch
15   until the metal plate?
16   A. I would say about two feet. I'm sorry for
17   interrupting you.
18   Q. No, that's quite all right. So about two
19   feet?
20   A. Yeah, yeah, because you want to --
21   Q. Rather than you guess, Boyd, do you have any
22   objection if he just draws a line and initials it?
23        MR. EARL: Not really. It's fine, as
24   long as he's sure that's the spot.
25        (A discussion was held off the record.)

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 93

BY MR. GULISANO:
1  BY MR. GULISANO:
2  Q.  I'm going to have you -- you don't have to
3  draw an entire line across, but can you draw just a
4  line, you know, a line, however you seem appropriate, a
5  straight line where the back end of the winch was on
6  the trailer.
7  A.  Okay.  I would say right here.
8  Q.  And then can you do me a favor?
9  A.  Darker?
10  Q.  No, that's fine.  Can you just draw a circle
11  around it and then, you know, on the circle portion put
12  your initials.  Put your initials somewhere where it's
13  a little bit lighter so we can see it.
14  A.  How about in the dirt?
15  Q.  Okay.  So just so I understand, on Exhibit
16  B --
17          MR. EARL:  Yep, I can't see it that well,
18  but that's fine.
19          MR. GULISANO:  I'm just trying to figure
20  out from -- this isn't the original transcript so
21  maybe what I'll do is I'll mark, I'll probably mark
22  this one Exhibit B-1.
23          MR. EARL:  Sure, that makes sense.
24          MR. GULISANO:  So every time I've
25  referred to Exhibit B in this deposition, it's going

Page 94

1  to be the copy that's ultimately going to be marked
2  B-1.
3          MR. EARL:  Okay.
4          MR. GULISANO:  With today's date on it,
5  which is -- what's today's date?
6          THE WITNESS:  The 9th.
7  BY MR. GULISANO:
8  Q.  So, sir, now on Exhibit B-1, you've drawn a
9  line across the trailer and initialed it where the back
10  end of the winch was sitting; correct?
11  A.  Correct.
12  Q.  So, if I'm understanding, while the
13  downriggers are being lowered or set up, you go and you
14  to the yard and you get the Syracuse low boy that has
15  the winch on it; correct?
16  A.  Correct.
17  Q.  Are you by yourself at the time?
18  A.  Oh, yes.
19  Q.  Do you hook up to that trailer?
20  A.  Yes.
21  Q.  Do you hook up by yourself?
22  A.  Yes.
23  Q.  Do you then begin to move that trailer?  You
24  don't --
25  A.  No.

Page 95

1  Q.  What do you do?  Once you hook up, what do you
2  do?
3  A.  I call Jeff Martin, call John, call over there
4  where they were at the 600.
5  Q.  Yep.
6  A.  Because I needed wrenches to change the
7  hydraulic lines on the trailer, and so then Fred, which
8  is out of Rochester, a Clark mechanic, came over.  When
9  I'm waiting for him to come over, I'm walking around
10  kicking tires, making sure the chains are tight,
11  everything, and then he came and I changed the lines,
12  the hydraulic lines on the trailer.  The hydraulic
13  lines makes the front go up and down.  Go change them
14  and away I went.
15  Q.  So you changed -- so from the time you pull
16  your tractor back to the yard and you arrive at the
17  Syracuse low boy with the winch on it to the time you
18  start to move that low boy to the 600, how much time
19  goes by?
20  A.  I want to say twenty minutes, a half hour.
21  Q.  In that twenty or thirty minutes is when you
22  change the lines or do whatever you do?
23  A.  Right.  Well, I had to wait for Fred to come
24  over with his wrenches so I can get everything changed
25  over.

Page 96

1  Q.  Prior to moving it, do you conduct an
2  inspection of the trailer?
3  A.  Oh, yes, I do every trailer.
4  Q.  And you make sure that everything looks good
5  to you and you can move it safely and operate the
6  trailer safely?
7  A.  Oh, yeah.
8  Q.  Are you -- do you, as you're doing your
9  inspection, do you observe any point of the opening
10  that's depicted in Exhibit B-1?
11  A.  No, because it was covered by the winch.
12  Q.  How is it covered by the winch?
13  A.  The winch was right there, over.
14  Q.  What about the back portion of it that is in
15  that one foot or so?
16  A.  That's the chain well.
17  Q.  What do you mean by the chain well?
18  A.  Like I say, up here, back there there's chain
19  wells so when you unchain whatever is on the trailer
20  and throw your binders and chains in there or shackles,
21  whatever you throw in them.  They're chain wells.
22  Q.  So let me just understand that.  Exhibit B-1
23  shows an opening?
24  A.  Correct.
25  Q.  Do you agree with that?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

**Page 97**

1   A.  Correct.
2   Q.  Can you give me an estimate as to what the
3   dimensions of that opening is?
4   A.  This opening?  The whole opening?  The whole
5   opening from here to here, I would say, I don't know
6   how far.  I would say maybe three, four feet.
7   Q.  Three to four feet by?
8   A.  A foot.
9   Q.  By twelve, okay, twelve inches.  Now, of that
10  three to four feet in length of that opening, are you
11  saying a certain portion of it is a chain well?
12  A.  Yes, back.
13  Q.  So is it the back, let's say foot?
14  A.  Yeah, it would be about a foot by a foot.
15  Q.  Is the -- as you do your inspection, okay, and
16  you most certainly look into the space between the
17  winch and the metal plates in front of the tires there,
18  do you see that opening where the chain well is?
19  A.  Yeah.
20  Q.  All right.
21  A.  Oh, yeah.
22  Q.  And do you observe that opening goes at least
23  until the back part of the winch?
24  A.  Yes.
25  Q.  So you're aware that's there?

**Page 98**

1   A.  Oh, yeah.  I know the chain well is there.
2   They're on -- actually, all flat low boys have them.
3   Q.  Is that because they store chains in there?
4   A.  Yeah.  We throw our chains in there, binders.
5   If I move a crane and chain it and then just throw all
6   chains, binders, shackles right in there.
7   Q.  Showing you Exhibit C, does that also show a
8   chain well towards the front?
9   A.  Yes.
10  Q.  Now, that chain well, I'm going to call it a
11  chain well or opening, that's closest to the gooseneck;
12  is that correct?
13  A.  Yes.
14  Q.  Let's call that the front chain well, all
15  right?
16  A.  Mhmm.
17  Q.  Yes?
18  A.  Yep.
19  Q.  Based on this photograph, Exhibit C, does that
20  front chain well appear to be as it ordinarily is or
21  different than you've ever seen?
22  A.  No.  It's all -- it's always been the chain
23  wells on the other picture of the other trailer but
24  it's all a hole in the floor.
25  Q.  And so you mean you're aware, and this is

**Page 99**

1   typical for most trailers, that they have a front and a
2   rear chain well?
3   A.  Low boys, yes.
4   Q.  So you're used to that?
5   A.  Oh, yes.
6   Q.  And the size of the front chain well is
7   something that is normal as shown in Exhibit C, and
8   you're used to seeing that; correct?
9   A.  Yes.
10  Q.  What is it about Exhibit B-1 that is out of
11  the ordinary?
12  A.  Right there, all that missing.
13  Q.  So I'm going to try to use -- I'm going to try
14  to describe, the best I can, what this hole is.  Let's
15  go from back to front in the photograph, and back I
16  mean closest to the tires, okay?
17  A.  Okay.
18  Q.  I'm counting, it looks like to me running
19  perpendicular underneath the wooden planks, I'm
20  counting one, two, three metal bars running
21  perpendicular underneath the planks.  Would you agree
22  with that?
23  A.  Correct.
24  Q.  And are you saying that, generally speaking,
25  in your experience, the -- well, strike that.  I'm

**Page 100**

1   further going to say from back to forward, let's just
2   number these one, the steel bar underneath going
3   perpendicular closest to the tires is one, the middle
4   is two, the one, and then the last one is three, and
5   three is closest to the front of the trailer, okay?
6   A.  Okay.
7   Q.  Are you telling me, generally speaking, in
8   your experience bars three and two are covered by a
9   wooden plank?
10  A.  Correct, because then the last one would be
11  chain well.
12      MR. GULISANO: I hate to do it, but I'm
13  going to have to take a quick break now.
14      (A recess was taken.)
15  BY MR. GULISANO:
16  Q.  So, sir, just as it relates at least to the
17  chain well openings, you were aware that those are
18  commonly on trailers with a deck floor of low boy
19  trailers; correct?
20  A.  Correct.
21  Q.  If you are walking on the deck floor of a low
22  boy trailer or working on it, you have to be aware of
23  those openings so you don't step in them; is that true?
24  A.  Oh, yes, it always is.  It hits your mind.
25  You know they're there.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 101

1   Q.  Now, approximately what time -- well, strike
2  that.  Just to clarify, you perform your inspection of
3  the low boy trailer before you start moving it;
4  correct?
5   A.  Correct.
6   Q.  And you see the opening of the chain well on
7  the forward part of the trailer; correct?
8   A.  Correct.
9   Q.  And you see the portion that's visible on the
10 rear of the trailer; correct?
11  A.  Correct.
12  Q.  Approximately what time is it when you start
13 moving the trailer?
14  A.  I would say about 2:00, 2:15.
15  Q.  How far do you have to drive it to where the
16 600 is?
17  A.  About a mile.
18  Q.  And do you maneuver the trailer then in a spot
19 so it can be -- so the winch can be unloaded?
20  A.  Yes.
21  Q.  And who tells you exactly to maneuver it or
22 where to go?
23  A.  John will.
24  Q.  John Clark?
25  A.  Yes.

Page 102

1   Q.  As you're pulling up, are there any CSX
2  employees in the immediate vicinity?
3   A.  I didn't see any.
4   Q.  Is it fair to say that that day, in particular
5  in the time leading up to the incident and at the time
6  of the incident, there was no CSX employees telling you
7  what to do?
8   A.  No, no CSX employees told me what to do.
9   Q.  So when I say, is it fair to say that no one
10 told you what to do, the answer is yes, it's fair to
11 say?
12  A.  Yes, it is fair to say.
13  Q.  I mean, it was a bad question.  In this whole
14 process, to your knowledge, it was being handled by
15 Clark, not CSX; is that fair?
16  A.  Exactly.
17  Q.  Exhibit A, it looks like the -- do you see the
18 license plate there, 32118?
19  A.  Yes.
20  Q.  Is that the license plate on your tractor?
21  A.  Yes.
22  Q.  So that is your tractor right there?
23  A.  Exactly, yep.
24  Q.  Now, showing you Exhibit C, do you maneuver
25 your tractor, in particular the Syracuse low boy

Page 103

1  trailer, to the position the trailer is in as shown in
2  Exhibit C?
3   A.  Yes.
4   Q.  As you -- or strike that.  Did you pull it
5  forward into that position or back it up into that
6  position?
7   A.  No, backed it in.
8   Q.  And, as you were backing it in, forget about
9  the Zoom for a minute, was the smaller crane in the
10 location it is in as shown in Exhibit C?
11  A.  Yes.
12  Q.  So you had to back the trailer in pretty close
13 to where its downriggers are; correct?
14  A.  Yes.
15  Q.  Then that way the operator of the smaller
16 crane can extend the boom as shown in Exhibit C over
17 the trailer and removed the winch.  Is that how it
18 worked?
19  A.  You got it.
20  Q.  See, I'm getting good.
21  A.  You're learning.  You'll be a crane operator
22 soon or truck driver.
23  Q.  I couldn't do that.  So you back it up into
24 position, and I understand that Exhibit C doesn't show
25 the winch, but is your trailer, is the Syracuse low boy

Page 104

1  trailer that's shown in Exhibit C in the same exact
2  position it was in at the time of the accident?
3   A.  Yes.  I did not move it.
4   Q.  I think -- did you want to tell me something?
5   A.  Yeah.  I don't know if that's the picture part
6  of the winch or not.  It looked like that.
7   Q.  The top right-most part of Exhibit C that
8  looks like it's back above the boom of the small crane
9  you think might be the winch or at least part of the
10 winch; is that correct?
11  A.  Yes.
12  Q.  Who took these three photographs by the way?
13  A.  Me.
14  Q.  Did you take -- when did you take them?
15  A.  The day of.
16  Q.  Before you left the scene?
17  A.  Five minutes before or after.
18  Q.  How did you take it?
19  A.  My cell phone.
20  Q.  All right.
21  A.  Yeah.  That's the cab of the 600.  That's the
22 winch.
23  Q.  Again, Exhibit C, top right corner; right?
24  A.  Yep.
25  Q.  So you back up and put it into place.  Then

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 105

1  what do you do?
2  A.  Get out of the truck, unchain it, the winch,
3  and get all ready to get set up to pick it and John
4  Clark ties the tag line onto it.
5  Q.  So in order to pick it, what connections do
6  you need to make?
7  A.  Usually he's got a big ring with four chains
8  with hooks and you put them -- these are shackles.
9  There's some shackles on that winch where you could
10 just put those hooks and it picks it up, but I don't
11 know if he used them that day.  I still think they used
12 the chains.  I don't know what he used, but he just
13 picked it up like that.
14  Q.  So you're pointing to the equipment at the
15 bottom right of Exhibit C?
16  A.  Right.
17  Q.  So let me try to explain.  In order to pick or
18 pick up the winch, there has to be some sort of device
19 attached to the boom that goes around the winch so that
20 the boom can lift it up; is that fair?
21  A.  It has to come down to the winch.
22  Q.  But there has to be a connection.  Something
23 has to connect the winch to the boom; right?
24  A.  Exactly.
25  Q.  What you're telling me is you don't know

Page 106

1  exactly what that is, as you sit here; is that fair?
2  A.  No, I know what it is.  I just don't know what
3  they used, because you've got the block which is the
4  hook that's on the crane and it hangs from the cable
5  off the boom, so the boom, cable, block, then I don't
6  know if they used these Kevlars to put on the hook to
7  block or they have this thing with four chains and
8  hooks and that was only to be used on the winch to pick
9  it up.  I can't remember what they used.
10  Q.  What is a tag line?
11  A.  It's just a piece of rope you tie to the piece
12 being picked so you can control it in case it goes out
13 of what can or starts to spin or anything.  You can
14 control it.  It's a safety thing.  Better safe than
15 sorry.
16  Q.  Now, is there generally a person assigned to
17 hold or operate the tag line?
18  A.  No, no.
19  Q.  It could be anybody?
20  A.  Yeah.  If you're close enough, have at it.
21  Q.  So John ties the tag liable?
22  A.  Yes.
23  Q.  The boom is connected somehow to the winch?
24  A.  Correct.
25  Q.  Who is operating the boom, Mersman?

Page 107

1  A.  Yes, the small crane.
2  Q.  And then John Clark, as it relates to Exhibit
3  C, where is John Clark standing?
4  A.  John, when they're picking it all up and
5  everything, the winch, John and Lee were up top because
6  then they'll take the winch and then guide it and set
7  it.
8  Q.  So they're kind of climbed up on top of the
9  600?
10  A.  Yes, yes.
11  Q.  So John and who?
12  A.  Lee Buttons.  They call him Bomber.
13  Q.  So John and Lee are up on the 600.  Mersman is
14 operating the crane.  Who else is around?
15  A.  All that I know is just us four, because I'm
16 not focusing on what's going on.  I'm focusing on our
17 job, you know, so I don't know who else is around
18 watching.
19  Q.  To your knowledge, you're the only kind of,
20 quote, guy on the ground?
21  A.  Correct.  I know there's Jeff Martin, our
22 mechanic, was somewhere.  I don't know where he was.
23  Q.  So tell me what the process is here now and
24 let me, I guess, set the stage.  The boom is connected
25 to the winch?

Page 108

1  A.  Yes.
2  Q.  Jeff or John Clark puts the tag line on it?
3  A.  Yes.
4  Q.  Then John and Lee climb up on the 600?
5  A.  Yes.
6  Q.  Mersman is in the small crane?
7  A.  Yes.
8  Q.  Then what happens?
9  A.  Then John will give Bill Mersman a signal when
10 he's ready and then he just starts to pick it up a
11 little bit and he cuts a few inches just to see if it's
12 everything's good and secure on the block and then John
13 will say, okay, let's go, and then we'll just pick it
14 up and go with it.
15  Q.  So is John overseeing this process?
16  A.  Yes.
17  Q.  Is he the one that's in charge?
18  A.  Yes.
19  Q.  So John is more or less telling Mersman what
20 to do?
21  A.  Yes.
22  Q.  So before it's initially picked up those few
23 inches, what are you doing?
24  A.  I'm hanging onto the tag line, waiting to see
25 what his signal is.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 109

1   Q.  How long is the tag line?
2   A.  I want to say it was -- we get all different
3   pieces of rope.  It could be about thirty feet.
4   Q.  What is it?  Is it a chain, rope?
5   A.  No, it's just a piece of thick rope, fat rope.
6   Q.  Where did it come from?
7   A.  It was ours, Clark's.
8   Q.  Does it come off your truck or off a crane?
9   A.  No.  It must have came out of the hitch that's
10  on the setup load for the crane.
11  Q.  So where do you -- where is the tag line
12  attached to on the winch?
13  A.  I can't remember.  If you're facing it, it
14  would have been on this side here.
15  Q.  So would it be just -- would it be, if we call
16  the front of the winch, the part of the winch that's
17  towards the front of the trailer?
18  A.  Right.
19  Q.  It would be on the front left of the winch if
20  you're sitting on the winch, you know, facing the front
21  of it, it's the front left?
22  A.  Yes.
23  Q.  As it relates to Exhibit C, it would be
24  towards the front but on the right?
25  A.  You've got it.

Page 110

1   Q.  The rope is about thirty feet?
2   A.  Yeah, I would say about thirty feet.
3   Q.  And at some point do you grab the rope?
4   A.  Yeah, I grabbed it right when John and Bomber
5   -- well, Lee Buttons got up on the crane.  I went and
6   grabbed the rope.
7   Q.  You grabbed the rope before the winch starts
8   to go up?
9   A.  Oh, yeah.
10  Q.  And when you first grabbed the rope, where are
11  you standing?
12  A.  I'm standing right in the middle.  Well, I
13  climbed on the trailer to grab the rope or John threw
14  me the rope.  I believe I picked up the rope and then
15  walked over here to almost the middle to the left side.
16  Q.  You hop up on the trailer.  You're standing
17  between the front of the winch and you're standing on
18  the trailer?
19  A.  Yes.
20  Q.  Between the front of the winch and the front
21  of the trailer of the gooseneck of the trailer;
22  correct?
23  A.  Yes.
24  Q.  And you're on the wooden platform?
25  A.  Yes.

Page 111

1   Q.  And, as it relates to either where you are or
2   the picture shown in Exhibit C, what is your
3   understanding of how the boom and the winch are going
4   to move to get onto the 600 crane?
5   A.  Just be picked straight up and start to swing
6   over.
7   Q.  What direction is going to swing?
8   A.  It'll swing clockwise.
9   Q.  So, as it's shown in Exhibit C, the boom is
10  going to swing towards the back of the photograph and
11  up; correct?
12  A.  Yes.
13  Q.  And why did you stay on the trailer as opposed
14  to going on the ground?
15  A.  Because it's the safest place to be.  You
16  don't want to be over here in case this crane slips.
17  So if you're over here, there's no way in through
18  there.  I would have to climb up over back down again.
19  Q.  You could have been off to the left of the
20  left side of the trailer shown in Exhibit C towards the
21  front?
22  A.  Then I would have had to jump on the trailer
23  and off the trailer where I could just walk with the
24  piece, keep an eye on everybody, that's a perfect view,
25  and then step off.

Page 112

1   Q.  So is your -- if everything would have worked
2   out just fine, do you believe that you would have
3   walked with the tag line towards the back of the
4   trailer and then hopped off to the right of the trailer
5   as shown in Exhibit C?
6   A.  Yes.
7   Q.  Aren't the two downriggers of the small crane
8   right in that area?
9   A.  No.  This would have been by my back tire.
10  Q.  The forward most downriggers or the rear?
11  A.  The rear.
12  Q.  Would you hop off between the two downriggers
13  or past the rear-most downrigger of the small crane?
14  A.  Let me see this.  The back of my trailer is
15  right up against the 600 downrigger.  When I walk, this
16  downrigger looks like it's way back, but it's up here.
17  I would have jumped down just before or just after that
18  downrigger.  This one shows better.  Okay, yeah, it is
19  a little bit back, but I would have jumped off here and
20  walked.  You're walking here, that crane goes to roll
21  over, you're done, safety, safety, safety.
22  Q.  Do you see in Exhibit B-1 , all right, looking
23  at the far back of the trailer where that area is that,
24  you said you could rest wood on it or something like
25  that back there, what is the height difference between

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 113

1  the top of that area, so above the tires and the wooden
2  deck?
3     A.  So between here or here?
4     Q.  The top most.
5     A.  The top, okay.  I would say three feet.
6     Q.  So, if I understand, the boom is lifted a
7  couple inches to make sure everything is secure;
8  correct?
9     A.  Correct.
10    Q.  John would then give the signal that it's a go
11  to start lifting; correct?
12    A.  Correct.
13    Q.  When the winch is first lifted, does it move
14  at all, like spin or anything?
15    A.  Sometimes they do.
16    Q.  I'm talking about in this instance.
17    A.  That's it.  You never know if they're going
18  to.
19    Q.  My question is --
20    A.  Did it?
21    Q.  Yeah.
22    A.  Probably a little bit.  Nothing crazy, because
23  if your boom and your line, you're going to pick it up,
24  it's going to swing a little.  Anybody can pick
25  whatever up.  It's going to swing if you're off just a

Page 114

1  hair.
2     Q.  I'm just asking you what you remember, if
3  anything.
4     A.  I remember everything.
5     Q.  What do you remember when it's lifted a few
6  inches off, how did the winch react?
7     A.  It just -- he picked it up.  It moved a little
8  bit and that was it.
9     Q.  Which way did it move?
10    A.  It moved, just moved around to like the back,
11  front and that was it.
12    Q.  Was it subtle?
13    A.  Yeah.  It'll stop in a while.
14    Q.  Did you do anything with the tag line?
15    A.  Nope.
16    Q.  Make it stop?
17    A.  Nope.
18    Q.  At that time, is the tag line tight or too
19  loose?
20    A.  It's loose.
21    Q.  And then, after it's up a couple inches, is
22  the next move of the boom up or back?  I'm sorry,
23  strike that.  Is the next move of the boom up or
24  clockwise?
25    A.  It was going up and turning.

Page 115

1     Q.  So, is it fair to say that it would have to,
2  it would have to go up at least three feet to clear the
3  rear of the trailer?
4     A.  Yeah.
5     Q.  So you can't swing it clockwise?  You can't
6  start to swing it clockwise until it's elevated at
7  least three feet up, otherwise you're going to hit the
8  back tires; yes?
9     A.  Yes.
10    Q.  So what is your recollection in terms of the
11  movement of the boom once Mersman has the okay from
12  John to start going?
13    A.  He goes up and over.  It was like almost like
14  a 45.
15    Q.  Does Mersman know that you're holding onto the
16  tag line?
17    A.  Yes.
18    Q.  Have you guys done this before?
19    A.  Many times.
20    Q.  With Mersman in the small crane?
21    A.  Many times.
22    Q.  So he knows that you're holding onto the tag
23  line; right?
24    A.  Yes.
25    Q.  And he understands what your role is in this?

Page 116

1     A.  Yes.  So does John.
2     Q.  Is the up and over movement quick, slow or how
3  would you describe it?
4     A.  It was in between, because we're so tight from
5  here to there.  It was like an up, so I'm kind of, you
6  know.
7     Q.  If you're holding onto the tag line, which is
8  about 30 feet or so, are you holding onto the end of it
9  or are you holding on eight, ten feet from the winch
10  like where are you hopping onto?
11    A.  No.  I'm holding it midway, you know, just
12  enough where I'm right there, and then as soon as it's
13  going I'll let out a little more, but I'm not tugging
14  to --
15    Q.  So, as it starts to move, are you walking with
16  the winch or are you just letting --
17    A.  I'm walking with it.
18    Q.  You're walking with it?
19    A.  Yes.
20    Q.  Are you also letting some rope out or no?
21    A.  I just kept slack, but I'm hanging onto it and
22  I'll walking letting slack out, little more, little
23  more until it gets up to where it goes and then I can
24  let go until they got it.
25    Q.  And you know you're up on the trailer;

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 117

1  correct?
2  A.  Yes.
3  Q.  And you're -- at the very least you're aware
4  that there's an opening in the back for --
5  A.  Chains, chain well.
6  Q.  Yeah, chain well, right, okay.  And at the
7  very least you're aware that there's a chain well;
8  correct?
9  A.  Correct.
10  Q.  You don't want to step in that; correct?
11  A.  Correct.
12  Q.  You're also aware that there's edge to the
13  trailer that you could potentially step off; right?
14  A.  Oh, yeah, that I know.
15  Q.  So you've got to be aware where you're at on
16  the trailer and at least be looking at the ground for
17  those things; correct?
18  A.  Correct.
19  Q.  And how high is the top of the trailer --
20  strike that.  It's a bad question.  What's the height
21  from the --
22  A.  Deck?
23  Q.  -- wooden deck to the ground?
24  A.  Probably a foot, foot-and-a-half.
25  Q.  So, as the boom is swinging up and back

Page 118

1  clockwise, you're walking in the direction of, that the
2  boom is going in, that the winch is going in; correct?
3  A.  Yes.
4  Q.  And are you looking at the decking on the
5  trailer?
6  A.  No, I shouldn't have had to.
7  Q.  Why is that?
8  A.  Because this boards haven't have been missing.
9  I'm focusing on my guys, our workers, our safety.
10  Q.  What about the chain well?
11  A.  I would have been way off before I even came
12  up to that.  I would have been way off the trailer.
13  That's which started cutting right over waiting for
14  that.
15  Q.  So describe for me what happened as you're
16  following the winch.
17  A.  I'm walking with it, watching them guys,
18  watching the winch, and I took the three to five steps,
19  went down into the hole.  I whacked my right knee.
20  Q.  Did you pretty much just step right into the
21  hole?
22  A.  Yes.
23  Q.  So did -- this is a stupid question, but what
24  size shoe do you wear or boot or whatever?
25  A.  We'll find out.  I think about ten, ten and a

Page 119

1  half.
2  Q.  Were you wearing any type of work boot or
3  something?
4  A.  Steel toe.
5  Q.  Your standard steel toe?
6  A.  Yeah, that weird stuff, yeah, they're using
7  now.
8  Q.  So does your, basically your entire right foot
9  go right into the hole?
10  A.  Yeah, I would say.  It happened so quickly,
11  walking and down.
12  Q.  And what does -- you said your right knee hit
13  something.  What does your right knee hit?
14  A.  That beam.
15  Q.  So if we go back to what we talked about
16  before, does your right knee hit beam number three?
17  A.  One, two, three.
18  Q.  Yes?
19  A.  Yes.
20  Q.  Three being the beam that's shown in Exhibit
21  B-1 closest to the front of the trailer?
22  A.  Yes.
23  Q.  So your foot -- is it fair to say your foot
24  goes into the opening shown in Exhibit B-1 from the
25  opening that is from beam three, it's the opening

Page 120

1  between beam three and the wood that is on the other
2  side of that opening closest to the front of the
3  trailer?
4  A.  Yes, that's the hole.
5  Q.  Can you put just a big X over that portion of
6  the opening there?  It's got to extend through that
7  black part.  Otherwise I don't think it'll show.  So he
8  made an X with a black pen over the portion of the hole
9  that we just described that you stepped into; is that
10  correct?
11  A.  Correct.
12  Q.  That's on Exhibit B-1, and your initials, AW,
13  are already on that in a circle there; correct?
14  A.  Correct.
15  Q.  You said you took about three to five steps.
16  Do you know how much distance you walked before you
17  stepped in that opening?
18  A.  Maybe about three or four feet.
19  Q.  Were you walking forwards or backwards?
20  A.  No, forward.
21  Q.  And, at the time you stepped into that, where
22  were you looking?
23  A.  Looking up at the load and them guys.
24  Q.  And how high was the bottom of the, bottom
25  most part of the winch when you stepped into that area?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 121

1    A.  I don't even remember.
2    Q.  Let me ask you this.  Was it above or below
3  your head?
4    A.  It was below.
5    Q.  So was it chest level, above or below?
6    A.  I'm trying to make it back to that day.  Like
7  I said, it went quick.  I maybe had five foot of line
8  on, on the end before I went down.  That's what I'm
9  recalling.
10    Q.  So --
11    A.  It's hard.
12    Q.  I'm just trying to do the best we can.  But
13  are you able to say how high the bottommost part of the
14  winch was when you stepped into that area?
15    A.  I couldn't tell you.
16    Q.  Do you know if it was higher than your chest?
17    A.  It could have been.
18    Q.  Was it higher than your waist?
19    A.  I would say about chest level.
20    Q.  About chest level.  Definitely higher than
21  your waist?
22    A.  Yeah.
23    Q.  And maybe around chest level?
24    A.  Correct.
25    Q.  But it wasn't above your head?

Page 122

1    A.  No.
2    Q.  If we were able to stop, freeze frame the
3  world the second you stepped into that hole, okay?
4    A.  Okay.
5    Q.  Then we were to take the winch and just lower
6  it down, where would that land?
7    A.  It would have been actually -- probably I fell
8  -- it would have been right about here.
9    Q.  That's tough because none of these pictures
10  really do any justice.
11    A.  Sorry.
12    Q.  Do a better job next time, okay?
13    A.  All right.
14    Q.  The winch land on any portion of the trailer?
15    A.  Yes, it would have.
16    Q.  What?
17    A.  It was this tire right in here.
18    Q.  You're pointing to Exhibit B-1.  The part of
19  the winch would have landed on the rear tires to the
20  right-most part of that photograph; correct?
21    A.  Correct.  By the time I got to there it was
22  over my head, because when I walked in and fell it was
23  already here and up because that other crane 600 is so
24  close he had to get up.  It wasn't like he could just
25  pick it.

Page 123

1    Q.  Was the winch approximately over the tires
2  when you stepped in the hole?
3    A.  It was before that.  It was before.
4    Q.  It was before the tires?
5    A.  Yes.
6    Q.  And how much rope was there?  So the rope was
7  attached to the winch and then how much rope was from
8  the winch to where you were holding onto it?
9    A.  It's probably five, six feet.
10    Q.  And were your arms extended or were they close
11  into your body?
12    A.  Just like this.
13    Q.  Can you describe that, half and half?
14    A.  Yeah.  I was holding onto the rope so
15  midsection about a foot out.
16    Q.  All right.  Did you see that opening before
17  you stepped in it?
18    A.  No.  If I would, I would have never stepped in
19  it.
20    Q.  If you were looking directly at the ground,
21  would you have seen the opening?
22    A.  No, because of where the winch was.
23    Q.  Well, the winch wasn't above the opening at
24  the time you stepped in it, was it?  That would mean
25  you were underneath the winch.

Page 124

1    A.  I don't know where you're --
2    Q.  I'm just -- I understand what you said.  You
3  were focused on the winch?
4    A.  Right.
5    Q.  I get it.  But had you been looking directly
6  down at the deck, you would have been able to see the
7  opening; correct?
8    A.  I would have caught it, like probably just
9  like, oh, there's an opening.
10    Q.  So the answer is yes?
11    A.  Yes.  I'm like, oh, there's -- look at that
12  big opening and just stepped in it.
13    Q.  How much time went by from the first time the
14  winch was lifted off the trailer until the time when
15  you stepped in that hole?
16    A.  Within five minutes.
17    Q.  Five minutes?
18    A.  Within three minutes.
19    Q.  Well, let me ask you this.  The winch is on
20  the trailer, on --
21    A.  Right.
22    Q.  It's lifted a couple inches off; correct?
23    A.  Right.
24    Q.  How long is it a couple inches off before it
25  then starts to move again?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 125

1    A.  By the time John and that got up, about five
2  minutes, so I would say about five minutes.
3    Q.  So it's in the position a couple inches off
4  the trailer for about five minutes?
5    A.  If that -- like I said, it has to be within
6  five minutes, because that's Mersman's doing, just to
7  make sure rigging and everything is kosher.
8    Q.  How much time goes by from when it's moved
9  from that position of a couple inches off the trailer
10  to when you step in the hole?  Now, the part where it's
11  raised and off and counterclockwise, how much time is
12  that until you step into the hole?
13    A.  Once it started moving from the auger position
14  over, it was not even a minute.  It was quick.  It all
15  happened quick.  It was up and I'm walking and down it
16  goes --
17    Q.  Ten seconds?
18    A.  If that, yeah.
19    Q.  Five seconds?
20    A.  I would say five.
21    Q.  Five seconds?
22    A.  I would say at least five, yeah.
23    Q.  Five what?
24    A.  Seconds.  It was unexpected.  It was quick.  I
25  took three steps.  That's what about five seconds.

Page 126

1  Three steps and, boom, down I go.
2    Q.  Was any part of the winch ever directly over
3  your head?
4    A.  No.
5    Q.  The winch, which was being lifted, never fell;
6  is that correct?
7    A.  Correct.
8    Q.  It was never dropped; is that correct?
9    A.  Correct.
10    Q.  At all times was the winch moving steadily and
11  as intended?
12    A.  Yes.
13    Q.  Did you ever see anything go wrong with the
14  crane or the operation of this?
15    A.  No.
16    Q.  Did anything go wrong with the tag lines?
17    A.  No.
18    Q.  You didn't trip, you just stepped into the
19  hole; correct?
20    A.  Correct.
21    Q.  You didn't slip or anything either?
22    A.  No, correct.
23    Q.  If I understand correctly, the claim here is
24  that this was CSX property that this occurred on;
25  correct?

Page 127

1    A.  Correct.
2    Q.  Was there any other contractor, like a general
3  contractor, that was in charge of the project that was
4  going on, to your knowledge?
5    A.  No.
6    Q.  Did CSX create this situation where the board
7  wasn't there?
8    A.  I don't know.
9    Q.  Do you have any reason to believe they did?
10    A.  I don't.  No, I don't think they did.  They
11  would have never known about it.
12    Q.  That's my next question.  Do you have any
13  reason to believe anyone at CSX knew that that opening
14  was there?
15    A.  No.
16    Q.  To your knowledge, was there anyone at CSX
17  present that witnessed this incident?
18    A.  No, there wasn't.
19    Q.  To your knowledge, did anyone at CSX conduct a
20  visual inspection of this trailer prior to the
21  incident?
22    A.  No, they did not.
23    Q.  Were they responsible for inspecting the
24  trailer to your knowledge, CSX?
25        MR. EARL: Objection to form.

Page 128

1        THE WITNESS: I don't know what their
2    safety protocols are.
3  BY MR. GULISANO:
4    Q.  To your knowledge, does anyone at CSX have any
5  information about why that opening was there or...
6    A.  Well, if they've seen it they would probably
7  say we don't know.
8    Q.  You think if CSX saw it they wouldn't know one
9  way or the other why that opening's there?
10    A.  It's not our equipment.
11    Q.  For all they know, that could be a common
12  instance?
13    A.  I don't know.  I'm sure they look at it and
14  think that don't look right.
15    Q.  Did CSX train you at all?
16    A.  No.
17    Q.  Did CSX train any of the Clark employees, to
18  your knowledge?
19    A.  No, no training.  They had an orientation the
20  one time, but that was just to where they were setting
21  up down Broadway that was it.
22    Q.  That was the prior time?
23    A.  Yeah, yeah.
24    Q.  Your supervisor was from Clark; correct?
25    A.  Correct.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 129

1    Q.   And you received all of your supervision,
2   direction and control from Clark, not CSX?
3    A.   Correct.
4    Q.   On that date did you have any interactions at
5   all with anyone from CSX?
6    A.   None.
7    Q.   I think you said before no one from CSX told
8   you what to do on that date?
9    A.   Exactly.
10    Q.   You didn't report to anyone from CSX?
11    A.   Nope.
12    Q.   Did CSX provide you with any tools to do this
13   work?
14    A.   No.
15    Q.   Do you know where the winch was loaded onto
16   the Syracuse low boy trailer?
17    A.   I have no clue.
18    Q.   Do you know who loaded it?
19    A.   I have no clue.
20    Q.   Do you have every reason to believe it was
21   someone from Clark that loaded it on there?
22    A.   Oh, yeah, of course.  I'm not saying, but it
23   had to have been John because he's always with that
24   crane.  That's his baby, so obviously it would be him
25   and whoever, wherever they worked at.  I don't know if

Page 130

1   they were in Albany or I don't know.
2    Q.   Have you ever observed an opening like this as
3   shown in Exhibit B-1 that you stepped into at any time
4   prior to July 21, 2017 on a -- let's start with a low
5   boy trailer?
6    A.   No.
7    Q.   How about any other of the trailers?
8    A.   Oh, been out in the yard putting wood over
9   them, plywood over the holes.
10    Q.   So you've seen openings before?
11    A.   Yeah.
12    Q.   And when you've seen them, would you remedy
13   that?
14    A.   I was out there fixing them with plywood and
15   putting screws on them.
16    Q.   Do you know what causes planks to come off?
17    A.   Just rotten wood or however somebody put
18   something down that's real heavy could break it or
19   breaks the bolts.  The bolts rust.  All different
20   variables.
21    Q.   Do you know if this was loaded in Syracuse at
22   all?
23    A.   I have no idea where it came from.  I don't
24   even know where the 600 was where it even came from.
25   Like I said, I don't the trailer was already in Buffalo

Page 131

1   by the time I got there.
2    Q.   Is it fair to say that that plank that or the
3   opening as shown in Exhibit B-1 must have been open
4   like that when the winch was placed on the trailer over
5   it?
6    A.   Oh, yes, it had to have been.  There's nowhere
7   else for it to go.  I literally just fell.  Them are
8   thick and heavy planks.
9    Q.   How was the weather that day?
10    A.   Oh, beautiful, sunny, birds chirping.
11    Q.   It wasn't raining?
12    A.   No, it was nice out, comfortable.
13    Q.   Do you know how heavy the winch was, any idea?
14    A.   I want to say 55, 60,000 pounds.
15    Q.   60,000 is what, 30 tons?
16    A.   Yeah, it's heavy.
17    Q.   Okay.  When your foot goes into that opening,
18   how far does it go in?
19    A.   It went -- my foot went in and hit the ground,
20   but I smacked my knee before my foot hit the ground.
21    Q.   So your knee hits number three beam?
22    A.   Yes.
23    Q.   And then your foot hits the ground, which
24   we've already established you said it's between one to
25   one-and-a-half feet down; correct?

Page 132

1    A.   Yeah, yes.
2    Q.   And then, so now you've got your right foot in
3   that hole.  Is your left foot still on the wood?
4    A.   Yes.
5    Q.   And then do you let go of the tag line?
6    A.   No.
7    Q.   So why don't you describe it for me, what
8   happens?
9    A.   I fell.  I hit my knee and then I had to use
10   my foot to get up and then I still got the tag line.  I
11   jump out of the hole and then John Clark is like, are
12   you all right, are you all right.  I go, yeah, I'm
13   okay, and then the thing is still going, the winch, and
14   then I went and sat down because they were like even
15   with me.  I went and sat down, leaned against the
16   trailer, and then just I couldn't look up.  Everything
17   just locked up.  I got pain in my leg, my knee, my
18   back, my neck.
19    Q.   So it's -- how long was your foot in that
20   hole?
21    A.   Boy, a split-second.
22    Q.   So is it like a step in and then step right
23   out?
24    A.   Yeah, because I had to watch.
25    Q.   You didn't miss a beat, you step in and out

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 133

1 and you kept holding it and then kept on task?
2 A. Yes.
3 Q. To your knowledge, did Mersman see you or was
4 he watching where the load was going?
5 A. He had to have been watching where the load
6 was going because that's his cup of tea. He picks
7 something up, he's real cautious. Like I said, we're
8 all real cautious and safety oriented. That's why I
9 just fell in the hole and then I got out holding that
10 tag line, trying to keep up with the winch being
11 hoisted, moved. After that it all went downhill. I
12 don't need them guys getting hurt.
13 Q. At some point did you speak to anybody about
14 the accident?
15 A. No.
16 Q. Well --
17 A. Like Dave Clark or anybody.
18 Q. I'm going to mark Exhibit E. That is the
19 notes from his interview. I'm going to show you a
20 document that's been marked as Exhibit E, sir. I'm
21 just going to -- just to describe it. At the top it
22 says, Clark Companies witness interview/signed
23 statement form, case number 03-2017. Do you see that?
24 A. Yes.
25 Q. I'll get into that in a second. It states,

Page 134

1 incident, fall through opening in deck trailer. Do you
2 see that?
3 A. Mhmm.
4 Q. Yes?
5 A. Yes.
6 Q. Person interviewed, Al Walter. Is that you?
7 A. Yes.
8 Q. Date interviewed 7/21/17; is that correct?
9 A. Yes. Who interviewed me?
10 Q. Just for identification, it's a 7/21/17;
11 correct?
12 A. Yes.
13 Q. Do you recall speaking to anyone at Clark
14 about the accident?
15 A. Just the safety guy, Rick Rydza.
16 Q. Rick Rydza. Do you recall talking to anyone
17 else?
18 A. After I got in the accident, no, I don't. My
19 wife.
20 Q. So, let me just, first of all, to me this says
21 date interviewed, 7/21/17; correct? Do you see that?
22 A. Right, but who?
23 Q. Just -- I'm going to try to help you out here.
24 Do you see that?
25 A. Yeah, okay.

Page 135

1 Q. It then says down below on the left, 7/22
2 called Al, and then there's some more notes. Do you
3 see where it says that?
4 A. Yes.
5 Q. And then underneath that it says 7/23. Do you
6 see that?
7 A. Yes.
8 Q. And then go to the next page where it says
9 7/24. Do you see the 7/24?
10 A. Yes.
11 Q. To me this looks like it was someone who had
12 conversations with you on 7/21, 7/22, 7/23 and 7/24.
13 Does that refresh your recollection at all?
14 A. No.
15 Q. You don't have any memory of that?
16 A. No.
17 Q. Let's look at it and see -- it does say, the
18 first statement there it says, Al stated he fell
19 through opening in truck deck -- in trailer deck?
20 A. True.
21 Q. You agree with that statement?
22 A. That I agree with.
23 Q. Does that seem like that's something you may
24 have reported?
25 A. Yes, because that's what happened.

Page 136

1 Q. And then it says, said he did not see the
2 opening. Is that true?
3 A. Correct.
4 Q. Then it says, said he was looking up at
5 equipment being hoisted while helping control load with
6 tag line. Is that a true statement?
7 A. True.
8 Q. Then it says, Al stated he took two of his
9 wife's ibuprofen?
10 A. It looks like before lunch.
11 Q. Okay.
12 A. No.
13 Q. You don't think --
14 A. I had no issues that morning.
15 Q. Well, the next thing, it says, incident
16 occurred around 9:30 to 10:00 a.m.?
17 A. No, it didn't.
18 Q. When did the incident occur?
19 A. Between 2:30 and, I want to say 2:30 and 2:40.
20 This was the one he sent to me. This is all BS.
21 Q. Well, when you say -- I mean BS, what is BS
22 about what you just?
23 A. The time, the ibuprofen.
24 Q. If, I mean, again, I understand you disagree
25 with it, but if the accident did happen between 9:30

Page 137

1 and 10:00 a.m., the fact that you took ibuprofen before
2 lunch, which would be after the accident, doesn't seem
3 to be out of the ordinary, based on you being injured,
4 does it?
5   A. I don't know.
6   Q. In any event, you disagree with the timing; is
7 that a fair statement?
8   A. Yeah and the ibuprofen.
9   Q. Sure. If the incident didn't take place until
10 2:30 or 2:40 p.m., that's after lunch; correct?
11   A. Right.
12   Q. Then you wouldn't have taken ibuprofen before
13 lunch; is that what you're saying?
14   A. Yeah, yeah, I didn't take nothing in the
15 morning coffee.
16   Q. You didn't take ibuprofen before this
17 accident?
18   A. Exactly.
19   Q. Did you take it after, while you were on the
20 job site?
21   A. No, unless I want to write something down.
22       MR. EARL: Just wait for a question.
23       MR. GULISANO: I'm going to mark the
24   William Mersman statement, one-page statement that
25   looks like he signed on April 1, 2020. This is what

Page 138

1   you guys provided as Exhibit F.
2       MR. EARL: Yep, I got it.
3 BY MR. GULISANO:
4   Q. Sir, I'm not sure who took this statement, but
5 I'm going to represent to you that this is a sworn
6 notarized statement signed by William Mersman, okay?
7   A. Mhmm.
8   Q. William Mersman is the gentleman who was
9 operating the small crane and lifting the load;
10 correct?
11   A. Yes.
12   Q. So Mr. Mersman, you know, says a bunch of
13 things that's not relevant. He says he recalls working
14 a jobsite in Lovejoy on July 21, 2017. You were part
15 of the crew. He says, we were contracted to replace
16 the large steel structures used for traffic devices on
17 the train tracks. Is that what you believe?
18   A. Yes.
19   Q. He says, we were in the process of
20 constructing a 600 ton crane to complete this work. Is
21 that true?
22   A. True.
23   Q. On or about July 21, 2017, I recall operating
24 a crane moving an eight foot by ten foot winch into
25 place. Does that seem about accurate, eight to ten

Page 139

1 feet?
2   A. Yeah, yeah, it does.
3   Q. You may have given slightly different
4 dimensions, but that doesn't seem crazy to you right?
5   A. Right.
6   Q. This required the ground crew to hook the
7 winch to a four-way spreader, which was attached to the
8 crane, okay? So I think you said you weren't exactly
9 sure, but that's what he's saying. Do you disagree
10 with that statement?
11   A. No, that's how we do it.
12   Q. Then he said, as I lifted the winch
13 approximately one foot and began to swing to the right,
14 Alan was standing on the low boy trailer and basically
15 attempted to keep it from swinging. Is that, do you
16 agree with that?
17   A. Correct.
18   Q. He then says, he was walking backwards and I
19 had a clear view from my cab about 20 feet away. Were
20 you walking backwards?
21   A. No.
22   Q. So you disagree with that statement?
23   A. Exactly.
24   Q. He says he had a clear view from his cab about
25 20 feet away. Do you disagree with that?

Page 140

1   A. He had a clear view? Yeah, I would say he had
2 a clear view.
3   Q. Then it says, suddenly Mr. Walters appeared to
4 step into a, quote, hole, end quote, on the low boy
5 flatbed and fell. Do you agree with that?
6   A. Yes.
7   Q. I later inspected the area and found a -- and
8 then he says six inch to eight inch by two inch hole
9 where a piece of wood was missing on the wooden deck of
10 the trailer where his foot caught and caused him to
11 fall. Do you agree with that?
12   A. Yes, just the little measurements are off.
13   Q. All right.
14   A. I've got to stand.
15   Q. Do you need a second?
16   A. No, I'm good. Thank you, though.
17   Q. We're trying to get through this for you here.
18 I'm going to mark the hazard bulletin --
19       MR. EARL: Okay.
20       MR. GULISANO: -- as Exhibit G.
21 BY MR. GULISANO:
22   Q. Sir, I'm going to show you a document marked
23 Exhibit G, titled hazard bulletin. Initially, I'm
24 going to ask you if you've ever seen this document
25 before?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 141

1   A.  Yes.
2   Q.  When is the first time you saw it?
3   A.  I think a month after.
4   Q.  How did you get a copy of it?
5   A.  I got a copy.  They give them with your
6   checks.  Everybody got a copy.
7   Q.  What is a hazard bulletin?
8   A.  That's what the safety guy writes up.  If
9   something don't look right, he'll write something up,
10  put it on the bulletin board.
11  Q.  Was this a bulletin relating to your accident?
12  A.  Yes.
13  Q.  And it says background, and I'll read it.  It
14  says it was Friday, sunny, with temperatures around 85
15  degrees, and humid.  Does that sound accurate?
16  A.  Sounds good.
17  Q.  Employee was being -- equipment was being
18  delivered to a jobsite in Buffalo using a tractor and
19  low boy trailer; correct?
20  A.  Correct.
21  Q.  Equipment that was on the low boy trailer was
22  sitting over the top section of the rear trailer hiding
23  the opening in the picture, and then in parentheses it
24  says, actual picture to the right?
25  A.  Correct.

Page 142

1   Q.  Do you agree with that?
2   A.  Yes.
3   Q.  The picture looks like it's -- that's not a
4   site picture.  It looks like it was moved from the
5   area, right, because there's some grass in there what
6   not.  We don't see the downriggers?
7   A.  Yeah, you could be right.
8   Q.  As the equipment was being lifted off the
9   trailer, an employee who was assisting to control the
10  load with a tag line walked toward the opening as he
11  was looking up at the load and fell through the opening
12  injuring his knee and spine; is that true?
13  A.  Correct.
14  Q.  The opening was unknown to the employee since
15  it was hidden by the load.  Do you agree with that?
16  A.  Correct.
17  Q.  Root cause.  This states failure to repair a
18  hazard previously advised.  Then it says open, I think,
19  greater than one year.  Do you have any knowledge as to
20  any prior complaints of this opening or how long?
21  A.  No, I do not.
22  Q.  The other root cause, it says driver failure
23  to inspect their trailers using pre-trip form.
24  A.  That's funny.
25  Q.  Do you disagree with that?

Page 143

1   A.  Yeah, I disagree with that.  I inspect
2   everything.
3   Q.  There's secondary causes.  One of the
4   secondary causes states, failure for employee to watch
5   where he was walking.  Do you agree with that?
6   A.  I don't agree with that either.
7   Q.  This states, there's recommendations.  There's
8   a number of recommendations.  One of them, the fourth
9   recommendation it says, the best prevention to getting
10  hurt is yourself.  Plan your steps, always plan your
11  path of travel when on any walking or working surface
12  by looking ahead and planning your steps by watching
13  for ice, snow, wet surfaces, protruding screws, nails,
14  stones can prevent -- can help prevent slips, trips and
15  falls.  Do you agree with that statement?
16  A.  Oh, yeah.
17  Q.  That doing those things is the best way to
18  avoid accidents?
19  A.  Oh, yeah.
20  Q.  I'm going to show you -- I'm going to mark a
21  text picture as Exhibit H.
22      MR. EARL:  Okay, yeah.
23  BY MR. GULISANO:
24  Q.  Have you ever seen this document before, sir,
25  Exhibit H?

Page 144

1   A.  Yes.
2   Q.  How have you seen that?
3   A.  The mechanic sent that to my phone.
4   Q.  What mechanic?
5   A.  Robin Sanders.
6   Q.  Sanders?
7   A.  Yes.
8   Q.  Do you have any idea when it was sent?  It
9   just says today at 1:53 p.m.
10  A.  That was the next day.
11  Q.  So it would have been July 22nd?
12  A.  Yeah.  I have the exact date, July 24th.
13  Q.  So that was sent July 24th?
14  A.  Yep, 2017 at 1:54.
15  Q.  Your response should have been done before I
16  fell into it; correct?
17  A.  Exactly.
18  Q.  So you, you know, your foot went in and out.
19  You kind of kept going there.  Was the winch ultimately
20  brought up to the 600 crane?
21  A.  Yes.
22  Q.  And then obviously you, at some point, let go
23  of the tag line; right?
24  A.  Right.
25  Q.  Then do you get down off the trailer?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 145

1    A.  Yes.
2    Q.  Then what do you do?
3    A.  I got off the trailer and then let go of the
4  tag line, because it was already up to John and Lee,
5  the winch, and sat down, leaned against the trailer on
6  the tire.
7    Q.  And then what?
8    A.  John and Lee got down and John kept asking if
9  I was all right.  I told him no.
10   Q.  What did you feel at that point?
11   A.  I couldn't lift my head up to look up or my,
12  just whole back hurt and leg hurt, right leg.
13   Q.  And then what happened?
14   A.  I walked over, sat on the low boy.  That's
15  where that water bottle is John brought over.
16   Q.  The water bottle that's shown in Exhibit C and
17  B-1 is a water bottle that John brought over?
18   A.  Yes, because I was sitting there.  John
19  brought over the --
20   Q.  After you were on the ground leaning against
21  the tire, did you get up and then sit on the low boy?
22   A.  Yeah, walked over there and just, ugh, and
23  then John asked Jeff Martin if he had any waters in his
24  vehicle.  He goes yeah, so he brought a cold water.
25  John gave it to me to hold on my neck because he

Page 146

1  thought that's what the problem was.  That's all he
2  thought the problem was.  My back and my leg were
3  killing me.  I'm like, oh, boy.
4    Q.  Okay.  And then what?
5    A.  And then John said, go sit in Jeff's truck.
6  He goes he told Jeff.  He goes take Al over to the
7  ambulance, which is their service truck's, an old
8  ambulance.  Take him over there and take me over there,
9  put me in there so the guys from CSX don't see me.
10   Q.  Why?
11   A.  John Clark, they don't want nothing to happen,
12  so he's like, get Al over into the, so the CSX guys
13  don't see you, see him.
14   Q.  So, to your knowledge, CSX did not witness
15  this incident; correct?
16   A.  Correct.
17   Q.  Moreover, was it hidden from them a little
18  bit?
19   A.  Oh, yeah, I would say.
20   Q.  And then you were taken over to the truck, and
21  did you go into the truck?
22   A.  Then I sat in there with Jeff and, sorry, I
23  called in between -- I'm sorry.  I called my
24  dispatcher, told him what happened, and he sent the
25  safety guy there, Rick Rydza.

Page 147

1    Q.  Who?
2    A.  Rick Rydza, the safety guy, sent him out to
3  get me to take me to the hospital.
4    Q.  So Rick arrived?
5    A.  And then got in his car after he took pictures
6  and asked me what hospital I wanted to go to, and I
7  told him.
8    Q.  So who is Bill Franz?
9    A.  Bill Franz is the dispatcher.
10   Q.  And who is Lee Buttons?
11   A.  Lee Buttons was John Clark's oiler.
12   Q.  And Bill Mersman was operating the crane;
13  right?
14   A.  Right.
15   Q.  Ron Murrett?
16   A.  That's the guy from Murzak.  I don't know his
17  name.
18   Q.  So he was operating -- strike that.
19   A.  The other truck.
20   Q.  Is Ron the guy who brought over the plates to
21  set down the downriggers for the 600 ton crane?
22   A.  Yes.
23   Q.  All right.  Who is Jeff Clark?
24   A.  That's Jeff Martin.  It's supposed to be Jeff
25  Martin.

Page 148

1    Q.  I've got him, but I also have listed a Jeff
2  Clark.
3    A.  There's no Jeff Clark.
4    Q.  So Rich Rydza is the safety guy; right?
5    A.  Correct.
6    Q.  Who is Greg Gunther?
7    A.  Greg Gunther, I think he's one of the guys in
8  Syracuse.  He wasn't there.
9    Q.  And Jeff Martin is the mechanic?
10   A.  Yes.  Greg Gunther?  He's Syracuse, I believe.
11   Q.  Do you live near anybody, any of these guys?
12   A.  I live near John Clark.  That's it.
13   Q.  Have you ever -- have you seen John Clark at
14  all out and about or in the neighborhood or anything?
15   A.  I've seen him.
16   Q.  So where you were you taken?
17   A.  I told Rick to take me to Lockport hospital.
18   Q.  Prior to July 21 of 2017, had you ever had any
19  complaints or problems with your neck, your back or
20  your right leg?
21   A.  No.
22   Q.  Never?
23   A.  No.  I mean, years and years and years ago,
24  but...
25   Q.  For what?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 149

1    A.  Just the allergy, seasonal allergies were
2   messing my head up and then they went away.
3    Q.  Prior to July 21 of 2017, had you ever filed
4   any Workers' Compensation claim?
5    A.  No.  This is the first time ever.
6    Q.  Have you ever been involved in an accident,
7   auto accident, slip and fall, where you injured your
8   neck, your back, your right leg at all?
9    A.  No.
10   Q.  Prior to July 21 of 2017, did you ever have
11  treatment by a chiropractor?
12   A.  Before?
13   Q.  Yes.
14   A.  Yes.
15   Q.  Who did you see?
16   A.  Dr., I think Syracuse, John Syracuse.
17   Q.  There's a note.  Just so I understand, you
18  were ultimately referred to Dr. Syracuse after this
19  accident; correct?
20   A.  Yeah, he's local in town doctor.
21   Q.  Dr. Syracuse's records state that you had
22  prior, meaning prior to the accident, chiropractic
23  treatment with him and a Dr. Domenico?
24   A.  Domenico?
25   Q.  Yeah.

Page 150

1    A.  That was after the surgery.
2    Q.  Right.  But prior to the accident, prior to
3   July 21, 2017, did you see Dr. Syracuse?
4    A.  Yes.
5    Q.  When did you see him?
6    A.  I don't remember.  It was years before.
7    Q.  For what reason?
8    A.  Just because of the allergies.  I thought
9   that's -- I was getting seasonal allergies.  I was
10  getting a stiff neck and ringing in my ears.
11   Q.  How many times had you seen him?
12   A.  Probably three.
13   Q.  That's it?
14   A.  Yeah.  And then I figured out what the problem
15  was after and I was good to go, once I found out on my
16  own what was going.
17   Q.  What did you find out?
18   A.  Seasonal allergies.  I had MRIs done and
19  everything on my head.
20   Q.  Who was your -- who did the MRIs?
21   A.  It was a real well-known doctor, Kinkel.
22   Q.  Okay.  Dr. Kinkel.  Who was your primary care
23  physician during that time?
24   A.  He's dead.  During that time?
25   Q.  Yeah.

Page 151

1    A.  I've been through so many family doctors.  I
2   don't know, it was Bash.  It couldn't have been Bash.
3   Yeah, it was Bash, Dr. Bash.
4    Q.  Was he your primary at the time of this
5   accident too?
6    A.  Yeah.
7    Q.  So you believe he was also your primary at the
8   time where -- during the time when you had that
9   chiropractic treatment and the MRI and whatnot?
10   A.  Yeah.
11   Q.  So, okay.  So I understand that you went to --
12  did you go to Eastern Niagara Hospital?
13   A.  Lockport, yes.
14   Q.  Is that what Lockport is?
15   A.  Yeah the ENH Lockport.
16   Q.  What were your complaints at the time?
17   A.  You're still talking about the injury, right?
18   Q.  Yeah.  Complaints, meaning injury.
19   A.  Just my knee hurt and my back and I couldn't
20  look up.
21   Q.  Did you have a bruise or scrape or contusion
22  on your knee at all?
23   A.  They, you know what, they were so ignorant at
24  the hospital they just, you're fine, you got a little
25  bump on the knee.  Go home.

Page 152

1    Q.  Did they take x-rays?
2    A.  My knee.  I don't know if they did my back or
3   not.  I've been through so many doctors and x-rays.  I
4   don't even remember.
5    Q.  Let me ask you this.  For your medical
6   treatment, you ultimately -- you've seen a number of
7   doctors; correct?
8    A.  Correct.
9    Q.  And you were also required to see some doctors
10  at the request of Workers' Compensation; is that true?
11   A.  Correct.
12   Q.  They performed examinations on you?
13   A.  Correct.
14   Q.  Whether it was one of your treating doctors or
15  the Workers' Compensation doctors, when you first see
16  them they typically ask for a history.  They say what
17  happened and they ask, how do you feel and things like
18  that; correct?
19   A.  Correct.
20   Q.  When you give them an answer, are you
21  truthful?
22   A.  Yeah, of course.
23   Q.  So you do the best you can?
24   A.  To remember.
25   Q.  To remember the truth; correct?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 153

1    A.   Yeah.
2    Q.   It looks like you saw a Dr. Bagnall.  Do you
3  know who Dr. Bagnall is?
4    A.   That's the first doctor that Comp -- well,
5  Comp sent me to Niagara Falls Memorial.  That Dr. Hart
6  sent me to Bagnall.
7    Q.   Dr. Hart?
8    A.   Yes.
9    Q.   The first record of Dr. Bagnall says you were
10  referred by Dr. Bassig.
11    A.   No, I was referred by Dr. Hart.
12    Q.   Dr. Hart was?
13    A.   He's Niagara Falls Memorial Medical.
14    Q.   What did Dr. Bagnall do for you, if anything?
15    A.   I believe he put me on pills and light duty.
16    Q.   I should ask you, are you currently taking any
17  prescription medication?
18    A.   After that?
19    Q.   Currently.
20    A.   Now, oh, yeah.
21    Q.   What are you taking?
22    A.   Zoloft, Klonopin, blood pressure medication.
23  I don't know the names of it.  I wonder if I've got
24  them on my phone too.  Yeah, I don't even know the
25  names of my medication.

Page 154

1    Q.   That's fine.  Zoloft, Klonopin, blood pressure
2  medication.  Anything else?
3    A.   Just like a pain pill, I got pain pills left
4  over from the surgery.
5    Q.   What's the Zoloft for?
6    A.   Social anxiety.
7    Q.   Who prescribes that?
8    A.   Pam Santiago.
9    Q.   Who is she with?
10    A.   BestSelf counseling.
11    Q.   I'm sorry?
12    A.   BestSelf counseling.
13    Q.   When did you first start to go there?
14    A.   I think two months ago about.
15    Q.   Why did you go there?
16    A.   Issues, mental issues going on.
17    Q.   Do you believe whatever those mental issues
18  are stem from your injuries from this accident?
19    A.   They did.
20    Q.   So when you say mental issues, what do you
21  mean?
22    A.   Just depression, suicidal thoughts, but
23  they've been helping me pretty good there.
24    Q.   Is this -- has she helped you learn why you're
25  having these thoughts?  Is it because of pain?  Is it

Page 155

1  because of your injuries?  Is it because you're not
2  working?
3    A.   She knows, yeah, oh, she knows.
4    Q.   What has she said?  Has she expressed an
5  opinion?
6    A.   My other counselor was like, if this happens
7  to you just do mindfulness thinking and still working
8  on it and told her play guitar and that, that keeps my
9  mind going.
10    Q.   Have you gone to any on the counseling other
11  than BestSelf counseling?
12    A.   No.
13    Q.   What is the Klonopin for?
14    A.   It helps me sleep and really calms my nerves
15  down.
16    Q.   Who prescribes that?
17    A.   Pam Santiago.
18    Q.   Pain pill, is it like a current script or is
19  it just leftover?
20    A.   It's leftover.
21    Q.   So you don't take those very often, I assume?
22    A.   I'm not a big pill popper.  Plus, I don't want
23  to mix what I'm on now with that.
24    Q.   So you saw Dr. Bagnall.  It also appears that
25  you had a course of physical therapy; is that correct?

Page 156

1    A.   Yes.
2    Q.   Was that Mallory Petrus?  Maybe there were a
3  bunch of different people that you saw.  Body Mechanix
4  Physical Therapy?
5    A.   Lockport, yes.
6    Q.   I think you said Dr. Bagnall indicated you can
7  go to work without restrictions; is that right?  I'm
8  sorry, strike that.  Dr. Bagnall, you can go to work on
9  light duty or with restrictions; correct?
10    A.   Exactly.
11    Q.   My notes indicate that is on September 1st of
12  2017?
13    A.   That sounds right.
14    Q.   Do you know, did you, in fact, go back to
15  work?
16    A.   I did for a couple days and I couldn't even
17  sleep on the floor because my back would just knot up.
18    Q.   And then you ultimately saw a Dr. Roger;
19  correct?
20    A.   Yes.  That's my surgeon.
21    Q.   Who referred you to him?
22    A.   Actually, my sister-in-law, brother-in-law.
23    Q.   Who is your brother-in-law?
24    A.   His name is Gino Farruggio.  He passed away,
25  so...

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

---

Page 157

1   Q.   Why did he refer you?
2   A.   Because I needed a good spine doctor, good
3   neurosurgeon to see what was going on.  He's really
4   good.
5   Q.   Well, how is it that Gino knew Dr. Roger?  Is
6   Gino in the medical field?
7   A.   No.  He cuts his hair.  My brother-in-law is
8   Italian so he cut his hair.
9   Q.   So you're talking, when you said, hey, Dr.
10  Roger, I hear he's pretty good, why don't you go see
11  him, something like that?
12  A.   My brother-in-law knows -- what was his name?
13  Ken Snyder.  I don't know if that sounds familiar.
14  He's a brain surgeon at ECMC.  It's his buddy.
15  Q.   Has your wife treated with Dr. Roger at all?
16  A.   I think she's seen him once.
17  Q.   Did you say she had surgery or no?
18  A.   She's had three neck surgeries.
19  Q.   Who did her surgery?  Let me ask you -- that's
20  irrelevant.  Did any of your doctors treat your wife?
21  A.   No.
22  Q.   I think Dr. Roger referred you to a
23  chiropractor?
24  A.   He just offered to go to see one.
25  Q.   Did you -- and then you started to see Dr.

---

Page 158

1   Syracuse; correct?
2   A.   Yes.
3   Q.   So, in the early period in 2017 after the
4   accident, you saw August, September, October you saw
5   Bagnall, you saw Dr. Roger, Dr. Syracuse for chiro, and
6   you were referred to PT; is that right?
7   A.   Yes, and injections.
8   Q.   Well, I think --
9   A.   I've got to stand.
10  Q.   Were you referred to a Dr. Cicchetti?
11  A.   That's the injection doctor.
12  Q.   For injections; right?
13  A.   Yes.
14  Q.   What injections did he do?
15  A.   Epidural.
16  Q.   Where?
17  A.   In the spine, L4 or 5.
18  Q.   So your lower back?
19  A.   Yes, lumbar.  Everything is the lumbar.
20  Q.   How did those make you feel initially when
21  they did them?
22  A.   They did nothing.
23  Q.   Nothing?
24  A.   No.
25  Q.   Instead of Dr. Roger, would you sometimes see

---

Page 159

1   his assistant, John Paolini?
2   A.   Dr. Roger's assistant?
3   Q.   Yeah.  Who's John Paolini?
4   A.   I have no clue.
5   Q.   At some point did Dr. Roger discuss surgery
6   with you?
7   A.   Yes.
8   Q.   Initially; right?
9   A.   Yes.
10  Q.   And tell me about that.  What was that
11  conversation?
12  A.   Just, this might help because your facet joint
13  is broken and your nerves are being blocked up because
14  of any disc, this disc is bulged or whatever, ruptured,
15  and he did the laminectomy February 22nd.
16  Q.   So let's go back to early February 2018, okay?
17  Before the first surgery.
18  A.   Okay.
19  Q.   Tell me how you felt.
20  A.   Sore, hurting.  I couldn't.
21  Q.   What hurt?
22  A.   My lower back, my legs burned.
23  Q.   So let me kind of walk you through it.  Early
24  February 2018, before your surgery, you had back pain,
25  lower back pain; is that correct?

---

Page 160

1   A.   Yes.
2   Q.   Was it a constant pain or an intermittent pain
3   or something else?
4   A.   It's been so long.  I've been living with it
5   forever.  It was more constant, but then like if I lay
6   down it would get worse or if I sat for too long or
7   stood.
8   Q.   At the time were you taking any medication for
9   it?
10  A.   Whatever the doctors prescribed.  I can't
11  remember it.
12  Q.   Do you remember if you were prescribed any
13  narcotics?
14  A.   No, no, I wasn't.
15  Q.   So Tylenol, ibuprofen?
16  A.   I took ibuprofen every day.
17  Q.   You said that pain radiated into your legs?
18  A.   Yeah, burning.
19  Q.   Both of them?
20  A.   Both.  It did the left one at first and then
21  after a while it started the right.
22  Q.   To the left how far down did that pain go?
23  A.   Down to my knee.
24  Q.   How about your foot, your left foot?
25  A.   That started, you could start feeling it in

---

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

---

Page 161

1 there, and then that was like once in a while.
2    Q.   How about your right leg, how far down?
3    A.   To the knee.
4    Q.   So the surgery, how long were you in the
5 hospital for the surgery?
6    A.   That was overnight.  The first one?
7    Q.   Yep.  I know obviously you were sore
8 afterwards, I'm assuming, right?  But once you started
9 to recover, how did you feel?  How was your back and
10 your legs after the surgery?
11    A.   After the first one?
12    Q.   Yeah.
13    A.   Still the same.  There was like no difference.
14    Q.   Did you discuss why there wasn't a difference
15 with Dr. Roger?
16    A.   Yes.
17    Q.   What did he say?
18    A.   Just, he said, just see what happens, give it
19 a few months.  We did.  It's still, the pain was there.
20    Q.   So after the --
21    A.   It actually seemed like it got worse.  There's
22 a knot in the back.
23    Q.   After the surgery -- well, strike that.  What
24 is your understanding of the surgery?  What did they
25 do?

---

Page 162

1    A.   They drilled holes to open up the spine so the
2 nerves flow freely.
3    Q.   And was that in front, your belly, or through
4 your back?
5    A.   No, through my back.
6    Q.   Were they cuts or arthroscopic incisions?
7    A.   Cut.
8    Q.   Were you referred to physical therapy after
9 that?
10    A.   Yes, and chiropractic care.
11    Q.   I've got a note in August of 2018 from Body
12 Mechanix Physical Therapy that you had eleven visits
13 and you stopped going because your doctor told you to
14 stop.  Is that --
15    A.   Oh, yeah.
16    Q.   Why did your doctor tell you to stop?
17    A.   No, I did one visit because and then that was
18 right after the surgery.  Well, I called my attorney,
19 Comp attorney.  She said, if you call it's up to your
20 surgeon that did the surgery if he still wants you to
21 continue to do it.  I said, okay, so I called Dr.
22 Roger's office.  I said, hey, listen, this is killing
23 me, I can't do this, what they're having me do.  He
24 said, quit, stop, just don't go.
25    Q.   Who is your Comp attorney?

---

Page 163

1    A.   It was Amanda Zafur, was.
2    Q.   Is it over now?
3    A.   Yeah.  No, not -- the Comp case isn't over,
4 no.
5    Q.   You're just not using her?
6    A.   No, it's Nora Dillon.
7    Q.   Who?
8    A.   Nora Dillon.
9    Q.   Is your Comp case still open?
10    A.   Yes, I'm still under medical.
11    Q.   So there hasn't been a settlement or what's
12 often referred to as a Section 32 agreement; no?
13    A.   No.
14    Q.   So then I understand there was a discussion
15 you may have had about a spinal cord stimulator.  Do
16 you recall that?
17    A.   Yes.
18    Q.   And did you ever have one?
19    A.   Nope.
20    Q.   Why is that?
21    A.   I have a few friends that have them and they
22 don't like them.  I don't want something implanted into
23 me.
24    Q.   So did your doctor recommend it, but it was
25 something you didn't want to do?

---

Page 164

1    A.   It was just if you want to you can do it.  It
2 might help.  A couple buddies have it and they wish it
3 was out.
4    Q.   Did you have a functional capacity evaluation?
5    A.   Is that like an MMI or something like that?
6    Q.   I've got a note from Howard Physical Therapy.
7    A.   Yeah, it's the MMI.
8    Q.   What do you mean by that?
9    A.   It's a maximum medical improvement.
10    Q.   Who sent you to that?
11    A.   That was my attorney, for Nora Dillon.
12    Q.   One of the conclusions is that you would
13 benefit from vocational intervention to assist with
14 finding alternative employment within your capabilities
15 and limitations.  Have you done that?
16    A.   I've got ahold of them.
17    Q.   Huh?
18    A.   I've got ahold of the people.
19    Q.   You have or haven't?
20    A.   I have.
21    Q.   Who did you get ahold of?
22    A.   ACCES-VR for rehab.
23    Q.   And what's the status of that?
24    A.   Well, they called me December, beginning of
25 December, to come in and start school.  I said, I'm

---

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 165

1  going in for surgery at the end of December.  How am I
2  going to?  Well, okay, when are you going to be fixed?
3  I said, I don't know.  A year to heal, that's what I'm
4  told.
5   Q.  We're talking about back in 2019; right?
6   A.  Yeah, 20.  '19?  Yeah.
7   Q.  So you never went -- so that was December
8  2019?
9   A.  That I had my surgery.
10   Q.  So in the past year you haven't gone back to
11  ACCES-VR or gotten ahold of them?
12   A.  Nope.
13   Q.  When you say school, were they going to
14  possibly train you in a different area?  Is that a yes?
15   A.  Yes.
16   Q.  Was there any discussion about what?
17   A.  No, they haven't said nothing.  They told me I
18  could -- I've been driving for 30 years.  I don't know
19  computers at all.  Who knows.
20   Q.  So, at some point did you have a conversation
21  with Dr. Roger about a second surgery?
22   A.  Yes.
23   Q.  What went into that?  What was the discussion?
24   A.  Just what he can do and the percentage it's
25  going to help.

Page 166

1   Q.  What did he say?
2   A.  Doctor's term.  I have no clue.  30 percent on
3  the back and 70 on the legs, something like that.  He's
4  going to go in there and put rods and screws in.
5   Q.  Did you see -- did you have -- was it a second
6  opinion, maybe, with Dr. Stoffman?
7   A.  Yep.
8   Q.  Why did you see Dr. Stoffman?
9   A.  Because Comp was giving me a hard time.
10   Q.  So you went to see Stoffman for what?
11   A.  Because every time Dr. Roger would say
12  something, Comp and their doctors would say something,
13  totally, no, you don't need this.  He's fine.  I said,
14  you know what, I'm going to this doctor, get a second
15  opinion and say, here you go to them because he agreed
16  about having that, you know.
17   Q.  So when you went to Stoffman, you didn't go to
18  him necessarily to be treated.  You just wanted a
19  second opinion?
20   A.  Yeah.  And I told him that, yes.
21   Q.  So I understand that Dr. Roger performed a
22  second surgery December 27, 2019?
23   A.  Yes.
24   Q.  Was it the redo L4-5 and L5-S1 laminectomy and
25  foraminotomy?

Page 167

1   A.  Sure.
2   Q.  As well as an L4-5 and L5-S1 fusion?
3   A.  Yes.
4   Q.  Is it accurate that some of your vertebrae
5  were fused together; is that what you understand?
6   A.  Yes, rods and screws.
7   Q.  And how did -- eventually, once you healed,
8  did your condition improve at all?
9   A.  You know what?  To be honest with you, which I
10  always have been, it started to improve and then now
11  it's just starting to feel like it's going back down.
12  I don't know if it's the weather change or what's going
13  on.  I'm like, oh, come on.  I'm hoping to get back to
14  doing what I was doing.
15   Q.  So it looks like after the second surgery you
16  had a follow-up with Dr. Roger and physical therapy;
17  correct?
18   A.  Correct.
19   Q.  So we're sitting here, it's February 9, 2021.
20  Do you agree with that?
21   A.  Yes.
22   Q.  When is the last time you saw Dr. Roger or
23  anyone from his office?
24   A.  It's supposed to be today.
25   Q.  A month ago, two months ago, six months ago?

Page 168

1   A.  I want to say three.
2   Q.  Three months ago?
3   A.  Yes.
4   Q.  And is it your understanding that he's kind of
5  continuing to follow up with you?
6   A.  Oh, yes.
7   Q.  You're going to see him again?
8   A.  I was supposed to see him today, but...
9   Q.  Then I screwed it up?
10   A.  No, you didn't screw nothing up.
11   Q.  Are you currently attending physical therapy?
12   A.  No.
13   Q.  When did you last do that?
14   A.  That had to have been last summer.
15   Q.  Are you currently seeing a chiro?
16   A.  No.
17   Q.  When is the last time you did that, before
18  your second surgery?
19   A.  Yes.
20   Q.  Is there -- and then you're currently seeing,
21  I'm sorry, someone for depression or...
22   A.  Yes.
23   Q.  Who is that again?
24   A.  BestSelf counseling.
25   Q.  And what's the frequency of that?

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 169

1   A. It's whenever they try and spread it out
2  because they only have twenty visits, which it's all
3  over the phone, probably once a month.
4   Q. Just for the record, we have -- we didn't have
5  those records and we did submit a request for the
6  authorization and we'll renew a request for the
7  authorizations for BestSelf counseling. Besides Dr.
8  Roger and BestSelf counseling, are there any medical
9  providers you're currently or actively treating with?
10  A. No.
11  Q. No?
12  A. Nope, that's it. It's Dr. Roger and BestSelf.
13  Q. You talked about going to vocational training;
14  right? Besides that interaction with them about a year
15  ago or so, have you made any other efforts to get a
16  job?
17  A. Well, it was all before that because of --
18  what do you call it? Because Comp wants you to go find
19  a job, but this is what I was getting at. Dr. Roger
20  kept saying no, you're one hundred percent disabled
21  right now. They still want me to go find work. Who's
22  going to hire you? So, yes, I did look for work and
23  then Comp wanted me to sign up for that ACCES-VR and
24  did that, but they called me and I had to go in for
25  surgery.

Page 170

1   Q. So I understand that. So since your second
2  surgery in December of 2019 --
3   A. Yes.
4   Q. -- through all of 2020 and part of 2021, have
5  you made any efforts to look for a job?
6   A. No, because, okay.
7   Q. I appreciate that. Do you believe there are
8  any areas that you are qualified to work outside of
9  trucking?
10  A. No, I don't, to tell you the truth.
11  Q. Do you have any interests in other jobs that
12  you might take some courses or be retrained on?
13  A. I'm sure there's a few out there, but I
14  love...
15  Q. Give me an idea of things that you're
16  interested in that --
17  A. Helicopter pilot. That's about it. I used to
18  hunt, fish, drive a truck, work hard, loved work. I
19  wanted to see what they were going to offer me. I had
20  to sign up for Social Security. Been on that one
21  hundred percent.
22  Q. So your medical is covered by Workers' Comp;
23  is that correct?
24  A. Yes.
25  Q. Did they also give you any sort of weekly,

Page 171

1  monthly amount of money that compensates you for your
2  wages?
3   A. Nope.
4   Q. Is there a reason that you know as to why?
5   A. Because I wasn't looking for work.
6   Q. So they cut you off?
7   A. Yep.
8   Q. At some point were you getting something for
9  wages?
10  A. It was a couple months and then they just.
11  Q. When did you apply for Social Security
12  Disability?
13  A. I believe last September.
14  Q. So September of 2020?
15  A. Yes.
16  Q. And did you receive any award?
17  A. Oh, yeah. I got whatever they back pay you.
18  Q. So they -- so they'd back pay you back to the
19  date where they determined, deemed you disabled;
20  correct?
21  A. Yes.
22  Q. Moving forward, what amount do they give you a
23  week a month or whatever?
24  A. $1,400 a month.
25  Q. So besides the $1,400 a month, do you have any

Page 172

1  other income or money coming in?
2   A. No.
3   Q. I'm going to mark this Exhibit I. This is a
4  Social Security printout that you provided to us. I
5  just want to confirm --
6        MR. EARL: No problem. Yep, I got it,
7    thanks.
8  BY MR. GULISANO:
9   Q. I just want to briefly confirm this indicates
10  -- hold on. I don't know why I don't have a date, but
11  it says that respondent became disabled on February 8,
12  2019, which is not the date. It then indicates that
13  you will receive $19,624 around October 10th of 2020.
14  A. Here you are entitled to monthly disability
15  benefits at the beginning of August.
16  Q. Right, but the date of this is sometime after?
17  A. Yes.
18  Q. The amount of back pay effective October 10,
19  2020 was $19,624. Does that sound accurate to you?
20  A. Yes.
21  Q. And then you're getting $1,408 a month,
22  according to that?
23  A. Yes.
24  Q. That's pretty much what you indicated?
25  A. Yes. My wife sees all that, I don't.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 173

1    Q.  Working for Clark, was that seasonal work or
2  full-time around the clock?
3    A.  Full-time and around the clock.
4    Q.  Did you -- were there times in the winter
5  months where you would apply for unemployment because
6  there was no work?
7    A.  No.
8    Q.  So there was always work?
9    A.  Yes.  They would find me something to do.  I
10  said I loved that job, loved the people working there.
11    Q.  Do you know what your annual salary was there,
12  approximately?
13    A.  I have no clue, never seen a paycheck.
14    Q.  We were provided W-2s for you from US Demo.
15  We talked about that that you earned 43,107.67 in 2015.
16  Does that sound accurate to you?
17    A.  Sure, yes, I guess.
18    Q.  We received W-2s for US Demo for you for 2016.
19  It indicated your gross wages were $47,601.  Does that
20  sound about accurate?
21    A.  Keep going up, sure.
22    Q.  So let me ask you this.  I want to talk about
23  what current complaints you have, if any, okay?  So how
24  is your right leg?  I'm not talking about pain from
25  your back.  You hit your right leg on bar number three.

Page 174

1  How is that aspect of your right leg?  Is that well
2  healed or do you have any problems with that?
3    A.  My right knee hurts.  It's not constant.  The
4  cold will bother it.
5    Q.  Any problems with your neck?
6    A.  No.
7    Q.  Any physical problems with your arms,
8  shoulders, head, related to this accident?
9    A.  No.
10    Q.  So your lower back, how is that?
11    A.  Sore, stiff.  Just trying to put your socks on
12  or get dressed, forget it.  Limited movement.
13    Q.  So it's sore and stiff.  Does that soreness go
14  into your buttocks or your legs at all?
15    A.  My hips, rear end, legs.
16    Q.  Both legs?
17    A.  Yes, front.
18    Q.  Do you have shooting pain, an aching pain?
19    A.  Burning.
20    Q.  How often is that?
21    A.  Constant.
22    Q.  Is there anything you do or take to alleviate
23  the pain you're in?
24    A.  Now that I'm on all those other pills I'll try
25  to lay down or lay in a comfortable position.

Page 175

1    Q.  Anything else with respect to your lower back?
2    A.  Not really.  Just, I'm in pain every single
3  day.  Can't do what I used to do.  Can't cut the grass.
4    Q.  Are you right or left-handed?
5    A.  I write with my right.
6    Q.  You had talked about, you know, just some
7  other issues that you were having that you were seeking
8  counseling for.  What currently -- what problems are
9  you having in that regard?
10    A.  For now?
11    Q.  Yeah.
12    A.  I've -- actually just social anxiety.
13    Q.  What does that mean?
14    A.  I don't like to leave the house.  I get scared
15  going anywhere.  This morning, having to come through,
16  I threw up, was shaking, sweating, took some pills, had
17  my buddy drive me.
18    Q.  Is there like a reason for that?
19    A.  It's just -- honestly, it's just anxiety.  I
20  don't like crowds of people.  Just, it's an anxiety of
21  having to leave the house.  It's been my area for the
22  past four years.
23    Q.  Are you sleeping?
24    A.  On and off, maybe four hours, five hours of
25  sleep.

Page 176

1    Q.  You mentioned suicidal thoughts.  Do you still
2  experience that?
3    A.  No, no, and it's -- thank my doctors for that.
4  She upped my medication.
5    Q.  Any other problems, physical or mental, that
6  you want to tell me about that you're currently
7  experiencing?
8    A.  No.  That's pretty much it.
9    Q.  In terms of activities, I understand you're
10  not working.  Tell me other things, if any, that you no
11  longer do because of your injuries.
12    A.  Where do I start?  The hunting, fishing, can't
13  play with my grandson, sitting long, standing, cut my
14  grass, do regular house maintenance.  This rocked my
15  world.  It'll be okay.  Yeah, right.
16    Q.  Is there anything else that you would do on a
17  regular basis that you don't do anymore?
18    A.  Work.
19    Q.  Right, yeah.
20    A.  Drive a truck.  There was times I spent
21  fifteen hours a day at work, twenty-four hours a day
22  over there working.
23    Q.  Do you still have a valid driver's license?
24    A.  Yes, but it's down to -- it's a Class A, but
25  it's a K endorsement on it.

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

**Page 177**

1  Q.  What does that mean?
2  A.  I can only drive the interstate.
3  Q.  When is the last time you operated a motor
4  vehicle?
5  A.  A regular car?
6  Q.  Yeah.
7  A.  Saturday.
8  Q.  So I get the anxiety of coming down here.  I
9  understand that.  But if you wanted to drive to go to a
10 medical appointment or go to the store or whatever, are
11 you able to do that?
12 A.  I don't.
13 Q.  Why did you drive on Saturday?
14 A.  I had to go pick up my pills, blood pressure
15 pills.
16 Q.  Can your wife drive?
17 A.  She can.
18 Q.  How do you get to your doctor's appointments?
19 A.  Buddy that's sitting out there for five hours,
20 takes me.
21 Q.  Who is that?
22     MR. EARL:  Huh?
23 Q.  Boyd Earl?
24 A.  Sure.  Boyd Cooper.  He takes me everywhere.
25 Q.  Who does the housework?

**Page 178**

1  A.  The wife or the kid when he comes over.  We'll
2  leave it for him.
3  Q.  How about yard maintenance?
4  A.  My kid or my buddy.
5  Q.  Do you pay anybody to do it?
6  A.  No.  They do it as a favor.  I'm not paying my
7  kid.
8  Q.  What about like snow shoveling and stuff like
9  that?
10 A.  Buddy in the car will come over.
11 Q.  Have you gone on any vacations in the last
12 four years?
13 A.  No.
14 Q.  Nowhere?
15 A.  I don't want to go anywhere.
16 Q.  Camping or anything?
17 A.  Nope.  She don't like camping.  I've just been
18 in too much pain.  I don't, I can't go nowhere, can't
19 do nothing.
20 Q.  We talked about Workers' Comp and Social
21 Security.  To your knowledge, have you received
22 Medicare?
23 A.  Two years.
24 Q.  Two years what?
25 A.  You have to wait.

**Page 179**

1  Q.  So the answer is no at this point; right?
2  A.  Exactly, no.
3  Q.  Have you received Medicaid?
4  A.  No.
5  Q.  Are you aware of any liens on your recovery
6  besides Medicare or Workers' Comp?
7  A.  Any liens?
8  Q.  Yeah.  You either know or you don't know.
9  A.  I don't know, no clue.
10 Q.  Have you -- are there expenses you've paid
11 out-of-pocket but haven't been reimbursed by insurance?
12 I mean, probably regular co-pays; right?
13 A.  Well, with Comp, no, I haven't paid nothing on
14 Comp.
15 Q.  How about for anything else, like
16 modifications at the home, or have you done anything
17 where you've paid your own money for something related
18 to this accident?
19 A.  She bought a sleep number bed, but I don't --
20 it's too uncomfortable for me.
21 Q.  Was that to help you or her?
22 A.  Exactly.  That -- oh, and a weight blanket.
23 Q.  I heard those are really nice.
24 A.  The weight blanket?
25 Q.  I've never used them, but people rave about

**Page 180**

1  them?
2  A.  20 pounds it weighs, yeah.  It keeps you all
3  snugly, like somebody's hugging you all the time.
4  Q.  Okay.  So, all joking aside, are there any
5  other things that you spent money on?
6  A.  To make my life easier, no.  I'm just hoping
7  this will get better.
8  Q.  What's a life in the day of Alan Walter?
9  A.  Get up in the morning.  It depends.  Sometimes
10 watch a little TV, try to play with my dog, eat, watch
11 more TV, try to be comfortable, play my guitar.  I
12 bought a model truck.  Putting that together to keep my
13 mind off of stuff.
14 Q.  Who does the laundry around the house?
15 A.  My wife.
16 Q.  Who cooks meals?
17 A.  We take turns.  Leftovers.  Microwave pizzas.
18 Q.  Who does dishes?
19 A.  The dishwasher.
20 Q.  Who loads it?
21 A.  We both do.
22 Q.  Is your wife home 100 percent of the time?
23 A.  Mostly, yes.
24 Q.  In other words, I understand that she's out on
25 disability.  Does she have any hobbies or activities

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

Page 181

1  that take her away from the home for, you know, more
2  than a nominal period of time?
3      A.  She did until this COVID, but now she's all
4  nervous where I'd rather just stay home.
5      Q.  Yeah, a lot of people.
6      A.  That's what the doctor asked.  I said no, it's
7  none of this COVID that's causing this neither.  Don't
8  even go there.
9      Q.  Let me just check a couple things.  Do you
10  have -- strike that.  Have you spoken to anyone at any
11  time after your accident that is from CSX?
12     A.  I've never talked to nobody from CSX.
13     Q.  Have you spoken to anyone from Clark outside
14  of what you've already told us?
15     A.  I've talked to John and Mersman.  We don't
16  talk about nothing like this.
17     Q.  Some of the gentlemen were deposed a few
18  months ago.  Did you speak to any of them about their
19  depositions?
20     A.  No, because I was curious on what they had to
21  say because they said they had to go, but I don't ask.
22     Q.  How long have you been using a cane for?
23     A.  Since my first surgery.
24     Q.  Do you use it on a regular basis?
25     A.  Around the house it's by me, but I don't use

Page 182

1  it all the time.
2      Q.  Do you always use it with your left hand?
3      A.  Yes.
4      Q.  Do you ever use it with your right hand?
5      A.  No.
6          MR. GULISANO:  Okay.  That's all I have.
7          MR. EARL:  I don't have any.  I guess
8  we're all set.
9          ***4:40 p.m.***
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 183

1  STATE OF NEW YORK
   COUNTY OF ERIE
2
       I, Molly Fenske, a Notary Public in and for the State
3  of New York, do hereby certify:
4      That the witness whose testimony appears herein
   before was, before the commencement of his deposition,
5  duly sworn to testify to the truth, the whole truth and
   nothing but the truth; that such testimony was taken
6  pursuant to notice at the time and place herein set forth;
   that said testimony was taken down in shorthand by me and
7  thereafter under my supervision transcribed into the
   English language, and I hereby certify the foregoing
8  testimony is a full, true and correct transcription of the
   shorthand notes so taken.
9
       I further certify that I am neither counsel for nor
10 related to any parties to said action, nor in anywise
   interested in the outcome thereof.
11
       IN WITNESS WHEREOF, I have hereunto subscribed my
12 name this 23rd day of February, 2021.
13
14
15              *Molly L. Fenske*
16
17              Notary Public
18              State of New York
19
20
21
22
23
24
25

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

**$**

**$1,400 (2)**
171:24,25
**$1,408 (1)**
172:21
**$19,624 (2)**
172:13,19
**$47,601 (1)**
173:19

**\***

**\*\*\*4:40 (1)**
182:9

**A**

**able (4)**
121:13;122:2;124:6;
177:11
**above (6)**
104:8;113:1;121:2,5,
25;123:23
**Academy (4)**
16:19;17:5;21:11;
22:2
**ACCES-VR (3)**
164:22;165:11;
169:23
**accident (33)**
21:1;22:21;41:2,10;
43:2,4;56:15,18,23;
59:15;60:3;62:6;63:8,
10;74:4;104:2;133:14;
134:18;136:25;137:2,
17;141:11;149:6,7,19,
22;150:2;151:5;
154:18;158:4;174:8;
179:18;181:11
**accidents (1)**
143:18
**accomplish (1)**
56:8
**according (1)**
172:22
**accurate (6)**
138:25;141:15;
167:4;172:19;173:16,
20
**aching (1)**
174:18
**Acoustic (2)**
13:2,3
**acre (2)**
9:24;12:3
**across (2)**
93:3;94:9
**Act (1)**
5:7
**actively (1)**
169:9

**activities (4)**
13:23;60:1;176:9;
180:25
**actual (1)**
141:24
**Actually (16)**
18:3;21:15;24:21;
25:20;30:1;70:2;75:21;
81:5;82:13;87:24;88:4;
98:2;122:7;156:22;
161:21;175:12
**addition (2)**
46:4;73:1
**additional (1)**
19:11
**address (4)**
7:20;15:3;28:5;
29:24
**administering (1)**
5:8
**advised (1)**
142:18
**afternoon (1)**
63:16
**afterwards (1)**
161:8
**again (14)**
13:1;21:22;33:10;
40:12;74:15;81:3;
83:22;85:8;104:23;
111:18;124:25;136:24;
168:7,23
**against (4)**
112:15;132:15;
145:5,20
**agent (1)**
30:6
**ago (13)**
9:24;11:13,22;12:13;
20:19;148:23;154:14;
167:25,25,25;168:2;
169:15;181:18
**agree (21)**
5:5,11,12;44:21;
45:2;49:1,15;78:1;
96:25;99:21;135:21,
22;139:16;140:5,11;
142:1,15;143:5,6,15;
167:20
**agreed (1)**
166:15
**agreement (2)**
5:10;163:12
**ahead (7)**
58:8,9,10,21;74:1,2;
143:12
**ahold (4)**
164:16,18,21;165:11
**air (2)**
31:6;75:24
**Akron (2)**
8:20,21
**Al (6)**

**134:6;135:2,18;**
136:8;146:6,12
**ALAN (3)**
5:13;139:14;180:8
**Albany (3)**
43:9,24;130:1
**Alco (5)**
32:1,13,24;33:1,20
**allergies (4)**
149:1;150:8,9,18
**allergy (1)**
149:1
**alleviate (1)**
174:22
**almost (5)**
9:24;81:10;84:25;
110:15;115:13
**alone (2)**
21:8,9
**alternative (1)**
164:14
**always (19)**
18:5;21:9;34:20;
35:19;36:8;43:9,12;
47:18;49:14,21;61:20;
89:22;98:22;100:24;
129:23;143:10;167:10;
173:8;182:2
**Amanda (1)**
163:1
**ambulance (2)**
146:7,8
**amongst (1)**
78:6
**amount (3)**
171:1,22;172:18
**angle (2)**
90:11,13
**angles (1)**
90:10
**annual (1)**
173:11
**anxiety (5)**
154:6;175:12,19,20;
177:8
**anymore (1)**
176:17
**apologize (1)**
61:5
**appear (2)**
72:20;98:20
**appeared (1)**
140:3
**appearing (1)**
5:25
**appears (3)**
81:11,15;155:24
**apple (1)**
9:25
**apply (2)**
171:11;173:5
**appointment (1)**
177:10

**appointments (1)**
177:18
**appreciate (1)**
170:7
**appropriate (1)**
93:4
**approximate (1)**
10:17
**Approximately (7)**
13:17;84:20;101:1,
12;123:1;139:13;
173:12
**April (2)**
9:3;137:25
**area (17)**
8:19;32:6;50:8;51:9;
52:12;68:9,10;71:13;
112:8,23;113:1;
120:25;121:14;140:7;
142:5;165:14;175:21
**areas (2)**
6:18;170:8
**arm (1)**
31:21
**arms (2)**
123:10;174:7
**Army (1)**
13:16
**around (19)**
43:12;49:25;53:22;
57:19;59:3;93:11;95:9;
105:19;107:14,17;
114:10;121:23;136:16;
141:14;172:13;173:2,
3;180:14;181:25
**arrive (1)**
95:16
**arrived (3)**
73:10;74:9;147:4
**arthroscopic (1)**
162:6
**A's (1)**
53:13
**asbestos (1)**
48:4
**aside (1)**
180:4
**aspect (1)**
174:1
**assemble (4)**
52:2;69:11;71:10,16
**assembled (3)**
45:3;70:15;72:21
**assigned (1)**
106:16
**assignment (1)**
36:17
**assist (1)**
164:13
**assistant (2)**
159:1,2
**assisting (2)**
48:23;142:9

**assume (2)**
5:19;155:21
**assuming (1)**
161:8
**Atlas (8)**
28:17,21,22,25;29:3,
24;31:8,25
**attached (4)**
105:19;109:12;
123:7;139:7
**attempted (1)**
139:15
**attend (2)**
15:16,23
**attending (2)**
18:13;168:11
**attention (2)**
49:17;58:13
**attorney (5)**
25:17;162:18,19,25;
164:11
**attorneys (2)**
25:10;59:25
**auger (1)**
125:13
**August (3)**
158:4;162:11;172:15
**authorization (1)**
169:6
**authorizations (1)**
169:7
**Auto (3)**
16:7,9;149:7
**Automotive (1)**
8:4
**avoid (1)**
143:18
**AW (1)**
120:12
**award (1)**
171:16
**aware (10)**
23:13;97:25;98:25;
100:17,22;117:3,7,12,
15;179:5
**away (14)**
29:7;45:25;68:10;
75:25;76:14,21;91:4;
92:12;95:14;139:19,
25;149:2;156:24;181:1
**axle (7)**
40:18,19;79:5;85:9;
86:4,7;89:24
**axles (1)**
40:20

**B**

**B-1 (15)**
4:3;93:22;94:2,8;
96:10,22;99:10;
112:22;119:21,24;
120:12;122:18;130:3;

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

131:3;145:17
baby (1)
  129:24
back (100)
  13:12;17:12;19:25;
  22:12,17;23:4,18;
  28:22;31:22;32:3;
  36:10;38:8;39:23;46:9;
  49:10;52:10;55:8,12;
  67:1,20;69:20;70:5;
  73:24;75:20;76:24;
  77:1;84:18;85:2,3;
  86:3;89:18,20,21,22;
  90:8;91:5,11;92:14;
  93:5;94:9;95:16;96:14,
  18;97:12,13,23;99:15,
  15;100:1;103:5,12,23;
  104:8,25;111:10,18;
  112:3,9,14,16,19,23,
  25;114:10,22;115:8;
  117:4,25;119:15;
  121:6;132:18;145:12;
  146:2;148:19;149:8;
  151:19;152:2;156:14,
  17;158:18;159:16,22,
  24,25;161:9,22;162:4,
  5;165:5,10;166:3;
  167:11,13;171:17,18,
  18;172:18;173:25;
  174:10;175:1
backed (2)
  67:7;103:7
background (2)
  15:16;141:13
backing (1)
  103:8
backs (1)
  75:8
backwards (3)
  120:19;139:18,20
backyard (1)
  12:2
bad (4)
  24:8;46:15;102:13;
  117:20
Bagnall (9)
  153:2,3,6,9,14;
  155:24;156:6,8;158:5
balance (1)
  87:21
bankruptcy (2)
  14:16,18
bar (2)
  100:2;173:25
barn (2)
  9:24;10:5
bars (2)
  99:20;100:8
base (3)
  36:10;86:23;88:5
Based (4)
  30:15;82:24;98:19;
  137:3

basement (1)
  9:23
Bash (4)
  151:2,2,3,3
basic (1)
  44:22
basically (3)
  29:4;119:8;139:14
basis (2)
  176:17;181:24
Bassig (1)
  153:10
beam (6)
  119:14,16,20,25;
  120:1;131:21
Bear (2)
  16:24,25
B-E-A-R (1)
  17:1
beat (1)
  132:25
beautiful (1)
  131:10
became (1)
  172:11
bed (1)
  179:19
bedroom (1)
  9:23
began (1)
  139:13
begin (1)
  94:23
beginning (2)
  164:24;172:15
behind (3)
  46:5;76:11;81:10
belly (1)
  162:3
below (4)
  121:2,4,5;135:1
benefit (1)
  164:13
benefits (1)
  172:15
besides (5)
  5:1;21:11;22:1;
  169:7,14;171:25;179:6
best (10)
  6:13;77:10;79:3;
  86:22;90:16;99:14;
  121:12;143:9,17;
  152:23
BestSelf (7)
  154:10,12;155:11;
  168:24;169:7,8,12
better (5)
  63:2;106:14;112:18;
  122:12;180:7
beyond (1)
  86:4
big (31)
  19:9;24:19;39:3;

43:13;44:3;45:22;
46:18;50:20;53:16,21;
58:24;69:8,14;78:14,
17;79:16,18,25;80:5,
12;81:18;83:15,15;
88:1,3,5;90:24;105:7;
120:5;124:12;155:22
bigger (11)
  44:14,25;45:2,3,15,
  17,18,25;70:15;73:8;
  91:6
Bill (12)
  55:9;62:19;71:19;
  73:3,6;76:25;77:4,7;
  108:9;147:8,9,12
binders (3)
  96:20;98:4,6
binding (1)
  5:9
birds (1)
  131:10
birth (1)
  6:22
bit (11)
  13:7;45:15;63:2;
  81:4;87:19;93:13;
  108:11;112:19;113:22;
  114:8;146:18
Black (5)
  53:24;69:4;87:5;
  120:7,8
blanket (2)
  179:22,24
block (5)
  46:12;106:3,5,7;
  108:12
blocked (1)
  159:13
blood (3)
  153:22;154:1;177:14
board (5)
  84:18,19;88:16;
  127:6;141:10
boards (2)
  84:11;118:8
boat (3)
  20:16,18;21:1
boating (2)
  20:23,24
bobtail (3)
  70:25;71:3,15
bobtailed (2)
  71:2;72:17
BOCES (2)
  16:5,7
body (3)
  123:11;156:3;162:11
bolts (2)
  130:19,19
Bomber (2)
  107:12;110:4
book (4)
  9:2;65:3,3,14

books (1)
  47:13
boom (42)
  48:15,19;53:22;
  69:19,19,21;72:24;
  73:20,22,23;74:6,10,
  13,17,20,21;75:4,9;
  76:1;77:15,18;78:14;
  103:16;104:8;105:19,
  20,23;106:5,5,23,25;
  107:24;111:3,9;113:6,
  23;114:22,23;115:11;
  117:25;118:2;126:1
boot (4)
  13:14,23;118:24;
  119:2
boss (1)
  58:4
both (11)
  9:14,15;33:3,4;
  42:21,23;43:5;160:19,
  20;174:16;180:21
bother (1)
  174:4
bottle (3)
  145:15,16,17
bottom (6)
  65:21;86:23;87:5;
  105:15;120:24,24
bottommost (1)
  121:13
bought (2)
  179:19;180:12
box (1)
  40:19
boxes (1)
  27:10
boy (51)
  7:9;8:12;9:1,2;
  41:13;43:17;48:24;
  54:17;62:9,20,22,23,
  24;63:2,3,6,6,7,9,9,11,
  13,17;64:3,12,15,17;
  65:24;74:3;83:10,12;
  84:4;85:17;94:14;
  95:17,18;100:18,22;
  101:3;102:25;103:25;
  129:16;130:5;132:21;
  139:14;140:4;141:19,
  21;145:14,21;146:3
Boyd (4)
  24:15;92:21;177:23,
  24
boys (6)
  41:15,17;42:8;43:5;
  98:2;99:3
brain (1)
  157:14
brakes (1)
  17:13
branch (1)
  13:15
brand (5)

42:17,17,17,22,25
break (7)
  42:1,5,6;51:21;52:3;
  100:13;130:18
breaks (1)
  130:19
bridge (5)
  50:16;51:13;52:13;
  53:5;66:19
bridges (3)
  50:9;51:15;67:17
briefly (1)
  172:9
bring (5)
  9:16;46:10;52:1;
  75:23;80:11
bringing (1)
  51:17
Broadway (8)
  50:10;51:9;52:12,20;
  53:3,4,5;128:21
broke (1)
  53:6
broken (2)
  64:20;159:13
brother (1)
  55:4
brother-in-law (4)
  156:22,23;157:7,12
brought (8)
  51:20;82:9;144:20;
  145:15,17,19,24;
  147:20
bruise (1)
  151:21
BS (3)
  136:20,21,21
buddies (1)
  164:2
buddy (6)
  11:15;157:14;
  175:17;177:19;178:4,
  10
buddy's (1)
  15:6
Buffalo (6)
  24:23;30:3;50:15;
  66:6;130:25;141:18
build (2)
  73:7;83:3
built (2)
  9:24;27:23
bulged (1)
  159:14
bulletin (6)
  4:6;140:18,23;141:7,
  10,11
bump (1)
  151:25
bunch (2)
  138:12;156:3
burned (1)
  159:22

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

burning (2)
  160:18;174:19
Burt (4)
  5:13;12:17;15:9;
  36:13
business (3)
  30:10;38:10;66:14
buttocks (1)
  174:14
Buttons (6)
  71:20;72:1;107:12;
  110:5;147:10,11
buy (2)
  11:10,13

C

cab (4)
  31:21;104:21;
  139:19,24
cable (3)
  83:15;106:4,5
call (17)
  27:24;29:17;32:17;
  44:9,15;46:11,12;
  48:15;95:3,3,3;98:10,
  14;107:12;109:15;
  162:19;169:18
called (14)
  5:14;17:19;18:1;
  26:3;28:19;39:4;90:5;
  135:2;146:23,23;
  162:18,21;164:24;
  169:24
calling (1)
  62:3
calms (1)
  155:14
came (12)
  34:19;38:8;76:24;
  77:1;78:16;82:19;95:8,
  11;109:9;118:11;
  130:23,24
camp (2)
  13:14,24
Camping (2)
  178:16,17
can (72)
  5:25;6:22;10:17;
  11:14,18;13:4;18:6;
  19:9;25:3,20,21;30:23;
  37:6;38:14;40:6;42:1;
  43:20;44:21;45:6;
  48:15;54:13,18;60:9;
  65:11,22;66:11;71:13;
  73:24;74:13,17,23,24;
  75:8;79:3,5;82:25;
  84:25;85:22;86:8,9,22;
  90:16;93:3,8,10,13;
  95:24;96:5;97:2;99:14;
  101:19,19;103:16;
  105:20;106:12,13,13;
  113:24;116:23;120:5;

121:12;123:13;143:14,
  14;152:23;156:6,8;
  164:1;165:24;177:2,
  16,17
cane (1)
  181:22
cans (1)
  31:3
capabilities (1)
  164:14
capacity (3)
  23:5;24:1;164:4
car (3)
  147:5;177:5;178:10
care (5)
  34:22;35:1;49:10;
  150:22;162:10
carefully (1)
  81:14
carried (1)
  49:23
carry (1)
  45:12
cart (1)
  45:14
case (8)
  49:23;61:10;86:19;
  106:12;111:16;133:23;
  163:3,9
catch (1)
  12:6
caught (2)
  124:8;140:10
cause (2)
  142:17,22
caused (1)
  140:10
causes (3)
  130:16;143:3,4
causing (1)
  181:7
cautious (1)
  133:7,8
CDL (3)
  18:16,18;20:1
cell (2)
  39:6;104:19
center (1)
  87:19
Central (1)
  15:18
certain (4)
  18:19;22:18;76:14;
  97:11
certainly (1)
  97:16
certificate (2)
  18:14;47:23
certificates (2)
  47:24,25
certification (1)
  4:19
chain (29)

40:19;46:8;86:10;
  91:13,14;96:16,17,18,
  21;97:11,18;98:1,5,8,
  10,11,14,20,22;99:2,6;
  100:11,17;101:6;
  109:4;117:5,6,7;
  118:10
chains (10)
  91:20;95:10;96:20;
  98:3,4,6;105:7,12;
  106:7;117:5
change (5)
  31:7;95:6,13,22;
  167:12
changed (3)
  95:11,15,24
charge (2)
  108:17;127:3
check (4)
  17:12;24:22;31:6;
  181:9
checks (1)
  141:6
Cheektowaga (7)
  15:1,3,4,10,18,24,25
chest (5)
  121:5,16,19,20,23
chihuahua (1)
  10:12
children (2)
  8:11,25
chiro (2)
  158:5;168:15
chiropractic (3)
  149:22;151:9;162:10
chiropractor (2)
  149:11;157:23
chirping (1)
  131:10
Cicchetti (1)
  158:10
circle (3)
  93:10,11;120:13
City (2)
  32:8;50:15
claim (2)
  126:23;149:4
clarify (3)
  22:20;61:7;101:2
Clark (94)
  4:4;22:25;23:2,25;
  24:6;25:22,23;26:5,8;
  33:24;34:5,12,15,17,
  18,21,25;35:2,5,9,13,
  15;36:5;37:1,18,21;
  38:10,19;41:15;44:22;
  45:25;46:7,16,20,25;
  47:8;50:16;52:19,25;
  53:8,10;54:3,5,11;55:1,
  4,16,17;56:5,11,24;
  57:20;58:5,19;59:3,21;
  61:22;62:2;65:6,23;
  66:16;67:5;68:16;

71:19,20,22,23;73:15;
  77:22;78:7;84:8;95:8;
  101:24;102:15;105:4;
  107:2,3;108:2;128:17,
  24;129:2,21;132:11;
  133:17,22;134:13;
  146:11;147:23;148:2,
  3,12,13;173:1;181:13
Clark's (3)
  39:23;109:7;147:11
class (6)
  18:19,20,20,21;
  53:13;176:24
classes (4)
  16:9,11,14;47:2
classifications (1)
  19:12
clean (2)
  19:5,12
clean-outs (1)
  30:25
clear (7)
  60:14,17;115:2;
  139:19,24;140:1,2
clicks (1)
  75:20
climb (2)
  108:4;111:18
climbed (2)
  107:8;110:13
clip (1)
  91:15
clock (2)
  173:2,3
clockwise (5)
  111:8;114:24;115:5,
  6;118:1
close (7)
  12:17;33:25;90:8;
  103:12;106:20;122:24;
  123:10
closest (6)
  98:11;99:16;100:3,5;
  119:21;120:2
clue (11)
  25:14;32:2;44:6;
  56:21;78:4;129:17,19;
  159:4;166:2;173:13;
  179:9
coast (1)
  29:8
coffee (1)
  137:15
cold (2)
  145:24;174:4
combination (1)
  19:12
comfortable (3)
  131:12;174:25;
  180:11
coming (3)
  83:16;172:1;177:8
common (1)

128:11
commonly (1)
  100:18
communication (1)
  39:4
Comp (17)
  8:6;60:20;153:4,5;
  162:19,25;163:3,9;
  166:9,12;169:18,23;
  170:22;178:20;179:6,
  13,14
Companies (2)
  4:4;133:22
company (9)
  18:7;26:3;28:18;
  29:3;30:19;34:23;54:1;
  55:3;80:9
compensates (1)
  171:1
Compensation (3)
  149:4;152:10,15
complaints (5)
  142:20;148:19;
  151:16,18;173:23
complete (1)
  138:20
completed (1)
  18:15
completely (2)
  64:18;87:22
computers (1)
  165:19
conclusions (1)
  164:12
condition (1)
  167:8
conduct (2)
  96:1;127:19
cones (2)
  49:23,24
confirm (2)
  172:5,9
confused (2)
  70:4;71:6
confusion (1)
  73:25
conjunction (1)
  86:18
connect (1)
  105:23
connected (2)
  106:23;107:24
connection (2)
  75:17;105:22
connections (2)
  75:15;105:5
Connie (3)
  7:7,16,22
consider (1)
  49:4
constant (4)
  160:2,5;174:3,21
constructing (1)

138:20
**continue (1)**
162:21
**continuing (1)**
168:5
**continuous (1)**
18:11
**contracted (1)**
138:15
**contractor (2)**
127:2,3
**control (5)**
106:12,14;129:2;
136:5;142:9
**contusion (1)**
151:21
**conversation (2)**
159:11;165:20
**conversations (1)**
135:12
**convicted (1)**
14:12
**cooks (1)**
180:16
**Cooper (1)**
177:24
**co-pays (1)**
179:12
**copies (1)**
25:21
**copy (8)**
25:20;59:25;60:1;
65:8;94:1;141:4,5,6
**cord (1)**
163:15
**corner (2)**
68:6;104:23
**correctly (1)**
126:23
**counsel (2)**
4:17;5:5
**counseling (8)**
154:10,12;155:10,
11;168:24;169:7,8;
175:8
**counselor (1)**
155:6
**count (1)**
69:7
**counterclockwise (1)**
125:11
**counterweights (14)**
44:19;46:12;48:6,8,
11,13,17,23;49:2;
51:20,22;52:2;55:25;
83:18
**counting (2)**
99:18,20
**couple (15)**
40:17;48:3;72:10;
84:7,8;113:7;114:21;
124:22,24;125:3,9;
156:16;164:2;171:10;

181:9
**course (6)**
31:24;39:3;47:12;
129:22;152:22;155:25
**courses (1)**
170:12
**court (2)**
5:24;14:9
**covered (5)**
91:22;96:11,12;
100:8;170:22
**COVID (2)**
181:3,7
**cracked (2)**
13:20,24
**Craftsman (1)**
27:24
**Cragco (9)**
28:19,22,22;30:18,
20;31:9,11,16,25
**crane (122)**
38:8,21;39:1,14,16,
22;43:13,13,14,24;
44:3,9,18;46:8;48:7,14,
14,21;50:3,14;51:19,
20;52:1,2,3;53:2,2;
55:13,18;56:1,6,7,12;
57:25;58:24;59:9;
62:11,20;63:7,17;64:5,
6,10,14,16,17;66:17;
67:3,5,12,15,15,19;
69:8,14,20;70:13,16;
71:4,5,9,11,16;73:7,8,
18,22,24;74:18,21,22;
75:4,8,9;76:2,8;77:12,
17;78:3,15,19;79:17,
19,19,21,23;80:1,5,13,
22;81:19,25;82:6;83:3;
98:5;103:9,16,21;
104:8;106:4;107:1,14;
108:6;109:8,10;110:5;
111:4,16;112:7,13,20;
115:20;122:23;126:14;
129:24;138:9,20,24;
139:8;144:20;147:12,
21
**cranes (27)**
38:12,12,13,15,23;
39:2,2;44:4,13,15,23;
45:10,17,25;46:12,22;
48:6;50:3;51:14,17,18;
57:9,9,10;64:9;73:2;
82:22
**crazy (2)**
113:22;139:4
**create (1)**
127:6
**crew (5)**
29:21;30:16,17;
138:15;139:6
**crews (1)**
54:5
**crime (2)**

14:12,14
**crowds (1)**
175:20
**CSX (51)**
5:17,19;50:3,8,21;
52:12,16;56:17,24;
57:3,9,14,17,21;58:1;
61:19;63:15;66:21;
67:6,15;69:1,2;70:2;
71:19;72:5,6;77:23;
102:1,6,8,15;126:24;
127:6,13,16,19,24;
128:4,8,15,17;129:2,5,
7,10,12;146:9,12,14;
181:11,12
**cup (1)**
133:6
**curious (1)**
181:20
**current (3)**
5:6;155:18;173:23
**currently (14)**
8:5;9:9;19:23,25;
20:6;22:6;153:16,19;
168:11,15,20;169:9;
175:8;176:6
**custody (2)**
9:12,13
**customer (3)**
38:20;55:20;56:2
**customers (1)**
55:16
**cut (5)**
157:8;162:7;171:6;
175:3;176:13
**cuts (3)**
108:11;157:7;162:6
**cutting (1)**
118:13

**D**

**dab (1)**
84:25
**Dam (1)**
12:17
**damaged (1)**
29:20
**dangerous (1)**
49:5
**Darker (1)**
93:9
**date (18)**
6:22;22:10;23:22;
24:11,11,14;51:4;94:4,
5;129:4,8;134:8,21;
144:12;171:19;172:10,
12,16
**dates (5)**
22:19;24:9;26:8;
28:20;32:1
**daughter (1)**
34:5

**Dave (8)**
54:21,23,24,25;
61:20,22;62:2;133:17
**day (46)**
18:5,7;24:3;36:13,
24,25,25;39:10,14,16,
20,21,24;40:3;41:2;
43:3,3;44:2;52:3,7,14,
15,20;56:15,18;58:16;
59:7,11,12,14,18,19;
60:2;62:6,15;102:4;
104:15;105:11;121:6;
131:9;144:10;160:16;
175:3;176:21,21;180:8
**days (4)**
52:11;56:23;57:13;
156:16
**dead (1)**
150:24
**deal (1)**
24:19
**December (6)**
164:24,25;165:1,7;
166:22;170:2
**decisions (1)**
77:21
**deck (11)**
45:12;100:18,21;
113:2;117:22,23;
124:6;134:1;135:19,
19;140:9
**decked (1)**
69:13
**decking (4)**
42:17,19,20;118:4
**deemed (1)**
171:19
**Deer (1)**
11:7,9,9,18;12:11
**defendant (1)**
5:17
**Defendant's (3)**
4:2;24:13;25:1
**definitely (2)**
33:4;121:20
**degrees (1)**
141:15
**Delaware (1)**
16:24
**deliver (2)**
31:1;51:14
**delivered (1)**
141:18
**Delphi (1)**
8:4
**demands (1)**
25:20
**Demo (10)**
34:4,8,10,12,15,19,
24;35:10;173:14,18
**depending (1)**
48:7
**depends (1)**

180:9
**depicted (2)**
87:12;96:10
**deposed (1)**
181:17
**deposition (4)**
5:8;35:4,7;93:25
**depositions (1)**
181:19
**depression (2)**
154:22;168:21
**Describe (6)**
69:3;79:3;80:1;
86:21;99:14;116:3;
118:15;123:13;132:7;
133:21
**described (2)**
41:12;120:9
**describing (1)**
91:2
**description (1)**
9:20
**determined (2)**
54:7;171:19
**device (1)**
105:18
**devices (1)**
138:16
**difference (3)**
112:25;161:13,14
**differences (1)**
40:17
**different (17)**
6:18;19:3;27:17;
44:4,17,23;45:10,11;
47:11;56:1;71:13;
98:21;109:2;130:19;
139:3;156:3;165:14
**differently (1)**
41:6
**digits (1)**
7:1
**Dillon (3)**
163:6,8;164:11
**dimensions (2)**
97:3;139:4
**direct (1)**
58:12
**direction (3)**
111:7;118:1;129:2
**directly (3)**
123:20;124:5;126:2
**Dirt (4)**
90:22;91:3,3;93:14
**disability (4)**
14:3;171:12;172:14;
180:25
**disabled (3)**
169:20;171:19;
172:11
**disagree (7)**
136:24;137:6;139:9,
22,25;142:25;143:1

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

disc (2)
159:14,14
discharge (1)
14:1
disconnect (1)
17:12
discuss (2)
159:5;161:14
discussion (6)
23:3;78:6;92:25;
163:14;165:16,23
dishes (1)
180:18
dishwasher (1)
180:19
dismantle (3)
53:5;66:18;67:16
dismantling (5)
50:9,16;51:12,15;
52:13
dispatcher (6)
30:22;52:9;55:6,9;
146:24;147:9
distance (2)
76:14;120:16
distinction (1)
35:9
DMV (1)
19:2
doctor (10)
149:20;150:21;
153:4;157:2;158:11;
162:13,16;163:24;
166:14;181:6
doctors (10)
151:1;152:3,7,9,14,
15;157:20;160:10;
166:12;176:3
Doctor's (2)
166:2;177:18
document (13)
24:12,14,25;25:4,6,
9;26:2,13;65:6;133:20;
140:22,24;143:24
documents (3)
60:11,15;61:12
doe (4)
11:14,17,17,19
dog (4)
10:10,11,13;180:10
Domenico (2)
149:23,24
done (15)
6:13;14:7;34:20;
52:3;56:3,8;57:3;
73:13;78:13;112:21;
115:18;144:15;150:18;
164:15;179:16
Donnell (1)
64:8
doubles (2)
18:25;19:5
down

5:25;12:19;15:13;
31:22;45:21;46:11;
50:10;51:14,21;52:4;
53:3,6;54:15,15,22;
59:16,17,19,20;61:14;
64:20;66:12;69:25;
72:10;80:24;86:10;
91:9;92:13;95:13;
105:21;111:18;112:17;
118:19;119:11;121:8;
122:6;124:6;125:15;
126:1;128:21;130:18;
131:25;132:14,15;
135:1;137:21;144:25;
145:5,8;147:21;
155:15;160:6,22,23;
161:2;167:11;174:25;
176:24;177:8
downhill (1)
133:11
downrigger (4)
112:13,15,16,18
downriggers (15)
79:16;80:12,16,18;
81:6,15;82:1,8;94:13;
103:13;112:7,10,12;
142:6;147:21
Dr (43)
149:16,18,21,23;
150:3,22;151:3;153:2,
3,5,7,9,10,11,12,14;
155:24;156:6,8,18;
157:5,9,15,22,25;
158:5,5,10,25;159:2,5;
161:15;162:21;165:21;
166:6,8,11,21;167:16,
22;169:7,12,19
draw (6)
55:11,12;86:24;93:3,
3,10
drawn (1)
94:8
draws (1)
92:22
dressed (1)
174:12
drilled (1)
162:1
drive (23)
19:8;26:22;28:21;
29:6,12;31:10,16;
32:15;33:14;35:18,24;
36:13;46:2;52:19;
64:15;101:15;170:18;
175:17;176:20;177:2,
9,13,16
driver (13)
21:21,21;30:21;
31:13;33:7,11;35:16;
36:9;38:18;49:22;
65:11;103:22;142:22
drivers (6)
53:9,11,14,17,19,25

driver's (1)
176:23
drives (1)
67:12
driving (17)
16:20;18:5;19:6,12;
32:2,4;36:20,23;46:4,5,
17;47:1;50:3;51:12;
65:4;68:13;165:18
drop (7)
31:2;57:25;69:17;
70:20;76:7,17,17
dropped (3)
67:2;69:22;126:8
dropping (1)
27:3
Drove (3)
26:21;29:1;32:14;
35:2;45:21;67:3
duly (1)
5:14
dump (1)
31:4
dumpster (5)
30:19;31:1,17,22,23
dumpsters (2)
30:24;31:4
during (7)
36:2,23;57:12;75:11;
150:23,24;151:8
duties (1)
46:25
duty (5)
22:18;23:4,6;153:15;
156:9

**E**

Earl (29)
4:9,13,22,24;5:11;
24:21;41:24;42:1;60:8,
14,19,23;61:4;78:2,25;
81:23;92:23;93:17,23;
94:3;127:25;137:22;
138:2;140:19;143:22;
172:6;177:22,23;182:7
earlier (1)
82:19
early (5)
25:16;31:6;158:3;
159:16,23
earned (1)
173:15
ears (1)
150:10
ease (1)
63:1
easier (1)
180:6
east (2)
29:8;38:2
Eastern (1)
151:12

eat (1)
180:10
Ec (1)
16:12
ECMC (1)
157:14
edge (4)
87:13,25;88:13;
117:12
education (2)
16:17;21:12
educational (1)
15:16
effective (1)
172:18
efforts (2)
169:15;170:5
eight (14)
20:19;84:11,14;
88:19,22,24;89:1,2,7,
11;116:9;138:24,25;
140:8
eighteen (2)
9:19;69:12
Either (11)
28:13;53:20,25;
61:20,22;67:16;91:3;
111:1;126:21;143:6;
179:8
elaborate (1)
30:23
Electric (1)
13:2
elevated (1)
115:6
eleven (1)
162:12
else (30)
7:19;11:2;16:15;
19:17;20:14;21:24;
27:7;34:12;39:3,7;
51:18;52:4,4,7;55:2,5;
61:16;71:22,25;72:2;
89:19;107:14,17;
131:7;134:17;154:2;
160:3;175:1;176:16;
179:15
Emergency (1)
5:6
employed (5)
21:18;22:6,8;34:15,
18
employee (5)
47:8;141:17;142:9,
14;143:4
employees (7)
28:14;52:16;78:7;
102:2,6,8;128:17
employer (2)
22:24;35:5
employment (3)
7:22;8:1;164:14
empty (5)

39:11;67:22;68:2;
69:22;70:20
end (12)
18:6;40:3;88:11;
91:11;92:14;93:5;
94:10;116:8;121:8;
140:4;165:1;174:15
ended (1)
15:6
endorsement (3)
18:24;19:18;176:25
endorsements (3)
18:23;19:1,11
ENH (1)
151:15
enough (5)
39:19;41:12;76:10;
106:20;116:12
entered (1)
4:15
entire (2)
93:3;119:8
entitled (2)
24:12;172:14
entity (1)
34:16
Epidural (1)
158:15
equipment (9)
17:10,10;38:19;
105:14;128:10;136:5;
141:17,21;142:8
equivalent (1)
18:16
essentially (1)
45:7
established (2)
35:12;131:24
estimate (1)
97:2
evaluation (1)
164:4
even (20)
24:7;34:11;45:25;
50:13;52:17;54:18;
57:2;63:14;89:21;92:7;
118:11;121:1;125:14;
130:24,24;132:14;
152:4;153:24;156:16;
181:8
event (1)
137:6
eventually (1)
167:7
everybody (4)
49:16,20;111:24;
141:6
everybody's (1)
49:8
everyone (1)
16:15
everything's (1)
108:12

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

**everywhere (1)**
177:24

**Ex (1)**
27:20

**exact (4)**
40:12;51:4;104:1;
144:12

**exactly (24)**
23:7;31:12;37:13;
56:10,14;57:6;59:5;
67:23;81:21;84:9;85:7;
101:21;102:16,23;
105:24;106:1;129:9;
137:18;139:8,23;
144:17;156:10;179:2,
22

**EXAMINATION (1)**
6:21

**examinations (1)**
152:12

**examined (1)**
5:15

**example (5)**
33:1;39:21;51:25;
56:11,13

**except (1)**
4:20

**Exclusively (1)**
17:9

**excuse (4)**
11:8;12:7;50:7;
58:20

**Exhibit (74)**
4:1,3,3,5,5,6,6;24:15,
25;41:1,9;78:22;79:4;
81:3,5,20,22;83:22,23;
84:24;85:8,8,11,11,15,
19,20,23,25;86:5;
89:23;92:6;93:15,22,
25;94:8;96:10,22;98:7,
19;99:7,10;102:17,24;
103:2,10,16,24;104:1,
7,23;105:15;107:2;
109:23;111:2,9,20;
112:5,22;119:20,24;
120:12;122:18;130:3;
131:3;133:18,20;
138:1;140:20,23;
143:21,25;145:16;
172:3

**Exhibits (1)**
87:12

**expect (1)**
55:17

**expenses (1)**
179:10

**experience (5)**
12:23;19:13;99:25;
100:8;176:2

**experiencing (1)**
176:7

**expertise (1)**
55:18

**explain (3)**
31:20;34:18;105:17

**explanation (1)**
63:1

**expressed (1)**
155:4

**extend (3)**
56:12;103:16;120:6

**extended (1)**
123:10

**extends (1)**
86:4

**eye (2)**
49:20;111:24

**F**

**facet (1)**
159:12

**facilities (2)**
50:4;59:3

**facility (1)**
58:19

**facing (2)**
109:13,20

**fact (3)**
20:25;137:1;156:14

**failure (3)**
142:17,22;143:4

**Fair (23)**
20:25;23:3;41:12;
44:23;55:16;56:9;63:3;
73:6;87:22;89:13,13;
91:9;102:4,9,10,12,15;
105:20;106:1;115:1;
119:23;131:2;137:7

**fall (3)**
134:1;140:11;149:7

**falls (3)**
143:15;153:5,13

**familiar (1)**
157:13

**family (2)**
49:7;151:1

**fan (1)**
90:24

**far (13)**
29:7,8;45:25;56:12;
68:10;88:6,7;97:6;
101:15;112:23;131:18;
160:22;161:2

**Farruggio (1)**
156:24

**fat (1)**
109:5

**favor (2)**
93:8;178:6

**favorite (1)**
32:8

**February (7)**
23:21,23;159:15,16,
24;167:19;172:11

**Fed (1)**

27:20

**federal (1)**
11:4

**FedEx (4)**
26:6,16;28:13;31:8

**feel (5)**
145:10;152:17;
158:20;161:9;167:11

**feeling (1)**
160:25

**feels (1)**
82:2

**feet (29)**
39:6;75:25;76:4;
84:21;88:17,22,22,24;
89:7,8;92:16,19;97:6,7,
10;109:3;110:1,2;
113:5;115:2,7;116:8,9;
120:18;123:9;131:25;
139:1,19,25

**fell (10)**
122:7,22;126:5;
131:7;132:9;133:9;
135:18;140:5;142:11;
144:16

**felt (1)**
159:19

**fenced (1)**
68:23

**fenced-in (4)**
68:9;70:7,9,18

**few (8)**
87:19;108:11,22;
114:5;161:19;163:21;
170:13;181:17

**Fiberglass (4)**
26:3;27:21,23,25

**field (1)**
157:6

**fifteen (3)**
54:19,20;176:21

**figure (2)**
55:23;93:19

**figured (1)**
150:14

**figuring (1)**
77:11

**filed (3)**
14:16,18;149:3

**files (1)**
24:16

**filing (1)**
4:18

**fill (2)**
11:18;18:6

**find (6)**
30:12;118:25;
150:17;169:18,21;
173:9

**finding (1)**
164:14

**fine (2)**
20:24;32:10;60:5;

92:23;93:10,18;112:2;
151:24;154:1;166:13

**firearms (1)**
11:4

**first (5)**
4:2;23:20;24:4,13;
25:1;32:2;43:19,22;
48:12;51:3;57:16;
60:13;66:24;72:25;
73:18,21;83:2;84:7;
110:10;113:13;124:13;
134:20;135:18;141:2;
149:5;152:15;153:4,9;
154:13;159:17;160:20;
161:6,11;181:23

**fish (1)**
170:18

**fished (1)**
12:16

**fishing (6)**
11:1;12:14,15,19;
20:24;176:12

**five (25)**
12:16;19:5;33:23,23;
88:7,8;104:17;118:18;
120:15;121:7;123:9;
124:16,17;125:1,2,4,6,
19,20,21,22,23,25;
175:24;177:19

**five-year (1)**
19:7

**fix (1)**
18:9

**fixed (2)**
37:10;165:2

**fixing (1)**
130:14

**flat (1)**
98:2

**flatbed (7)**
31:19;32:18,19,20;
33:5;64:13;140:5

**flatbeds (3)**
37:16,18;40:13

**flipping (1)**
48:21

**floor (4)**
98:24;100:18,21;
156:17

**flow (1)**
162:2

**focus (2)**
33:24;92:6

**focused (1)**
124:3

**focusing (3)**
107:16,16;118:9

**folks (2)**
61:9;75:16

**follow (4)**
60:8;68:18,20;168:5

**following (2)**
4:14;118:16

**follows (1)**
5:15

**follow-up (1)**
167:16

**Foods (1)**
32:10

**foot (41)**
10:18;88:19;89:1,2,
11;90:17,18,19,23;
91:4,6,8,10;92:11,14;
96:15;97:8,13,14,14;
117:24;119:8,23,23;
121:7;123:15;131:17,
19,20,23;132:2,3,10,
19;138:24,24;139:13;
140:10;144:18;160:24,
24

**foot-and-a-half (1)**
117:24

**foraminotomy (1)**
166:25

**forced (1)**
16:12

**forever (1)**
160:5

**forget (2)**
17:17;35:8;47:7;
92:6;103:8;174:12

**forgot (1)**
12:25

**forklifts (1)**
86:9

**form (8)**
4:5,20;31:9;65:19;
78:2;127:25;133:23;
142:23

**formal (3)**
16:17;21:12;22:2

**forms (2)**
65:14,15

**forty (1)**
9:23

**forward (6)**
100:1;101:7;103:5;
112:10;120:20;171:22

**forwards (1)**
120:19

**Foti (2)**
55:11,23

**found (2)**
140:7;150:15

**four (19)**
7:1;14:24;54:22;
79:5;84:24;88:4,7,8,9;
97:6,7,10;105:7;106:7;
107:15;120:18;175:22,
24;178:12

**fourth (1)**
143:8

**four-way (1)**
139:7

**frame (2)**
31:21;122:2

**Franz (3)**
55:9;147:8,9
**F-R-A-N-Z (1)**
55:9
**Fred (2)**
95:7,23
**freely (1)**
162:2
**freeze (1)**
122:2
**frequency (1)**
168:25
**Friday (1)**
141:14
**friends (1)**
163:21
**front (37)**
24:19;67:2;73:19;
85:1,5,5,6,15;89:18;
90:1;91:5,15;92:12;
95:13;97:17;98:8,14,
20;99:1,6,15;100:5;
109:16,17,19,20,21,24;
110:17,20,20;111:21;
114:11;119:21;120:2;
162:3;174:17
**frozen (1)**
32:10
**fuel (1)**
30:17
**full (3)**
9:12;23:4;31:3
**full-time (4)**
27:12;28:11;173:2,3
**fully (1)**
69:13
**fun (3)**
13:9,10,10
**functional (1)**
164:4
**funny (1)**
142:24
**furniture (3)**
29:2,3,9
**further (1)**
100:1
**fused (1)**
167:5
**fusion (1)**
167:2

## G

**garage (1)**
36:9
**garden (1)**
10:2
**gas (1)**
32:11
**gate (2)**
37:7,10
**gave (6)**
12:24;19:6;34:6;

47:22,25;145:25
**gear (1)**
75:23
**gears (1)**
65:21
**general (3)**
38:10;44:20;127:2
**generally (13)**
10:4;36:6;38:22;
39:9;40:13,16;42:8;
45:16;56:7;69:3;99:24;
100:7;106:16
**gentleman (1)**
138:8
**gentlemen (1)**
181:17
**gets (4)**
33:9;65:11;67:12;
116:23
**Gino (3)**
156:24;157:5,6
**given (1)**
139:3
**giving (1)**
166:9
**goes (25)**
27:11;43:14,15;
52:23,25;77:13,15;
82:23;83:4;86:7;87:2;
95:19;97:22;105:19;
106:12;112:20;115:13;
116:23;119:24;125:8,
16;131:17;145:24;
146:6,6
**good (18)**
6:20;19:9;28:20;
42:16;64:8;77:18;82:2;
96:4;103:20;108:12;
140:16;141:16;150:15;
154:23;157:2,2,4,10
**goofy (1)**
37:11
**goose (1)**
85:18
**gooseneck (5)**
67:21;85:19;86:1;
98:11;110:21
**grab (3)**
31:23;110:3,13
**grabbed (4)**
110:4,6,7,10
**grade (2)**
15:23,25
**graduate (2)**
15:19,21
**grandson (3)**
9:7,16;176:13
**grass (4)**
81:11;142:5;175:3;
176:14
**grating (1)**
91:18
**gravel (2)**

69:5;81:11
**great (1)**
60:10
**greater (1)**
142:19
**green (1)**
78:17
**Greg (3)**
148:6,7,10
**grew (1)**
15:4
**gross (1)**
173:19
**ground (13)**
5:22;26:6,16;107:20;
111:14;117:16,23;
123:20;131:19,20,23;
139:6;145:20
**group (1)**
54:7
**grow (1)**
15:10
**growing (1)**
69:5
**gu (1)**
72:3
**guess (9)**
44:10,10;50:12;54:9;
90:24;92:21;107:24;
173:17;182:7
**guide (1)**
107:6
**guilty (1)**
14:14
**guitar (4)**
11:1;12:23;155:8;
180:11
**Gulisano (36)**
4:8,10,25;5:3,12,16,
17,22;6:3,6,12,17,21;
24:24;41:25;42:4;
60:18;61:6;78:5;79:2;
81:24;93:1,19,24;94:4,
7;100:12,15;128:3;
137:23;138:3;140:20,
21;143:23;172:8;182:6
**guns (1)**
11:3
**gunsmithing (1)**
11:3
**Gunther (3)**
148:6,7,10
**guy (16)**
36:9;47:3,5,6;49:8;
52:22;71:21;78:15;
107:20;134:15;141:8;
146:25;147:2,16,20;
148:4
**guys (24)**
29:1,17;37:7;52:25;
53:7,8;54:8;57:20,21;
58:7;71:19,23;72:5,6;
115:18;118:9,17;

120:23;133:12;138:1;
146:9,12;148:7,11
**guy's (1)**
62:19

## H

**hair (3)**
114:1;157:7,8
**half (8)**
24:8;33:23;37:7;
88:15;95:20;119:1;
123:13,13
**hall (1)**
11:20
**hand (4)**
11:14,17;182:2,4
**handled (1)**
102:14
**hang (3)**
87:13,15;88:21
**hanging (4)**
82:12;88:11;108:24;
116:21
**hangs (1)**
106:4
**happen (2)**
136:25;146:11
**happened (10)**
13:19;50:11;61:25;
118:15;119:10;125:15;
135:25;145:13;146:24;
152:17
**happens (5)**
39:25;108:8;132:8;
155:6;161:18
**happy (1)**
6:9
**hard (4)**
31:20;121:11;166:9;
170:18
**Hart (4)**
153:5,7,11,12
**Hartman (1)**
26:17
**hate (1)**
100:12
**haul (6)**
19:9,18;32:21;44:2,
13;73:21
**hauled (5)**
32:14;39:7;41:2,4;
43:19
**hauling (4)**
19:4;33:4;38:18;
83:20
**hazard (5)**
4:5;140:18,23;141:7;
142:18
**HAZMAT (3)**
18:24;19:17;48:3
**head (10)**
6:4;89:12;121:3,25;

122:22;126:3;145:11;
149:2;150:19;174:8
**heal (1)**
165:3
**healed (2)**
167:7;174:2
**Health (1)**
5:7
**hear (3)**
6:7;66:11;157:10
**heard (1)**
179:23
**heavy (8)**
17:10;49:2;83:20,21;
130:18;131:8,13,16
**heels (2)**
13:20,24
**height (3)**
10:17;112:25;117:20
**held (1)**
92:25
**Helicopter (1)**
170:17
**Help (11)**
46:8,12;53:17;58:1;
73:7;134:23;143:14;
159:12;164:2;165:25;
179:21
**helped (1)**
154:24
**helping (2)**
136:5;154:23
**helps (1)**
155:14
**hereby (1)**
4:16
**hey (6)**
37:9;41:24;49:9;
82:25;157:9;162:22
**hidden (2)**
142:15;146:17
**hide (1)**
76:11
**hiding (1)**
141:22
**hierarchy (1)**
54:11
**high (8)**
15:16;16:2,4,8,18;
117:19;120:24;121:13
**higher (3)**
121:16,18,20
**hill (1)**
66:17
**hips (1)**
174:15
**hire (2)**
53:16;169:22
**Hired (3)**
29:1,16,17
**history (1)**
152:16
**hit (11)**

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

21:10;80:23,23;
115:7;119:12,13,16;
131:19,20;132:9;
173:25
hitch (1)
109:9
hits (3)
100:24;131:21,23
hitting (1)
49:25
hobbies (3)
10:23,25;180:25
hoisted (2)
133:11;136:5
Hold (9)
27:6;46:16;50:24;
70:4;73:17;78:20;
106:17;145:25;172:10
holding (10)
115:15,22;116:7,8,9,
11;123:8,14;133:1,9
hole (19)
98:24;99:14;118:19,
21;119:9;120:4,8;
122:3;123:2;124:15;
125:10,12;126:19;
132:3,11,20;133:9;
140:4,8
holes (2)
130:9;162:1
home (10)
14:22;16:12;36:13;
59:20,22;151:25;
179:16;180:22;181:1,4
honest (4)
12:12;24:8;89:11;
167:9
honestly (3)
82:2;89:10;175:19
hook (22)
17:12;19:8;39:11;
46:12;67:19;69:18,21,
23;73:19,20;74:12,16,
19;75:1,8;76:9;94:19,
21;95:1;106:4,6;139:6
hooked (10)
59:9;62:21;67:6;
71:1;73:24;74:17,25;
75:14,24;76:15
hooking (2)
38:7;76:1
hooks (4)
75:4;105:8,10;106:8
hop (2)
110:16;112:12
hopefully (1)
6:18
hoping (2)
167:13;180:6
hopped (1)
112:4
hopping (1)
116:10

hospital (6)
147:3,6;148:17;
151:12,24;161:5
hour (3)
27:16,19;95:20
hours (6)
28:10;175:24,24;
176:21,21;177:19
house (12)
9:20;15:14;27:4;
30:25;31:2;48:16,18;
175:14,21;176:14;
180:14;181:25
household (2)
7:23;8:1
houses (1)
39:4
housework (1)
177:25
Howard (5)
66:5,9,21;68:11;
164:6
huge (1)
48:17
hugging (1)
180:3
Huh (1)
164:17;177:22
humid (1)
141:15
hundred (2)
169:20;170:21
hunt (4)
11:5,5,9;170:18
Hunting (7)
11:1,1,14,18,21,22,25;
176:12
hurt (10)
8:6;22:11;49:17;
50:7;133:12;143:10;
145:12,12;151:19;
159:21
hurting (1)
159:20
hurts (1)
174:3
hydraulic (4)
83:16;95:7,12,12
Hydraulically (2)
80:20,21
hydraulics (2)
74:25;87:4

I

ibuprofen (8)
136:9,23;137:1,8,12,
16;160:15,16
ice (1)
143:13
idea (5)
59:7;130:23;131:13;
144:8;170:15

identical (1)
44:16
identification (2)
4:7;134:10
identify (1)
42:14
ignorance (1)
11:8
ignorant (1)
151:23
immediate (1)
102:2
immediately (4)
79:10,21;80:2;81:6
implanted (1)
163:22
improve (2)
167:8,10
improvement (1)
164:9
Inc (9)
5:18;28:19;30:18;
34:4,8,10,15,19;35:10
inch (3)
140:8,8,8
inches (14)
87:20;88:3,8,9;97:9;
108:11,23;113:7;
114:6,21;124:22,24;
125:3,9
incident (10)
102:5,6;127:17,21;
134:1,14;136:15,18;
137:9;146:15
incisions (1)
162:6
include (2)
17:14;89:4
income (1)
172:1
index (1)
60:9
indicate (2)
23:20;156:11
indicated (4)
34:7;156:6;172:24;
173:19
indicates (5)
25:21,23;26:13;
172:9,12
informal (1)
22:3
information (3)
25:12;82:25;128:5
initial (1)
25:4
initialed (1)
94:9
initially (4)
108:22;140:23;
158:20;159:8
initials (4)
92:22;93:12,12;

120:12
injection (1)
158:11
injections (3)
158:7,12,14
injured (2)
137:3;149:7
injuries (3)
154:18;155:1;176:11
injuring (1)
142:12
injury (3)
8:9;151:17,18
inside (1)
87:13
inspect (7)
33:2;63:22,24;64:1,
23;142:23;143:1
inspected (1)
140:7
inspecting (1)
127:23
inspection (13)
17:17,22;18:2,4,6;
63:22;65:2,15;96:2,9;
97:15;101:2;127:20
inspections (2)
17:15;31:14
install (1)
67:16
instance (2)
52:18;113:16;128:12
instead (2)
76:9;158:25
instruct (2)
72:14,14
insurance (1)
179:11
intact (2)
45:7;64:18
intended (1)
126:11
interact (1)
48:20
interaction (2)
52:16;169:14
interactions (1)
129:4
interested (2)
20:23;170:16
interests (1)
170:11
interim (1)
25:19
intermittent (1)
160:2
interpret (1)
6:3
interrogatories (4)
4:3;24:14,17;25:2
interrupting (1)
92:17
Interstate (2)

27:2;177:2
intervention (1)
164:13
interview (1)
133:19
interview/signed (2)
4:4;133:22
interviewed (4)
134:6,8,9,21
into (46)
4:15;13:12;17:23;
23:17;29:10;40:6;41:5;
50:20;58:3;64:20;
68:23;73:24;75:8;
78:15;80:18,25;82:11;
97:16;103:5,5,23;
104:25;118:19,20;
119:9,24;120:9,21,25;
121:14;122:3;123:11;
125:12;126:18;130:3;
131:17;133:25;138:24;
140:4;144:16;146:12,
21;160:17;163:22;
165:23;174:14
involved (23)
29:9,15,18;40:2,4,9;
45:9,16;46:21;48:22;
49:16;50:3;55:2;62:8,
14;63:5,12,17;74:4;
76:1,2;77:23;149:6
irrelevant (1)
157:20
Island (1)
32:8
issue (2)
9:12;37:9
issues (7)
47:13;136:14;
154:16,16,17,20;175:7
Italian (1)
157:8

J

Jeddco (1)
28:1
Jeddo (1)
28:2
J-E-D-D-O (1)
28:3
Jeez (1)
53:21
Jeff (14)
71:20,24;95:3;
107:21;108:2;145:23;
146:6,22;147:23,24,24;
148:1,3,9
Jeff's (1)
146:5
job (28)
21:18,23;22:3;23:4;
26:20;27:12;29:18;
30:15;35:15;36:22;

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

38:18;45:9;46:6,25;
  49:5;52:5,6;55:12,23;
  58:6;69:15;107:17;
  122:12;137:20;169:16,
  19;170:5;173:10
jobs (7)
  30:7,12;33:16;34:21;
  46:17,21;170:11
jobsite (3)
  45:24;138:14;141:18
John (68)
  50:16;58:2;62:2;
  66:16;67:3,4,7,12,24;
  68:15;69:17;70:6;71:4,
  19,22;73:15,16;76:7,
  17,25;77:4,22;78:10;
  82:7,25;83:5;95:3;
  101:23,24;105:3;
  106:21;107:2,3,4,5,11,
  13;108:2,4,9,12,15,19;
  110:4,13;113:10;
  115:12;116:1;125:1;
  129:23;132:11;145:4,
  8,8,15,17,18,23,25;
  146:5,11;147:11;
  148:12,13;149:16;
  159:1,3;181:15
joint (1)
  159:12
joke (1)
  77:8
joking (1)
  180:4
juice (1)
  32:10
July (25)
  43:16;50:2;51:1;
  56:16,23;57:7,8,12;
  58:13;59:2,11,13,14;
  62:9;63:20;130:4;
  138:14,23;144:11,12,
  13;148:18;149:3,10;
  150:3
jump (6)
  24:18;33:16;61:16;
  74:1;111:22;132:11
jumped (2)
  112:17,19
jumping (1)
  28:24
justice (1)
  122:10

**K**

keep (14)
  10:2;13:8;14:8;
  47:24;48:1;49:20;
  59:24;65:6;69:7;
  111:24;133:10;139:15;
  173:21;180:12
keeps (2)
  155:8;180:2

Ken (1)
  157:13
kept (12)
  36:7,8;42:8,12,12;
  62:3;116:21;133:1,1;
  144:19;145:8;169:20
Kevlars (1)
  106:6
kick (1)
  14:9
kicking (1)
  95:10
kid (6)
  9:15;12:24;15:7;
  178:1,4,7
kill (1)
  11:9
killing (2)
  146:3;162:22
kind (16)
  6:19;10:11;26:22;
  30:21;32:15;80:4;
  82:12;86:4;90:1,2;
  107:8,19;116:5;
  144:19;159:23;168:4
Kinkel (2)
  150:21,22
Klonopin (3)
  153:22;154:1;155:13
knee (16)
  118:19;119:12,13,
  16;131:20,21;132:9,
  17;142:12;151:19,22,
  25;152:2;160:23;
  161:3;174:3
knew (6)
  17:21;44:9,16,18;
  127:13;157:5
knot (2)
  156:17;161:22
knowledge (13)
  54:12;102:14;
  107:19;127:4,16,19,24;
  128:4,18;133:3;
  142:19;146:14;178:21
known (1)
  127:11
knows (6)
  24:11;115:22;155:3,
  3;157:12;165:19
kosher (1)
  125:7
Kyle (4)
  8:14,17;9:4,12
K-Y-L-E (1)
  8:15

**L**

L4 (1)
  158:17
L4-5 (2)
  166:24;167:2

L5-S1 (2)
  166:24;167:2
labor (1)
  21:14
ladder (2)
  82:4,6
laminectomy (2)
  159:15;166:24
land (4)
  9:25;12:3;122:6,14
landed (1)
  122:19
landing (1)
  75:23
Lane (1)
  15:11
large (1)
  138:16
last (21)
  7:1,25;11:11;12:11,
  14;13:4,6;20:18;21:4;
  22:8;24:3;43:16;100:4,
  10;167:22;168:13,14,
  17;171:13;177:3;
  178:11
lastly (1)
  6:12
later (2)
  74:5;140:7
laundry (1)
  180:14
lawnmower (1)
  10:7
lawsuits (1)
  8:8
lay (3)
  160:5;174:25,25
laying (1)
  39:16
layout (1)
  9:21
leading (1)
  102:5
leaned (2)
  132:15;145:5
leaning (1)
  145:20
learn (3)
  17:4;57:16;154:24
learning (1)
  103:21
lease (2)
  30:2,9
least (12)
  23:17;24:17;80:15;
  97:22;100:16;104:9;
  115:2,7;117:3,7,16;
  125:22
leave (7)
  47:9;65:23;66:1;
  70:22;175:14,21;178:2
Lee (11)
  71:19;72:1;107:5,12,

13;108:4;110:5;145:4,
  8;147:10,11
left (16)
  28:21,22;70:24;
  104:16;109:19,21;
  110:15;111:19,20;
  132:3;135:1;154:3;
  160:20,22,24;182:2
left-handed (1)
  175:4
leftover (2)
  155:19,20
Leftovers (1)
  180:17
leg (10)
  132:17;145:12,12;
  146:2;148:20;149:8;
  161:2;173:24,25;174:1
legitimate (1)
  46:2
legs (7)
  159:22;160:17;
  161:10;166:3;174:14,
  15,16
length (7)
  40:16;88:16,18;89:8,
  14,14;97:10
less (3)
  23:4;89:14;108:19
letting (3)
  116:16,20,22
level (6)
  54:14;77:19;121:5,
  19,20,23
Lewis (2)
  66:5,13
liable (1)
  106:21
license (14)
  11:4,9,10,12,14;
  12:15;18:17;19:21,23;
  20:3,7;102:18,20;
  176:23
licenses (1)
  11:21
liens (2)
  179:5,7
lies (2)
  61:20,22
life (2)
  180:6,8
lift (4)
  69:19;74:20;105:20;
  145:11
lifted (8)
  113:6,13;114:5;
  124:14,22;126:5;
  139:12;142:8
lifting (2)
  113:11;138:9
lifts (2)
  74:21;75:5
light (6)

18:9;22:18;23:6;
  67:17;153:15;156:9
lighter (1)
  93:13
lights (3)
  50:10;51:13;52:13
likelihood (1)
  25:9
limitations (1)
  164:15
Limited (1)
  174:12
Lincoln (4)
  30:2,4,7,12
line (39)
  51:14;90:14,20,21,
  22;91:1,1,3,4,8;92:11,
  22;93:3,4,4,5;94:9;
  105:4;106:10,17;
  108:2,24;109:1,1,1;
  112:3;113:23;114:14,
  18;115:16,23;116:7;
  121:7;132:5,10;
  133:10;136:6;142:10;
  144:23;145:4
lined (1)
  65:15
Lines (10)
  28:17;29:5;75:24;
  83:16;95:7,11,12,13,
  22;126:16
listed (1)
  148:1
listen (2)
  70:5;162:22
literally (1)
  131:7
little (29)
  13:7;25:3;45:12,13,
  15;63:2;64:9;67:1;
  70:4;74:20;79:19,20,
  23;81:4;87:19;88:1;
  93:13;108:11;112:19;
  113:22,24;114:7;
  116:13,22,22;140:12;
  146:17;151:24;180:10
live (9)
  6:19;7:16,19;8:19;
  9:22,24;14:23;148:11,
  12
lived (2)
  9:17;15:7
lives (1)
  8:20
living (2)
  9:15;160:4
load (18)
  32:20;40:4;46:8,10;
  48:11;62:20;63:23;
  64:15;78:16;109:10;
  120:23;133:4,5;136:5;
  138:9;142:10,11,15
loaded (12)

33:3,9;39:12,13,24;
40:6,7;74:13;129:15,
18,21;130:21
**loading (6)**
29:9;40:2;62:8;63:5,
12,17
**loads (3)**
39:7;69:11;180:20
**Local (6)**
26:24,25;27:3;32:6,
7;149:20
**locally (3)**
29:6,8;37:17
**locate (1)**
24:17
**located (1)**
27:25
**location (9)**
29:13;39:22;40:6;
42:8;66:20;67:25;68:3,
5;103:10
**locations (2)**
37:21;38:4
**locked (1)**
132:17
**Lockport (35)**
14:22;15:8,9;36:8,
14;37:17;40:21;41:19,
20;42:12,16;43:8;44:1;
50:14;53:15;54:17;
58:19;59:3;62:23;63:2,
5,7,9,17;64:12,16;
65:23,24;67:11,20;
148:17;151:13,14,15;
156:5
**Lockport's (1)**
64:2
**long (29)**
7:8;9:17;10:13;
14:23;17:2;20:9;21:2;
23:8;24:6;25:3;26:18;
28:7;32:8;33:18,20;
35:1;84:19;88:3,17;
92:24;109:1;124:24;
132:19;142:20;160:4,
6;161:4;176:13;181:22
**longer (2)**
88:20;176:11
**long-term (1)**
15:2
**look (22)**
25:4;49:7;55:12,23;
56:5;65:12;79:8;81:14;
85:11,20;89:23;97:16;
124:11;128:13,14;
132:16;135:17;141:9;
145:11;151:20;169:22;
170:5
**looked (4)**
44:16;86:17,21;
104:6
**looking (15)**
58:10;79:4;84:24;

85:8;112:22;117:16;
118:4;120:22,23;
123:20;124:5;136:4;
142:11;143:12;171:5
**looks (16)**
26:2;79:9,13;90:1;
96:4;99:18;102:17;
104:8;112:16;135:11;
136:10;137:25;142:3,
4;153:2;167:15
**loose (2)**
114:19,20
**Losson (1)**
15:11
**lot (5)**
33:4;50:9;51:12,21;
181:5
**love (1)**
170:14
**loved (3)**
170:18;173:10,10
**Lovejoy (1)**
138:14
**low (50)**
40:22;41:13,15,17;
42:8;43:5,17;48:24;
62:9,20,22,23,24;63:2,
3,6,6,7,9,11,13,17;64:3,
12,15,17;65:24;74:3;
83:10,12;84:4;85:17;
94:14;95:17,18;98:2;
99:3;100:18,21;101:3;
102:25;103:25;129:16;
130:4;139:14;140:4;
141:19,21;145:14,21
**lowboy (1)**
40:21
**lower (6)**
122:5;158:18;
159:22,25;174:10;
175:1
**lowered (1)**
94:13
**lumbar (2)**
158:19,19
**lumpers (1)**
29:17
**lunch (4)**
136:10;137:2,10,13
**Lunchables (1)**
32:11

**M**

**main (1)**
17:16
**Mainly (6)**
37:16;38:12;40:20;
45:11;48:7;51:13
**maintenance (2)**
176:14;178:3
**makes (2)**
93:23;95:13

**making (4)**
27:14;34:22;77:20;
95:10
**Mallory (1)**
156:2
**manager/supervisor (1)**
52:24
**maneuver (3)**
101:18,21;102:24
**many (16)**
28:10;37:18,18,23;
41:15;52:11;53:9;
54:18;55:24;69:6;72:8;
115:19,21;150:11;
151:1;152:3
**marches (1)**
13:20
**mark (8)**
24:12;93:21,21;
133:18;137:23;140:18;
143:20;172:3
**marked (5)**
4:7;41:1;94:1;
133:20;140:22
**Markets (2)**
32:1;33:14
**marking (1)**
90:25
**marriage (1)**
7:14
**married (5)**
7:4,6,8;8:23;9:14
**Martin (8)**
71:20,24;95:3;
107:21;145:23;147:24,
25;148:9
**material (1)**
47:20
**matter (2)**
34:24;35:1
**maximum (1)**
164:9
**may (8)**
25:11;35:9,9;39:23;
61:13;135:23;139:3;
163:15
**Maybe (24)**
9:11;14:24;19:13;
23:16;33:21;54:22;
60:9;68:12;69:7;84:7,
21;88:14,19,20,20,22;
93:21;97:6;120:18;
121:7,23;156:2;166:6;
175:24
**meals (1)**
180:16
**mean (28)**
5:20;20:24;25:13;
30:4;36:9;44:8,12;
47:3;54:14,18;59:17;
60:1;80:21;88:3;90:12;
96:17;98:25;99:16;
102:13;123:24;136:21,

24;148:23;154:21;
164:8;175:13;177:1;
179:12
**meaning (2)**
149:22;151:18
**measured (1)**
88:23
**measurements (1)**
140:12
**mechanic (7)**
30:21;71:20;95:8;
107:22;144:3,4;148:9
**mechanics (2)**
16:7,9
**Mechanix (2)**
156:3;162:12
**Medicaid (1)**
179:3
**medical (10)**
13:21;14:1;152:5;
153:13;157:6;163:10;
164:9;169:8;170:22;
177:10
**Medicare (2)**
178:22;179:6
**medication (6)**
153:17,22,25;154:2;
160:8;176:4
**Medina (1)**
28:4
**member (4)**
21:14,17,22,24
**members (1)**
29:21
**Memorial (2)**
153:5,13
**memory (1)**
135:15
**mental (4)**
154:16,17,20;176:5
**mentioned (2)**
19:20;176:1
**Mersman (21)**
71:19,22;73:3,6;
76:25;77:7;106:25;
107:13;108:6,9,19;
115:11,15,20;133:3;
137:24;138:6,8,12;
147:12;181:15
**Mersman's (3)**
73:18,22;125:6
**messing (1)**
149:2
**met (1)**
68:17
**metal (17)**
88:14,14;89:4,6,6,7,
7;90:2,7,8;91:5,11;
92:12,12,15;97:17;
99:20
**Metcalf (1)**
50:15
**Metcalfe (8)**

24;148:23;154:21;
164:8;175:13;177:1;
179:12
58:1;59:10;66:5,7,7,
20;68:11,17
**mhmm (4)**
6:4;98:16;134:3;
138:7
**Microwave (1)**
180:17
**middle (13)**
9:25;15:23,25;40:19;
53:4;64:25;87:22,24;
89:19,20;100:3;
110:12,15
**midsection (1)**
123:15
**midway (1)**
116:11
**might (8)**
33:25;37:11;40:9;
78:20;104:9;159:12;
164:2;170:12
**mile (2)**
27:16;101:17
**mileage (2)**
65:4,18
**miles (1)**
68:12
**military (2)**
13:13;14:4
**mind (4)**
49:19;100:24;155:9;
180:13
**mindfulness (1)**
155:7
**mine (4)**
11:16;19:6;50:20;
63:25
**minute (3)**
23:2;103:9;125:14
**minutes (10)**
95:20,21;104:17;
124:16,17,18;125:2,2,
4,6
**misinterpreted (1)**
61:2
**miss (1)**
132:25
**missing (3)**
99:12;118:8;140:9
**misspoke (1)**
80:25
**mix (1)**
155:23
**MMI (2)**
164:5,7
**model (1)**
180:12
**Modern (1)**
31:4
**modifications (1)**
179:16
**molds (1)**
27:23
**money (5)**

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

34:23;171:1;172:1;
179:17;180:5
**month (8)**
17:3;141:3;167:25;
169:3;171:23,24,25;
172:21
**monthly (2)**
171:1;172:14
**months (11)**
28:9;51:6,8;154:14;
161:19;167:25,25;
168:2;171:10;173:5;
181:18
**more (17)**
11:16,18;21:7;23:16;
50:20;55:21;89:11,21,
22;108:19;116:13,22,
23;135:2;160:5;
180:11;181:1
**Moreover (1)**
146:17
**morning (15)**
31:6;41:18;52:1;
57:18,25;58:17;59:2,6;
61:25;63:20;64:17;
136:14;137:15;175:15;
180:9
**Most (6)**
34:3;97:16;99:1;
112:10;113:4;120:25
**mostly (3)**
39:13;87:24;180:23
**motor (4)**
20:4,11;22:4;177:3
**motorcycle (5)**
18:21;19:21,23;20:6;
21:4
**motorcycles (1)**
19:20
**mouth (2)**
22:16;23:17
**move (16)**
51:21;74:12;76:8;
87:19;94:23;95:18;
96:5;98:5;104:3;111:4;
113:13;114:9,22,23;
116:15;124:25
**moved (12)**
15:8,8,9;29:1;40:5;
41:7;114:7,10,10;
125:8;133:11;142:4
**movement (3)**
115:11;116:2;174:12
**moves (1)**
75:8
**moving (10)**
29:3;30:2,4;96:1;
101:3,13;125:13;
126:10;138:24;171:22
**MRI (1)**
151:9
**MRIs (2)**
150:18,20

**much (21)**
16:14;25:14;27:15,
18;36:18;39:8;40:1;
54:6;56:12;87:16;
95:18;118:20;120:16;
123:6,7;124:13;125:8,
11;172:24;176:8;
178:18
**Murrett (1)**
147:15
**Murzak (10)**
52:23;53:20,23;
71:21;72:3;78:16;80:7,
8;82:9;147:16
**must (2)**
109:9;131:3
**myself (1)**
30:1

**N**

**nails (1)**
143:13
**name (14)**
5:16;8:13;20:12;
23:1;30:6;47:7;53:24;
54:18;66:4;71:21;72:4;
147:17;156:24;157:12
**names (2)**
153:23,25
**narcotics (1)**
160:13
**National (1)**
5:6
**near (4)**
66:20;68:22;148:11,
12
**necessarily (1)**
166:18
**neck (9)**
8:6,7;132:18;145:25;
148:19;149:8;150:10;
157:18;174:5
**need (20)**
34:1;37:9;39:18;
40:7;42:6;44:18;48:11;
55:25;56:3,7,12;70:15;
74:12,16,19;75:19;
105:6;133:12;140:15;
166:13
**needed (6)**
31:2;54:9;55:13;
67:6;95:6;157:2
**needs (3)**
56:7;65:13;73:13
**neighborhood (1)**
148:14
**neither (1)**
181:7
**nerves (3)**
155:14;159:13;162:2
**nervous (1)**
181:4

**neurosurgeon (1)**
157:3
**New (14)**
5:13;6:19;8:21;28:1;
32:7;38:1;42:17,17,17,
19,20,22,25;68:22
**next (17)**
26:1;39:20,24;51:23;
65:11;76:6;78:9;82:23;
83:3,4;114:22,23;
122:12;127:12;135:8;
136:15;144:10
**Niagara (3)**
151:12;153:5,13
**nice (2)**
131:12;179:23
**Nick (1)**
53:1
**nine (3)**
89:1,2,7
**nobody (3)**
52:17;58:10;181:12
**nobody's (2)**
29:20;49:25
**nod (1)**
6:4
**nominal (1)**
181:2
**None (4)**
57:23;122:9;129:6;
181:7
**Nope (12)**
10:16;12:22;20:15;
50:7;114:15,17;
129:11;163:19;165:12;
169:12;171:3;178:17
**Nora (3)**
163:6,8;164:11
**normal (1)**
99:7
**north (1)**
12:4
**notarized (1)**
138:6
**notation (1)**
65:1
**note (3)**
149:17;162:11;164:6
**notes (5)**
23:20;65:16;133:19;
135:2;156:11
**nowhere (3)**
131:6;178:14,18
**number (14)**
7:2;21:16;44:23;
64:2;65:18;85:14;
100:2;119:16;131:21;
133:23;143:8;152:6;
173:25;179:19
**Nuts (1)**
27:15

**O**

**oath (2)**
4:17;5:9
**objection (3)**
5:8;92:22;127:25
**objections (1)**
4:20
**observe (3)**
72:23;96:9;97:22
**observed (1)**
130:2
**observing (1)**
82:12
**obtain (1)**
19:1
**obviously (3)**
129:24;144:22;161:7
**occur (1)**
136:18
**occurred (4)**
22:21;23:20;126:24;
136:16
**October (4)**
24:14;158:4;172:13,
18
**off (53)**
11:15;27:3;30:19;
31:2;36:16;44:15;
57:25;66:23;67:3,10,
12,19;73:17;74:20,21;
78:22;83:16;87:15,18,
25;88:6,9,11,21;92:25;
106:5;109:8,8;111:19,
23,25;112:4,12,19;
113:25;114:6;117:13;
118:11,12;124:14,22,
24;125:3,9,11;130:16;
140:12;142:8;144:25;
145:3;171:6;175:24;
180:13
**offer (1)**
170:19
**offered (1)**
157:24
**office (4)**
24:23;66:12;162:22;
167:23
**officer (1)**
5:8
**offices (1)**
55:8
**often (6)**
9:4,9;48:22;155:21;
163:12;174:20
**Ogden (3)**
68:7,8,23
**oil (2)**
31:7,7
**oiler (1)**
147:11
**oils (1)**

**32:10**
**old (5)**
6:24;8:17;9:2,3;
146:7
**Once (20)**
9:5,11;18:4;38:5,6;
43:19;46:9;51:23;
69:16,19;73:20;95:1;
115:11;125:13;150:15;
157:16;161:1,8;167:7;
169:3
**one (99)**
8:12;9:1,25;10:18;
23:20;24:18;25:19;
27:6,9;34:23,25;38:1,
2;39:17,21;40:18,21,
21;41:4,9,18,19,20,22;
42:8,12,12,14,16,18;
43:7,8,9;45:15;47:6;
48:5;50:7,8,14;52:14,
15,22,24;53:5,15;55:9,
11;60:4;62:11;66:15;
67:16;70:23;73:3,4,5;
75:15;78:20;79:1;
80:15,23;81:15;83:8,8,
9;88:1,1,10;93:22;
96:15;99:20;100:2,3,4,
4,10;102:9;108:17;
112:18;119:17;128:8,
20;129:7;131:24;
136:20;139:13;142:19;
143:3,8;148:7;152:14;
157:24;160:20;161:6,
11;162:17;163:18;
164:12;169:20;170:20
**one-and-a-half (1)**
131:25
**one-man (1)**
45:13
**one-page (1)**
137:24
**ones (11)**
19:10;37:23,24;
44:25;25;45:2,3,6,18,
23;61:1
**online (1)**
24:22
**only (11)**
7:14,15;26:19;49:22;
60:4;88:6,22;106:8;
107:19;169:2;177:2
**on-site (1)**
45:3
**onto (16)**
32:20;64:15;67:15;
74:13;105:4;108:24;
111:4;115:15,22;
116:7,8,10,21;123:8,
14;129:15
**open (5)**
91:23;131:3;142:18;
162:1;163:9
**opening (41)**

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

91:16;92:2,7,8;96:9,
23;97:3,4,4,5,10,18,22;
98:11;101:6;117:4;
119:24,25,25;120:2,6,
17;123:16,21,23;124:7,
9,12;127:13;128:5;
130:2;131:3,17;134:1;
135:19;136:2;141:23;
142:10,11,14,20
**openings (3)**
100:17,23;130:10
**opening's (1)**
128:9
**operate (6)**
20:3;30:10;31:9;
48:15;96:5;106:17
**operated (1)**
177:3
**operating (9)**
46:17;73:3,7;106:25;
107:14;138:9,23;
147:12,18
**operation (2)**
22:3;126:14
**operator (6)**
30:2;44:17;48:15;
53:1;103:15,21
**operators (1)**
38:16
**opinion (4)**
155:5;166:6,15,19
**opportunity (2)**
9:6;61:8
**opposed (2)**
64:13;111:13
**orange (1)**
49:23
**orchards (1)**
9:25
**order (13)**
19:11;30:24;33:8;
45:24;46:14,25;56:6,8;
67:15;69:11;87:21;
105:5,17
**orders (1)**
78:10
**ordinarily (1)**
98:20
**ordinary (2)**
99:11;137:3
**orientation (1)**
128:19
**oriented (1)**
133:8
**Original (2)**
53:11;93:20
**otherwise (2)**
115:7;120:7
**ours (1)**
109:7
**out (78)**
8:6;15:8,9;18:6,9;
24:18;25:12;32:2,7;

33:16;37:7,10;38:4,5,
6;39:15,24;40:11;
43:14,24,44:22;47:9;
53:17;55:23,24;56:5;
59:24;61:16;69:13,20;
70:25;72:9;73:12,23;
74:23;75:7,11,15,22;
76:4;77:1,12;80:23;
82:12;87:25;89:22;
93:20;95:8;99:10;
105:2;106:12;109:9;
112:2;116:13,20,22;
118:25;123:15;130:8,
14;131:12;132:11,23,
25;133:9;134:23;
137:3;144:18;147:2;
148:14;150:14,15,17;
164:3;169:1;170:13;
177:19;180:24
**out-of-pocket (1)**
179:11
**outrigger (8)**
79:18,19,20,21,22,
25;80:3,5
**outriggers (3)**
46:13;78:17,18
**outside (6)**
7:22;8:1;38:1;46:25;
170:8;181:13
**oval (1)**
86:25
**over (68)**
6:8;9:16;11:14,17;
15:12;29:6;42:14;
48:21;49:7;50:14;
51:13;58:10;66:4;
69:17;70:22;71:12,15,
18;76:7;77:14,16;
78:19;87:13,19;95:3,8,
9,24,25;96:13;103:16;
110:15;111:6,16,17,18;
112:21;115:13;116:2;
118:13;120:5,8;
122:22;123:1;125:14;
126:2;130:8,9;131:4;
141:22;145:14,15,17,
19,22;146:6,8,8,12,20;
147:20;154:4;163:2,3;
169:3;176:22;178:1,10
**overnight (1)**
161:6
**overseeing (1)**
108:15
**oversize (1)**
39:7
**oversized (2)**
45:23;55:10
**over-the-road (1)**
26:24
**own (13)**
20:16;28:14,15;29:1,
17;36:10;48:9,10;54:1,
1;82:25;150:16;179:17

**owned (5)**
20:18;21:4;26:16,17;
34:6
**owner (5)**
29:24;36:4;54:15,24;
61:23

**P**

**PA (1)**
27:2
**packages (1)**
27:4,6
**packing (1)**
29:10
**page (2)**
26:1;135:8
**pages (1)**
65:15
**paid (6)**
27:16,19;30:15;
179:10,13,17
**pain (19)**
12:10;132:17;154:3,
3,25;155:18;159:24,
25;160:2,2,17,22;
161:19;173:24;174:18,
18,23;175:2;178:18
**paint (3)**
42:17,19;44:17
**Pam (2)**
154:8;155:17
**Paolini (2)**
159:1,3
**paperwork (1)**
25:14
**paragraph (1)**
25:23
**paranoid (1)**
21:10
**parentheses (1)**
141:23
**parents (1)**
15:6
**parents' (1)**
15:14
**Park (2)**
15:12;67:5
**parked (1)**
42:24
**parks (1)**
10:8
**part (24)**
17:14;34:5;54:10;
70:16;80:3,4;83:17;
86:7;88:4;97:23;101:7;
104:5,7,9;109:16;
120:7,25;121:13;
122:18,20;125:10;
126:2;138:14;170:4
**particular (7)**
35:17;36:13;39:22;
67:25;82:24;102:4,25

**parties (2)**
4:15,17
**parts (9)**
38:21,21,22;39:1,22;
50:3;57:9;70:12;71:9
**party (1)**
5:19
**passed (1)**
156:24
**past (3)**
112:13;165:10;
175:22
**path (1)**
143:11
**pay (8)**
27:18;30:16,17;
49:16;171:17,18;
172:18;178:5
**paycheck (4)**
34:7,22;35:1;173:13
**paychecks (2)**
34:6,19
**paying (4)**
34:23;178:6
**pen (1)**
120:8
**pension (1)**
14:4
**people (13)**
6:17;30:24;49:18;
53:13;54:14,19,21;
156:3;164:18;173:10;
175:20;179:25;181:5
**people's (1)**
27:4
**per (1)**
27:19
**percent (4)**
166:2;169:20;
170:21;180:22
**percentage (1)**
165:24
**perfect (1)**
111:24
**perfectly (1)**
77:19
**perform (4)**
31:13;46:15,25;
101:2
**performed (2)**
152:12;166:21
**period (7)**
22:18;23:5;57:12;
60:2;76:16;158:3;
181:2
**permits (1)**
55:10
**perpendicular (3)**
99:19,21;100:3
**person (2)**
106:16;134:6
**Peterbilt (3)**
32:16;35:19,21

**Petrus (1)**
156:2
**pets (2)**
10:9,15
**Phil (4)**
5:17;41:24;60:17;
78:25
**phone (4)**
104:19;144:3;
153:24;169:3
**photograph (9)**
4:3,6;82:1;85:1,6;
98:19;99:15;111:10;
122:20
**photographs (2)**
90:25;104:12
**physical (9)**
155:25;156:4;162:8,
12;164:6;167:16;
168:11;174:7;176:5
**physician (1)**
150:23
**pick (21)**
13:1;31:3;44:10;
48:17,18;56:11;76:8;
77:11,13,16;105:3,5,
17,18;106:8;108:10,
13;113:23,24;122:25;
177:14
**picked (7)**
47:6;105:13;106:12;
108:22;110:14;111:5;
114:7
**Picking (4)**
27:8;77:15;87:4;
107:4
**picks (2)**
105:10;133:6
**pickup (3)**
20:13;68:16,17
**picture (16)**
50:21;81:15,18;
86:11,15,18,24;89:12;
98:23;104:5;111:2;
141:23,24;142:3,4;
143:21
**pictures (2)**
122:9;147:5
**piece (6)**
92:12;106:11,11;
109:5;111:24;140:9
**pieces (2)**
24:6;21;109:3
**pill (3)**
154:3;155:18,22
**pills (6)**
153:15;154:3;
174:24;175:16;177:14,
15
**pilot (1)**
170:17
**pins (1)**
74:24

**Pittsburgh (2)**
27:1,1
**pizzas (1)**
180:17
**place (13)**
53:20;56:19;57:14;
75:8;77:10;79:17;
80:19,25;82:11;
104:25;111:15;137:9;
138:25
**placed (1)**
131:4
**plaintiff (1)**
5:2
**Plaintiff's (3)**
4:1;24:13;25:1
**plan (2)**
143:10,10
**plank (2)**
100:9;131:2
**planks (4)**
99:19,21;130:16;
131:8
**planning (1)**
143:12
**plans (2)**
56:24;57:21
**plate (8)**
81:7,12;83:16;91:5,
11;92:15;102:18,20
**plates (12)**
78:17,18;80:12,25;
81:5,16;82:8;90:2,7,9;
97:17;147:20
**platform (1)**
110:24
**play (7)**
12:24;13:7,9;155:8;
176:13;180:10,11
**played (1)**
13:5
**playing (2)**
11:1;12:23
**Please (4)**
5:9,23;6:8;74:15
**pled (1)**
14:14
**plug (1)**
36:10
**plus (3)**
58:24;69:12;155:22
**plywood (2)**
130:9,14
**pm (2)**
137:10;144:9
**pm*** (1)**
182:9
**point (19)**
17:17;23:3;24:3,19;
25:11;46:6,6;57:7;
65:23;92:5;96:9;110:3;
133:13;144:22;145:10;
159:5;165:20;171:8;

179:1
**pointed (3)**
40:25;41:8;78:22
**pointing (5)**
81:7;91:2,3;105:14;
122:18
**points (1)**
87:4
**pole (2)**
9:23;10:4
**policy (1)**
18:7
**popper (1)**
155:22
**portion (13)**
72:21;79:9;81:25;
84:19;85:4,25;93:11;
96:14;97:11;101:9;
120:5,8;122:14
**position (13)**
74:13,17;77:18;
78:15;103:1,5,6,24;
104:2;125:3,9,13;
174:25
**positioned (1)**
73:18
**possibly (1)**
165:14
**post (2)**
66:12;69:13
**post-trip (4)**
18:1,4,11;31:15
**potentially (2)**
49:4;117:13
**pounds (2)**
131:14;180:2
**precautions (1)**
19:4
**preparation (1)**
60:11
**prepared (1)**
25:10
**prepped (1)**
39:17
**pre-printed (1)**
65:19
**prescribed (2)**
160:10,12
**prescribes (2)**
154:7;155:16
**prescription (1)**
153:17
**present (1)**
127:17
**presently (2)**
20:11;65:8
**preserve (1)**
59:23
**pressure (3)**
153:22;154:1;177:14
**pressures (1)**
31:6
**pre-trip (10)**

17:19,22;31:14,15;
36:2;37:2,5;63:22;
65:3;142:23
**pre-tripped (1)**
37:4
**pre-trips (2)**
32:23;58:23
**pretty (12)**
16:14;27:18;36:18;
39:8;40:1;54:6;103:12;
118:20;154:23;157:10;
172:24;176:8
**prevent (2)**
143:14,14
**prevention (1)**
143:9
**previously (2)**
41:1;142:18
**primary (4)**
15:2;150:22;151:4,7
**principles (1)**
44:22
**printout (2)**
4:7;172:4
**prior (28)**
14:20;25:11;26:15;
31:25;43:2,16;46:16,
20;47:4;50:2,24,24;
56:15,15;60:2;61:7;
96:1;127:20;128:22;
130:4;142:20;148:18;
149:3,10,22,22;150:2,2
**privy (1)**
57:5
**probably (21)**
5:18;12:12;25:15;
26:19;28:8;54:19;62:2;
69:12;77:25;87:16;
90:14;93:21;113:22;
117:24;122:7;123:9;
124:8;128:6;150:12;
169:3;179:12
**problem (4)**
146:1,2;150:14;
172:6
**problems (6)**
148:19;174:2,5,7;
175:8;176:5
**proceed (1)**
5:4
**process (6)**
49:1;75:12;102:14;
107:23;108:15;138:19
**profession (2)**
7:25;8:3
**program (6)**
16:5;17:2,14,20,21;
18:13
**project (2)**
53:16;127:3
**property (12)**
12:5;50:21;51:16;
52:12;56:25;57:3;

66:21;67:15;69:1,2;
76:10;126:24
**protecting (1)**
90:2
**protocols (1)**
128:2
**protruding (1)**
143:13
**provide (3)**
59:25;60:8;129:12
**provided (4)**
25:12;138:1;172:4;
173:14
**providers (1)**
169:9
**PT (1)**
158:6
**Public (1)**
5:7
**pull (17)**
37:12;53:22;54:3;
66:23,25;67:10;69:20;
73:23;74:23,24;75:7,
24;76:4,14,21;95:15;
103:4
**pulled (9)**
31:23;43:2,21;66:15,
25;67:2;73:22;74:4;
84:7
**pulling (1)**
102:1
**purchased (1)**
11:11
**purpose (1)**
51:17
**purposes (3)**
23:2;35:4,7
**pursuant (1)**
5:6
**put (36)**
22:16;23:16;27:9;
31:17;39:18;45:22;
48:14,18;49:23,24;
71:14;72:24;74:10,17;
75:24;77:11,12,18;
80:18,25;82:11;86:8;
89:22;93:11,12;
104:25;105:8,10;
106:6;120:5;130:17;
141:10;146:9;153:15;
166:4;174:11
**puts (1)**
108:2
**putting (3)**
130:8,15;180:12

**Q**

**qualified (1)**
170:8
**quarter (2)**
37:4;58:22
**quick (8)**

36:18;42:5;100:13;
116:2;121:7;125:14,
15,24
**quickly (1)**
119:10
**quit (1)**
162:24
**quite (2)**
24:10;92:18
**quote (6)**
43:17;44:1;67:24;
107:20;140:4,4

**R**

**radiated (1)**
160:17
**railroad (1)**
66:19
**rails (1)**
31:21
**raining (1)**
131:11
**raised (1)**
125:11
**Rather (2)**
92:21;181:4
**rave (1)**
179:25
**reach (1)**
55:25
**react (1)**
114:6
**read (4)**
19:2;47:10,13;
141:13
**reading (1)**
4:12
**ready (7)**
37:6,8;39:20;58:24;
67:7;105:3;108:10
**real (7)**
17:13;40:22,22;
130:18;133:7,8;150:21
**really (14)**
18:12;20:23;21:8;
27:15;42:16;51:6;
81:14,18;92:23;
122:10;155:14;157:3;
175:2;179:23
**rear (14)**
40:17,18;79:8,10;
85:9;86:4;99:2;101:10;
112:10,11;115:3;
122:19;141:22;174:15
**rear-most (1)**
112:13
**reason (7)**
51:11;127:9,13;
129:20;150:7;171:4;
175:18
**recall (11)**
21:22,23;25:13;

52:11,15;57:19;62:8;
134:13,16;138:23;
163:16
**recalling (1)**
121:9
**recalls (1)**
138:13
**receive (6)**
14:3;18:14;46:14,24;
171:16;172:13
**received (5)**
22:1;129:1;173:18;
178:21;179:3
**recently (1)**
84:7
**recess (2)**
42:3;100:14
**recollection (8)**
16:14;25:5;26:8;
58:15;59:2;62:5;
115:10;135:13
**recommend (1)**
163:24
**recommendation (1)**
143:9
**recommendations (2)**
143:7,8
**record (10)**
5:5,10;19:6;22:20;
40:25;60:8,17;92:25;
153:9;169:4
**records (2)**
149:21;169:5
**recover (1)**
161:9
**recovery (1)**
179:5
**rectangle (1)**
87:2
**rectangular (1)**
86:25
**Red (3)**
53:21;80:2,4
**redo (1)**
166:24
**refer (4)**
5:18;35:5;81:3;
157:1
**referee (1)**
4:18
**reference (1)**
22:17
**referred (11)**
84:4;93:25;149:18;
153:10,11;156:21;
157:22;158:6,10;
162:8;163:12
**referring (1)**
79:14
**refresh (1)**
135:13
**regard (1)**
175:9

**registered (1)**
20:12
**regular (9)**
53:11,14;58:4;64:13;
176:14,17;177:5;
179:12;181:24
**rehab (1)**
164:22
**Reiman (3)**
68:6,8,22
**reimbursed (1)**
179:11
**related (3)**
8:8;174:8;179:17
**relates (4)**
100:16;107:2;
109:23;111:1
**relating (1)**
141:11
**relevant (1)**
138:13
**remarks (1)**
65:22
**remedy (1)**
130:12
**remember (32)**
18:9;22:19;25:14;
33:17;43:20;51:7;59:8,
12;60:15,19;61:17;
62:22;64:2;66:10;
71:21;72:3;75:13,22;
77:7,13;106:9;109:13;
114:2,4,5;121:1;150:6;
152:4,24,25;160:11,12
**remotely (2)**
5:9,25
**removal (1)**
48:23
**removed (1)**
103:17
**renew (1)**
169:6
**rent (1)**
38:14
**rented (2)**
38:15,19
**renting (1)**
15:6
**repair (1)**
142:17
**repaired (1)**
65:13
**repairs (1)**
65:13
**repeat (1)**
6:9
**rephrase (3)**
6:9;36:21;54:13
**replace (1)**
138:15
**report (1)**
129:10
**reported (2)**

58:16;135:24
**REPORTER (7)**
4:8,11,22,25;5:4,24;
14:9
**represent (2)**
5:17;138:5
**request (4)**
60:7;152:10;169:5,6
**required (4)**
47:15,16;139:6;
152:9
**reserved (1)**
4:21
**reside (1)**
14:20
**respect (2)**
22:3;175:1
**respective (2)**
4:15,17
**respond (2)**
5:23;6:14
**respondent (1)**
172:11
**response (6)**
4:2;24:13;25:1,19,
22;144:15
**responses (1)**
28:18
**responsibilities (1)**
46:7
**responsibility (1)**
33:11
**responsible (3)**
31:13;32:23;127:23
**rest (3)**
86:8,10;112:24
**restrictions (2)**
156:7,9
**result (4)**
8:8;13:23;14:4;
18:13
**retired (1)**
8:5
**retrained (1)**
170:12
**review (5)**
47:21;60:11,21,23;
61:9
**reviewed (3)**
25:11;47:20;61:12
**reviewing (1)**
61:17
**revoked (1)**
20:4
**Rich (1)**
148:4
**Rick (6)**
134:15,16;146:25;
147:2,4;148:17
**rid (4)**
20:20,25;21:2,6
**ride (4)**
21:7;29:21,22,23

**Ridge (2)**
28:4,6
**riding (2)**
10:7;21:8
**Rigging (24)**
22:25;23:2,25;24:6;
25:22,24;26:5,9;34:12,
15,17,19,21,25;35:3,5,
10,13,15;36:5;37:1;
38:11;47:11;125:7
**Right (152)**
6:5;13:25;21:15,17;
23:21;24:10,22;25:25;
27:1;28:23;29:14;31:9;
34:1;37:6;38:2;40:9;
42:24;45:8;49:6,9;
53:4,9;55:2,22;56:2,4,
13;58:12;62:4,21;
64:23;66:25;69:24;
70:8;73:2;76:17;77:9;
78:8,22;79:10,10,22;
80:1,2;81:6,10,11,19;
82:2,4,12;86:1;89:20,
24;90:8,14,14;92:6,9,
18;93:7;95:23;96:13;
97:20;98:6,15;99:12;
102:22;104:20,23,23;
105:15,16,23;109:18,
24;110:4,12;112:4,8,
15,22;115:23;116:12;
117:6,13;118:13,19,20;
119:8,9,12,13,16;
122:8,13,17;123:16;
124:4,21,23;128:14;
132:2,12,12,22;134:22;
137:11;139:4,5,13;
140:13;141:9,24;
142:5,7;144:23,24;
145:9,12;147:13,14,23;
148:4,20;149:8;150:2;
151:17;156:7,13;
158:6,12;159:8;
160:21;161:2,8;
162:18;165:5;169:14,
21;172:16;173:24,25;
174:1,3;175:4,5;
176:15,19;179:1,12;
182:4
**right-most (4)**
79:8,22;104:7;
122:20
**ring (1)**
105:7
**ringing (1)**
150:10
**Road (21)**
5:13;7:17;14:21;
15:11,13;28:4,6;29:6;
44:15;45:22;46:3;
49:24;58:1;59:10;66:7,
9,13,23;67:1,11;69:25
**Robin (1)**
144:5

**Rochester (2)**
38:2;95:8
**rock (3)**
53:21,21,24
**rocked (1)**
176:14
**rods (2)**
166:4;167:6
**Roger (17)**
156:18;157:5,10,15,
22;158:5,25;159:5;
161:15;165:21;166:11,
21;167:16,22;169:8,12,
19
**Roger's (2)**
159:2;162:22
**role (1)**
115:25
**roll (2)**
30:19;112:20
**Ron (3)**
26:17;147:15,20
**room (5)**
4:23;5:1;71:12,14;
76:10
**Root (2)**
142:17,22
**rope (18)**
106:11;109:3,4,5,5;
110:1,3,6,7,10,13,14,
14;116:20;123:6,6,7,14
**rotten (1)**
130:17
**Route (2)**
28:1,6
**rules (1)**
5:22
**run (2)**
26:25;44:22
**running (3)**
55:3;99:18,20
**ruptured (1)**
159:14
**rust (1)**
130:19
**rusty (1)**
79:13
**Rydza (5)**
134:15,16;146:25;
147:2;148:4

**S**

**safe (7)**
37:9;47:3;49:11,13,
21;58:8;106:14
**safely (2)**
96:5,6
**safest (1)**
111:15
**safety (19)**
19:4;47:3,5,6,13;
49:8;50:1;106:14;

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

112:21,21,21;118:9;
128:2;133:8;134:15;
141:8;146:25;147:2;
148:4
**salary (1)**
173:11
**salmon (1)**
12:19
**same (17)**
6:14;11:16;16:14;
21:16;35:24;40:16,20;
42:22,25;44:2;57:12;
58:6;70:1;82:3;85:22;
104:1;161:13
**Sanders (2)**
144:5,6
**Sandy (1)**
15:11
**Santiago (2)**
154:8;155:17
**sat (6)**
132:14,15;145:5,14;
146:22;160:6
**Saturday (2)**
177:7,13
**saw (11)**
22:17;70:9;128:8;
141:2;153:2;155:24;
156:3,18;158:4,5;
167:22
**saying (11)**
34:8;56:2;61:2;
71:10;91:12;97:11;
99:24;129:22;137:13;
139:9;169:20
**scared (2)**
21:9;175:14
**scene (1)**
104:16
**school (11)**
15:17,23,23,25,25;
16:2,5,8,18;164:25;
165:13
**science (1)**
40:12
**scrape (1)**
151:21
**screw (1)**
168:10
**screwed (1)**
168:9
**screws (4)**
130:15;143:13;
166:4;167:6
**script (1)**
155:18
**searched (1)**
24:16
**seasonal (4)**
149:1;150:9,18;
173:1
**second (22)**
24:23;33:25;34:2;

42:2;43:20,22;58:3;
59:1;71:8;74:1;78:20;
122:3;133:25;140:15;
165:21;166:5,14,19,22;
167:15;168:18;170:1
**secondary (2)**
143:3,4
**seconds (5)**
125:17,19,21,24,25
**Section (3)**
5:6;141:22;163:12
**secure (2)**
108:12;113:7
**security (6)**
4:7;7:2;170:20;
171:11;172:4;178:21
**seeing (5)**
25:6,13;99:8;168:15,
20
**seeking (1)**
175:7
**seem (5)**
93:4;135:23;137:2;
138:25;139:4
**seemed (1)**
161:21
**sees (1)**
172:25
**sell (1)**
11:21
**send (1)**
55:22
**sense (1)**
93:23
**sent (11)**
60:15;61:18;136:20;
144:3,8,13;146:24;
147:2;153:5,6;164:10
**separately (1)**
29:22
**September (5)**
23:9;156:11;158:4;
171:13,14
**served (1)**
13:13
**Service (2)**
5:7;146:7
**set (24)**
4:2;24:13;25:1;38:7;
39:10;46:8,13;48:16;
51:23;52:9;53:4;55:19;
77:17;79:17;82:22;
89:18;91:9;92:13;
94:13;105:3;107:6,24;
147:21;182:8
**setting (5)**
46:21;70:3;72:17;
78:3;128:20
**settlement (1)**
163:11
**setup (6)**
43:1;48:8,11;78:16;
84:10;109:10

**seven (5)**
10:14;20:19;28:8;
57:12;58:17
**several (1)**
46:17
**shackles (4)**
96:20;98:6;105:8,9
**shadow (1)**
91:4
**shaking (1)**
175:16
**shape (4)**
33:6;42:16;63:2;
87:1
**Shawn (2)**
55:11,23
**sheds (1)**
27:23
**shift (1)**
17:11
**shoe (1)**
118:24
**shooting (1)**
174:18
**shop (2)**
10:6;57:20
**shore (1)**
20:24
**short (2)**
52:5,6
**shoulders (2)**
58:11;174:8
**shoveling (1)**
178:8
**show (15)**
25:2;63:20;67:8;
68:20;78:25;83:22,23;
85:9,12;98:7;103:24;
120:7;133:19;140:22;
143:20
**showed (2)**
50:17;80:15
**showing (5)**
78:21;81:22;92:11;
98:7;102:24
**shown (18)**
79:21;80:16;82:1;
86:5;99:7;103:1,10,16;
104:1;111:2,9,20;
112:5;119:20,24;
130:3;131:3;145:16
**shows (5)**
81:5;85:19,25;96:23;
112:18
**side (16)**
9:25;12:4;66:17,23;
67:1,11;80:22;83:16;
87:15;88:10,10;92:6;
109:14;110:15;111:20;
120:2
**sides (1)**
87:4
**sign (4)**

11:15;47:12;169:23;
170:20
**signal (4)**
67:16;108:9,25;
113:10
**signed (2)**
137:25;138:6
**significance (1)**
22:10
**signing (2)**
4:12,18
**similar (2)**
16:11;40:14
**single (1)**
175:2
**sister (1)**
34:6
**sister-in-law (1)**
156:22
**sit (11)**
12:9;51:23;76:6;
78:17,18;80:13;82:8;
87:21;106:1;145:21;
146:5
**site (7)**
38:20;46:9;52:1;
80:11;82:9;137:20;
142:4
**sits (1)**
87:3
**sitting (10)**
12:10;87:7,11;94:10;
109:20;141:22;145:18;
167:19;176:13;177:19
**situation (1)**
127:6
**Six (8)**
10:18;12:12;37:4;
58:22;88:3;123:9;
140:8;167:25
**size (10)**
31:1;40:14;44:4,13,
23;45:14;56:6,12;99:6;
118:24
**sizes (3)**
40:15;45:10,11
**skip (1)**
24:20
**slack (2)**
116:21,22
**slap (1)**
14:11
**sled (2)**
32:16,17
**sleep (4)**
155:14;156:17;
175:25;179:19
**sleeping (1)**
175:23
**slightly (2)**
75:5;139:3
**slip (2)**
126:21;149:7

**slips (2)**
111:16;143:14
**Sloan (2)**
68:6,22
**slow (1)**
116:2
**smack (1)**
84:25
**smacked (1)**
131:20
**small (9)**
10:21;49:6;104:8;
107:1;108:6;112:7,13;
115:20;138:9
**smaller (12)**
32:11;39:2;44:25;
45:6;64:10;73:7;74:22;
75:4;76:2,15;103:9,15
**smooth (2)**
29:19;49:14
**snow (2)**
143:13;178:8
**snugly (1)**
180:3
**Snyder (1)**
157:13
**social (8)**
4:6;7:1;154:6;
170:20;171:11;172:4;
175:12;178:20
**socks (1)**
174:11
**somebody (4)**
21:10;27:10;61:18;
130:17
**somebody's (1)**
180:3
**somehow (1)**
106:23
**someone (5)**
52:19;58:4;129:21;
135:11;168:21
**sometime (1)**
172:16
**Sometimes (3)**
113:15;158:25;180:9
**somewhere (8)**
22:17;32:21;49:24;
52:4;81:19;89:19;
93:12;107:22
**son (1)**
9:13
**soon (2)**
103:22;116:12
**Sore (4)**
159:20;161:7;
174:11,13
**soreness (1)**
174:13
**sorry (17)**
10:20;33:10;38:6;
48:10;50:7,25;75:21;
85:5;92:16;106:15;

114:22;122:11;146:22,
23;154:11;156:8;
168:21
**sort (8)**
10:2;14:3;16:4;65:1;
80:18;81:2;105:18;
170:25
**sound (6)**
23:21;37:11;141:15;
172:19;173:16,20
**Sounds (5)**
6:20;25:25;141:16;
156:13;157:13
**Southern (2)**
43:9,25
**space (2)**
88:13;97:16
**speak (3)**
57:20;133:13;181:18
**speaking (5)**
36:6;39:9;99:24;
100:7;134:13
**specialize (1)**
16:3
**specialty (1)**
16:4
**specifically (2)**
35:8;70:6
**spent (2)**
176:20;180:5
**spin (2)**
106:13;113:14
**spinal (1)**
163:15
**spine (4)**
142:12;157:2;
158:17;162:1
**split-second (1)**
132:21
**spoken (2)**
181:10,13
**spool (1)**
83:15
**spot (3)**
11:16;92:24;101:18
**spots (1)**
82:3
**spread (3)**
40:18,18;169:1
**spreader (1)**
139:7
**spun (1)**
88:20
**square (1)**
79:9
**stage (1)**
107:24
**staged (1)**
68:21
**staging (3)**
50:18;67:8,25
**stand (2)**
140:14;158:9

**standard (1)**
119:5
**standing (8)**
12:10;107:3;110:11,
12,16,17;139:14;
176:13
**start (14)**
37:3;73:19;95:18;
101:3,12;111:5;
113:11;115:6,12;
130:4;154:13;160:25;
164:25;176:12
**started (18)**
5:23;24:7;32:2,7;
36:23;37:8;43:22;
63:21;71:10;83:2;84:8;
118:13;125:13;157:25;
160:21,25;161:8;
167:10
**starting (4)**
13:1;46:16;71:15;
167:11
**starts (5)**
106:13;108:10;
110:7;116:15;124:25
**state (2)**
5:9;149:21
**stated (3)**
83:23;135:18;136:8
**statement (15)**
4:4,5;56:9;133:23;
135:18,21;136:6;
137:7,24,24;138:4,6;
139:10,22;143:15
**statements (2)**
60:16,20;61:13
**states (4)**
133:25;142:17;
143:4,7
**stations (1)**
32:12
**status (1)**
164:23
**stay (9)**
35:19;46:13;52:2,6,
7;62:20;76:15;111:13;
181:4
**stayed (1)**
65:10
**steadily (1)**
126:10
**steel (12)**
19:18,18;32:1,13,14,
20;33:3,9;100:2;119:4,
5;138:16
**steer (1)**
17:12
**stem (1)**
154:18
**step (16)**
19:25;49:10;70:5;
76:12,12;100:23;
111:25;117:10,13;

118:20;125:10,12;
132:22,22,25;140:4
**stepped (14)**
120:9,17,21,25;
121:14;122:3;123:2,
17,18,24;124:12,15;
126:18;130:3
**steps (7)**
24:20;118:18;
120:15;125:25;126:1;
143:10,12
**Steve (1)**
55:4
**stick (1)**
88:6
**sticking (2)**
87:25;88:9
**stiff (3)**
150:10;174:11,13
**Stiglmeier (1)**
15:12
**still (16)**
11:13;76:15;105:11;
132:3,10,13;151:17;
155:7;161:13,19;
162:20;163:9,10;
169:21;176:1,23
**stimulator (1)**
163:15
**stipulated (1)**
4:16
**stipulations (1)**
4:14
**Stoffman (4)**
166:6,8,10,17
**stone (1)**
39:5
**stones (1)**
143:14
**stood (1)**
160:7
**stop (8)**
67:10;89:18;114:13,
16;122:2;162:14,16,24
**stopped (1)**
162:13
**Storage (2)**
30:2,5
**store (3)**
10:4;98:3;177:10
**straight (3)**
31:18;93:5;111:5
**straps (1)**
46:11
**Street (3)**
66:5,15,21
**streets (1)**
67:1
**strictly (1)**
47:1
**strike (16)**
21:23;33:13;45:2;
49:2;84:3,18;87:10;

99:25;101:1;103:4;
114:23;117:20;147:18;
156:8;161:23;181:10
**strip (1)**
89:5
**structures (1)**
138:16
**stuck (1)**
43:12
**stuff (22)**
10:8;19:18;29:20;
32:11,11;39:15,16;
44:18;47:9,13;49:10;
51:14;52:8;55:13;56:1;
62:1;65:18;69:11;
86:10;119:6;178:8;
180:13
**stupid (1)**
118:23
**submit (1)**
169:5
**subtle (1)**
114:12
**suddenly (1)**
140:3
**suicidal (2)**
154:22;176:1
**summer (1)**
168:14
**sunny (2)**
131:10;141:14
**super (1)**
81:18
**supervise (1)**
28:13
**supervision (1)**
129:1
**supervisor (3)**
58:4,5;128:24
**supervisors (1)**
54:15
**supply (4)**
4:9;38:13,16;44:23
**supposed (5)**
47:17,21;147:24;
167:24;168:8
**Sure (27)**
21:11;23:10;29:18;
33:5;37:6;49:13,21;
54:14;58:23;60:16;
78:21;89:13;92:24;
93:23;95:10;96:4;
113:7;125:7;128:13;
137:9;138:4;139:9;
167:1;170:13;173:17,
21;177:24
**surface (1)**
143:11
**surfaces (1)**
143:13
**surgeon (3)**
156:20;157:14;
162:20

**surgeries (4)**
8:7;23:14,18;157:18
**surgery (25)**
24:1,4;150:1;154:4;
157:17,19;159:5,17,24;
161:4,5,10,23,24;
162:18,20;165:1,9,21;
166:22;167:15;168:18;
169:25;170:2;181:23
**suspended (1)**
20:4
**sweating (1)**
175:16
**swing (10)**
80:23;111:5,7,8,10;
113:24,25;115:5,6;
139:13
**swinging (2)**
117:25;139:15
**switches (1)**
80:22,23
**sworn (2)**
5:14;138:5
**Syracuse (35)**
38:3,5,6;40:22;
41:22;42:13,18;43:9,
17;52:25;62:24;63:3,6,
9,11,13;74:3;83:10,12;
84:4;85:17;94:14;
95:17;102:25;103:25;
129:16;130:21;148:8,
10;149:16,16,18;
150:3;158:1,5
**Syracuse's (2)**
41:23;149:21

### T

**table (1)**
47:10
**tag (24)**
11:9,19;105:4;
106:10,17,21;108:2,24;
109:1,11;112:3;
114:14,18;115:16,22;
116:7;126:16;132:5,
10;133:10;136:6;
142:10;144:23;145:4
**tags (3)**
11:14,17,17
**talk (7)**
66:11,11;72:11,12;
73:14;173:22;181:16
**talked (12)**
25:15;52:17;53:7;
76:24;81:7;119:15;
169:13;173:15;175:6;
178:20;181:12,15
**talking (24)**
6:14;11:23;17:7;
35:21;37:15;43:3,4;
44:7;45:18;51:4;57:21;
62:22;76:25;77:4;86:6;

90:3,21;92:2;113:16;
134:16;151:17;157:9;
165:5;173:24
**tanker (4)**
18:23,25;19:4,17
**tarping (1)**
31:24
**task (1)**
133:1
**tasks (1)**
46:15
**tea (1)**
133:6
**telling (5)**
77:8;100:7;102:6;
105:25;108:19
**tells (3)**
67:24;68:15;101:21
**temperatures (1)**
141:14
**ten (15)**
39:6;54:19;69:7,10;
70:10,23;84:14;88:22;
89:8;116:9;118:25,25;
125:17;138:24,25
**ten-wheeler (1)**
31:18
**Terex (1)**
44:15
**term (1)**
166:2
**terminal (5)**
27:9,11;36:8,14;
37:17
**terms (6)**
36:19;40:14;55:18;
59:12;115:10;176:9
**test (4)**
19:13,15,16;47:22
**testified (2)**
5:15;61:9
**testimony (1)**
60:12
**thanks (1)**
172:7
**therapy (7)**
155:25;156:4;162:8,
12;164:6;167:16;
168:11
**thick (2)**
109:5;131:8
**thinking (1)**
155:7
**thirty (6)**
9:23;54:17;95:21;
109:3;110:1,2
**thorough (1)**
17:13
**though (1)**
140:16
**thought (7)**
22:17;61:19;78:20;
91:25;146:1,2;150:8

**thoughts (3)**
154:22,25;176:1
**three (38)**
8:7;9:3,22;14:24;
24:8;33:21;43:20;
60:24;68:12;88:7;97:6,
7,10;99:20;100:4,5,8;
104:12;113:5;115:2,7;
118:18;119:16,17,20,
25;120:1,15,18;
124:18;125:25;126:1;
131:21;150:12;157:18;
168:1,2;173:25
**threw (2)**
110:13;175:16
**throw (6)**
59:24;91:19;96:20,
21;98:4,5
**throws (1)**
27:10
**tie (1)**
106:11
**Tier (2)**
43:10,25
**ties (2)**
105:4;106:21
**tight (3)**
95:10;114:18;116:4
**times (9)**
28:21;43:20;84:7;
115:19,21;126:10;
150:11;173:4;176:20
**timing (1)**
137:6
**tip (1)**
78:19
**tire (8)**
79:9,11,22;91:5;
112:9;122:17;145:6,21
**tires (16)**
31:6;42:17;79:5;
84:24;89:24;90:2;
92:13;95:10;97:17;
99:16;100:3;113:1;
115:8;122:19;123:1,4
**titled (1)**
140:23
**today (7)**
6:24;22:21;60:12;
61:8;144:9;167:24;
168:8
**today's (2)**
94:4,5
**toe (2)**
119:4,5
**together (6)**
9:16;54:8;61:8;
71:14;167:5;180:12
**told (16)**
52:18;57:24;102:8,
10;129:7;145:9;146:6,
24;147:7;148:17;
155:8;162:13;165:4,

17;166:20;181:14
**tolls (1)**
30:17
**ton (5)**
44:5,9;64:7;138:20;
147:21
**Tonawanda (1)**
16:1
**tons (2)**
44:10;131:15
**took (17)**
16:8,14,15;42:5;
47:12,22;88:20;
104:12;118:18;120:15;
125:25;136:8;137:1;
138:4;147:5;160:16;
175:16
**tools (2)**
10:6;129:12
**top (16)**
33:6;48:15;65:17,17;
78:22;80:1;104:7,23;
107:5,8;113:1,4,5;
117:19;133:21;141:22
**top-heavy (2)**
83:21;87:18
**Tops (8)**
19:6;21:15,18,19,24;
32:1;33:13,18
**totally (1)**
166:13
**tough (1)**
122:9
**toward (1)**
142:10
**towards (9)**
89:11,21,22;98:8;
109:17,24;111:10,20;
112:3
**towers (1)**
39:6
**town (2)**
11:20;149:20
**TR81 (3)**
35:20;63:25;65:24
**tracks (3)**
51:13;72:10;138:17
**tractor (21)**
35:22,25;36:4,6,14;
37:12;46:5;63:24;
64:23;65:4;67:20;
73:10,12;74:9;75:11;
77:2;95:16;102:20,22,
25;141:18
**tractor-trailer (15)**
17:8,9,11,23;18:22;
26:23;31:10;32:5,16;
33:2,14;46:17;49:22;
52:19;63:23
**tractor-trailers (1)**
17:7
**trade (2)**
16:3,5

**traffic (1)**
138:16
**trailer (174)**
14:22;26:25;27:10,
10;32:17;33:8;37:5;
38:7;39:11,11,12,15,
18,23;40:23;41:1,8;
43:14,18,21;44:1;
45:22;46:6;48:8,9,24;
49:16;57:17;62:9;64:1,
13,24;65:4,24;67:2,6,
11,20;68:2;69:10,19,
20,22,23;70:20;73:19,
21;74:3,4,5,6,7,12,13,
16,19,21;75:2,7,14,22;
76:15,18;77:11;80:11;
82:14,16,18,21,24;
83:1,7,23;84:1,4,6,19;
85:1,2,4,6,9,13,13;
86:4,22;87:8,11,13,14,
21,23;88:6,10,11,16,
21,21,24;89:15,17,18;
90:8;92:11;93:6;94:9,
19,23;95:7,12;96:2,3,6,
19;98:23;100:5,22;
101:3,7,10,13,18;
103:1,1,12,17,25;
104:1;109:17;110:13,
16,18,21,21;111:13,20,
22,23;112:4,4,14,23;
115:3;116:25;117:13,
16,19;118:5,12;
119:21;120:3;122:14;
124:14,20;125:4,9;
127:20,24;129:16;
130:5,25;131:4;
132:16;134:1;135:19;
139:14;140:10;141:19,
21,22;142:9;144:25;
145:3,5
**trailers (29)**
37:12,14,15;38:19;
39:19;40:5,11;42:21,
22;48:10;49:24;50:18;
54:3;67:9,25;68:21;
69:4,6;70:10,12,23;
71:8,12;73:20;99:1;
100:18,19;130:7;
142:23
**trailer's (1)**
88:24
**train (5)**
19:7;128:15,17;
138:17;165:14
**trained (1)**
17:21
**Training (9)**
16:19;21:11,23;22:1,
3;46:14,24;128:19;
169:13
**transcript (3)**
4:19;61:2;93:20
**transcripts (2)**

60:24;61:9
**Transit (4)**
5:13;7:16;9:18;
14:20
**transport (4)**
38:19,25;39:3;48:5
**Transportation (1)**
5:18
**transported (7)**
39:2;45:6,15,15,23;
46:1;62:9
**transporting (5)**
32:9;38:22;45:10,16;
46:21
**travel (1)**
143:11
**treat (1)**
157:20
**treated (2)**
157:15;166:18
**treating (2)**
152:14;169:9
**treatment (4)**
149:11,23;151:9;
152:6
**tree (1)**
76:11
**trial (1)**
4:21
**tried (1)**
12:10
**trip (1)**
126:18
**Tripi (2)**
32:24;33:22
**Tripifoods (3)**
21:15;32:2,4
**triples (2)**
18:25;19:5
**trips (1)**
143:14
**trouble (1)**
7:12
**truck (44)**
16:19;18:4,8;20:13;
21:21;26:21,22;29:1,
22;31:16,18,20,23;
32:14,15;35:2,16,17,
21;36:3;37:2,4;38:18;
46:18;49:22,23;51:12;
58:24;65:7,10,17;
68:16,17;103:22;
105:2;109:8;135:19;
146:5,20,21;147:19;
170:18;176:20;180:12
**trucking (4)**
17:6;22:2;53:24;
170:9
**trucks (5)**
26:17;31:7,9;54:1,1
**truck's (1)**
146:7
**true (10)**

23:8;100:23;135:20;
136:2,6,7;138:21,22;
142:12;152:10
trusted (1)
53:23
truth (3)
18:3;152:25;170:10
truthful (1)
152:21
try (14)
13:8;14:6;55:23;
70:5;89:21,22;99:13,
13;105:17;134:23;
169:1;174:24;180:10,
11
trying (12)
14:8;22:16;75:21;
76:12;85:14;89:12;
93:19;121:6,12;
133:10;140:17;174:11
tugging (1)
116:13
turning (1)
114:25
turns (1)
180:17
TV (2)
180:10,11
twelve (5)
84:14,15,17;97:9,9
twenty (9)
7:12;37:19;40:13;
69:12;75:25;76:4;
95:20,21;169:2
twenty-four (1)
176:21
Twenty-seven (1)
8:18
two (45)
11:13,22;13:20,24;
23:14,17;25:21;27:10;
33:19,21;37:24;40:18;
41:16;42:7;53:15,15;
56:23;68:12;73:20;
81:5,5,15;84:11,13,14,
14,14,15,17;87:25;
89:24;92:16,18;99:20;
100:4,8;112:7,12;
119:17;136:8;140:8;
154:14;167:25;178:23,
24
two-week (1)
60:2
Tylenol (1)
160:15
type (6)
16:11;31:16;37:14;
55:18;85:13;119:2
types (4)
17:4,9;40:15;47:11
typical (2)
36:25;99:1
typically (1)

36:19;39:24;152:16

**U**

ugh (1)
145:22
ultimately (7)
62:9;79:17;94:1;
144:19;149:18;152:6;
156:18
unchain (4)
46:10;73:22;96:19;
105:2
unchaining (1)
91:19
uncomfortable (1)
179:20
under (3)
5:5;69:20;163:10
underneath (6)
91:18;99:19,21;
100:2;123:25;135:5
understands (1)
115:25
Understood (4)
9:17;18:10;75:1;
86:11
unemployment (1)
173:5
unexpected (1)
125:24
unhook (1)
67:11
uniforms (1)
35:2
union (4)
21:14,16,17,24
unknown (1)
142:14
unless (3)
35:7;36:1;137:21
unload (2)
39:17;52:1
unloaded (2)
50:17;101:19
unloading (2)
29:15;49:15
up (177)
12:25;13:1,8;14:8;
15:4,6,10;17:12,12;
19:2,8;24:22;27:8;
31:3,22,23;34:3;38:7,
7;39:10,11;44:10;46:8,
12,13,21;47:7;48:16,
17,19;51:23;52:9;53:4;
55:12,19;56:11;58:10;
60:9,14;62:20,21;
63:20;64:15;65:17;
66:17,25,25;67:2,5,6,7,
20;69:5,18,21,23;70:3;
71:1;72:17;73:19,20,
23,24;74:5,12,16,18,
19,24,25;75:1,4,8,8,14,

20,23,24;76:1,8,9,15,
24;77:1;78:3;82:1,2,6,
7,22;87:3;91:15;94:13,
19,21;95:1,13;96:18;
102:1,5;103:5,23;
104:25;105:3,10,13,18,
20;106:9;107:4,5,8,13;
108:4,10,14,22;110:5,
8,14,16;111:5,11,18;
112:15,16;113:23,25;
114:7,21,22,23,25;
115:2,7,13;116:2,5,23,
25;117:25;118:12;
120:23;122:23,24;
125:1,15;128:21;
132:10,16,17;133:7,10;
136:4;141:8,9;142:11;
144:20;145:4,11,11,21;
149:2;151:20;156:17;
159:13;162:1,19;
168:5,9,10;169:23;
170:20;173:21;175:16;
177:14;180:9
upped (1)
176:4
upper (1)
81:19
upstairs (1)
15:7
upstairs-downstairs (1)
9:22
USA (2)
16:19;21:11
use (11)
30:16;37:12;44:1;
55:18;67:15;99:13;
132:9;181:24,25;
182:2,4
used (23)
10:24,25;12:24;
20:17;30:24;40:11;
44:2;47:9;53:22;73:7;
99:4,8;105:11,13,22;
106:3,6,8,9;138:16;
170:17;175:3;179:25
using (8)
44:7;64:12;90:20;
119:6;141:18;142:23;
163:5;181:22
Usually (1)
105:7
utilized (3)
43:5,7,8

**V**

vacations (1)
178:11
valid (1)
176:23
Van (6)
28:17;29:5,10,12;
29:31:10

variables (2)
56:1;130:20
variety (1)
40:14
vehicle (3)
20:4;145:24;177:4
vehicles (3)
17:15;20:11;22:4
verbally (2)
5:23;48:2
verification (2)
24:16;25:18
vertebrae (1)
167:4
vests (1)
72:7
viaduct (1)
66:17
viaducts (1)
66:16
vicinity (1)
102:2
video (1)
6:8
view (5)
111:24;139:19,24;
140:1,2
Virginia (1)
32:8
visible (1)
101:9
visit (1)
162:17
visits (2)
162:12;169:2
visual (1)
127:20
vocational (2)
164:13;169:13
Volkswagon (1)
45:14
VPC (6)
26:3;27:21,25;28:8,
13,16

**W**

W-2 (1)
34:10
W-2s (2)
173:14,18
wages (3)
171:2,9;173:19
waist (2)
121:18,21
wait (9)
6:13;14:6;51:24;
67:8;76:6;78:10;95:23;
137:22;178:25
waiting (7)
51:19,20;72:24;74:7;
95:9;108:24;118:13
waived (2)

4:18,19
walk (3)
111:23;112:15;
159:23
walked (8)
110:15;112:3,20;
120:16;122:22;142:10;
145:14,22
walking (16)
95:9;100:21;112:20;
116:15,17,18,22;118:1,
17;119:11;120:19;
125:15;139:18,20;
143:5,11
Walmart (1)
11:20
WALTER (6)
5:13,16;7:7;8:16;
134:6;180:8
Walters (1)
140:3
wants (3)
78:10;162:20;169:18
warehouse (3)
27:7,7,8
watch (4)
132:24;143:4;
180:10,10
watching (6)
107:18;118:17,18;
133:4,5;143:12
water (4)
145:15,16,17,24
waters (1)
145:23
way (19)
27:18;42:14;43:14;
45:23;48:19;54:21;
55:24;59:6;80:1;86:3;
103:15;104:12;111:17;
112:16;114:9;118:11,
12;128:9;143:17
wear (1)
118:24
wearing (2)
72:7;119:2
weather (2)
131:9;167:12
Webster (3)
38:1,6;54:22
weeds (1)
69:5
week (8)
9:5;13:6;51:4;57:7,8,
20;60:4;171:23
weekend (1)
9:11
weekly (1)
170:25
weighs (1)
180:2
weight (7)
10:19;33:5;55:24;

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

64:14;89:21;179:22,24

**weights (1)**
48:20
**weird (3)**
77:17;87:1;119:6
**well-known (1)**
150:21
**wells (4)**
91:20;96:19,21;
98:23
**weren't (1)**
139:8
**West (1)**
32:8
**wet (1)**
143:13
**whacked (1)**
118:19
**whatnot (1)**
151:9
**What's (24)**
17:18;22:10;26:7;
53:20,24;54:11,14;
55:13;66:4;73:12;76:6;
78:9;83:14;88:17;
91:14;94:5;107:16;
117:20;154:5;163:11;
164:23;167:12;168:25;
180:8
**wheel (1)**
46:5
**whenever (3)**
11:21;46:9;169:1
**Whereupon (2)**
4:1,14
**wherever (8)**
17:24;31:5;43:14;
48:19;51:22;54:9;
79:17;129:25
**white (2)**
80:2,4
**whole (7)**
34:21;36:23;63:23;
97:4,4;102:13;145:12
**Who's (3)**
77:20;159:3;169:21
**wide (4)**
39:7;40:14;88:22,25
**width (3)**
40:16;87:10,12
**wife (13)**
10:8;14:18;15:7;
21:7;24:11;134:19;
157:15,20;172:25;
177:16;178:1;180:15,
22
**wife's (1)**
136:9
**William (3)**
137:24;138:6,8
**winch (99)**
43:13;83:4,5,6,8,9,
13,14,17;84:1;86:14,

15,16,17,21;87:3,7,11;
88:18;89:8,14,17;90:9;
91:9,11;92:10,10,13,
14;93:5;94:10,15;
95:17;96:11,12,13;
97:17,23;101:19;
103:17,25;104:6,9,10,
22;105:2,9,18,19,21,
23;106:8,23;107:5,6,
25;109:12,16,16,19,20;
110:7,17,20;111:3;
113:13;114:6;116:9,
16;118:2,16,18;
120:25;121:14;122:5,
14,19;123:1,7,8,22,23,
25;124:3,14,19;126:2,
5,10;129:15;131:4,13;
132:13;133:10;138:24;
139:7,12;144:19;145:5
**windmills (1)**
43:25
**winter (2)**
38:8;173:4
**wipers (1)**
65:21
**wish (1)**
164:2
**Within (4)**
124:16,18;125:5;
164:14
**without (1)**
156:7
**witness (17)**
4:4,11;5:9,21;6:2,5,
11,16,20;60:22;61:1,5;
78:3;94:6;128:1;
133:22;146:14
**witnessed (1)**
127:17
**witnesses (1)**
60:24
**wonder (1)**
153:23
**wood (13)**
86:8;88:15;89:4,14;
91:10;92:1,14;112:24;
120:1;130:8,17;132:3;
140:9
**wooden (6)**
99:19;100:9;110:24;
113:1;117:23;140:9
**woods (2)**
10:1;12:4
**words (7)**
22:16;23:17;59:24;
64:20;75:1;90:20;
180:24
**wore (1)**
35:2
**work (41)**
9:15;22:12;24:6;
26:5,5,18;27:20;
28:10,16;31:25;33:1,

18,20;37:2;38:4;54:5,
15;56:24;57:3,21;
58:16;59:12;62:6;
63:20;119:2;129:13;
138:20;156:7,8,15;
169:21,22;170:8,18,18;
171:5;173:1,6,8;
176:18,21
**worked (18)**
8:4;23:25;25:22,23;
26:3,6,8;28:7;29:25;
35:12;38:5,6;44:14;
46:20;54:21;103:18;
112:1;129:25
**workers (2)**
54:16;118:9
**Workers' (7)**
60:20;149:4;152:10,
15;170:22;178:20;
179:6
**Working (20)**
11:3;28:14,15;30:1;
31:8;33:8;36:12;43:22;
46:20;48:3;54:8;
100:22;138:13;143:11;
155:2,7;173:1,10;
176:10,22
**worksite (1)**
38:23
**world (3)**
6:19;122:3;176:15
**worse (2)**
160:6;161:21
**wrenches (2)**
95:6,24
**write (4)**
65:22;137:21;141:9;
175:5
**writes (1)**
141:8
**writing (1)**
60:9
**written (5)**
19:15,16;59:19,20;
61:13
**wrong (5)**
36:2;65:12;81:4;
126:13,16
**wrote (2)**
59:16,17

**X**

**x-rays (2)**
152:1,3

**Y**

**yard (22)**
9:21;39:16,23;58:7,
9;63:15;65:24;68:23;
69:16;70:1,7,9,18,22,
24,25;82:19;83:24;

94:14;95:16;130:8;
178:3
**year (10)**
11:10;15:21;26:19;
43:19,20,22;142:19;
165:3,10;169:14
**years (28)**
7:13;9:3,19,24;
10:14;11:13,22;12:12,
16;14:24,24;19:5;
20:19;24:8;33:19,21;
43:4;51:5;84:8;148:23,
23,23;150:6;165:18;
175:22;178:12,23,24
**yellow (2)**
78:18,24
**yellowish (2)**
79:13;81:8
**Yep (17)**
8:16;12:18;60:18;
61:24;63:4;75:21;
93:17;95:5;98:18;
102:23;104:24;138:2;
144:14;161:7;166:7;
171:7;172:6
**yesterday (2)**
60:25;61:18
**York (6)**
5:14;8:21;28:1;32:8;
38:1;68:22

**Z**

**Zafur (1)**
163:1
**Zoloft (3)**
153:22;154:1,5
**Zoom (1)**
103:9

**0**

**03-2017 (1)**
133:23
**09 (1)**
8:2

**1**

**1 (1)**
137:25
**1:53 (1)**
144:9
**1:54 (1)**
144:14
**10 (1)**
172:18
**10:00 (2)**
136:16;137:1
**100 (1)**
180:22
**104 (2)**
28:1,6

**10478 (1)**
28:4
**105 (1)**
10:20
**10th (1)**
172:13
**12/12/67 (1)**
6:23
**13 (2)**
24:15;26:10
**14028 (1)**
5:14
**17th (1)**
59:13
**1884 (4)**
5:13;7:16;9:17;
14:20
**19 (3)**
11:24;56:23;165:6
**1986 (1)**
15:22
**1st (1)**
156:11

**2**

**2:00 (1)**
101:14
**2:15 (1)**
101:14
**2:30 (3)**
136:19,19;137:10
**2:40 (2)**
136:19;137:10
**20 (9)**
43:16;57:8,12;59:11,
14;139:19,25;165:6;
180:2
**2009 (1)**
21:5
**2013 (6)**
25:22,24;26:15,16;
35:13,25
**2015 (1)**
173:15
**2016 (1)**
173:18
**2017 (24)**
23:11;25:24;35:13,
25;43:17;50:2;51:1;
56:16,23;58:13;59:2,
11,14;63:21;130:4;
138:14,23;144:14;
148:18;149:3,10;
150:3;156:12;158:3
**2018 (5)**
23:21,23;159:16,24;
162:11
**2019 (6)**
11:23;165:5,8;
166:22;170:2;172:12
**2020 (6)**
24:15;137:25;170:4;

ALAN WALTER vs.
CSX TRANSPORTATION, INC.

ALAN WALTER
February 9, 2021

171:14;172:13,19
**2021 (2)**
167:19;170:4
**205 (1)**
10:20
**20th (3)**
62:15,16;63:16
**21 (16)**
25:23;43:16;50:2;
51:1;56:16;57:7;58:13;
59:2;63:21;130:4;
138:14,23;148:18;
149:3,10;150:3
**21st (3)**
50:12;62:10;64:17
**22 (2)**
23:21,23
**22nd (2)**
144:11;159:15
**24 (3)**
84:21,22;88:17
**24th (2)**
144:12,13
**26 (3)**
84:21,22;88:17
**27 (1)**
166:22

---

**3**

**3 (4)**
45:5,19,21;46:3
**30 (4)**
116:8;131:15;
165:18;166:2
**300 (4)**
44:16,18;48:10;53:2
**319 (1)**
5:6
**32 (1)**
163:12
**32118 (1)**
102:18

---

**4**

**4 (5)**
45:5,19,21;46:3;
48:10
**40 (1)**
28:12
**400 (4)**
39:14,15;44:16;53:2
**43,107.67 (1)**
173:15
**45 (1)**
115:14
**49 (2)**
85:20,22

---

**5**

**5 (1)**

158:17
**500 (1)**
45:5
**53 (1)**
6:25
**55 (1)**
131:14

---

**6**

**6 (1)**
45:21
**6:15 (1)**
59:3
**6:30 (1)**
37:4;58:22;59:3
**60,000 (2)**
131:14,15
**600 (51)**
43:13,23;44:7,8,9,
10;45:19;46:3;48:9,9;
53:22;67:9;69:4,8,18,
24;70:1,12;71:4,5,8,9,
11,16;72:18,21;73:1,
23;74:10,14,18,24;
75:7,9;81:19,25;82:6;
95:4,18;101:16;
104:21;107:9,13;
108:4;111:4;112:15;
122:23;130:24;138:20;
144:20;147:21
**65 (1)**
64:7

---

**7**

**7/21 (1)**
135:12
**7/21/17 (7)**
22:9,14,21;23:3;
134:8,10,21
**7/22 (2)**
135:1,12
**7/23 (2)**
135:5,12
**7/24 (3)**
135:9,9,12
**7:00 (3)**
37:3,7,8
**7:30 (2)**
61:25;66:2
**70 (1)**
166:3
**79 (1)**
27:2

---

**8**

**8 (1)**
172:11
**84 (1)**
20:10
**85 (2)**

20:10;141:14
**86 (1)**
13:18
**88 (1)**
16:22
**89 (1)**
32:3

---

**9**

**9 (1)**
167:19
**9:30 (2)**
136:16,25
**9045 (1)**
7:3
**9th (1)**
94:6