# EXHIBIT J

TaxMap Data | Assessment Data | Split Process | Repeat Owner |

## TaxMap Data

| Swis | SBL | Property Location | Flag | Previous SBL |
|---|---|---|---|---|
| 140200 | 112.07-1-3 | BAILEY AVE | R | |

| SBL Key | Easting | Northing | Acres Meas | Acres Deed | Township | Range | Se |
|---|---|---|---|---|---|---|---|
| 140200112070001003000 | 439144 | 1055089 | 9.1 | 0 | 11 | 7 | 0 |
| | | | | | | | 0 |

Lot Description

Notes

| | Front | Depth |
|---|---|---|
| | 8.9 | 0 |

SubDivision

Copy Coord

✕ Delete

| Click | Seq No. | Owner Name | Liber | Page | Deed Date | AI |
|---|---|---|---|---|---|---|
| | 4 | CSX TRANSPORTATION INC | corp | merge | 2004-08-27 | 147337 |
| | 3 | NEW YORK CENTRAL LINES LLC | 10957 | 9391 | 1999-10-01 | 146611 |
| | 3 | NEW YORK CENTRAL LINES LLC | 11006 | 5902 | 2002-05-20 | 146612 |
| | 2 | CONSOLIDATED RAIL CORP | 8706 | 513 | 1978-10-11 | 32714 |
| | 2 | CONSOLIDATED RAIL CORP | 9027 | 627 | 1981-06-11 | 32714 |
| | 1 | PENN CENTRAL 15 N 32ND ST | 1926 | 479 | 1927-04-20 | 32713 |

| | Seq No. | Owner | Liber | Page | Deed Date | |
|---|---|---|---|---|---|---|
| | 5 | | | | | |

Cancel | Copy | Paste | Save Owner |

Not Billed under this #
because it's a Railroad/utility