UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALAN WALTER

              Plaintiff,                      **AFFIDAVIT**

-vs-

                                          Docket No.: 1:19-cv-01583-WMS-JJM

CSX TRANSPORTATION, INC.

              Defendant.

STATE OF NEW YORK   )
COUNTY OF ERIE         )

       ALAN WALTER, being duly sworn, does depose and state:

1. I am the Plaintiff in the above-captioned action, which involves an accident which occurred on July 21, 2017 while working for Clark Rigging in connection with a project contracted with CSX Transportation, Inc. regarding the demolition of a railroad bridge, and the erection of a new one at that location.

2. During the course of unloading a winch to construct the 600 ton crane to be used for the demolition, I fell through a hole in the trailer which was located under the winch before it was lifted.

3. As a result of the fall, I sustained serious injuries requiring surgical intervention.

4. Annexed hereto as Exhibit A are photographs depicting the entrance to the property where the accident occurred. The photographs accurately depict that location and signs that are posted on the property.

5. Annexed hereto as Exhibit B is a map depicting the area where the work was being performed.

6. On Exhibit B, I have placed an "X", alongside my initials, which shows the area where the trailer was parked at the time of my accident, and where the accident itself took place.

7. It is my understanding that the parcel, which had been selected by the CSX Project Manager for the crane setup to be done, was owned by CSX Transportation, Inc. at the time my accident occurred.

WHEREFORE, deponent respectfully requests this Court enter an Order as follows:

1. Granting summary judgment on the issue of liability against the Defendant, CSX Transportation, Inc.; and

2. For such other and further relief as this Court may deem just and proper.

DATED:   September 9, 2021

_____
ALAN WALTER

Sworn to before me this
9 day of September, 2021

_____
Notary Public

Kalissa S. ~~Schelble~~ Rondinelli
Notary Public, State of New York
Registration No. 01SC6255021
Qualified in Erie County
Commission Expires January 30, 2024