UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALAN WALTER

                Plaintiff,            **AFFIRMATION OF SERVICE**

   -vs-

                                      Docket No.: 1:19-cv-01583-WMS-JJM

CSX TRANSPORTATION, INC.

                Defendant.
_____

      I, BOYD L. EARL, ESQ., make the following affirmation under penalty of perjury:

      That on September 14, 2021, affiant served a copy of the Motion for Summary Judgment in the above-entitled action upon all of the parties in this case by mailing the motion papers enclosed in a first-class, postage paid wrapper and properly addressed to the attorney for Defendant, CSX Transportation, Inc., at the following address: **Philip Gulisano, Esq., Nash Connors, P.C., 344 Delaware Avenue, Suite 400, Buffalo, New York 14202**, placed in an official depository under the exclusive care and custody of the United States Post Office Department, located at Franklin and Mohawk Streets in Buffalo, New York.

      I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

      Affirmed this 14th day of September, 2021.

                                                /s/BOYD L. EARL, ESQ.
                                              BOYD L. EARL, ESQ.