# **EXHIBIT H**








