# **EXHIBIT I**


