## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September 2021, a copy of the foregoing Notice of Motion for Summary Judgment, Affidavit in Support of Defendant's Motion for Summary Judgment, Rule 56.1 Statement of Material Facts in Support of Defendant's Motion for Summary Judgment, and Defendant's Memorandum of Law in Support of Motion for Summary Judgment were electronically filed using the CM/ECF system with the Clerk of the District Court to the following:

Boyd L. Earl, Esq.
LoTEMPIO P.C. LAW GROUP
181 Franklin Street
Buffalo, New York 14202
(716) 855-3761

*/s/ Philip M. Gulisano*

_____
Philip M. Gulisano