# EXHIBIT 2

1     UNITED STATES DISTRICT COURT

2     WESTERN DISTRICT OF NEW YORK

3     -----------------------------------------------

4     **ALAN WALTER,**

5          Plaintiff,

6     -vs-                 19-CV-01583-WMS-JJM

7

8     **CSX TRANSPORTATION INC.,**

           Defendant.

9     -----------------------------------------------

10           Examination Before Trial of

11    **WILLIAM MERSMANN,** held before Jennifer A.

12    Drakulich, Notary Public, at DePaolo Crosby

13    Reporting Services, 135 Delaware Avenue, Suite

14    301, Buffalo, New York, on Wednesday, October

15    21st, 2020 at 11:20 a.m., pursuant to notice.

16

17

18

19

20

21

22

23

1          **A P P E A R A N C E S**

2     APPEARING FOR THE PLAINTIFF:

3                    **LOTEMPIO P.C. LAW GROUP**
                     **BY:   HEATHER BAUMEISTER, ESQ.,**
4                    181 Franklin Street
                     Buffalo, New York 14202
5                    (716) 855-3761

6     APPEARING FOR THE DEFENDANT:

7                    **NASH CONNORS, P.C.**
                     **BY:   PHILIP M. GULISANO, ESQ.,**
8                    344 Delaware Avenue
                     Suite 400
9                    Buffalo, New York 14202
                     (716) 842-4121

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1                    **W I T N E S S E S**

          WITNESS              EXAMINATION              PAGE
2
          WILLIAM MERSMANN
3
                    By Ms. Baumeister        4, 64
4                   By Mr. Gulisano          19, 67

5
                         **E X H I B I T S**
6         EXHIBIT          DESCRIPTION              PAGE

7          (No exhibits marked)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1    **W I L L I A M   M E R S M A N N**

2    716 Geer Road, Arcade, New York, 14009 having

3    been first duly sworn, was examined and

4    testified as follows:

5

6    **EXAMINATION BY MS. BAUMEISTER:**

7    Q. Mr. Mersmann, my name is Heather Baumeister.

8    I represent Alan Walter with respect to

9    injuries he sustained in this accident July

10   21st, 2017.

11   A. Yeah.

12   Q. I'm just going to ask you a couple

13   questions --

14   A. Sure.

15   Q. -- so we can see what happened.

16   A. Yep.

17   Q. Have you ever given a deposition before?

18   A. I have not.

19   Q. No.  Okay.  I'll go over some ground rules

20   with you.

21   A. Okay.

22   Q. So we have a court reporter who's going to

23   take down everything that's said.

**WILLIAM MERSMANN**

1    A. Yep.

2    Q. She can only take down what one person is

3       saying at a time, so if you could wait till I

4       finish my question and you can give your

5       answer --

6    A. Okay.

7    Q. -- we can get it all on the record.

8    A. Sure.

9    Q. She also can't take down head nods or shoulder

10      shrugs --

11    A. Yes.

12    Q. -- or anything like that.  Verbal answers are

13      the best way to go.  And if I also ask a

14      question you don't understand, let me know and

15      I'll rephrase it.

16    A. Okay.

17    Q. So a little background.  What's your date of

18      birth?

19    A. 9/20/63.

20    Q. Can you tell me a little bit about your

21      educational history?

22    A. I quit school in 9th grade when I was 16 and

23      that's when I got into construction.

WILLIAM MERSMANN

1    Q.  Okay.  Where did you start working, then?

2    A.  I started working for Mckinney Drilling in

3        1980.

4    Q.  Okay.  What was your position there?

5    A.  I was a welder and then I became a heavy

6        equipment operator.

7    Q.  How long did you work there?

8    A.  I worked there 20 years.

9    Q.  Okay.  And where did you work after that?

10   A.  And then after that I worked for Clark Rigging

11       for 19.

12   Q.  So that would have been around 2000 you

13       started working at Clark Rigging?

14   A.  '99.  Yeah.  Almost the end.

15   Q.  And what was your -- sorry.  Go ahead.

16   A.  I didn't mean to mumble.

17   Q.  So when you started at Clark Rigging, what was

18       your position there?

19   A.  They hired me on as a crane operator.

20   Q.  And did you have any other position throughout

21       your 19 years or so there?

22   A.  Just crane operator, truck driver, forklift

23       operator.

WILLIAM MERSMANN

1      Q.  So a bunch of stuff.

2      A.  Pretty much a crane operator, though.

3      Q.  Okay.

4      A.  Yep.

5      Q.  All right.  And then you said you worked there

6          for about 19 years.  Do you still work for

7          Clark?

8      A.  I retired two years ago.

9      Q.  Okay.  On July 21st, 2017, do you remember

10         what type of project was being done?

11     A.  It was a project for the railroad.

12     Q.  Okay.  Do you remember what you were supposed

13         to do for the railroad?

14     A.  I was running an assist crane to help put

15         together a much larger crane.

16     Q.  Okay.

17     A.  Okay.

18     Q.  With respect to the entire project, what was

19         Clark Rigging hired to do?

20     A.  They were hired to change out the old light

21         bars across the rail track, traffic control.

22     Q.  Okay.  So to remove the light rails from the

23         railroad track bridge?

**WILLIAM MERSMANN**

1      A.  Yes.

2      Q.  Okay.

3      A.  Yes.  And I can't offer too much information

4          with that because my job was just to put

5          Johnny, the previous guy here, his crane

6          together.

7      Q.  Okay.

8      A.  But -- yeah.

9      Q.  So your role within that entire project, was

10         it just on that single day?

11     A.  I think we were there two or three days

12         putting this crane together -- Johnny's crane

13         together, 600-ton.

14     Q.  Okay.  Was that July 21st the first day, or

15         was that a little later in the assembly?  If

16         you remember.

17     A.  Probably would have been the second day.

18     Q.  Okay.

19     A.  Yeah.

20     Q.  Do you remember who Clark Rigging was hired

21         by?

22     A.  I believe the CSX or whatever that rail --

23     Q.  CSX Transportation?

WILLIAM MERSMANN

1    A. Correct.

2    Q. Okay.  And then on July 21st, 2017, were you

3       on the job site?

4    A. I was on the job site, yeah.

5    Q. And, to your knowledge, that job site's owned

6       by CSX Transportation?

7    A. Their property, yes.

8    Q. So you said that you're a crane operator?

9    A. Mm-hm.

10   Q. So can you just tell me a little bit what your

11      tasks would have been that day, July 21st,

12      2017?

13   A. Mm-hm.  I was running the 60-ton crane to

14      assist Johnny putting together his much larger

15      crane.

16   Q. And when you say Johnny, you mean John Clark?

17   A. John Clark.  Yep.

18   Q. Okay.  So in running that crane, what would

19      you do?

20   A. Put the boom on, put outriggers on, Johnny's

21      winch.

22   Q. Okay.

23   A. Yeah.  And I think he had a luffer jib, so

**WILLIAM MERSMANN**

1        that means not only was Johnny's main boom on

2        his crane, but we had to build an extension

3        onto it, if my memory serves me right.  Yeah.

4    Q. So do you have any knowledge about a trailer

5        that was involved?

6    A. I do.

7    Q. Okay.  What was on that trailer?

8    A. The 600-ton winch.

9    Q. Okay.

10   A. Yeah.

11   Q. And you said that would be lifted off and put

12       onto another crane?

13   A. That is correct.

14   Q. Okay.  And then the trailer would have been

15       used to transport that winch to the job site?

16   A. That is correct.

17   Q. In removing the winch from the trailer, what

18       is the process that would happen with that?

19       If you know.

20   A. Yeah.  They would -- Al Walter would have

21       pulled the trailer close to the crane that I

22       was operating.

23   Q. Okay.

**WILLIAM MERSMANN**

1   A. And I think it's only held on by four chain
2      binders, so it's just a matter of taking those
3      chain binders off.
4   Q. Do you know whose job it would be to take the
5      chain binders off?
6   A. Typically it's the truck driver.  Usually
7      that's his job.
8   Q. Okay.
9   A. And then there's always somebody to pitch in.
10  Q. And so Alan Walter would have been the truck
11     driver on that day?
12  A. That is correct.
13  Q. So after he would take off the four chain
14     binders, typically what would his next role
15     be?  I know you're not a truck driver, but --
16  A. He would assist the guys hooking up the
17     rigging so it can be lifted.
18  Q. Okay.  And then on that day, July 21st, 2017,
19     was he assisting in that?
20  A. Mm-hm.  Yes.
21  Q. Okay.  And after the rigging is hooked up, do
22     you know what he would do after?
23  A. He would stand back, yeah.  Rule of thumb is

**WILLIAM MERSMANN**

1        everybody gets out of the way.

2    Q. Sure.

3    A. And I believe it was Johnny Clark that was

4        giving me crane signals.  Okay?  Yeah.

5    Q. So you were in the crane -- the one crane?

6    A. I was operating the crane.

7    Q. How far away would you say you were from the

8        crane to the trailer?

9    A. Probably no more than 25 feet.

10   Q. Did you see Alan Walter at the time that you

11       were in the crane?

12   A. Typically I'm focused on the man signalling

13       and the piece that I'm lifting, so was I

14       paying attention to Al?  Probably not.

15   Q. Okay.

16   A. As a matter of fact, it would be my job to

17       say, you know, if you have no business being

18       there, then please stand back.

19   Q. But you would have been able to see him from

20       that position?

21   A. Sure.

22   Q. Okay.  On the trailer -- so there's the winch

23       on the trailer?

1    A. Mm-hm.

2    Q. Do you know where that was located on it?  Was

3       it, like, in the middle?  On the side?  If you

4       remember.

5    A. Yeah.  Probably just favoring the back a

6       little bit where the axles are to help carry

7       the weight.

8    Q. Okay.

9    A. If that makes any sense.

10   Q. Yeah.  I'm going to show you what was

11      previously marked as Exhibit C.  Could you

12      just point out on here -- do you recognize

13      what's in this photo?  Could you tell me what

14      that is?

15   A. Yeah.  That's the crane I was operating and

16      that hooks, like, the trailer to haul the

17      winch.

18   Q. Could you just point to where the winch would

19      have been on that trailer?

20   A. Right here.

21   Q. Okay.  And is it fair to say that's in the

22      same position where there's a missing plank?

23   A. Mm-hm.

WILLIAM MERSMANN

1    Q. Okay.

2    A. Yes.

3    Q. All right.  When the winch is on the trailer,

4       would you have been able to see --

5    A. No.

6    Q. -- the plank?

7          MR. GULISANO:  Objection.

8    A. No.  No.  We were actually all surprised when

9       it happened.

10   Q. Okay.  So would you just recount for me what

11      happened --

12   A. Mm-hm.

13   Q. -- that day when Mr. Walter fell?

14   A. Sure.  Johnny signalled me to the pick the

15      load up, and the rule of thumb is that when

16      you suspend the load, you keep it low to the

17      ground just in case anything should break,

18      it's only going to crash one foot rather than

19      ten, so I remember I picked it up a foot and

20      Johnny told me to swing over to the right.

21   Q. Okay.

22   A. Yep.  I remember that.  And Al was just kind

23      of guiding it at this point.

WILLIAM MERSMANN

1   Q. Okay.

2   A. And next thing I know is -- next thing I know,

3      he dropped down.  It was right in front of me.

4      I saw it.

5   Q. You saw him fall into the --

6   A. I did.

7        MR. GULISANO:  Objection.

8   Q. Okay.  So when Mr. Walter was helping move the

9      winch, was he using any sort of equipment?

10   A. No.  No, he wasn't.

11   Q. Okay.  No sort of tagline or anything?

12   A. I don't remember him -- I think what I

13      remember is Johnny had the tagline and Al was

14      just kind of steadying it with his hands from

15      what I remember.  Yeah.

16   Q. Okay.  So after he -- you said you saw him,

17      Mr. Walter, fall into the hole.  After that,

18      did he indicate that he was injured?  If you

19      remember.

20        MR. GULISANO:  Objection.  Go ahead.

21   A. I remember him dropping, and I remember pain

22      in his face.  Yep.  And maybe perhaps grabbing

23      his -- I remember that.  Then we all -- we

1      stopped and just said Al, are you okay?  And I

2      remember he pulled his foot back up and he sat

3      on the trailer.

4   Q. Okay.  All right.  I'm showing you what was

5      previously marked as Exhibit B.  Do you

6      recognize this photo?

7   A. Mm-hm.

8   Q. Okay.

9   A. Yeah.

10  Q. Can you tell me what it is?

11  A. That's the trailer that -- that hauled the

12     winch.

13  Q. Could you just point out to me where there's a

14     missing plank?

15  A. Yeah.

16  Q. Right there.  Okay.  Could you also tell me

17     where Mr. Walter was standing?

18  A. Yeah.  He was walking --

19  Q. Okay.  Just in front of the -- I guess that

20     would be the shortest part?

21  A. Mm-hm.

22  Q. So he was walking towards the missing plank

23     which you had previously indicated would have

1    been covered by the winch?

2    A. Yes.

3    Q. All right.  Thank you.  So you had said that

4       Mr. Walter, he was helping to steady the winch

5       at the time?

6    A. Mm-hm.  Yes.

7    Q. Okay.  And then walking forward as he was

8       doing so, and then he fell into the hole?

9    A. Yes.

10            MR. GULISANO:  Objection.

11   Q. Okay.  Do you know if the board was replaced

12      after the accident?

13   A. That I couldn't promise you, but --

14   Q. Okay.

15   A. -- I can put money on it it probably was.

16   Q. Okay.  Do you have any knowledge why the board

17      wasn't there?

18   A. I have no idea.

19   Q. Okay.  Do you know how the planks are affixed

20      onto the trailer?

21   A. I believe they're screwed down.

22   Q. Okay.  So they wouldn't have just popped off?

23   A. This is correct.

WILLIAM MERSMANN

1    Q. And would that have been normal procedure for

2       removing the winch from the lowboy trailer for

3       someone to balance it?

4    A. That would be normal procedure, yes.

5    Q. Okay.  And then just to confirm.  So on that

6       day, July 21st, 2017, you were on the CSX

7       Transportation property site removing light

8       fixtures from a railroad track?

9            MR. GULISANO:  Objection.

10   A. That is correct.

11   Q. Okay.  Okay.  Now, I'm showing what was

12      previously marked as Exhibit A.  Can you

13      identify what's in this picture?

14   A. That would be the gooseneck to the lowboy.

15   Q. Okay.

16   A. Yeah.

17   Q. So what the trailer was connected to --

18   A. Correct.

19   Q. -- at that point in time?

20   A. Yes.  There's the tractor trailer, the

21      gooseneck --

22   Q. So then over here on the right-hand side,

23      that's where the trailer would start?

WILLIAM MERSMANN

1    A.  Yeah.  You can separate it there, yes, but

2         that's where the trailer starts.  That's where

3         you separate it, and that's where you also

4         drive.  You can also drive equipment onto that

5         trailer.

6    Q.  Okay.  And then in all of the photos I've

7         shown you today, would you say those are true

8         and accurate representations of what the

9         trailer and what the gooseneck of the crane

10        looked like on July 21st, 2017?

11   A.  Yes.

12   Q.  Okay.  Do you know if there was any accident

13        report that was drafted?

14   A.  That I don't know.

15            MS. BAUMEISTER:  That's all I have.

16

17        **EXAMINATION BY MR. GULISANO:**

18   Q.  Hi, Mr. Mersmann.  My name is Phil Gulisano.

19        How are you?

20   A.  Good.  Thank you.

21   Q.  I just have a few questions for you.  Let me

22        know if this is okay based on our setup.

23   A.  I'm perfectly fine with the COVID.

WILLIAM MERSMANN

WILLIAM MERSMANN

1    Q. Okay.  Good.  A couple things.  First of all,
2       you were asked a question about on that day
3       you were removing light fixtures.  Correct me
4       if I'm wrong.
5            On the day of accident, the only task
6       that you were performing is the assisting and
7       setting up the 600-ton crane.  Is that true?
8    A. That's correct.
9    Q. Were any light fixtures -- or work done on the
10      light fixtures performed on the day of the
11      accident, July 21st, 2017?
12   A. There was no work like that done, yep.
13   Q. Okay.  What is a winch?
14   A. A winch acts as a -- a winch is a device to
15      run Johnny's luffer, and it's also a -- it's
16      also a pedestal to stack counterweight on, to
17      the best of my knowledge.
18   Q. What do you mean by that?
19   A. Well, I don't run the big cranes.  I only help
20      put them together.
21   Q. All right.  But you've been around these --
22   A. I have been around them.
23   Q. -- for your whole career, correct?  What does

**WILLIAM MERSMANN**

1          a winch look like?

2     A.   What does it look like?  Well, it's a large

3          piece of steel, I think.  I think they run

4          48,000 pounds.

5     Q.   Okay.

6     A.   I guess it's a flat structure with -- it's

7          flat on the edges to stack counterweight and

8          it has a winch, like, you know, cable spool in

9          the center of it.  Yep.

10    Q.   Okay.  And would that cable -- would that

11         winch with the cable and spool be put on the

12         larger crane and then that cable would be the

13         one that's affixed to the boom to raise or

14         lower a load?

15    A.   I believe that's the secondary winch, the

16         cable for the main boom.  That drum

17         is already on the crane.

18    Q.   Okay.

19    A.   Okay.  So this winch is for his luffer,

20         meaning his main boom, and you can put a jib

21         on the end of it which luffs.  Okay?

22    Q.   Meaning goes up and down?

23    A.   Up and down, yep.

**WILLIAM MERSMANN**

1    Q. So this was for the luffer?

2    A. Yes.  Yep.

3    Q. I'm going to try to explain -- try to

4       understand this in very simple terms, and you

5       correct me if I'm wrong.

6    A. Okay.

7    Q. And we're only talking about the main crane,

8       which was described as a 600-ton crane.

9    A. That's correct, yes.

10   Q. So it's got one boom -- I'm going to say boom

11      or an arm.  That's the first thing connected

12      to the crane, and obviously that could be

13      raised up or down by a cable, correct?

14   A. The boom itself is on a hydraulic cylinder.

15   Q. So that first primary boom, I'm going to call

16      it, is a hydraulic cylinder, correct?

17   A. Correct.

18   Q. So the main boom is on a hydraulic cylinder?

19   A. Correct.

20   Q. And then the luffer boom -- is that the proper

21      term?

22   A. It's -- yeah.  Luffer -- we'll call it a

23      luffer boom.

**WILLIAM MERSMANN**

1    Q. So the luffer boom is then connected to the
2       main boom?
3    A. This is correct.
4    Q. And the luffer boom is raised and lowered by a
5       cable.  Is that true?
6    A. That is correct.
7    Q. And is the luffer boom cable which is -- was
8       that cable and spool part of what you're
9       saying was on the winch on the trailer in
10      question?
11   A. This is correct.
12   Q. Now, I think we all kind of have a general
13      conception of what a crane looks like in
14      general.  You've got the boom in the front, in
15      the middle is some sort of housing unit where
16      the operator can be, and on the back there
17      might be a counterweight, for example, very
18      generally.  You understand that?
19   A. Sure.
20   Q. The winch that you mentioned, in the scheme of
21      things, where's that winch placed?
22   A. On the -- on the very back.
23   Q. Okay.  And is the cable that's attached to --

WILLIAM MERSMANN

1          does the cable that's on the winch go over the
2          operators's cab to the luffer boom?
3    A.  Johnny's cab is off to the right, so yes, it
4          doesn't go up.  It passes Johnny, but he's
5          over to the right and you're correct.  That
6          winch goes up to the luffer boom.
7    Q.  Do you know what a counterweight is?
8    A.  I do.
9    Q.  And again, just for the record, when you say
10         Johnny, you're talking about John Clark,
11         right?
12   A.  This is correct.
13   Q.  So I'll say John.
14   A.  Yep.
15   Q.  When we say Johnny, John's crane, we're
16         talking about the 600-ton crane, correct?
17   A.  Correct.
18   Q.  All right.  So where do the counterweights go
19         on John's crane?
20   A.  Okay.  They go on the right side and the left
21         side.  They're stacks.
22   Q.  The right side and the left side of the cab?
23   A.  On the winch.

**WILLIAM MERSMANN**

1    Q. Right.

2    A. It goes to the right of the winch and to the

3        left of the winch.  You build stacks.

4    Q. Okay.  So on the back you've got the winch,

5        you've got counterweights on each side --

6    A. Mm-hm.

7    Q. -- and the middle you've got the operator's

8        cab, and to the side of it, you've got the

9        winch cables going up to the luffer boom?

10   A. Johnny's cab is located off to the side of the

11       crane, yep.

12   Q. When you're assembling this crane --

13   A. Yep.

14   Q. -- does the winch and plate have to go on

15       before any counterweights?

16   A. It does.

17   Q. And have you been involved in assembling

18       600-ton cranes prior to July 21st, 2017?

19   A. I have.

20   Q. Many?

21   A. Not many, no.

22   Q. Are you familiar with the process?

23   A. Am I familiar?  Slightly.  I just go with

WILLIAM MERSMANN

1          Johnny Clark's order because he puts this

2          thing together and he knows it quite well.

3      Q. Okay.  To assemble such a crane --

4      A. Mm-hm.

5      Q. -- does it take one trailer or more than one

6          trailer of parts?

7      A. It takes more than one trailer of parts.

8      Q. About how many?

9      A. I think if Johnny's going -- if Johnny Clark

10         is putting all of his counterweight on and is

11         building a big luffer jib, then I believe it

12         takes like 18, 20 trailers.

13     Q. And do you know what he was doing on this

14         particular day in terms of what kind of crane

15         he was building?

16     A. You mean the 600-ton crane?

17     Q. Yeah.  Well, how many trailers did it take to

18         build that crane?

19     A. So it was -- the boom came in on one,

20         outriggers came in on another, the winch

21         set-up trailer.  I'm going to say maybe nine.

22     Q. Okay.  Now --

23     A. Because there's different counterweight

**WILLIAM MERSMANN**

1      configurations that Johnny can go with, yep.

2    Q. Now, nine loads are required?

3    A. Mm-hm.

4    Q. Do each of these loads come on the same

5      trailer?  In other words -- let me finish the

6      question.

7    A. Yep.  Yep.

8    Q. Do they bring one piece, leave, go get another

9      piece on the same trailer, or are they

10     essentially nine separate trailers that come?

11    A. They would be nine separate trailers.

12    Q. And are all of these trailers and drivers

13     operating these tractors pulling the trailers

14     employed by Clark Rigging?

15    A. For the most part, yes, but if Clark is

16     extremely busy, they will sub out drivers with

17     their trucks.

18    Q. I should ask.  You were served a subpoena for

19     your testimony today, correct?

20    A. Correct.

21    Q. And upon receipt of this subpoena, did you

22     have a conversation with the law office that

23     served the subpoena on you?

WILLIAM MERSMANN

```
 1      A. Not really about the case, no.

 2      Q. Well, did you have a conversation?

 3      A. I honestly -- I really -- I can't answer that.

 4         I don't know.  I honestly don't know if we

 5         did.  We had small talk.

 6      Q. So did you call the law firm, or did they call

 7         you?

 8      A. They called me.

 9      Q. And when was that call?

10      A. I honestly couldn't tell you.

11      Q. Did you have any conversation at all about the

12         facts and circumstances surrounding the

13         accident?

14      A. I honestly -- I'm sure they asked me if I was

15         there and if I saw what had happened, but

16         other than that, I didn't get into too much

17         detail, if I got into anything at all.

18      Q. Do you know who in particular you spoke to?

19      A. I don't.

20      Q. Did you give any sort of a written statement?

21      A. You know, I believe I did.

22      Q. All right.  And who did you give a statement

23         to?
```

**WILLIAM MERSMANN**

```
1    A.  I'm trying to figure out when he came to my
2        house, because he came out to -- there's a
3        girl that dropped this paper off at my house.
4    Q.  Sure.
5    A.  And you have to remember something that I lost
6        my wife four years ago to cancer and I'm
7        raising three kids, so it's one of the reasons
8        why I retired.  I got a lot going on.
9    Q.  I'm sorry to hear that.
10   A.  I really have a lot going on.
11   Q.  And I appreciate it, and I'm just trying to
12       figure out what, you know -- what you know and
13       what you remember.  That's all.
14   A.  Yep.  I do have it written down when this was
15       dropped off at my house.  I don't know if
16       that's going to help you.  There was a guy
17       that came out and subpoenaed me, so I don't
18       know the dates on that.  I can guarantee it's
19       in this book.
20   Q.  Let me ask you this.
21   A.  Sure.
22   Q.  Don't worry about when.  Do you recall giving
23       or signing a written statement in conjunction
```

**WILLIAM MERSMANN**

1      with this case?

2   A. I believe that I might have.

3   Q. Okay.  When is the last time you spoke to Mr.

4      Walter?

5   A. Mr. Walter, I don't know.  A couple months

6      ago.  We'll text each other verbally on the

7      phone.  It's been a while.

8   Q. Once you were subpoenaed, did you have any

9      conversations with him about what it was

10     about, what your testimony might be, or

11     anything like that?

12  A. I don't believe so.  Nope.

13  Q. In any of the conversations you had with him,

14     have you discussed the sum and circumstances

15     of the incident?

16  A. He just -- no.  He told me that he had an

17     operation.

18  Q. Okay.

19  A. Yep.

20  Q. Anything else?

21  A. Not that I can recall, because honestly I

22     don't like to get into the middle of this

23     stuff and the only reason I'm here is because

**WILLIAM MERSMANN**

1           I was there.

2     Q.  Sure.  I appreciate that.

3     A.  Yeah.  And I'm grateful that I was -- never

4           got hurt or I had to sit and do this for

5           compensation.

6     Q.  Now, you're -- I know you passed John Clark in

7           the hall as he left and you're aware that he

8           testified prior to you, correct?

9     A.  Yes.

10    Q.  I'll represent to you that John testified that

11          there were counterweights on the trailer that

12          were being removed at the time of the

13          incident.

14    A.  Okay.

15    Q.  It's your testimony that it was a winch.

16    A.  Yep.

17    Q.  Are those two different things?

18    A.  They were, yeah.

19    Q.  And your recollection is that it was a winch

20          and not counterweights?

21    A.  It was, yep.

22    Q.  And do you believe John Clark could be wrong,

23          then?

**WILLIAM MERSMANN**

1    A. No.  If that's what Johnny said -- yep.  Like
2       I said, Johnny is the master at that crane and
3       setup.  I put it together here and there.
4    Q. He's a very experienced operator; is that
5       correct?
6    A. Very much so.
7    Q. Knows what he's doing?
8    A. Absolutely.  Yep.  And if I had any question
9       about a winch or a counterweight, I would have
10      called Johnny or I would have called Al, like,
11      hey, what do I say?  So obviously this wasn't
12      discussed.
13   Q. Sure.  Sure.  The lowboy trailer that you were
14      asked some questions about in Exhibit C,
15      right?
16   A. Mm-hm.
17   Q. Do you know what the dimensions are of the bed
18      of the lowboy trailer?  Essentially the part
19      that's covered with the wooden platform.
20   A. Okay.  Do I know the dimensions?
21   Q. Yeah.
22   A. I do not.  Excuse me.
23   Q. The winch --

WILLIAM MERSMANN

1    A. Mm-hm.

2    Q. -- that you believe was on the lowboy being

3       unloaded at the time of the incident, can you

4       give me a description of that winch in terms

5       of what its -- what it looked like and what

6       its shape was?

7    A. It's similar.  It's rectangular.  It has

8       support beams in the middle to hold the winch.

9    Q. How high is it?

10    A. I'll say five feet.

11    Q. Do you know how wide it is?

12    A. I don't.  Just a little bit wider than that

13       trailer.

14    Q. Okay.  So --

15    A. It does stick out a little bit.

16    Q. So you're using the trailer as sort of a

17       guide, so to speak?

18    A. Mm-hm.

19    Q. The width of it is a little bit wider than the

20       lowboy trailer; is that correct?

21    A. Mm-hm.

22    Q. Yes?

23    A. Yes.

**WILLIAM MERSMANN**

1    Q. A little bit meaning one feet?  Ten feet?

2       Something different?

3    A. From what I recall, inches.

4    Q. Okay.

5    A. Two inches.

6    Q. And what about the length of it?  Is it longer

7       or shorter than the length of the lowboy

8       trailer?

9    A. Shorter.

10   Q. By about how much?

11   A. Five feet, maybe.  Four.  Go four feet.

12   Q. And how does the -- how does the winch get put

13      onto the trailer?

14   A. With a crane.

15   Q. All right.  So -- I mean, is it fair to say

16      that at some point prior to Mr. Walter

17      bringing the trailer and the winch to the

18      site, the winch must have been loaded onto the

19      trailer somewhere else?

20   A. This is correct.

21   Q. Do you know if the winch was loaded onto the

22      trailer in Mr. Walter's presence, or do you

23      know if he just picked the trailer up with his

1       tractor when the winch was already on it?

2  A. With the winch.

3  Q. Are you guessing or do you know?

4  A. I guess I can't answer that, then.  You're

5       right.

6  Q. So the answer is you don't know?

7  A. Right.

8  Q. Is it fair to say it could happen either way?

9  A. That what could happen either way?

10  Q. That he could pick it up with it already

11       loaded on, or he could be in the presence of

12       the trailer when the winch is loaded on it?

13  A. It could happen either way, I'm sure.

14  Q. You just don't know.

15  A. I don't know.

16  Q. Have you been involved in loading winches onto

17       lowboy trailers in the past?

18  A. Mm-hm.  Yes.

19  Q. And is there any particular strategy or

20       objective when you're loading the winch onto

21       the lowboy trailer in terms of placement?

22  A. Yeah.  I believe -- is there strategy?  Yeah.

23       They want it towards the back where the axles

1          are, and I believe a couple inches on each

2          side.  Yep.  To keep it equalized on the

3          trailer.

4     Q.   When you say towards the back where the axles

5          are, if you're looking at -- well, let's go to

6          Exhibit B.  Would it be all the way to the

7          back there?

8     A.   It would be favoring the back.  Yep.

9     Q.   Okay.  If you look at Exhibit B, obviously the

10         first axle, you see four tires there, correct?

11    A.   Correct.

12    Q.   And right in front of the tires, what are

13         those?  Are those mud flaps?  Is that steel?

14         Do you know?

15    A.   I would say steel.

16    Q.   You wouldn't want the winch on top of the

17         steel, would you?

18    A.   No, sir.

19    Q.   You wouldn't want it abutting that steel,

20         would you?

21    A.   No.  I don't think so.

22    Q.   So how far away from that steel would you want

23         the edge of the winch?

```
1    A. That's determined by the truck driver.  All's
2       I know is they favor the back of the trailer.
3    Q. Well, let me ask you this:  If you're loading
4       it, how far away from that steel would you
5       load it?
6    A. I don't know.  Maybe a foot.
7    Q. You say it's determined by the truck driver,
8       but if the truck driver isn't there when the
9       winch is being loaded, he just picks the
10      trailer up and goes with it, right?
11   A. I would imagine, yeah.  But you have to
12      remember, I'm the crane operator, so I just
13      haul and put things where they want it.
14   Q. But who's they?
15   A. The operator, truck driver --
16   Q. If you're on the site, are you involved --
17      strike that.  As the operator of -- I'm going
18      to call it a helper crane.  Okay?
19   A. Yep.
20   Q. Is it fair to say you help to assemble and
21      disassemble larger cranes?
22   A. My job is to sit in that crane and operate it,
23      so yes.
```

**WILLIAM MERSMANN**

1    Q. Have you been involved in the assembly of

2       larger cranes?

3    A. That's the largest right there.

4    Q. So is the answer yes?

5    A. Yes.

6    Q. Have you been involved in disassembling larger

7       cranes?

8    A. I have.  Yes.

9    Q. When you're disassembling cranes, when

10      you're -- part of it would be the removal of

11      counterweights; is that correct?

12   A. Yes.

13   Q. Part of it would be ultimately removal of a

14      winch that's on the crane; is that correct?

15   A. That is correct.

16   Q. When you are removing those items, are you

17      putting those items directly on trailers, or

18      are you putting them on the ground?

19   A. That's a good question.  It all depends if

20      there's trailers available at the time.  What

21      they like to do is get them on a trailer, but

22      sometimes you can't because of scheduling.

23   Q. Sure.  All right.  So you've done both?

**WILLIAM MERSMANN**

1    A. I have.

2    Q. You've put counterweights and winches directly

3       on the ground, for example, and directly on

4       trailers, correct?

5    A. Correct.

6    Q. But I think what you said is if you're putting

7       a winch directly on a trailer --

8    A. Mm-hm.

9    Q. -- unless you have a specific direction

10      otherwise, by the operator or someone else,

11      you're putting it about a foot away from the

12      metal part in front of the tires as shown on

13      Exhibit B.  Is that true?

14   A. Yes.

15   Q. Okay.  Besides yourself and John Clark, can

16      you identify the name of any other person who

17      was present at the time of this particular

18      incident?

19   A. I believe there was a Lee Button there.

20   Q. Anybody else?

21   A. That's all I can recall.

22   Q. And who employed Lee Button?

23   A. Clark Rigging.

1    Q. And do you know what his job duties were?

2    A. That would be an oiler.

3    Q. What does that mean?

4    A. So he works with Johnny Clark putting the

5       crane together and taking care of it.

6    Q. So is he kind of, like, a helper to John?

7    A. That's correct.

8    Q. Were there any other employees, other

9       companies, present on the site that you're

10      aware of on the day of the accident?

11   A. I don't believe so.  I'm going to say no.

12   Q. Did you see Mr. Walter pull the tractor and

13      lowboy trailer up to the site on the day of

14      the incident?

15   A. Did I see him?  I'm sure I did.

16   Q. Do you have a recollection of seeing him as he

17      was pulling it up?

18   A. Do you know how many times the trucks pull

19      in --

20   Q. Yeah.  I know.  I get it, but I'm just trying

21      to figure out what you remember.

22   A. Like when I was asked did I notice Al when I

23      was lifting the winch and honestly -- you

**WILLIAM MERSMANN**

1      know?  How do you answer that?

2  Q. Well, the answer is either you remember or you

3      don't.

4  A. I don't remember.

5  Q. That's fair enough.  Do you personally have a

6      recollection of giving Mr. Walter any

7      direction in terms of where to park the

8      trailer?

9  A. Johnny facilitates -- Johnny Clark facilitates

10     all that.

11 Q. Showing you Exhibit C, and again, we'll kind

12     of share it, if you don't mind, and let me

13     know if this doesn't work for you.  Does that

14     appear to be the lowboy trailer in question

15     along with the crane you were operating in the

16     same location as it was either at or

17     immediately after the incident in question?

18 A. It does.

19 Q. All right.  So then using this exhibit again,

20     Exhibit C, the -- I'm going to call it the

21     boom.  That's in white that says TEREX.  Is

22     that the boom to the crane you were operating?

23 A. That's correct.

**WILLIAM MERSMANN**

1    Q. So if I use boom, I'm not -- it's a proper
2        term?
3    A. It is a proper term.
4    Q. And does it appear that that boom is raised
5        and lowered by a hydraulic cylinder?
6    A. Correct.
7    Q. So that had been somewhat similar, but
8        probably to a smaller scale as to the crane
9        that John Clark had?
10   A. Correct.
11   Q. And did this crane have a -- I forget what the
12       term is.  What was the second term?
13   A. The luffer?
14   Q. Did your crane have a luffer?
15   A. It does not, but it has -- no.  It does not.
16   Q. So on the site --
17   A. Yep.
18   Q. -- the crane that you were operating --
19   A. Mm-hm.
20   Q. -- at the time of the incident, was that crane
21       stationary?
22   A. Was it in place?
23   Q. Yes.

WILLIAM MERSMANN

1    A. Yes, it was.

2    Q. And you could see it had -- what would you

3       call these that are --

4    A. The wooden blocks?

5    Q. Yeah.  The legs that are --

6    A. Those are outriggers.

7    Q. So your outriggers were set in place, correct?

8    A. Correct.

9    Q. And once the outriggers were set in place, you

10      can't move the body of the crane, correct?

11   A. You're correct.

12   Q. If you take those off, you could drive away,

13      but with the outriggers set, that's

14      stationary?

15   A. Correct.

16   Q. It can only then rotate 360 and raise and

17      lower the boom?

18   A. Correct.

19   Q. Now, do you know, in relationship to this

20      picture here, Exhibit C, where the main crane

21      or bigger crane that John Clark was operating

22      was?

23   A. That would be -- he would be around probably

WILLIAM MERSMANN

1        off my -- no.  He might have been just

2        opposite of me.  Okay.  Opposite of the boom,

3        so I think he was 180 from the boom.

4    Q. So if you're looking at this picture, is it

5        fair to say he would be off to the right of

6        the picture?

7    A. Correct.

8    Q. Again, just very generally.  You've got your

9        boom in front.  You would take something off

10        the lowboy, then you would swing 180 degrees,

11        and then you would place it on the larger

12        crane, correct?

13    A. Correct.

14    Q. Okay.  Now, is your boom telescopic?

15    A. It is.

16    Q. And if you're looking at the boom that you

17        have on Exhibit C, is it -- is it extended

18        fully or contracted or something different?

19    A. It appears to be retracted all the way.

20    Q. Okay.  Now, where on that boom would the --

21        hold on.  If you look at the bottom right of

22        Exhibit C it looks like there's some lines.

23        Are those called chokers?

WILLIAM MERSMANN

1    A. Slings.

2    Q. Can you also call them chokers?

3    A. From my recollection, chokers are steel.

4    Q. Okay.

5    A. Slings are nylon.

6    Q. So slings or chokers -- if you're using slings

7       or chokers, is one end connected to your boom

8       and another end to a hook typically?

9    A. Mm-hm.  Yes.  Shackling.

10   Q. Where in relationship to what's shown in

11      Exhibit C, and in particular, your boom, would

12      the chokers or slings be connected to?

13   A. Well, let me see that picture.  So you cannot

14      see the block -- yeah.  There's a block on

15      that crane, and why it's boomed in that

16      position and why you can't see it is because

17      we were putting more parts into that block.

18   Q. So I don't -- and I appreciate the picture is

19      what it is.  I didn't take it, but if you go

20      from right to left as you go out to the end of

21      the boom, you see TEREX and it looks like

22      there's a blue part.  Do you see that end on

23      the boom?

WILLIAM MERSMANN

1    A. Mm-hm.

2    Q. Do you see that there?

3    A. Sure.

4    Q. And is there -- when you say block, is there

5       something underneath that blue part?

6    A. Correct.

7    Q. And to that block, is that where the sling --

8       the sling would be attached?

9    A. Right.

10   Q. All right.  So whatever -- whatever the hook

11      is attached to, would it be more or less

12      underneath that blue part of the boom?

13   A. It would be.  Mm-hm.  Yes.

14   Q. Now, if the -- if the winch or any

15      counterweights were on the lowboy in this

16      particular situation, the winch or

17      counterweights would have to have straps or

18      something on them that you could put the hook

19      onto, correct?

20   A. Or a shackle because there's shackles here and

21      that's what I believe they use.

22   Q. So is the goal when you're unloading it that

23      the equipment is wrapped around the winch so

1          there's kind of one center of gravity above it

2          to hook the shackle or hookup to pull it off?

3      A. Yeah.  There's four equal points on the winch

4          and they taper up to the block which has a

5          hook.

6      Q. Okay.  Now, who's responsible for putting

7          those "four equal points" on?

8      A. Whoever was around to assist.  It could be the

9          truck driver.  It could be the operator of the

10         600-ton.

11     Q. And on this particular occasion when Mr.

12         Walter was injured, do you know who put those

13         together?

14     A. I could not remember that.

15     Q. Do you know if he did?

16     A. I could not remember that.

17     Q. Sometimes -- strike that.

18     A. I was told to give the best of my ability to

19         remember what has happened, and that's --

20     Q. Right.  To me -- and I've never operated a

21         crane.  I've probably never even seen a crane

22         being operated except from afar.  It looks

23         like the setup is really close almost to where

WILLIAM MERSMANN

1      you can't get the boom over the trailer

2      properly in order to get it.  Am I wrong?

3   A. You are wrong.

4   Q. Explain that to me how that would work.

5   A. Well, because that boom can boom up to 80

6      degrees.  Okay?

7   Q. Yeah.

8   A. Now, if you had -- that boom has 110 foot of

9      main in it.  Okay?

10  Q. Main line?

11  A. Meaning you can stick out -- it's 32 feet

12     closed up.  When extended all the way, it's

13     110.  So if you were out 110 --

14  Q. Telescopically, you mean?

15  A. Correct.  Scoped up as far as you can, I think

16     25 feet is your closest.  If you have it

17     scoped in to 32 feet, boomed up at 80, I could

18     put that block almost in my front windshield.

19  Q. Okay.  So the windshield isn't shown on here,

20     right?

21  A. I think you can just see -- yeah.  See the

22     working lights right there?  That taper is the

23     window.

**WILLIAM MERSMANN**

1    Q. Okay.  So if you take the boom --

2    A. Mm-hm.

3    Q. -- go all the way to the right, right where

4       the picture comes off -- right where the

5       picture ends, there's the front of your

6       windshield?

7    A. Mm-hm.

8    Q. Yes?

9    A. Correct.

10   Q. And that's a good point.  You described the

11      bigger crane that Mr. Clark was operating as

12      the operator's box being kind of to the side

13      of the boom.  Is it a similar setup, just in a

14      smaller version?

15   A. Correct.

16   Q. All right.  Now, in Exhibit C, obviously

17      whatever was on the lowboy is already

18      unloaded, correct?

19   A. Mm-hm.

20   Q. Yes?

21   A. Correct.

22   Q. Did you pick it up, then swing the boom

23      around, which would basically be clockwise 180

WILLIAM MERSMANN

1      degrees to the bigger crane or

2      counterclockwise?

3  A.  To the right, so it would be clockwise.

4  Q.  And I think you testified your practice would

5      be initially you raise it a little bit or -- I

6      forget if Mr. Clark said that.  You raise it a

7      little bit to make sure everything is secure

8      and not going to break, so if it's all the way

9      up and it falls, that would be more

10     catastrophic, so you raise it up a little bit

11     first, correct?

12  A.  Yes.

13  Q.  The first -- once this is all hooked up?

14     Okay.  So the next thing there is for you to

15     do is to raise it.  You got me?

16  A.  Yes.

17  Q.  Does someone give you a signal to raise it, or

18     is this kind of your show and you're in

19     control?

20  A.  You always wait for a signal.

21  Q.  From who?

22  A.  In this situation, it would most likely be

23     John Clark.

**WILLIAM MERSMANN**

1    Q. So if you're on the operator's cab, you're

2       facing the load; is that correct?

3    A. If I'm -- yes.  Correct.

4    Q. And John Clark is behind you, correct?

5    A. Is he behind me?  No.  He's in front

6       facilitating the lift.

7    Q. So he's not in his crane?

8    A. No.

9    Q. All right.  So when you're doing this, he's

10      not in his crane at all?

11   A. That is correct.

12   Q. So he's out -- do you remember is he to the

13      right on Exhibit C of the lowboy or to the

14      left?

15   A. That -- I can't remember that.

16   Q. And just before you're ready to lift, do you

17      remember where Mr. Walter was?

18   A. Probably on the trailer because when I lift

19      it, that's when he was guiding this thing off,

20      so I would say on the trailer.

21   Q. Is that what you remember, or are you just

22      kind of assuming based on the circumstances?

23   A. Well, I guess maybe he was off the trailer,

1      and when I lifted it, he came on the trailer

2      and grabbed it.  Either way, he grabbed -- he

3      was assisting that as I was --

4  Q.  Right.  And your recollection is he wasn't

5      holding a tagline.  He was touching the load.

6  A.  Yes.  And remember, I'm sworn to tell the

7      truth, and that's what I'm doing.  I'm getting

8      a feeling that maybe it was a counterweight,

9      but I remember a winch, so go ahead.

10 Q.  I mean, whatever your recollection is --

11 A.  That's -- yeah.

12 Q.  So when you -- when you lift whatever it was

13     with the winch or the counterweight, do you

14     know how high you lifted that at first?

15 A.  You just -- again, you just lift it a little

16     bit.  Johnny said to make sure everything is

17     fastened right, and again, you don't want it

18     way up in the air and have something happen.

19 Q.  Like a few feet?

20 A.  Like a foot, yeah.

21 Q.  Once it's lifted a few feet, is your next

22     movement up more, or is your next movement

23     clockwise to start moving it to the bigger

WILLIAM MERSMANN

1         crane?

2    A.  Well, you get it in the air to start moving it

3         to where it needs to be placed and you lift it

4         accordingly, like, you know -- obviously the

5         back of that trailer comes up, so I might have

6         had you lift it accordingly so you're not

7         going to hit anything.  And you go real slow

8         and you go real easy and you watch the guy

9         spotting you on the ground.

10   Q.  Do you know, as you started to lift the load,

11        how far or in what position your telescopic

12        boom was?

13   A.  It was probably -- yeah.  There wasn't much

14        out.  Maybe 42 feet at the most.

15   Q.  So closed is what?

16   A.  32.

17   Q.  So when you say 42, it would have been

18        extended about an additional ten feet?

19   A.  Correct.  So there's two other sections in

20        there, so they come out synced.  Okay?  So

21        it's not like you run the first section out.

22        They come out synced, so five feet per

23        section.  And if you throw them in water

**WILLIAM MERSMANN**

1      they'll sink.  Do you have to type that?  Do

2      you really?

3  Q. Now, when the load -- okay.  The load is

4      raised.

5  A. Yep.

6  Q. And you indicated a few feet or so -- I'm not

7      going to hold you to that.

8  A. Yep.

9  Q. Did you then raise it higher before you

10     started to swing it, or did you start to swing

11     before you raised it more?

12  A. Whatever Johnny signalled me to do.

13  Q. And do you remember at this point --

14  A. I don't.  All's I can tell you that it was

15     placed safely.  That's all I can tell you.

16     Nothing was hit.  Nothing was dropped, so

17     obviously it was done according to procedure.

18  Q. And would the path of the load as it's coming

19     off this trailer -- would the path of the load

20     be basically right off the back of the trailer

21     kind of in a straight line, or would it swing

22     off to the -- what's on the picture, Exhibit

23     C, to the left and start to swing out that

**WILLIAM MERSMANN**

1        way?

2    A.  Well, there's a radius involved, so it's going

3        to circle around the trailer, if that's

4        answering your question.

5    Q.  I think it is.  So what you're saying is you

6        would start to go to the back of the trailer

7        as well as off to the left of this picture on

8        Exhibit C, correct?

9    A.  I think that's what I stated, yes.

10   Q.  Okay.  And again, this is all just what you

11       remember.  I'm really trying to understand

12       what happened here.  You raised the load a

13       couple feet.  Do you know how long it was

14       raised before the next movement, whether it's

15       raised more or it starts to swing?  Are we

16       talking about ten seconds?  A minute?

17       Shorter?  Greater?

18   A.  The only thing I can tell you is that it's

19       done -- it's done precisely, and it's done

20       slowly and safely.

21   Q.  Sure.

22   A.  So I don't know.  30 seconds, 40 seconds.

23   Q.  Okay.

WILLIAM MERSMANN

1    A.  A minute.

2    Q.  And then you said slowly.  Do you then slowly

3        start to move it in a counterclockwise fashion

4        in order to go 180 -- strike that.  Do you

5        then slowly start to move it in a clockwise

6        fashion to get to the point where it's 180

7        degrees near the other crane?

8    A.  Yeah.  We'll keep it low, bring it around, and

9        then when I come up to Johnny's crane, he'll

10       have me come up on it.

11   Q.  So does he sort of follow the load around and

12       make sure he's in your line of sight?

13   A.  Absolutely.  And we have -- many eyes are out

14       there.  They're always looking and safety is a

15       big concern at Clark.

16   Q.  Do you specifically recall either yourself,

17       John Clark, or anyone else giving directions

18       to Mr. Walter in terms of what he should do as

19       it relates to the handling of the load once

20       you started your movement?

21   A.  No, because I'm fixed on Johnny Clark, and I,

22       you know --

23   Q.  Once you started to raise it --

WILLIAM MERSMANN

1   A. Yep.

2   Q. -- did it appear to you that it was

3      unbalanced, or that it was spinning, that it

4      was doing anything that, I guess as an

5      operator, you didn't like?

6   A. Nothing was out of control.  Everything was in

7      control.

8   Q. So in terms of -- right.  The tasks that you

9      were performing, did everything seem to be in

10     routine and in control?

11  A. Absolutely.

12  Q. And as you sit here, you're not aware that

13     anyone gave a specific instruction to Mr.

14     Walter to handle the load as it was raised?

15  A. I am not.  No.  That's why you always need a

16     man in charge.  You need a man in charge for

17     that stuff.

18  Q. Did you see him -- strike that.  Did you

19     observe Mr. Walter on the trailer any time

20     immediately before he stepped into the area

21     where there was a missing board?

22  A. Yeah.  It was right in front of me, so I saw

23     Mr. Walter on the trailer.

1    Q. Okay.

2    A. I saw the drop.

3    Q. As an -- I think you said you've done some

4       truck driving; is that correct?

5    A. Not tractor trailer, but single axle.  I have

6       my Class B, which doesn't -- a Class A is what

7       you need for -- but I've helped counterweight.

8    Q. As an employee many years in the business,

9       whether it's a crane operator or anything else

10      you've observed, do you agree that it's each

11      person's obligation and duty to be aware of

12      the surroundings around them?

13   A. Sure.  There's a slogan, "safety begins with

14      you", but obviously that hole was concealed.

15   Q. Sure.  Until the load was lifted?

16   A. That much.

17   Q. Right.  And you don't know if it was exposed

18      beforehand where he could have seen it, do

19      you?

20   A. I don't.

21   Q. And you don't know if he inspected the trailer

22      before the load was placed on there and he

23      knew that the hole was there, do you?

WILLIAM MERSMANN

```
 1     A. I don't.
 2     Q. So did the load -- so the front end of the
 3        load was closest to -- I'm sorry.  What is
 4        this called?
 5     A. Gooseneck.
 6     Q. The gooseneck.  The front end of the load was
 7        closest to the gooseneck, correct?  Or -- I'm
 8        sorry.  Strike that.  The front end of the
 9        load that was near the gooseneck had to travel
10        from that point past the area where the
11        missing plank was in order for Mr. Walter to
12        step in that area.  Would you agree with that?
13     A. State that one more time, please.
14     Q. Sure.  Let me ask you this:  What part of the
15        load was Mr. Walter holding?
16     A. He was holding -- I guess we'll call it the
17        left side of the load.
18     Q. So the front end of the load?
19     A. We'll call it the front end.
20     Q. Okay.  So if he was handling -- if he was
21        holding the front end, in order for him to
22        step into that area where there's no plank,
23        the front end had to clear -- from the front
```

**WILLIAM MERSMANN**

1        -- towards the front of the trailer all the
2        way past that opening in order for him to step
3        in it.  Would you agree with that?
4    A. How much of that board is missing?
5    Q. What do you mean?
6    A. How much of the board's missing?
7    Q. Well, it is what it is.  My point is, the
8        front end of the load had to at least clear
9        the front part of where the board is missing
10       for him to step into that.  Would you agree
11       with that?
12   A. Sure.  Yeah.
13   Q. And whatever that distance is --
14   A. Nobody saw it because it was hidden by the
15       counterweight.
16   Q. Yeah.  That's not my question though, so just
17       hold on a second.  The load, would you agree,
18       had to have been lifted at least higher than
19       those back axles?
20   A. Sure.  Yep.
21   Q. And you're not going to lift it a centimeter
22       above those axles.  You want to lift it enough
23       so it's going to clear those axles, correct?

WILLIAM MERSMANN

```
 1    A. Six inches, yes.

 2    Q. So it was at least lifted the height of those

 3       back axles plus six inches at least?

 4    A. Yeah, but if you're saying --

 5    Q. I'm not -- hold on.

 6    A. -- if anyone noticed --

 7    Q. Sir --

 8    A. He's focused on what's being done.  He

 9       shouldn't have to focus on where he's

10       stepping.

11           MR. GULISANO:  I'll move to strike the

12       testimony as non-responsive.

13    Q. Sir, your job is to answer the questions.

14    A. Sure.

15    Q. You're giving colloquy that's not responsive

16       to the question.

17    A. Forgive me.  Really.  Forgive me.

18           MR. GULISANO:  I'll move to strike the

19       response.

20    Q. So when you first raised the load --

21    A. Mm-hm.

22    Q. -- in that first position, did you raise it

23       the distance of the back axles plus six
```

**WILLIAM MERSMANN**

1     inches?

2   A. Again, we just lifted enough to get it up off.

3   Q. Okay.

4   A. And then you check things.

5   Q. So you lift it and check things?

6   A. And you proceed accordingly.

7   Q. So you lift things and check things.  Again,

8     my question is:  Before you start to swing

9     it --

10  A. Yep.

11  Q. -- do you lift it more, or did you start to

12     swing?

13  A. Probably, because we're --

14  Q. Probably what?  You lift it or swing?

15  A. Well, we're close to that back end, so we

16     probably came up a little more to clear and

17     away we went.

18  Q. Okay.  Gotcha.  The difference between the

19     platform here and top of those axles, how much

20     would you say that is?  A couple feet?

21  A. I'll say a foot and a half.

22  Q. Foot and a half.

23  A. A couple feet.  I like that.

1      Q. Couple, just so we're clear, meaning two or

2         something different?

3      A. Sure.  Two feet.

4      Q. And as Mr. Walter had -- did he have one or

5         two hands on the load?

6      A. I recall two.

7      Q. All right.  And was he facing the load?  In

8         other words, was he facing the load, his two

9         hands were forward, and he was kind of

10         walking --

11      A. With it.

12      Q. -- with the load?

13      A. Correct.

14      Q. And again, as he was walking with the load,

15         was there any problem with the load?  In

16         other words, was it twisting or swinging

17         or anything that it shouldn't have been

18         doing?

19      A. No.  It was in control.

20            MR. GULISANO:  Those are the only three

21         pictures that you gave us, right?

22            MS. BAUMEISTER:  Yeah.  There might be

23         another one, but I don't have it.

WILLIAM MERSMANN

1          MR. GULISANO:  That's all I have.  Do
2      you have some additional questions?
3          MS. BAUMEISTER:  Just a couple quick
4      followups.
5          THE WITNESS:  Sure.
6
7      BY MS. BAUMEISTER:
8   Q. So the cranes that were on the site and the
9      equipment -- was it a winch that you had
10     said --
11  A. Correct.
12  Q. -- that was on the trailer?
13  A. Correct.
14  Q. So that was being removed to be put onto
15     another crane for the purposes -- to use for
16     the overall project which was, you said,
17     removal of lights?
18  A. Correct.
19  Q. Okay.  So all of the equipment on the job site
20     was being used for that larger project?
21  A. Correct.
22  Q. I'm sorry if you answered it before, but I
23     just wanted to clarify.

**WILLIAM MERSMANN**

1    A. Sure.

2    Q. Have you ever loaded winches or anything like

3       that onto a trailer?

4    A. I have, yeah.

5    Q. You have.  Okay.  But you didn't do it on this

6       day, or -- well, I'm sorry.  Not today.  July

7       21st, 2017, you did not load that winch or

8       piece of equipment onto the trailer?

9    A. No, I did not.  For arrival -- for delivery,

10      are you talking?

11   Q. Yes.

12   A. No.  That all came before.

13   Q. Before?

14   A. Yeah.

15   Q. And you had testified previously that you

16      think the winch or object would be about a

17      foot away -- let me show you Exhibit C here.

18      You know, perhaps Exhibit B would be better.

19      You said you think whatever object it is would

20      be about a foot?

21   A. Yeah.

22   Q. There?

23   A. Yeah.

**WILLIAM MERSMANN**

1  Q. Now, is that what it was on that day?  Do you

2     know?  If you don't know, that's fine.

3  A. All's I know is that they favor the back.

4  Q. Okay.

5  A. So a foot, two -- yeah.

6  Q. But you don't know how far it was?

7  A. No.

8  Q. Okay.

9  A. They favor the back.

10  Q. And then again, forgive me if I asked this

11     before, but is it standard procedure for

12     someone to guide the equipment off of the

13     trailer?

14  A. Yes.

15  Q. So what Mr. Walter was doing that day is

16     within the normal procedures?

17         MR. GULISANO:  Objection.

18  A. Correct.

19  Q. Okay.  And then finally, you were asked if you

20     spoke with anyone at our office.  Do you

21     remember speaking with an attorney, or was it

22     a secretary or paralegal?

23  A. I spoke with -- Atari?

1     Q. Paula Altieri?

2     A. Paula Altieri.

3     Q. So she would be a legal assistant.

4     A. Then I had a lady serve me papers a month ago,

5        and then there was a guy that came out, I

6        don't know how long ago, and he subpoenaed me

7        or whatever you would do in that situation.

8        Like I said, I've got a lot going on in my

9        life.

10    Q. I understand.

11    A. That's why I keep a book.  Really.

12    Q. Do you remember who was in charge that day of

13       the project?  If anyone.

14    A. Johnny Clark facilitates.

15    Q. Okay.  Anyone else?  Like a project manager or

16       anything like that?

17    A. No.  That was Clark Rigging's responsibility

18       to get ready for the job, so at that point, no

19       one else was really involved.  Okay?

20         MS. BAUMEISTER:  Let me just make

21       sure -- that's all I have.

22

23         **BY MR. GULISANO:**

1    Q. With respect to this condition on the

2       trailer --

3    A. Mm-hm.

4    Q. -- to your knowledge, did -- before Mr. Walter

5       stepped in it, did anyone know about it?

6    A. No, because if we would have seen it, we would

7       have, you know -- we would have brought it to

8       people's attention.

9    Q. Was there anybody present from CSX?

10   A. Not to my knowledge.  You know, they were in

11      and out throughout the job.

12   Q. In terms of the activities that you all

13      were engaged in at or immediately before

14      this incident, was anyone from CSX

15      present?

16   A. Again, they were in and out, so I can't

17      honestly answer that one.

18   Q. Was anyone from CSX directing what you guys

19      were doing at that time?

20   A. No.

21   Q. To your knowledge, did anyone from CSX know of

22      the condition of that trailer?

23   A. No.

1            MR. GULISANO:  Okay.  Thank you.  All

2     set.

3            MS. BAUMEISTER:  Yeah.

4

5           (Deposition concluded at 12:43 p.m.)

6               * * * * * *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1     STATE OF NEW YORK)

2            ) ss.

3     COUNTY OF ERIE   )

4

5

6     I, Jennifer A. Drakulich, Notary Public, in and for the County of Erie, State of New York, do hereby certify:

7

8     That the witness whose testimony appears hereinbefore was, before the commencement of their testimony, duly sworn to testify the truth, the whole truth and nothing but the truth; that said testimony was taken pursuant to notice at the time and place as herein set forth; that said testimony was taken down by me and thereafter transcribed into typewriting, and I hereby certify the foregoing testimony is a full, true and correct transcription of my shorthand notes so taken.

9

10

11

12

13

14

15     I further certify that I am neither counsel for nor related to any party to said action, nor in anyway interested in the outcome thereof.

16

17

18     IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal this 30th day of October, 2020.

19

20

_____
22     Jennifer A. Drakulich

23

**'**

**'99** [1] - 6:14

## 1

**110** [3] - 48:8, 48:13
**11:20** [1] - 1:15
**12:43** [1] - 69:5
**135** [1] - 1:13
**14009** [1] - 4:2
**14202** [2] - 2:4, 2:9
**16** [1] - 5:22
**18** [1] - 26:12
**180** [5] - 44:3, 44:10, 49:23, 56:4, 56:6
**181** [1] - 2:4
**19** [4] - 3:4, 6:11, 6:21, 7:6
**19-CV-01583-WMS-JJM** [1] - 1:6
**1980** [1] - 6:3

## 2

**20** [2] - 6:8, 26:12
**2000** [1] - 6:12
**2017** [10] - 4:10, 7:9, 9:2, 9:12, 11:18, 18:6, 19:10, 20:11, 25:18, 65:7
**2020** [2] - 1:15, 70:19
**21st** [12] - 1:15, 4:10, 7:9, 8:14, 9:2, 9:11, 11:18, 18:6, 19:10, 20:11, 25:18, 65:7
**25** [2] - 12:9, 48:16

## 3

**30** [1] - 55:22
**301** [1] - 1:14
**30th** [1] - 70:19
**32** [3] - 48:11, 48:17, 53:16
**344** [1] - 2:8
**360** [1] - 43:16

## 4

**4** [1] - 3:3
**40** [1] - 55:22
**400** [1] - 2:8
**42** [2] - 53:14, 53:17
**48,000** [1] - 21:4

## 6

**60-ton** [1] - 9:13
**600-ton** [8] - 8:13,

**10:8**, 20:7, 22:8, 24:16, 25:18, 26:16, 47:10
**64** [1] - 3:3
**67** [1] - 3:4

## 7

**716** [3] - 2:5, 2:9, 4:2

## 8

**80** [2] - 48:5, 48:17
**842-4121** [1] - 2:9
**855-3761** [1] - 2:5

## 9

**9/20/63** [1] - 5:19
**9th** [1] - 5:22

## A

**a.m** [1] - 1:15
**ability** [1] - 47:18
**able** [2] - 12:19, 14:4
**absolutely** [3] - 32:8, 56:13, 57:11
**abutting** [1] - 36:19
**accident** [7] - 4:9, 17:12, 19:12, 20:5, 20:11, 28:13, 40:10
**according** [1] - 54:17
**accordingly** [3] - 53:4, 53:6, 62:6
**accurate** [1] - 19:8
**action** [1] - 70:15
**activities** [1] - 68:12
**acts** [1] - 20:14
**additional** [2] - 53:18, 64:2
**afar** [1] - 47:22
**affixed** [3] - 17:19, 21:13, 70:18
**ago** [5] - 7:8, 29:6, 30:6, 67:4, 67:6
**agree** [5] - 58:10, 59:12, 60:3, 60:10, 60:17
**ahead** [3] - 6:15, 15:20, 52:9
**air** [2] - 52:18, 53:2
**Al** [7] - 10:20, 12:14, 14:22, 15:13, 16:1, 32:10, 40:22
**Alan** [4] - 4:8, 11:10, 12:10
**ALAN** [1] - 1:4
**all's** [3] - 37:1, 54:14, 66:3

**almost** [3] - 6:14, 47:23, 48:18
**Altieri** [1] - 67:1, 67:2
**answer** [9] - 5:5, 28:3, 35:4, 35:6, 38:4, 41:1, 41:2, 61:13, 68:17
**answered** [1] - 64:22
**answering** [1] - 55:4
**answers** [1] - 5:12
**anyway** [1] - 70:16
**appear** [3] - 41:14, 42:4, 57:2
**APPEARING** [2] - 2:2, 2:6
**appreciate** [3] - 29:11, 31:2, 45:18
**Arcade** [1] - 4:2
**area** [4] - 57:20, 59:10, 59:12, 59:22
**arm** [1] - 22:11
**arrival** [1] - 65:9
**assemble** [2] - 26:3, 37:20
**assembling** [2] - 25:12, 25:17
**assembly** [2] - 8:15, 38:1
**assist** [4] - 7:14, 9:14, 11:16, 47:8
**assistant** [1] - 67:3
**assisting** [3] - 11:19, 20:6, 52:3
**assuming** [1] - 51:22
**Atari** [1] - 66:23
**attached** [3] - 23:23, 46:8, 46:11
**attention** [2] - 12:14, 68:8
**attorney** [1] - 66:21
**available** [1] - 38:20
**Avenue** [2] - 1:13, 2:8
**aware** [4] - 31:7, 40:10, 57:12, 58:11
**axle** [2] - 36:10, 58:5
**axles** [9] - 13:6, 35:23, 36:4, 60:19, 60:22, 60:23, 61:3, 61:23, 62:19

## B

**background** [1] - 5:17
**balance** [1] - 18:3
**bars** [1] - 7:21
**based** [2] - 19:22, 51:22
**BAUMEISTER** [8] - 2:3, 4:6, 19:15, 63:22, 64:3, 64:7,

**67:20**, 69:3
**Baumeister** [2] - 3:3, 4:7
**beams** [1] - 33:8
**became** [1] - 6:5
**bed** [1] - 32:17
**beforehand** [1] - 58:18
**begins** [1] - 58:13
**behind** [2] - 51:4, 51:5
**best** [5] - 5:13, 20:17, 47:18
**better** [1] - 65:18
**between** [1] - 62:18
**big** [3] - 20:19, 26:11, 56:15
**bigger** [4] - 43:21, 49:11, 50:1, 52:23
**binders** [4] - 11:2, 11:3, 11:5, 11:14
**birth** [1] - 5:18
**bit** [11] - 5:20, 9:10, 13:6, 33:12, 33:15, 33:19, 34:1, 50:5, 50:7, 50:10, 52:16
**block** [7] - 45:14, 45:17, 46:4, 46:7, 47:4, 48:18
**blocks** [1] - 43:4
**blue** [3] - 45:22, 46:5, 46:12
**board** [5] - 17:11, 17:16, 57:21, 60:4, 60:9
**board's** [1] - 60:6
**body** [1] - 43:10
**book** [2] - 29:19, 67:11
**boom** [45] - 9:20, 10:1, 21:13, 21:16, 21:20, 22:10, 22:14, 22:15, 22:18, 22:20, 22:23, 23:1, 23:2, 23:4, 23:7, 23:14, 24:2, 24:6, 25:9, 26:19, 41:21, 41:22, 42:1, 42:4, 43:17, 44:2, 44:3, 44:9, 44:14, 44:16, 44:20, 45:7, 45:11, 45:21, 45:23, 46:12, 48:1, 48:5, 48:8, 49:1, 49:13, 49:22, 53:12
**boomed** [2] - 45:15, 48:17
**bottom** [1] - 44:21
**box** [1] - 49:12
**break** [2] - 14:17, 50:8
**bridge** [1] - 7:23
**bring** [2] - 27:8, 56:8

**bringing** [1] - 34:17
**brought** [1] - 68:7
**Buffalo** [3] - 1:14, 2:4, 2:9
**build** [3] - 10:2, 25:3, 26:18
**building** [2] - 26:11, 26:15
**bunch** [1] - 7:1
**business** [2] - 12:17, 58:8
**busy** [1] - 27:16
**Button** [2] - 39:19, 39:22
**BY** [6] - 2:3, 2:7, 4:6, 19:17, 64:7, 67:23

## C

**cab** [6] - 24:2, 24:3, 24:22, 25:8, 25:10, 51:1
**cable** [11] - 21:8, 21:10, 21:11, 21:12, 21:16, 22:13, 23:5, 23:7, 23:8, 23:23, 24:1
**cables** [1] - 25:9
**cancer** [1] - 29:6
**cannot** [1] - 45:13
**care** [1] - 40:5
**career** [1] - 20:23
**carry** [1] - 13:6
**case** [3] - 14:17, 28:1, 30:1
**catastrophic** [1] - 50:10
**center** [2] - 21:9, 47:1
**centimeter** [1] - 60:21
**certify** [3] - 70:6, 70:12, 70:15
**chain** [4] - 11:1, 11:3, 11:5, 11:13
**change** [1] - 7:20
**charge** [3] - 57:16, 67:12
**check** [3] - 62:4, 62:5, 62:7
**chokers** [6] - 44:23, 45:2, 45:3, 45:6, 45:7, 45:12
**circle** [1] - 55:3
**circumstances** [3] - 28:12, 30:14, 51:22
**clarify** [1] - 64:23
**Clark** [30] - 6:10, 6:13, 6:17, 7:7, 7:19, 8:20, 9:16, 9:17, 12:3, 24:10, 26:9, 27:14, 27:15, 31:6, 31:22,

39:15, 39:23, 40:4, 41:9, 42:9, 43:21, 49:11, 50:6, 50:23, 51:4, 56:15, 56:17, 56:21, 67:14, 67:17
**Clark's** [1] - 26:1
**Class** [2] - 58:6
**clear** [5] - 59:23, 60:8, 60:23, 62:16, 63:1
**clockwise** [4] - 49:23, 50:3, 52:23, 56:5
**close** [3] - 10:21, 47:23, 62:15
**closed** [2] - 48:12, 53:15
**closest** [3] - 48:16, 59:3, 59:7
**colloquy** [1] - 61:15
**coming** [1] - 54:18
**commencement** [1] - 70:8
**companies** [1] - 40:9
**compensation** [1] - 31:5
**concealed** [1] - 58:14
**conception** [1] - 23:13
**concern** [1] - 56:15
**concluded** [1] - 69:5
**condition** [2] - 68:1, 68:22
**configurations** [1] - 27:1
**confirm** [1] - 18:5
**conjunction** [1] - 29:23
**connected** [5] - 18:17, 22:11, 23:1, 45:7, 45:12
**CONNORS** [1] - 2:7
**construction** [1] - 5:23
**contracted** [1] - 44:18
**control** [6] - 7:21, 50:19, 57:6, 57:7, 57:10, 63:19
**conversation** [3] - 27:22, 28:2, 28:11
**conversations** [2] - 30:9, 30:13
**Correct** [22] - 9:1, 18:18, 22:17, 22:19, 24:17, 27:20, 36:11, 39:5, 42:10, 43:8, 43:15, 43:18, 44:7, 44:13, 49:15, 49:21, 63:13, 64:11, 64:13, 64:18, 64:21, 66:18
**correct** [51] - 10:13, 10:16, 11:12, 17:23, 18:10, 20:3, 20:8,

20:23, 22:5, 22:9, 22:13, 22:16, 23:3, 23:6, 23:11, 24:5, 24:12, 24:16, 27:19, 31:8, 32:5, 33:20, 34:20, 36:10, 38:11, 38:14, 38:15, 39:4, 40:7, 41:23, 42:6, 43:7, 43:10, 43:11, 44:12, 46:6, 46:19, 48:15, 49:9, 49:18, 50:11, 51:2, 51:3, 51:4, 51:11, 53:19, 55:8, 58:4, 59:7, 60:23, 70:13
**counsel** [1] - 70:15
**counterclockwise** [2] - 50:2, 56:3
**counterweight** [11] - 20:16, 21:7, 23:17, 24:7, 26:10, 26:23, 32:9, 52:8, 52:13, 58:7, 60:15
**counterweights** [9] - 24:18, 25:5, 25:15, 31:11, 31:20, 38:11, 39:2, 46:15, 46:17
**COUNTY** [1] - 70:3
**County** [1] - 70:6
**couple** [9] - 4:12, 20:1, 30:5, 36:1, 55:13, 62:20, 62:23, 63:1, 64:3
**COURT** [1] - 1:1
**court** [1] - 4:22
**covered** [2] - 17:1, 32:19
**COVID** [1] - 19:23
**crane** [69] - 6:19, 6:22, 7:2, 7:14, 7:15, 8:5, 8:12, 9:8, 9:13, 9:15, 9:18, 10:2, 10:12, 10:21, 12:4, 12:5, 12:6, 12:8, 12:11, 13:15, 19:9, 20:7, 21:12, 21:17, 22:7, 22:8, 22:12, 23:13, 24:15, 24:16, 24:19, 25:11, 25:12, 26:3, 26:14, 26:16, 26:18, 32:2, 34:14, 37:12, 37:18, 37:22, 38:14, 40:5, 41:15, 41:22, 42:8, 42:11, 42:14, 42:18, 42:20, 43:10, 43:20, 43:21, 44:12, 45:15, 47:21, 49:11, 50:1, 51:7, 51:10, 53:1, 56:7, 56:9, 58:9, 64:15

**cranes** [7] - 20:19, 25:18, 37:21, 38:2, 38:7, 38:9, 64:8
**crash** [1] - 14:18
**Crosby** [1] - 1:12
**CSX** [9] - 1:7, 8:22, 8:23, 9:6, 18:6, 68:9, 68:14, 68:18, 68:21
**cylinder** [4] - 22:14, 22:16, 22:18, 42:5

## D

**date** [1] - 5:17
**dates** [1] - 29:18
**days** [1] - 8:11
**DEFENDANT** [1] - 2:6
**Defendant** [1] - 1:8
**degrees** [4] - 44:10, 48:6, 50:1, 56:7
**Delaware** [2] - 1:13, 2:8
**delivery** [1] - 65:9
**DePaolo** [1] - 1:12
**deposition** [1] - 4:17
**Deposition** [1] - 69:5
**described** [2] - 22:8, 49:10
**description** [1] - 33:4
**DESCRIPTION** [1] - 3:6
**detail** [1] - 28:17
**determined** [2] - 37:1, 37:7
**device** [1] - 20:14
**difference** [1] - 62:18
**different** [5] - 26:23, 31:17, 34:2, 44:18, 63:2
**dimensions** [2] - 32:17, 32:20
**directing** [1] - 68:18
**direction** [2] - 39:9, 41:7
**directions** [1] - 56:17
**directly** [4] - 38:17, 39:2, 39:3, 39:7
**disassemble** [1] - 37:21
**disassembling** [2] - 38:6, 38:9
**discussed** [2] - 30:14, 32:12
**distance** [2] - 60:13, 61:23
**DISTRICT** [2] - 1:1, 1:2
**done** [10] - 7:10, 20:9, 20:12, 38:23, 54:17, 55:19, 58:3, 61:8
**down** [10] - 4:23, 5:2,

5:9, 15:3, 17:21, 21:22, 21:23, 22:13, 29:14, 70:11
**drafted** [1] - 19:13
**Drakulich** [3] - 1:12, 70:5, 70:22
**Drilling** [1] - 6:2
**drive** [3] - 19:4, 43:12
**driver** [9] - 6:22, 11:6, 11:11, 11:15, 37:1, 37:7, 37:8, 37:15, 47:9
**drivers** [2] - 27:12, 27:16
**driving** [1] - 58:4
**drop** [1] - 58:2
**dropped** [4] - 15:3, 29:3, 29:15, 54:16
**dropping** [1] - 15:21
**drum** [1] - 21:16
**duly** [2] - 4:3, 70:9
**duties** [1] - 40:1
**duty** [1] - 58:11

## E

**easy** [1] - 53:8
**edge** [1] - 36:23
**edges** [1] - 21:7
**educational** [1] - 5:21
**either** [7] - 35:8, 35:9, 35:13, 41:2, 41:16, 52:2, 56:16
**employed** [2] - 27:14, 39:22
**employee** [1] - 58:8
**employees** [1] - 40:8
**end** [15] - 6:14, 21:21, 45:7, 45:8, 45:20, 45:22, 59:2, 59:6, 59:8, 59:18, 59:19, 59:21, 59:23, 60:8, 62:15
**ends** [1] - 49:5
**engaged** [1] - 68:13
**entire** [2] - 7:18, 8:9
**equal** [2] - 47:3, 47:7
**equalized** [1] - 36:2
**equipment** [4] - 6:6, 15:9, 19:4, 46:23, 64:9, 64:19, 65:8, 66:12
**ERIE** [1] - 70:3
**Erie** [1] - 70:6
**ESQ** [2] - 2:3, 2:7
**essentially** [2] - 27:10, 32:18
**EXAMINATION** [3] - 3:1, 4:6, 19:17
**Examination** [1] - 1:10

**examined** [1] - 4:3
**example** [2] - 23:17, 39:3
**except** [1] - 47:22
**excuse** [1] - 32:22
**EXHIBIT** [1] - 3:6
**exhibit** [1] - 41:19
**Exhibit** [19] - 13:11, 16:5, 18:12, 32:14, 36:6, 36:9, 39:13, 41:11, 41:20, 43:20, 44:17, 44:22, 45:11, 49:16, 51:13, 54:22, 55:8, 65:17, 65:18
**exhibits** [1] - 3:7
**experienced** [1] - 32:4
**explain** [2] - 22:3, 48:4
**exposed** [1] - 58:17
**extended** [3] - 44:17, 48:12, 53:18
**extension** [1] - 10:2
**extremely** [1] - 27:16
**eyes** [1] - 56:13

## F

**face** [1] - 15:22
**facilitates** [3] - 41:9, 67:14
**facilitating** [1] - 51:6
**facing** [3] - 51:2, 63:7, 63:8
**fact** [1] - 12:16
**facts** [1] - 28:12
**fair** [6] - 13:21, 34:15, 35:8, 37:20, 41:5, 44:5
**fall** [2] - 15:5, 15:17
**falls** [1] - 50:9
**familiar** [2] - 25:22, 25:23
**far** [6] - 12:7, 36:22, 37:4, 48:15, 53:11, 66:6
**fashion** [2] - 56:3, 56:6
**fastened** [1] - 52:17
**favor** [3] - 37:2, 66:3, 66:9
**favoring** [2] - 13:5, 36:8
**feet** [19] - 12:9, 33:10, 34:1, 34:11, 48:11, 48:16, 48:17, 52:19, 52:21, 53:14, 53:18, 53:22, 54:6, 55:13, 62:20, 62:23, 63:3
**fell** [2] - 14:13, 17:8
**few** [4] - 19:21, 52:19, 52:21, 54:6

**figure** [3] - 29:1, 29:12, 40:21
**finally** [1] - 66:19
**fine** [2] - 19:23, 66:2
**finish** [2] - 5:4, 27:5
**firm** [1] - 28:6
**first** [12] - 4:3, 8:14, 20:1, 22:11, 22:15, 36:10, 50:11, 50:13, 52:14, 53:21, 61:20, 61:22
**five** [3] - 33:10, 34:11, 53:22
**fixed** [1] - 56:21
**fixtures** [4] - 18:8, 20:3, 20:9, 20:10
**flaps** [1] - 36:13
**flat** [2] - 21:6, 21:7
**focus** [1] - 61:9
**focused** [2] - 12:12, 61:8
**follow** [1] - 56:11
**follows** [1] - 4:4
**followups** [1] - 64:4
**foot** [12] - 14:18, 14:19, 16:2, 37:6, 39:11, 48:8, 52:20, 62:21, 62:22, 65:17, 65:20, 66:5
**FOR** [2] - 2:2, 2:6
**foregoing** [1] - 70:12
**forget** [2] - 42:11, 50:6
**forgive** [2] - 61:17, 66:10
**forklift** [1] - 6:22
**forth** [1] - 70:11
**forward** [2] - 17:7, 63:9
**four** [8] - 11:1, 11:13, 29:6, 34:11, 36:10, 47:3, 47:7
**Franklin** [1] - 2:4
**front** [21] - 15:3, 16:19, 23:14, 36:12, 39:12, 44:9, 48:18, 49:5, 51:5, 57:22, 59:2, 59:6, 59:8, 59:18, 59:19, 59:21, 59:23, 60:1, 60:8, 60:9
**full** [1] - 70:12
**fully** [1] - 44:18

### G

**Geer** [1] - 4:2
**general** [2] - 23:12, 23:14
**generally** [2] - 23:18, 44:8

**girl** [1] - 29:3
**given** [1] - 4:17
**goal** [1] - 46:22
**gooseneck** [7] - 18:14, 18:21, 19:9, 59:5, 59:6, 59:7, 59:9
**gotcha** [1] - 62:18
**grabbed** [1] - 52:2
**grabbing** [1] - 15:22
**grade** [1] - 5:22
**grateful** [1] - 31:3
**gravity** [1] - 47:1
**greater** [1] - 55:17
**ground** [5] - 4:19, 14:17, 38:18, 39:3, 53:9
**GROUP** [1] - 2:3
**guarantee** [1] - 29:18
**guess** [6] - 16:19, 21:6, 35:4, 51:23, 57:4, 59:16
**guessing** [1] - 35:3
**guide** [2] - 33:17, 66:12
**guiding** [2] - 14:23, 51:19
**GULISANO** [14] - 2:7, 14:7, 15:7, 15:20, 17:10, 18:9, 19:17, 61:11, 61:18, 63:20, 64:1, 66:17, 67:23, 69:1
**Gulisano** [2] - 3:4, 19:18
**guy** [4] - 8:5, 29:16, 53:8, 67:5
**guys** [2] - 11:16, 68:18

### H

**half** [2] - 62:21, 62:22
**hall** [1] - 31:7
**hand** [1] - 18:22
**handle** [1] - 57:14
**handling** [2] - 56:19, 59:20
**hands** [3] - 15:14, 63:5, 63:9
**haul** [2] - 13:16, 37:13
**hauled** [1] - 16:11
**head** [1] - 5:9
**hear** [1] - 29:9
**HEATHER** [1] - 2:3
**Heather** [1] - 4:7
**heavy** [1] - 6:5
**height** [1] - 61:2
**held** [2] - 1:11, 11:1
**help** [5] - 7:14, 13:6, 20:19, 29:16, 37:20

**helped** [1] - 58:7
**helper** [2] - 37:18, 40:6
**helping** [2] - 15:8, 17:4
**hereby** [2] - 70:6, 70:12
**herein** [1] - 70:10
**hereinbefore** [1] - 70:8
**hereunto** [1] - 70:18
**Hi** [1] - 19:18
**hidden** [1] - 60:14
**high** [2] - 33:9, 52:14
**higher** [2] - 54:9, 60:18
**hired** [4] - 6:19, 7:19, 7:20, 8:20
**history** [1] - 5:21
**hit** [2] - 53:7, 54:16
**hm** [27] - 9:9, 9:13, 11:20, 13:1, 13:23, 14:12, 16:7, 16:21, 17:6, 25:6, 26:4, 27:3, 32:16, 33:1, 33:18, 33:21, 35:18, 39:8, 42:19, 45:9, 46:1, 46:13, 49:2, 49:7, 49:19, 61:21, 68:3
**hold** [5] - 33:8, 44:21, 54:7, 60:17, 61:5
**holding** [4] - 52:5, 59:15, 59:16, 59:21
**hole** [4] - 15:17, 17:8, 58:14, 58:23
**honestly** [7] - 28:3, 28:4, 28:10, 28:14, 30:21, 40:23, 68:17
**hook** [5] - 45:8, 46:10, 46:18, 47:2, 47:5
**hooked** [2] - 11:21, 50:13
**hooking** [1] - 11:16
**hooks** [1] - 13:16
**hookup** [1] - 47:2
**house** [3] - 29:2, 29:3, 29:15
**housing** [1] - 23:15
**hurt** [1] - 31:4
**hydraulic** [4] - 22:14, 22:16, 22:18, 42:5

### I

**idea** [1] - 17:18
**identify** [2] - 18:13, 39:16
**imagine** [1] - 37:11
**immediately** [3] -

41:17, 57:20, 68:13
**IN** [1] - 70:18
**INC** [1] - 1:7
**inches** [6] - 34:3, 34:5, 36:1, 61:1, 61:3, 62:1
**incident** [8] - 30:15, 31:13, 33:3, 39:18, 40:14, 41:17, 42:20, 68:14
**indicate** [1] - 15:18
**indicated** [2] - 16:23, 54:6
**information** [1] - 8:3
**injured** [2] - 15:18, 47:12
**injuries** [1] - 4:9
**inspected** [1] - 58:21
**instruction** [1] - 57:13
**interested** [1] - 70:16
**involved** [6] - 10:5, 25:17, 35:16, 37:16, 38:1, 38:6, 55:2, 67:19
**items** [2] - 38:16, 38:17
**itself** [1] - 22:14

### J

**Jennifer** [3] - 1:11, 70:5, 70:22
**jib** [3] - 9:23, 21:20, 26:11
**job** [14] - 8:4, 9:3, 9:4, 9:5, 10:15, 11:4, 11:7, 12:16, 37:22, 40:1, 61:13, 64:19, 67:18, 68:11
**John** [14] - 9:16, 9:17, 24:10, 24:13, 31:6, 31:10, 31:22, 39:15, 40:6, 42:9, 43:21, 50:23, 51:4, 56:17
**John's** [2] - 24:15, 24:19
**Johnny** [23] - 8:5, 9:14, 9:16, 12:3, 14:14, 14:20, 15:13, 24:4, 24:10, 24:15, 26:1, 26:9, 27:1, 32:1, 32:2, 32:10, 40:4, 41:9, 52:16, 54:12, 56:21, 67:14
**Johnny's** [8] - 8:12, 9:20, 10:1, 20:15, 24:3, 25:10, 26:9, 56:9
**July** [11] - 4:9, 7:9, 8:14, 9:2, 9:11,

11:18, 18:6, 19:10, 20:11, 25:18, 65:6

### K

**keep** [4] - 14:16, 36:2, 56:8, 67:11
**kids** [1] - 29:7
**kind** [12] - 14:22, 15:14, 23:12, 26:14, 40:6, 41:11, 47:1, 49:12, 50:18, 51:22, 54:21, 63:9
**knowledge** [7] - 9:5, 10:4, 17:16, 20:17, 68:4, 68:10, 68:21
**knows** [2] - 26:2, 32:7

### L

**lady** [1] - 67:4
**large** [1] - 21:2
**larger** [8] - 7:15, 9:14, 21:12, 37:21, 38:2, 38:6, 44:11, 64:20
**largest** [1] - 38:3
**last** [1] - 30:3
**LAW** [1] - 2:3
**law** [2] - 27:22, 28:6
**least** [4] - 60:8, 60:18, 61:2, 61:3
**leave** [1] - 27:8
**Lee** [2] - 39:19, 39:22
**left** [9] - 24:20, 24:22, 25:3, 31:7, 45:20, 51:14, 54:23, 55:7, 59:17
**legal** [1] - 67:3
**legs** [1] - 43:5
**length** [2] - 34:6, 34:7
**less** [1] - 46:11
**life** [1] - 67:9
**lift** [14] - 51:6, 51:16, 51:18, 52:12, 52:15, 53:3, 53:6, 53:10, 60:21, 60:22, 62:5, 62:7, 62:11, 62:14
**lifted** [9] - 10:11, 11:17, 52:1, 52:14, 52:21, 58:15, 60:18, 61:2, 62:2
**lifting** [2] - 12:13, 40:23
**light** [6] - 7:20, 7:22, 18:7, 20:3, 20:9, 20:10
**lights** [2] - 48:22, 64:17
**likely** [1] - 50:22
**line** [3] - 48:10, 54:21,

56:12
**lines** [1] - 44:22
**load** [34] - 14:15, 14:16, 21:14, 37:5, 51:2, 52:5, 53:10, 54:3, 54:18, 54:19, 55:12, 56:11, 56:19, 57:14, 58:15, 58:22, 59:2, 59:3, 59:6, 59:9, 59:15, 59:17, 59:18, 60:8, 60:17, 61:20, 63:5, 63:7, 63:8, 63:12, 63:14, 63:15, 65:7
**loaded** [6] - 34:18, 34:21, 35:11, 35:12, 37:9, 65:2
**loading** [3] - 35:16, 35:20, 37:3
**loads** [2] - 27:2, 27:4
**located** [2] - 13:2, 25:10
**location** [1] - 41:16
**look** [4] - 21:1, 21:2, 36:9, 44:21
**looked** [2] - 19:10, 33:5
**looking** [4] - 36:5, 44:4, 44:16, 56:14
**looks** [4] - 23:13, 44:22, 45:21, 47:22
**lost** [1] - 29:5
**LOTEMPIO** [1] - 2:3
**low** [2] - 14:16, 56:8
**lowboy** [15] - 18:2, 18:14, 32:13, 32:18, 33:2, 33:20, 34:7, 35:17, 35:21, 40:13, 41:14, 44:10, 46:15, 49:17, 51:13
**lower** [2] - 21:14, 43:17
**lowered** [2] - 23:4, 42:5
**luffer** [16] - 9:23, 20:15, 21:19, 22:1, 22:20, 22:22, 22:23, 23:1, 23:4, 23:7, 24:2, 24:6, 25:9, 26:11, 42:13, 42:14
**luffs** [1] - 21:21

## M

**main** [9] - 10:1, 21:16, 21:20, 22:7, 22:18, 23:2, 43:20, 48:9, 48:10
**man** [3] - 12:12, 57:16
**manager** [1] - 67:15

marked [4] - 3:7, 13:11, 16:5, 18:12
**master** [1] - 32:2
**matter** [2] - 11:2, 12:16
**Mckinney** [1] - 6:2
**mean** [9] - 6:16, 9:16, 20:18, 26:16, 34:15, 40:3, 48:14, 52:10, 60:5
**meaning** [5] - 21:20, 21:22, 34:1, 48:11, 63:1
**means** [1] - 10:1
**memory** [1] - 10:3
**mentioned** [1] - 23:20
**Mersmann** [2] - 4:7, 19:18
**MERSMANN** [2] - 1:11, 3:2
**metal** [1] - 39:12
**middle** [5] - 13:3, 23:15, 25:7, 30:22, 33:8
**might** [6] - 23:17, 30:2, 30:10, 44:1, 53:5, 63:22
**mind** [1] - 41:12
**minute** [2] - 55:16, 56:1
**missing** [8] - 13:22, 16:14, 16:22, 57:21, 59:11, 60:4, 60:6, 60:9
**Mm-hm** [1] - 49:19
**mm-hm** [26] - 9:9, 9:13, 11:20, 13:1, 13:23, 14:12, 16:7, 16:21, 17:6, 25:6, 26:4, 27:3, 32:16, 33:1, 33:18, 33:21, 35:18, 39:8, 42:19, 45:9, 46:1, 46:13, 49:2, 49:7, 61:21, 68:3
**money** [1] - 17:15
**month** [1] - 67:4
**months** [1] - 30:5
**most** [3] - 27:15, 50:22, 53:14
**move** [6] - 15:8, 43:10, 56:3, 56:5, 61:11, 61:18
**movement** [4] - 52:22, 55:14, 56:20
**moving** [2] - 52:23, 53:2
**MR** [13] - 14:7, 15:7, 15:20, 17:10, 18:9, 19:17, 61:11, 61:18,

63:20, 64:1, 66:17, 67:23, 69:1
**MS** [7] - 4:6, 19:15, 63:22, 64:3, 64:7, 67:20, 69:3
**mud** [1] - 36:13
**mumble** [1] - 6:16
**must** [1] - 34:18

## N

**name** [4] - 4:7, 19:18, 39:16, 70:18
**NASH** [1] - 2:7
**near** [2] - 56:7, 59:9
**need** [3] - 57:15, 57:16, 58:7
**needs** [1] - 53:3
**never** [3] - 31:3, 47:20, 47:21
**NEW** [1] - 1:2, 70:1
**New** [5] - 1:14, 2:4, 2:9, 4:2, 70:6
**next** [7] - 11:14, 15:2, 50:14, 52:21, 52:22, 55:14
**nine** [4] - 26:21, 27:2, 27:10, 27:11
**nobody** [1] - 60:14
**non** [1] - 61:12
**non-responsive** [1] - 61:12
**normal** [3] - 18:1, 18:4, 66:16
**Notary** [2] - 1:12, 70:5
**notes** [1] - 70:13
**nothing** [4] - 54:16, 57:6, 70:9
**notice** [3] - 1:15, 40:22, 70:10
**noticed** [1] - 61:6
**nylon** [1] - 45:5

## O

**object** [2] - 65:16, 65:19
**objection** [6] - 14:7, 15:7, 15:20, 17:10, 18:9, 66:17
**objective** [1] - 35:20
**obligation** [1] - 58:11
**observe** [1] - 57:19
**observed** [1] - 58:10
**obviously** [7] - 22:12, 32:11, 36:9, 49:16, 53:4, 54:17, 58:14
**occasion** [1] - 47:11
**October** [1] - 1:14, 70:19

OF [3] - 1:2, 70:1, 70:3
**offer** [1] - 8:3
**office** [2] - 27:22, 66:20
**oiler** [1] - 40:2
**old** [1] - 7:20
**once** [6] - 30:8, 43:9, 50:13, 52:21, 56:19, 56:23
**one** [19] - 5:2, 12:5, 14:18, 21:13, 22:10, 26:5, 26:7, 26:19, 27:8, 29:7, 34:1, 45:7, 47:1, 59:13, 63:4, 63:23, 67:19, 68:17
**opening** [1] - 60:2
**operate** [1] - 37:22
**operated** [2] - 47:20, 47:22
**operating** [9] - 10:22, 12:6, 13:15, 27:13, 41:15, 41:22, 42:18, 43:21, 49:11
**operation** [1] - 30:17
**operator** [15] - 6:6, 6:19, 6:22, 6:23, 7:2, 9:8, 23:16, 32:4, 37:12, 37:15, 37:17, 39:10, 47:9, 57:5, 58:9
**operator's** [3] - 25:7, 49:12, 51:1
**operators's** [1] - 24:2
**opposite** [1] - 44:2
**order** [6] - 26:1, 48:22, 56:4, 59:11, 59:21, 60:2
**otherwise** [1] - 39:10
**outcome** [1] - 70:16
**outriggers** [6] - 9:20, 26:20, 43:6, 43:7, 43:9, 43:13
**overall** [1] - 64:16
**owned** [1] - 9:5

## P

**P.C** [2] - 2:3, 2:7
**p.m** [1] - 69:5
**PAGE** [2] - 3:1, 3:6
**pain** [1] - 15:21
**paper** [1] - 29:3
**papers** [1] - 67:4
**paralegal** [1] - 66:22
**park** [1] - 41:7
**part** [12] - 16:20, 23:8, 27:15, 32:18, 38:10, 38:13, 39:12, 45:22, 46:5, 46:12, 59:14,

60:9
**particular** [7] - 26:14, 28:18, 35:19, 39:17, 45:11, 46:16, 47:11
**parts** [3] - 26:6, 26:7, 45:17
**party** [1] - 70:15
**passed** [1] - 31:6
**passes** [1] - 24:4
**past** [3] - 35:17, 59:10, 60:2
**path** [2] - 54:18, 54:19
**Paula** [2] - 67:1, 67:2
**paying** [1] - 12:14
**pedestal** [1] - 20:16
**people's** [1] - 68:8
**per** [1] - 53:22
**perfectly** [1] - 19:23
**performed** [1] - 20:10
**performing** [2] - 20:6, 57:9
**perhaps** [2] - 15:22, 65:18
**person** [2] - 5:2, 39:16
**person's** [1] - 58:11
**personally** [1] - 41:5
**Phil** [1] - 19:18
**PHILIP** [1] - 2:7
**phone** [1] - 30:7
**photo** [2] - 13:13, 16:6
**photos** [1] - 19:6
**pick** [3] - 14:14, 35:10, 49:22
**picked** [2] - 14:19, 34:23
**picks** [1] - 37:9
**picture** [10] - 18:13, 43:20, 44:4, 44:6, 45:13, 45:18, 49:4, 49:5, 54:22, 55:7
**pictures** [1] - 63:21
**piece** [5] - 12:13, 21:3, 27:8, 27:9, 65:8
**pitch** [1] - 11:9
**place** [5] - 42:22, 43:7, 43:9, 44:11, 70:10
**placed** [4] - 23:21, 53:3, 54:15, 58:22
**placement** [1] - 35:21
**Plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 2:2
**plank** [6] - 13:22, 14:6, 16:14, 16:22, 59:11, 59:22
**planks** [1] - 17:19
**plate** [1] - 25:14
**platform** [2] - 32:19, 62:19
**plus** [2] - 61:3, 61:23

**point** [12] - 13:12, 13:18, 14:23, 16:13, 18:19, 34:16, 49:10, 54:13, 56:6, 59:10, 60:7, 67:18
**points** [2] - 47:3, 47:7
**popped** [1] - 17:22
**position** [8] - 6:4, 6:18, 6:20, 12:20, 13:22, 45:16, 53:11, 61:22
**pounds** [1] - 21:4
**practice** [1] - 50:4
**precisely** [1] - 55:19
**presence** [2] - 34:22, 35:11
**present** [4] - 39:17, 40:9, 68:9, 68:15
**pretty** [1] - 7:2
**previous** [1] - 8:5
**previously** [5] - 13:11, 16:5, 16:23, 18:12, 65:15
**primary** [1] - 22:15
**problem** [1] - 63:15
**procedure** [4] - 18:1, 18:4, 54:17, 66:11
**procedures** [1] - 66:16
**proceed** [1] - 62:6
**process** [2] - 10:18, 25:22
**project** [8] - 7:10, 7:11, 7:18, 8:9, 64:16, 64:20, 67:13, 67:15
**promise** [1] - 17:13
**proper** [3] - 22:20, 42:1, 42:3
**properly** [1] - 48:2
**property** [2] - 9:7, 18:7
**Public** [2] - 1:12, 70:5
**pull** [3] - 40:12, 40:18, 47:2
**pulled** [2] - 10:21, 16:2
**pulling** [2] - 27:13, 40:17
**purposes** [1] - 64:15
**pursuant** [2] - 1:15, 70:10
**put** [17] - 7:14, 8:4, 9:20, 10:11, 17:15, 20:20, 21:11, 21:20, 32:3, 34:12, 37:13, 39:2, 46:18, 47:12, 48:18, 64:14
**puts** [1] - 26:1
**putting** [10] - 8:12, 9:14, 26:10, 38:17, 38:18, 39:6, 39:11,

40:4, 45:17, 47:6

## Q

**questions** [5] - 4:13, 19:21, 32:14, 61:13, 64:2
**quick** [1] - 64:3
**quit** [1] - 5:22
**quite** [1] - 26:2

## R

**radius** [1] - 55:2
**rail** [2] - 7:21, 8:22
**railroad** [4] - 7:11, 7:13, 7:23, 18:8
**rails** [1] - 7:22
**raise** [10] - 21:13, 43:16, 50:5, 50:6, 50:10, 50:15, 50:17, 54:9, 56:23, 61:22
**raised** [10] - 22:13, 23:4, 42:4, 54:4, 54:11, 55:12, 55:14, 55:15, 57:14, 61:20
**raising** [1] - 29:7
**rather** [1] - 14:18
**ready** [2] - 51:16, 67:18
**real** [2] - 53:7, 53:8
**really** [9] - 28:1, 28:3, 29:10, 47:23, 54:2, 55:11, 61:17, 67:11, 67:19
**reason** [1] - 30:23
**reasons** [1] - 29:7
**receipt** [1] - 27:21
**recognize** [2] - 13:12, 16:6
**recollection** [6] - 31:19, 40:16, 41:6, 45:3, 52:4, 52:10
**record** [2] - 5:7, 24:9
**recount** [1] - 14:10
**rectangular** [1] - 33:7
**related** [1] - 70:15
**relates** [1] - 56:19
**relationship** [2] - 43:19, 45:10
**remember** [34] - 7:9, 7:12, 8:16, 8:20, 13:4, 14:19, 14:22, 15:12, 15:13, 15:15, 15:19, 15:21, 15:23, 16:2, 29:5, 29:13, 37:12, 40:21, 41:2, 41:4, 47:14, 47:16, 47:19, 51:12, 51:15, 51:17, 51:21, 52:6,

52:9, 54:13, 55:11, 66:21, 67:12
**removal** [3] - 38:10, 38:13, 64:17
**remove** [1] - 7:22
**removed** [2] - 31:12, 64:14
**removing** [5] - 10:17, 18:2, 18:7, 20:3, 38:16
**rephrase** [1] - 5:15
**replaced** [1] - 17:11
**report** [1] - 19:13
**reporter** [1] - 4:22
**Reporting** [1] - 1:13
**represent** [2] - 4:8, 31:10
**representations** [1] - 19:8
**required** [1] - 27:2
**respect** [3] - 4:8, 7:18, 68:1
**response** [1] - 61:19
**responsibility** [1] - 67:17
**responsible** [1] - 47:6
**responsive** [2] - 61:12, 61:15
**retired** [2] - 7:8, 29:8
**retracted** [1] - 44:19
**Rigging** [7] - 6:10, 6:13, 6:17, 7:19, 8:20, 27:14, 39:23
**rigging** [2] - 11:17, 11:21
**Rigging's** [1] - 67:17
**right-hand** [1] - 18:22
**Road** [1] - 4:2
**role** [2] - 8:9, 11:14
**rotate** [1] - 43:16
**routine** [1] - 57:10
**rule** [2] - 11:23, 14:15
**rules** [1] - 4:19
**run** [4] - 20:15, 20:19, 21:3, 53:21
**running** [2] - 7:14, 9:13, 9:18

## S

**safely** [2] - 54:15, 55:20
**safety** [2] - 56:14, 58:13
**sat** [1] - 16:2
**saw** [7] - 15:4, 15:5, 15:16, 28:15, 57:22, 58:2, 60:14
**scale** [1] - 42:8
**scheduling** [1] - 38:22

**scheme** [1] - 23:20
**school** [1] - 5:22
**scoped** [2] - 48:15, 48:17
**screwed** [1] - 17:21
**seal** [1] - 70:18
**second** [3] - 8:17, 42:12, 60:17
**secondary** [1] - 21:15
**seconds** [3] - 55:16, 55:22
**secretary** [1] - 66:22
**section** [2] - 53:21, 53:23
**sections** [1] - 53:19
**secure** [1] - 50:7
**see** [17] - 4:15, 12:10, 12:19, 14:4, 36:10, 40:12, 40:15, 43:2, 45:13, 45:14, 45:16, 45:21, 45:22, 46:2, 48:21, 57:18
**seeing** [1] - 40:16
**seem** [1] - 57:9
**sense** [1] - 13:9
**separate** [4] - 19:1, 19:3, 27:10, 27:11
**serve** [1] - 67:4
**served** [2] - 27:18, 27:23
**serves** [1] - 10:3
**Services** [1] - 1:13
**set** [6] - 26:21, 43:7, 43:9, 43:13, 69:2, 70:10
**set-up** [1] - 26:21
**setting** [1] - 20:7
**setup** [4] - 19:22, 32:3, 47:23, 49:13
**shackle** [2] - 46:20, 47:2
**shackles** [1] - 46:20
**shackling** [1] - 45:9
**shape** [1] - 33:6
**share** [1] - 41:12
**shorter** [3] - 34:7, 34:9, 55:17
**shortest** [1] - 16:20
**shorthand** [1] - 70:13
**shoulder** [1] - 5:9
**show** [3] - 13:10, 50:18, 65:17
**showing** [3] - 16:4, 18:11, 41:11
**shown** [4] - 19:7, 39:12, 45:10, 48:19
**shrugs** [1] - 5:10
**side** [12] - 13:3, 18:22, 24:20, 24:21, 24:22, 25:5, 25:8, 25:10,

36:2, 49:12, 59:17
**sight** [1] - 56:12
**signal** [2] - 50:17, 50:20
**signalled** [2] - 14:14, 54:12
**signalling** [1] - 12:12
**signals** [1] - 12:4
**signing** [1] - 29:23
**similar** [3] - 33:7, 42:7, 49:13
**simple** [1] - 22:4
**single** [2] - 8:10, 58:5
**sink** [1] - 54:1
**sit** [3] - 31:4, 37:22, 57:12
**site** [11] - 9:3, 9:4, 10:15, 18:7, 34:18, 37:16, 40:9, 40:13, 42:16, 64:8, 64:19
**site's** [1] - 9:5
**situation** [3] - 46:16, 50:22, 67:7
**six** [3] - 61:1, 61:3, 61:23
**slightly** [1] - 25:23
**sling** [2] - 46:7, 46:8
**slings** [5] - 45:1, 45:5, 45:6, 45:12
**slogan** [1] - 58:13
**slow** [1] - 53:7
**slowly** [4] - 55:20, 56:2, 56:5
**small** [1] - 28:5
**smaller** [2] - 42:8, 49:14
**someone** [4] - 18:3, 39:10, 50:17, 66:12
**sometimes** [2] - 38:22, 47:17
**somewhat** [1] - 42:7
**somewhere** [1] - 34:19
**sorry** [6] - 6:15, 29:9, 59:3, 59:8, 64:22, 65:6
**sort** [6] - 15:9, 15:11, 23:15, 28:20, 33:16, 56:11
**speaking** [1] - 66:21
**specific** [2] - 39:9, 57:13
**specifically** [1] - 56:16
**spinning** [1] - 57:3
**spool** [3] - 21:8, 21:11, 23:8
**spotting** [1] - 53:9
**ss** [1] - 70:2
**stack** [2] - 20:16, 21:7
**stacks** [2] - 24:21,

25:3
**stand** [2] - 11:23, 12:18
**standard** [1] - 66:11
**standing** [1] - 16:17
**start** [11] - 6:1, 18:23, 52:23, 53:2, 54:10, 54:23, 55:6, 56:3, 56:5, 62:8, 62:11
**started** [7] - 6:2, 6:13, 6:17, 53:10, 54:10, 56:20, 56:23
**starts** [2] - 19:2, 55:15
**State** [1] - 70:6
**state** [1] - 59:13
**STATE** [1] - 70:1
**statement** [3] - 28:20, 28:22, 29:23
**STATES** [1] - 1:1
**stationary** [2] - 42:21, 43:14
**steady** [1] - 17:4
**steadying** [1] - 15:14
**steel** [8] - 21:3, 36:13, 36:15, 36:17, 36:19, 36:22, 37:4, 45:3
**step** [4] - 59:12, 59:22, 60:2, 60:10
**stepped** [2] - 57:20, 68:5
**stepping** [1] - 61:10
**stick** [2] - 33:15, 48:11
**still** [1] - 7:6
**stopped** [1] - 16:1
**straight** [1] - 54:21
**straps** [1] - 46:17
**strategy** [2] - 35:19, 35:22
**Street** [1] - 2:4
**strike** [7] - 37:17, 47:17, 56:4, 57:18, 59:8, 61:11, 61:18
**structure** [1] - 21:6
**stuff** [3] - 7:1, 30:23, 57:17
**sub** [1] - 27:16
**subpoena** [3] - 27:18, 27:21, 27:23
**subpoenaed** [3] - 29:17, 30:8, 67:6
**subscribed** [1] - 70:18
**Suite** [2] - 1:13, 2:8
**sum** [1] - 30:14
**support** [1] - 33:8
**supposed** [1] - 7:12
**surprised** [1] - 14:8
**surrounding** [1] - 28:12
**surroundings** [1] - 58:12

**suspend** [1] - 14:16
**sustained** [1] - 4:9
**swing** [11] - 14:20, 44:10, 49:22, 54:10, 54:21, 54:23, 55:15, 62:8, 62:12, 62:14
**swinging** [1] - 63:16
**sworn** [3] - 4:3, 52:6, 70:9
**synced** [2] - 53:20, 53:22

## T

**tagline** [3] - 15:11, 15:13, 52:5
**taper** [2] - 47:4, 48:22
**task** [1] - 20:5
**tasks** [2] - 9:11, 57:8
**telescopic** [2] - 44:14, 53:11
**telescopically** [1] - 48:14
**ten** [4] - 14:19, 34:1, 53:18, 55:16
**TEREX** [2] - 41:21, 45:21
**term** [5] - 22:21, 42:2, 42:3, 42:12
**terms** [8] - 22:4, 26:14, 33:4, 35:21, 41:7, 56:18, 57:8, 68:12
**testified** [5] - 4:4, 31:8, 31:10, 50:4, 65:15
**testify** [1] - 70:9
**testimony** [9] - 27:19, 30:10, 31:15, 61:12, 70:8, 70:9, 70:10, 70:11, 70:12
**text** [1] - 30:6
**THE** [3] - 2:2, 2:6, 64:5
**thereafter** [1] - 70:11
**thereof** [1] - 70:16
**three** [3] - 8:11, 29:7, 63:20
**throughout** [2] - 6:20, 68:11
**throw** [1] - 53:23
**thumb** [2] - 11:23, 14:15
**tires** [3] - 36:10, 36:12, 39:12
**today** [3] - 19:7, 27:19, 65:6
**together** [10] - 7:15, 8:6, 8:12, 8:13, 9:14, 20:20, 26:2, 32:3, 40:5, 47:13

**top** [2] - 36:16, 62:19
**touching** [1] - 52:5
**towards** [4] - 16:22, 35:23, 36:4, 60:1
**track** [3] - 7:21, 7:23, 18:8
**tractor** [4] - 18:20, 35:1, 40:12, 58:5
**tractors** [1] - 27:13
**traffic** [1] - 7:21
**trailer** [71] - 10:4, 10:7, 10:14, 10:17, 10:21, 12:8, 12:22, 12:23, 13:16, 13:19, 14:3, 16:3, 16:11, 17:20, 18:2, 18:17, 18:20, 18:23, 19:2, 19:5, 19:9, 23:9, 26:5, 26:6, 26:7, 26:21, 27:5, 27:9, 31:11, 32:13, 32:18, 33:13, 33:16, 33:20, 34:8, 34:13, 34:17, 34:19, 34:22, 34:23, 35:12, 35:21, 36:3, 37:2, 37:10, 38:21, 39:7, 40:13, 41:8, 41:14, 48:1, 51:18, 51:20, 51:23, 52:1, 53:5, 54:19, 54:20, 55:3, 55:6, 57:19, 57:23, 58:5, 58:21, 60:1, 64:12, 65:3, 65:8, 66:13, 68:2, 68:22
**trailers** [10] - 26:12, 26:17, 27:10, 27:11, 27:12, 27:13, 35:17, 38:17, 38:20, 39:4
**transcribed** [1] - 70:11
**transcription** [1] - 70:13
**transport** [1] - 10:15
**TRANSPORTATION** [1] - 1:7
**Transportation** [3] - 8:23, 9:6, 18:7
**travel** [1] - 59:9
**Trial** [1] - 1:10
**truck** [10] - 6:22, 11:6, 11:10, 11:15, 37:1, 37:7, 37:8, 37:15, 47:9, 58:4
**trucks** [2] - 27:17, 40:18
**true** [5] - 19:7, 20:7, 23:5, 39:13, 70:12
**truth** [4] - 52:7, 70:9, 70:10
**try** [2] - 22:3
**trying** [4] - 29:1,

29:11, 40:20, 55:11
**twisting** [1] - 63:16
**two** [11] - 7:8, 8:11, 31:17, 34:5, 53:19, 63:1, 63:3, 63:5, 63:6, 63:8, 66:5
**type** [2] - 7:10, 54:1
**typewriting** [1] - 70:12
**typically** [4] - 11:6, 11:14, 12:12, 45:8

## U

**ultimately** [1] - 38:13
**unbalanced** [1] - 57:3
**underneath** [2] - 46:5, 46:12
**unit** [1] - 23:15
**UNITED** [1] - 1:1
**unless** [1] - 39:9
**unloaded** [2] - 33:3, 49:18
**unloading** [1] - 46:22
**up** [34] - 11:16, 11:21, 14:15, 14:19, 16:2, 20:7, 21:22, 21:23, 22:13, 24:4, 24:6, 25:9, 26:21, 34:23, 35:10, 37:10, 40:13, 40:17, 47:4, 48:5, 48:12, 48:15, 48:17, 49:22, 50:9, 50:10, 50:13, 52:18, 52:22, 53:5, 56:9, 56:10, 62:2, 62:16

## V

**verbal** [1] - 5:12
**verbally** [1] - 30:6
**version** [1] - 49:14
**vs** [1] - 1:6

## W

**wait** [2] - 5:3, 50:20
**walking** [5] - 16:18, 16:22, 17:7, 63:10, 63:14
**Walter** [25] - 4:8, 10:20, 11:10, 12:10, 14:13, 15:8, 15:17, 16:17, 17:4, 30:4, 30:5, 34:16, 40:12, 41:6, 47:12, 51:17, 56:18, 57:14, 57:19, 57:23, 59:11, 59:15, 63:4, 66:15, 68:4
**WALTER** [1] - 1:4
**Walter's** [1] - 34:22

**watch** [1] - 53:8
**water** [1] - 53:23
**Wednesday** [1] - 1:14
**weight** [1] - 13:7
**welder** [1] - 6:5
**WESTERN** [1] - 1:2
**WHEREOF** [1] - 70:18
**white** [1] - 41:21
**whole** [2] - 20:23, 70:9
**wide** [1] - 33:11
**wider** [2] - 33:12, 33:19
**width** [1] - 33:19
**wife** [1] - 29:6
**WILLIAM** [2] - 1:11, 3:2
**winch** [62] - 9:21, 10:8, 10:15, 10:17, 12:22, 13:17, 13:18, 14:3, 15:9, 16:12, 17:1, 17:4, 18:2, 20:13, 20:14, 21:1, 21:8, 21:11, 21:15, 21:19, 23:9, 23:20, 23:21, 24:1, 24:6, 24:23, 25:2, 25:3, 25:4, 25:9, 25:14, 26:20, 31:15, 31:19, 32:9, 32:23, 33:4, 33:8, 34:12, 34:17, 34:18, 34:21, 35:1, 35:2, 35:12, 35:20, 36:16, 36:23, 37:9, 38:14, 39:7, 40:23, 46:14, 46:16, 46:23, 47:3, 52:9, 52:13, 64:9, 65:7, 65:16
**winches** [3] - 35:16, 39:2, 65:2
**window** [1] - 48:23
**windshield** [3] - 48:18, 48:19, 49:6
**witness** [1] - 70:8
**WITNESS** [3] - 3:1, 64:5, 70:18
**wooden** [2] - 32:19, 43:4
**words** [3] - 27:5, 63:8, 63:16
**works** [1] - 40:4
**worry** [1] - 29:22
**wrapped** [1] - 46:23
**written** [3] - 28:20, 29:14, 29:23

## Y

**years** [6] - 6:8, 6:21, 7:6, 7:8, 29:6, 58:8
**YORK** [2] - 1:2, 70:1

**York** [5] - 1:14, 2:4,
   2:9, 4:2, 70:6
**yourself** [2] - 39:15,
   56:16