UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALAN WALTER

                Plaintiff,                **RESPONSE TO STATEMENT**
                                                    **OF MATERIAL FACTS**
  -vs-

                                                    Docket No.: 1:19-cv-01583-WMS-JJM
CSX TRANSPORTATION, INC.

                Defendant.
_____

       In opposition to Defendant's Motion for Summary Judgment, and for the Response to Statement of Material Fact, the Plaintiff states:

       1.       Admits the factual allegations contained in paragraph 1 of Defendant's Statement of Material Facts.

       2.       Admits the factual allegations contained in paragraph 2 of Defendant's Statement of Material Facts.

       3.       Admits the factual allegations contained in paragraph 3 of Defendant's Statement of Material Facts.

       4.       Admits the factual allegations contained in paragraph 4 of Defendant's Statement of Material Facts.

       5.       Admits the factual allegations contained in paragraph 5 of Defendant's Statement of Material Facts.

       6.       Admits the factual allegations contained in paragraph 6 of Defendant's Statement of Material Facts.

       7.       Admits the factual allegations contained in paragraph 7 of Defendant's Statement of Material Facts.

8. Admits, subject to clarification, the factual allegations contained in paragraph 8 of Defendant's Statement of Material Facts. Plaintiff asserts claims sounding in negligence and pursuant to New York Labor Law §§ 240(1) and 241(6). In support of Plaintiff's New York Labor Law § 241(6) claim, Plaintiff alleges violations of Industrial Code section 23-1.7.

9. Admits the factual allegations contained in paragraph 9 of Defendant's Statement of Material Facts.

10. Admits the factual allegations contained in paragraph 10 of Defendant's Statement of Material Facts.

11. Admits the factual allegations contained in paragraph 11 of Defendant's Statement of Material Facts.

12. Admits the factual allegations contained in paragraph 12 of Defendant's Statement of Material Facts.

13. Admits the factual allegations contained in paragraph 13 of Defendant's Statement of Material Facts.

14. Admits the factual allegations contained in paragraph 14 of Defendant's Statement of Material Facts.

15. Admits the factual allegations contained in paragraph 15 of Defendant's Statement of Material Facts.

16. Admits the factual allegations contained in paragraph 16 of Defendant's Statement of Material Facts.

17. Admits, subject to clarification, the factual allegations contained in paragraph 17 of Defendant's Statement of Material Facts. Plaintiff's additional responsibilities within his employment with Clark Rigging included helping to set up the crane, unchaining the load,

hooking up counterweights, and setting up the outriggers. Defendant's Exhibit F, 46:6-13, 48:22-25, 105:1-4.

      18.     Admits the factual allegations contained in paragraph 18 of Defendant's Statement of Material Facts.

      19.     Admits the factual allegations contained in paragraph 19 of Defendant's Statement of Material Facts.

      20.     Admits, subject to clarification, the factual allegations contained in paragraph 20 of Defendant's Statement of Material Facts. Plaintiff stated the tractor pulled "mainly all flatbeds." Defendant's Exhibit F, 37:14-16.

      21.     Denies the factual allegations contained in paragraph 21 of Defendant's Statement of Material Facts. Plaintiff testified to Clark Rigging owning approximately 20 flatbed trailers at the Lockport terminal, though there were other locations. Defendant's Exhibit F, 37:17-20.

      22.     Admits the factual allegations contained in paragraph 22 of Defendant's Statement of Material Facts.

      23.     Admits the factual allegations contained in paragraph 23 of Defendant's Statement of Material Facts.

      24.     Admits the factual allegations contained in paragraph 24 of Defendant's Statement of Material Facts.

      25.     Admits the factual allegations contained in paragraph 25 of Defendant's Statement of Material Facts.

      26.     Admits, subject to clarification, the factual allegations contained in paragraph 26 of Defendant's Statement of Material Facts. Plaintiff believes on July 20, 2017 he assisted with

the loading of the smaller crane onto the Lockport lowboy trailer; not the Syracuse lowboy where he was injured.  Defendant's Exhibit F, 62:8-17; 63:5-7,16-19; 64:1-11.

27. Admits the factual allegations contained in paragraph 27 of Defendant's Statement of Material Facts.

28. Admits the factual allegations contained in paragraph 28 of Defendant's Statement of Material Facts.

29. Admits the factual allegations contained in paragraph 29 of Defendant's Statement of Material Facts.

30. Admits the factual allegations contained in paragraph 30 of Defendant's Statement of Material Facts.

31. Admits, subject to clarification, the factual allegations contained in paragraph 31 of Defendant's Statement of Material Facts. In addition to truck driving and unchaining the winch, the Plaintiff also "strap[ped] down the block," hooked up the counterweights, and helped set up the outriggers.  Defendant's Exhibit F, 46:6-13, 48:22-25, 105:1-4.

32. Admits the factual allegations contained in paragraph 32 of Defendant's Statement of Material Facts.

33. Admits the factual allegations contained in paragraph 33 of Defendant's Statement of Material Facts.

34. Admits the factual allegations contained in paragraph 34 of Defendant's Statement of Material Facts.

35. Admits the factual allegations contained in paragraph 35 of Defendant's Statement of Material Facts.

36. Admits the factual allegations contained in paragraph 36 of Defendant's Statement of Material Facts.

37. Admits the factual allegations contained in paragraph 37 of Defendant's Statement of Material Facts.

38. Admits the factual allegations contained in paragraph 38 of Defendant's Statement of Material Facts.

39. Admits the factual allegations contained in paragraph 39 of Defendant's Statement of Material Facts.

40. Admits the factual allegations contained in paragraph 40 of Defendant's Statement of Material Facts.

41. Admits the factual allegations contained in paragraph 41 of Defendant's Statement of Material Facts.

42. Admits the factual allegations contained in paragraph 42 of Defendant's Statement of Material Facts.

43. Admits the factual allegations contained in paragraph 43 of Defendant's Statement of Material Facts.

44. Admits the factual allegations contained in paragraph 44 of Defendant's Statement of Material Facts.

45. Admits the factual allegations contained in paragraph 45 of Defendant's Statement of Material Facts.

46. Admits the factual allegations contained in paragraph 46 of Defendant's Statement of Material Facts.

47. Admits the factual allegations contained in paragraph 47 of Defendant's Statement of Material Facts.

48. Admits the factual allegations contained in paragraph 48 of Defendant's Statement of Material Facts.

49. Admits the factual allegations contained in paragraph 49 of Defendant's Statement of Material Facts.

50. Admits the factual allegations contained in paragraph 50 of Defendant's Statement of Material Facts.

51. Admits the factual allegations contained in paragraph 51 of Defendant's Statement of Material Facts.

52. Admits the factual allegations contained in paragraph 52 of Defendant's Statement of Material Facts.

53. Admits the factual allegations contained in paragraph 53 of Defendant's Statement of Material Facts.

54. Admits the factual allegations contained in paragraph 54 of Defendant's Statement of Material Facts.

55. Admits the factual allegations contained in paragraph 55 of Defendant's Statement of Material Facts.

56. Admits the factual allegations contained in paragraph 56 of Defendant's Statement of Material Facts.

57. Admits the factual allegations contained in paragraph 57 of Defendant's Statement of Material Facts.

58. Admits the factual allegations contained in paragraph 58 of Defendant's Statement of Material Facts.

59. Admits the factual allegations contained in paragraph 59 of Defendant's Statement of Material Facts.

60. Admits the factual allegations contained in paragraph 60 of Defendant's Statement of Material Facts.

61. Admits the factual allegations contained in paragraph 61 of Defendant's Statement of Material Facts.

62. Admits the factual allegations contained in paragraph 62 of Defendant's Statement of Material Facts.

63. Admits the factual allegations contained in paragraph 63 of Defendant's Statement of Material Facts.

64. Admits the factual allegations contained in paragraph 64 of Defendant's Statement of Material Facts.

DATED: October 12, 2021
Buffalo, New York

Respectfully submitted,

**LOTEMPIO P.C. LAW GROUP**

/s/BOYD L. EARL, ESQ.
Boyd L. Earl, Esq.
*Attorneys for Plaintiff*
181 Franklin Street
Buffalo, New York 14202
(716) 855-3761