# **EXHIBIT A**








