# **<u>EXHIBIT B</u>**



