## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2021, a copy of the foregoing Affidavit in Opposition to Plaintiff's Motion for Summary Judgment, Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment, and Defendant's Opposing Statement Pursuant to Local Rule 56(a)(2) and Counterstatement of Facts were electronically filed using the CM/ECF system with the Clerk of the District Court to the following:

Boyd L. Earl, Esq.
LoTEMPIO P.C. LAW GROUP
181 Franklin Street
Buffalo, New York 14202
(716) 855-3761


*/s/ Philip M. Gulisano*
_____
Philip M. Gulisano