UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALAN WALTER

                Plaintiff,

-vs-

CSX TRANSPORTATION, INC.

                Defendant.

**REPLY TO DEFENDANT'S COUNTERSTATEMENT OF FACTS**

Docket No.: 1:19-cv-01583-WMS-JJM

---

In further support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendant's Counterstatement of Facts, the Plaintiff states:

26. Admits, that on July 20, 2017, plaintiff assisted in loading the Lockport low-boy trailer with the crane. The Plaintiff did not assist in the loading of the Syracuse Low-boy trailer, which was the trailer he was on at the time of Plaintiff's accident. Plaintiff's Ex. G, 62:8-17, 63:1-7,16-17.

27. Admits.

28. Admits.

29. Admits that several Clark Rigging employees were there in addition to some CSX employees who were wearing vest which indicated they were from CSX. Plaintiff's Ex. G, 71:18-25, 72:1-10.

30. Admits.

31. Admits.

32. Admits.

33. Admits.

34. Admits.

35. Admits.

36. Admits.

37. Admits.

38. Admits.

39. Admits.

40. Admits.

41. Admits.

42. Admits that Plaintiff testified to the following,

A: I fell. I hit my knee and then I had to use my foot to get up and then I still got the tag line. I jump out of the hole and then John Clark is like, are you all right, are you all right. I go, yeah, I'm okay, and then the thing is still going, the winch, and then I went and sat down because they were like even with me. I went and sat down and leaned against the trailer, and then just couldn't look up. Everything just locked up. I got pain in my leg, my knee, my back, my neck.

Plaintiff's Exhibit G, 132:9-18.

43. Admits.

DATED: October 25, 2021
Buffalo, New York

Respectfully submitted,

**LOTEMPIO P.C. LAW GROUP**

/s/BOYD L. EARL, ESQ.
Boyd L. Earl, Esq.
*Attorneys for Plaintiff*
181 Franklin Street
Buffalo, New York 14202
(716) 855-3761