## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2021, a copy of the foregoing Affirmation in Further Support of Plaintiff's Motion for Summary Judgment and Reply to Defendant's Counterstatement of Facts were electronically filed using the CM/ECF system with the Clerk of the District Court to the following:

Philip M. Gulisano, Esq.
Nash Connors, P.C.
344 Delaware Avenue, Suite 400
Buffalo, NY 14202
(716) 842-4121
gulisano@nashconnors.com

/s/BOYD L. EARL, ESQ.
BOYD L. EARL, ESQ.