# **CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of October 2021, a copy of the foregoing Affidavit in Further support of Defendant's Motion for Summary Judgment was electronically filed using the CM/ECF system with the Clerk of the District Court to the following:

Boyd L. Earl, Esq.
LoTEMPIO P.C. LAW GROUP
181 Franklin Street
Buffalo, New York 14202
(716) 855-3761


*/s/ Philip M. Gulisano*

_____

Philip M. Gulisano