Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

ALAN WALTER

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-CV-1583

v.

CSX TRANSPORTATION, INC.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant's motion for summary judgment is granted.

Date: May 10, 2022

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin J.
        Deputy Clerk