UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALAN WALTER

                Plaintiff,

     -vs-

CSX TRANSPORTATION, INC.

                Defendant.
_____

**NOTICE OF APPEAL**

Civ. No.: 1:19-cv-01583-WMS-JJM

**NOTICE** is hereby given that Plaintiff, ALAN WALTER, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final Judgment entered in this action on May 10, 2022, and the Decision and Order issued by the Hon. William M. Skretny, United States District Judge for the Western District of New York, dated entered and filed in this matter on May 9, 2022, which granted Defendant's Motion for Summary Judgment in its entirety and denied Plaintiff's Motion for Summary Judgment in its entirety.

DATED:      June 3, 2022

                                                /s/Boyd L. Earl, Esq.
                                                Boyd L. Earl, Esq.
                                                LOTEMPIO P.C. LAW GROUP
                                                *Attorneys for the Plaintiff, Alan Walter*
                                                181 Franklin Street
                                                Buffalo, New York 14202
                                                T: (716) 855-3761
                                                E: boydearl@gmail.com

TO:    Philip Gulisano, Esq.
         NASH CONNORS, P.C.
         *Attorneys for the Defendant*
         344 Delaware Avenue, Suite 400
         Buffalo, New York 14202
         T: (716) 849-6800
         E: gulisano@nashconnors.com